Shireen A. Barday
shireen.barday@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STUART FORCE, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | Case No.: 1:16-cv-5490 (LAK) |
| FACEBOOK, INC., | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

# DECLARATION OF SHIREEN A. BARDAY

Shireen A. Barday, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP, counsel for Facebook, Inc. ("Defendant") in the above captioned matter. I am fully familiar with the facts and circumstances of this action.

2. I respectfully submit this declaration, along with the exhibit annexed hereto in support of the Joint Motion to Transfer.

3. Attached hereto as Exhibit A is a true and correct copy of Facebook's Notice of Removal, excluding its attachments, Case No. 16-cv-04453 (NGG), filed on August 10, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 9, 2016            */s/ Shireen A. Barday*
                                      Shireen A. Barday