# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RACHELI COHEN, and additional plaintiffs listed in Rider A, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| FACEBOOK, INC., | ) ) |
| Defendant. | ) ) ) ) ) ) ) ) |

Civil Case No. <u>16-CV-4453</u>

## <u>NOTICE OF REMOVAL</u>

Defendant Facebook, Inc., hereby removes this action from the Supreme Court for the State of New York, County of Kings, to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of removal, Defendant states as follows:

1.     <u>Background</u> –Richard Lakin, his son Micah Lakin Avni, and 20,000 Israeli citizens listed commenced this action in the Supreme Court for the State of New York, County of Kings, on October 26, 2015. Plaintiffs assert claims of negligence, breach of statutory duty, and vicarious liability under Israeli law; prima facie tort; intentional infliction of emotional distress; aiding and abetting a tort; and civil conspiracy, arising out of the use of Facebook by alleged Palestinian terrorists to disseminate incitement. Compl. ¶¶ 51–54. They further seek a declaratory judgment that the Communications Decency Act, 47 U.S.C. § 230(c), does not bar

their claims. Plaintiffs served Facebook with the complaint and summons on November 6, 2015. Facebook moved to dismiss the action in the Supreme Court for the State of New York, County of Kings on January 11, 2016. Plaintiffs filed an opposition to that motion on April 19, 2016. Facebook filed a reply in support of that motion on May 10, 2016. Before the Court could hear the motion, Plaintiffs notified the Court that the action was automatically stayed by the death of Plaintiff Richard Lakin. On July 14, 2016, Plaintiffs moved to substitute Manya Lakin and Micah Avni as Joint Administrators of the Estate of Richard Lakin, and to discontinue the claims filed on behalf of the Estate of Richard Lakin and Micah Lakin Avni, along with several others. The Supreme Court for the State of New York, County of Kings, granted that motion on July 28, 2016, and amended the caption accordingly on August 9, 2016.

2.    <u>Subject-Matter Jurisdiction</u> – This Court has subject-matter jurisdiction over this removed action pursuant to 28 U.S.C. § 1332.

(a)    <u>Diversity of Citizenship</u> – There is complete diversity of citizenship among the parties. Plaintiffs allege that they are all citizens of Israel who reside in Israel. Facebook is a Delaware corporation that has its principal place of business in California.

(b)    <u>Amount in Controversy</u> – The amount in controversy in this matter, according to plaintiffs' allegations, exceeds the jurisdictional threshold. Plaintiffs seek injunctive relief, the value of which satisfies the amount-in-controversy requirement from plaintiffs' standpoint. *See Correspondent Servs. Corp. v. First Equities Corp. of Fla.*, 442 F.3d 767, 769 (2d Cir. 2006). Plaintiffs allege that Facebook's conduct has caused them "irreparable injury" and that "[t]he nature of the damage … cause[d] to the

plaintiffs is such that no amount of money damages can make the plaintiffs whole." Compl. ¶¶ 71, 86, 96, 104, 110, 116, 125.

3. <u>Venue</u> –Removal to this Court is proper under 28 U.S.C. § 1446(a) because this is the district embracing the court in which the action is now pending. Once removal is effected, Defendant will likely seek to transfer this case to the United States District Court of the Southern District of New York under 28 U.S.C. § 1404, given that a similar matter is pending in that Court and judicial and litigation efficiencies would be served by consolidating related cases.

4. <u>Removal is Timely</u> – Because Richard Lakin and Micah Lakin Avni were American citizens residing abroad, the parties were not completely diverse at the time the complaint was filed and the complaint was not removable. *Cresswell v. Sullivan & Cromwell*, 922 F.2d 60, 68 (2d Cir. 1990). On July 28, 2016, the court granted plaintiffs' motion to discontinue the claims filed on behalf of the Estate of Richard Lakin and Micah Lakin Avni, thereby rendering the parties completely diverse and the case removable. Because the case has been pending in the Supreme Court for the State of New York, County of Kings, for less than one year and this notice was filed within 30 days of the court's order, removal is timely under 28 U.S.C. § 1446(b)(3).

5. <u>Pleadings and Process</u> – As required by 28 U.S.C. § 1446(a), Defendant has attached copies of "all process, pleadings, and orders" served upon Defendant while this action was pending in the Supreme Court for the State of New York, County of Kings. *See* Exs. A–H.

6. <u>Notice Given</u> – As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will promptly be served on plaintiffs, and a copy will be filed with the

Clerk of the Supreme Court for the State of New York, County of Kings.  A copy of this written

notice is attached as Exhibit I.

      7.    <u>Non-Waiver of Defenses</u> – Nothing in this Notice of Removal shall be interpreted

as a waiver or relinquishment of Defendant's right to assert any defense, and Defendant reserves

the right to assert all applicable claims and defenses, including jurisdictional and venue defenses,

in response to the complaint.

      WHEREFORE, Defendant Facebook, Inc., removes this action from the Supreme Court

for the State of New York, County of Kings, to this Court pursuant to 28 U.S.C. §§ 1332, 1441,

and 1446.

Dated:  August 10, 2016                Respectfully submitted,

                      By:    *s/ Shireen A. Barday*

K. Winn Allen                        Shireen A. Barday

Jennifer M. Bandy                   KIRKLAND & ELLIS LLP

KIRKLAND & ELLIS LLP            601 Lexington Avenue

655 Fifteenth Street, N.W.          New York, NY  10022

Washington, DC 20005             Telephone: (212) 446-4800

Telephone: (202) 879-5000         Facsimile: (212) 446-4900

Facsimile: (202) 879-5200         shireen.barday@kirkland.com

                        *Attorney for Defendant*

RIDER A

LIST OF ADDITIONAL PLAINTIFFS

RACHELI COHEN; YAAKOV CHANANEL ZAIDENBERG; MIRIAM TSHUVA; MENI BEN MOSHE;
MATAN PARNAS; TAMAR EREZ; GILA COHEN; YONATAN YOSEF; SHACHAR COHEN; VARDA MOR;
RONEN DAHARI; ADI ILI; ALEX NISANOV; MOSHE ISRAEL; AMITAY ARUSI; RINA SHARUT; KFIR
DARHANI; MEGY AV; ISRAEL ANDRAYEV; VARDA GUETA; JANET MORDOV; NECHEMIA CARMIEL;
MACHMAN EIRINBERG; UZI GOTSHTAT; ADI HANAYA; INBAL KASLASAH; SHLOMI COHEN; MOSHE
MENTAL; SHARON BAREL; SHIRA SHWARTZ; ROTEM KUDEDA; PATRIZIA STEINHAUS; IDAN
KRILKER; AMIT OMNESKY; EINAT VAYMAN; NICK HENRY; ELI MIMRAN; LIAD SHEMESH; PINHAS
ARDEL; IRINA GERTZBEIN; SNIR DAVIDI; ANTONINA KELER LEVITAN; EITAN HERSHKO; GONY
FRANKEL; MOSHE SIGALIT MOSHE; HAIM MERIZAN; ELIAV ELGRABLI; HADAR YAHAV; YANIV
EDRY; BOAZ COHEN; ADI SHALEV; BARRY INVINDER; ZOHAR MAAYAN; TZVI RIVKIN; NETANEL
LUZON; YAGAL TOLEDANO; NILI ZIGREICH; SHIRAN MYMON; ELYASAF COHEN; IDAN MOSHE;
GOLAN SHARON; DANIEL ORON; AHARON NIEDERMAN; RACHEL BERG; REVITAL MIZRACHI;
YEHUDIT SASSON; TZIPI BEN YAACOV; ELLA YAROVITZKY; ARIEL WEINER; MIRA SIVAN; OREN
ASSEL; DOLEV RAVID; RINA OZ SHWARTZ; LIOR AMRAM; IDAN SHOCHAT; TOM HAI BENBENISTI;
DAVID YASSU; DOR KEDEM; RON FINE; OFIRA EIASH; SHAKED MAUDA; YEHUDIT LEVIN; DINA
MATTIES; SMADAR MEIR; EFRAT KIZMACHER; EDGAR HESS; AKIVA EMANUEL VERSHNER;
SOGHIE COHEN; GEULA KARNI; SHANI AMIEL; OFIR MHDAT; SHACHAR ROBINSON; GALIT ARAD;
DANA LEVY; ERIK SHITOBY; ELIEL BEN-DAVID; ERAN MEIR WEINTROB; BENIAMYN SACHAR;
MOSHE ALBILIA; RITA BUDOVSKY; DANIELLA KILINSKY; AVIEL FELDMAN; NETANEL FISHLER;
SHIR HADAD; DAVID MALACHY; MIRI CAGAN; NISAN UZAN; BARAK NURIELI; TONY ANDONIS;
SHAKED MIGDAL; ERAN HERMAN; YGAL GOICHMAN; MEIRAV REUVENY; IGOR KRIBORUTZKU;
KEREN DIGMI; VICKTORIA GALPERIN; EFRAT BRANDEL; DANIEL SHABAG; DAVID BEN ARI; ORNA
SHOLEV; SHLOMI RHEIMS; GOLAN TZADOK; SARA HALAMMSKI; STANISLAV SHABENTZKO;
TOMER COHEN; SAHAR MEDELESSY; ARIEL AZULAY; ASSF KUTAY; ORI SAADYA; EILA YONA;
SHELLY BAR-OR; MAXIM LEWIT; LIOR BABAYOF; NOAM SHARGORODSKY; LIAT TAPIRO;
VLADIMIR ZAK; EVYATAT LICHTMAN; GALIT VIZGAN ITZKOWITZ; ORI OHANA; SHLOMO POLACZ;
LILLY TREBULSY; ANAT YESHAYAHU; SHANI ELIAV; SHLOMO COHEN; YTZHAK ZION; SHAUL
DAR LIN; YAFFA BEN SHUSHAN; SHLOMO WEINBERG; DALYA RAVIV; ITAMAR BEN DOR;
SHACHAR YEORI; TOM DERY; ARYE HOLTZ; ERETZ NATIV; HADAS COHEN HAGAG; LAYV COHEN;
YUVAL KASTELMAN ; YARDEN MATITYAHU; INBAL PORTZENAL; MOTTI KNOBEL; RAVIT PE'ER;
AYA BAT AMI; DUDI LUHI; SHACHAR SULTAN; LIOR GABILY; TEHILA FRIGE; YAFIT REUVANI; IDO
EFRONY; HELENA DUDOVSKY; MAZAL AMAR; ASSF LIBERTY; TALY KLOPPSTECK; YARON MAH;
YOSSI TURJEMAN; GILL FIDEL; ILAN AMAR; YANIV SHIMONI; ZVIKA ZEICHEL; DANIEL DERY; ZVI
ZINGER; LUEIZA KRONZILABER; DOV KFIR; RAFAEL SAVAN; SHILA ASSA; TATIANA
SHMOKLERMAN; TAL ASSRAF; NELLI TAL; MOSHE DAHALION; MEIR FREILICHMAN; OFIRA ELIAV;
GABRIEL BITTON; ZVIKA YFRACH; STAV COHEN; SAMI AVNISAN; AHARON KALNADAROV;
NADAV SHARIFI; YOSSI VAKNIN; ZVI KLICH; OFIR CHOEN; MORDECHAY DESHKOTAHY; NETANEL
SHMUEL TAL; MOSH SEMAN TOV; MICHAL BAREL; DANIEL HAR-KESEF; SOLY SAPIR; ARIELLA
VAKNIN; ROMINA SERENA; DANA AVRAHAM ATARY; ELAD GAMLIEL; NILI WEIS; YEHUDA
VAKNIN; ADI LIRON; AMOS ATARY; DAN KALDERON; ETTY BITTON; YEDIDIA BEHREND; BARLEV
YAAKOVI; LIAT MIZRACHY; EVYATAR LAZAROVITZ; DORIN HEROUNIAN; MICHAL YOSSEF;
TIRANA NACHMANI; YAAKOV ISH-YEMINI; ELI MASALA; GUY SINAI; GILAD MUTSAFY; AVIV
AHARON; LIOR GADI; ADAM ARBEL; RAN ELIAHU; AYALA MIZRACHI; ANAT BOAZ; ADVA
MENDOSA-LAVI; SANDRA ESTHER SEYDOF; MAYA NEVET; MATAN FREIMAN; EDNA AVISAR;
RUBY MERKOVITS; SHIMSHON BOAZ; TZLIL UZANI; GALIT ABITBOUL; ERAN HURI; ANAT WEIS;
NADAV SHRAGAY; OFIR BARKAN; MAYA BARKOL; AMICHAI TSHUVA; PNINA MIZRAHI; YANIV
REUVEN; IDAN TOV; JENNY RACHEL; TAMAR BEN-DAVID; YARON MAZOR; MOSHE SHIMON; RAM
MACHLUF; ELINAOM COHEN; LIAT YAMIN; NETANEL BARHANIN; ELHANAN BEN-ZAKEN; IDO
HAMETZ; IDO HAZAN; KEREN GILADI; TALOR AVITZUR; KEREN MEIROV; NITZAN AVINAOM; GUY
COHEN; DORIT COHEN; KEREN KAHATI; DOV FELDMAN; CHANOCH CARMI; LIAT DALTROPHE; UDI

CARMI; ANAELL ATELI; SHILO YONA; YANA KAPLON; RONI HODADOV; INBAL KRAMVO; BARUCH
BEN YTZHAK; HEN STEIN; SARA GOLAN; SALEM MAOR; YEHIEL PEPER; ALEXANDER AMINOV;
GABI SHOHAM; AMIR COHEN; ZELDA NASSI; SAPIR ALGERSI; ZVIKA KOREN; MARK PASCHOV;
YEHUDA LEWIN; SHIRAN BAR; NOAM ZE'EV BEN ZVI; RONI GAD; VERED GABAY; ADI SAADYA;
YOEL PERKAL; MORDECHAY GABRIEL; EREZ SWARTZ; YAAKOV KALDERON; SHLOMIT ARBEL;
ISRAEL KLAUZNER; TAMAR SEGOL; SHEINA MOSHEL; RON ELZAM; ORI BARAM; OSNAT COCHAVI;
MALI ADETO; NIVA BEN OMRI; DANIEL HALEVI; RAN ATLAS; EHUD ASRAF; NIV ATIAS; AVISHAI
LUVITZ; EMILY AMRUSY; MAZAL ORPAZ; NOAM DAYAN; NAOR SOSONSKY; MEIRAV ATARY;
HAVA NAAMA ATIAS; SHLOMI ALUS; ELINOR WESTREICH; MAYA YELINIK; ODED HOROWITZ; ZIV
HEN; IDAN MEIDAN; TALI SCHNEIDER; SHAUL LILUV; HANA YRKONI; PAZ ARICHA; AMICHAI
COHEN; SHIRA COHEN; YAIR GUTMAN; ZOHAR ZUR; MARINA ALUS; AVIGDOR MISKIN; SHLOMO
LISS; SIVAN PILEY; AMIR LEVY; YUVAL-LI RADMI; AVI HALVA; KFIR AHARONY; NATALY
SCHNIDER; EFRAT SPITZER; HAGAY STERN; MEIR ALMALIACH; AVNER LEON; ZINA GOFMAN;
ELISHA EITAN; NURIEL BIURK; ILANA GOLDSTEIN; SAGI GUEZ; HAGIT AMAR; RELI ASHER; DAVID
SHMUELY; HEZY ZALAIT; SHIRA PALBERT; SHMUEL COHEN; SHELLY LERNER; RONA ASSULIN;
SHULAMIT AJAMI; HIBAL ITZKO; ASI YATIV; YEHIEL ZONENFELD; ORNA OHAYON; SHARON
GABAY; ADI YANKO; RONA LEV COHEN; SHARON ROT; ELI PELIGMAN; MARK DULTZKY; ERAN
SHILO; AVISHAG BASHARY; SAGIV BEN YASHAR; MORIYA DAFNA; HIBAT SHUIBER; SHELLY
HAVIV; HAGAY WEIZEL; CHANNA FORTGANG; GIL PINHAS; YARDEN REMER; YIFTACH MORAN;
ALONA ALET; NERYIA REIS; YOSEF MENASHE; CARMELA ILANI; YEHUDIT BAHALUL; REUVEN
KRUMBEIN; RIVKA ZONBEND; SHAFRIRA ELYASHIV; ZVI LIDER; IVY GESNER; ALON ZAIZLER;
LIDOR COHEN; DAVID AZUZ; DOV PUBRESKY; EZRA ZONBEND; NATIV ROTBERT; SAGI HAREL;
CARMEL GILAD; BRINA ORIT; NAOR NAGAR; URYIA NURIEL; ZIONA SHUSTER; SIVAN GANOT
SHAPIRA; ITAMAR DABUSH; YAIR TRABELSI; P ELDOR; NEHAMA DOLEV; YISHAI SULAMI; ASHER
STEIMAN; BRACHA PINDAROS; YGAL GAYLER; BATYA DANIEL; SHAMAY GLICK; MINNA CHEN
BENJAMIN; RUTH LAHAD; DOR SCHWARTZ; URIEL SHANY; SHAI YISHAI; TOHAR CLAUZAH; MIKA
YESOD; MICHAL KEIDAR LEVY; ZIPORA PEARL; HANIV BITTON; ELI AZULAY; ARNOLD
SHMAILOV; MOR KATZIR; AVIGAIL EFRATI PITON; MAZOR WIEDMAN; REBECA HIRSH; RAN ILAN;
SIVAN LEVY; ROTEM HIRSH; HAIM BROSH; PELEG BRAUN; INON SHRIQI; YOSSI ADMONI; TAL
COHEN; DVIR SASSON; BENNI DORON; BAT HEN MYMON; SHIRA RABIN; LITAL COHEN; GILL
ALTMAN; YONI ZANO; ALINA JOBARK; BILHAH KIMHI; YAIR KELLER; ELI SHAVIT; TAMA
GRAIPNER; NADAV OFIR; DAVID FORKOSH; SANDRA DEBBY; DVIR GELLER; ELIAHU GUTANDENT;
GABRIEL MOSHE BODAKOV; ELEANOR AVISHAI; HANNI DORON; ALEX LEVENZON; ISRAEL
BIRNSTOCK; ADAM SCHWARTZ; LIAT RAFAEL; SHLOMIT BACHAR ; RUHAMA BUKOVZA; SHILA
ANCHOR; AKIVA GIGI; ADRIAN KNOBEL; BEN ZION AKERMAN; ROY ZWIBELL; NISIM HAVIV;
MICHAEL OHAYON; YEHOSHUA EDRI; AMIR BABAYOF; MEIR DADON; SHMUEL GREINIMAM;
ILANA SLAZNEV; YOGEV NACHSHON; YOTAM COHEN; IVY ELISAR; OFEK DAGAN; SASHI
GREINIMAN; SHENAV HAIM; YOSSI BEN IVGY; YONATAN NEWMAN; TALIA HASIN; ATARA
BDOLACH; SIGALIT YAAKOVI; GILAT COHEN; GILAD GREENBERG; EILON GLICK; SAPIR RUBINOV;
TUFERET HADAD; GILL BERGFREUND; ASSAF MILLER; HILLEL BARAK; MALI BITON; YEHONATAN
COHEN; TAMAR ITZKOVITZ; PNINAT ABERGEL; KEREN ZANA; EVA FLAYSHER; TAL ARBEL;
BARUCH GLISS; NOAM WHITE; MALI CAHANA; DORON LEVY-YADID; DINE YAAKOV; TAMAR
PORAT; ERAN IZENBERG; ADINA LEIBLER; LIAT LAVI; NAOM BLAU; YOSEF GOLDSHMIT; HILA
WOLFSON; KOBI MOSHE; DORON SINAI; ORTAL MOSKOWITZ; EITAN NE'EMAN; ARIE KURISH;
MEYA MOSHE; YEDIDIA COHEN; ARI MEIRSON; KEREN BAR; RONI LEVINE; MOSHE WOLFSON; AVI
BUSKILA; MAYA MESHULAM; ISCA FATAL; MEIRAV MARVER; LILACH ROKER; AMATZIA BLOCH;
IDAN OVADIA; EFRAT SHEKLAR; SHIRA-EMUNA AMSALEM; RINA DORFMAN; DAFNA BEN-
SA'ADON; DEKEL DANINO; DAVID MEIROVITZ; KARIN RAVID; RUTH YEHOSHUA; ASSAF COHEN;
ROEE WEISMAN; YEHUDA GANTS; ORIT IFRACH; YUVAL KADAN; AHUVA SHOHAT; YAIR BEN
YAAKOV; NETAY SHRIQI; ALEXANDER KIRMEIR; MAAYAN COHEN; NETA SHILONI; ELISH
SHMUELI; RACHELI GOLDFINGER; AVISHAY WHITE; ROSA KRONTAL; MOSHE BELOSTOTZKY;
SARA MYMON; ITAMAR LEVY; ARIEL WOLF; TAL BEN HAMO; SHOSHANA LIVNI; SHONTAL
MENACHEM; TSACHI FRIEDMAN; GILI EHUD FRANKEL; ORI BRILL; DANIEL HARPAZ; NIZA
YOSEFFI; EYALET BERGER; SHIRA IVGI-SHPIGELMAN; YEHUDA ILFELD; SHACHAR GOLDFINGER;
AVITAL NACHUM; NOA COHEN; ODED HAINA; GUY HANIN; DOV MARTHAN; NETA KOFMAN;
SHMUEL TRYSTER; DAHLIA REDARES; LEAH VINDER; DIANA KIPNIS; ELIAHU PARETZ; RONEN

CATZ; TALI BONEN; YAARA LAVON; YEDIDIA POICHTONGER; TAL FARKSH; SARIT PELET; GALIT
CATZ; RONIE ZELENZUK; KEREN IEVERS; MICHAEL SHAIN; VIKI FADLON; ASSAF GILAD; URI
ELIMELECH; MATAN BRUCHIM; IDAN SHUNEM HALEVI; ROY TSABARY; VARDIT LEI; RON COHEN;
MAYA YADAI; AMITAI BARTOV; YOSSI HURI; OFIR BRILL; EREZ MOHONI; ELAD METZNER; BEN
ZION BITAN; YOSSEF ELROY; YUVAL BLOOMBERG; DANA NEWMAN; ELIYAHU LEV; TAL
DRUCKMAN; AYALA GIBOR; BARAK SWISA; DAN SANDAKA; PETER BERNSTEIN; NADAV BEN-
DAHAN; SHALOM ZARFATI; EFRAT COHEN; RON YRMIAHU; YOAV FELDMAN; SIVAN GILOR;
RAVIT PINDROSS; ALON GUREVICH; GALI MALIK; HELENE LEVI; HADASSA ZINI; MOTTY BITON;
YINATAN SOMAR; TAMAR FUX; VERED MADAR; YTZHAK BEN HAIM; LEAH TAREGANO; ZEEV
FRITZKER; YOGEV BOUHBOUT; RITA RISHE; AVRAHAM HASIDA; TSACHI LOOK; YONATAN
FELDMAN; ZILA ABITBOUL; LIOR COHEN; MOTTY ERLICH; ESTHER GREEN; RITA SNOOF; VERED
BERGER; SHIRA GILAD; HAIM LEVENFUS; ZABAR SHUALY; ADI LASRI; ESTHER ANRON; ELIN
ASHKENAZY; IDIT ADIEL; ZOHAR ELHADAD; MIRIAM ZAHUV; DAVID STERN; YANIR PINKER;
REVITAL BUTA; AHARON SHARABY; HILA MEIRAV EITAN; NADAV ELIASH; HAIM ROTEM; AYALA
SHELSAR; YELENA VOLKOV; OFEK ASHENAZY; YTZHAK ZAMIR; ELI MALKA; ELIOR MALUL;
GALIT BARSHACH; YIGAL GILLIS; ELYA ZUR; NAAMA RUBIN; OSNAT TZABAG; NETANEL
DARSHAN; ELIHAY BERKO; TOMER YEMINI; GILL GENESSIS; AYALA TZADIK; AYELET-
HASHACHAR FREEDLANDER; YEHUDA AVITAN; MEIR GODESH; EFRAT SHUKRUN; HADAS
OHAYON; RACHEL AYALA ZEN-BAR; GAL AVIOZ; EINAV AMRAM ASHAROV; TAMIR KALIMIAN;
ASAF BLOOMBERG; GALIT PIRCHI; SHLOMO SHALOM; MICHAL NETZACH-MORAG; TOM
WEINBERG; YOSSEF ACKERMAN; AVIRAN FREEN; ANAT GUSH-HALAV; ARIEL LEVIAN; TAL
GOLAN ; LOTEM ROSENBERG; ARIEL SHAPIRA; EINAT ILANI; NOAM COHEN; YANIV GABAY; TAL
RAM-PELED; REVITAL MOSHE; AYLLA LESNICHY; NATAN COHEN; RON MYARA; YAIR COHEN;
ARYE BENYAMIN; YSHAI SCHWARTZ; ARYE FARBER; TEHILA AVNI; LIORA BERNSTEIN; YARON
NIS; YUVAL NETZAH-MORAG; DROR SHUALY; LI-AN AHARONY; ELAD LEV-RAN; KFIR COHEN;
ZELMAN ZONENFELD; REUVEN HUS; MOTTY BEN-DAVID; SARIT FOLK; SHLOMO KLEIN; MAXIM
RODANO; DAZID ROZENTHAL; CHANNA HANS; MOSHE NOVIKOV; DINA ROSEN; LEVY PORT; AMIT
GOTLIEB; MEIR TOLEDANO; EHUD LEVY; SIMA ZRIHEN; SEFFY APPLE; ITAI HAIM; HAIM
FREEDLANDER; ELAD HOMINER; YTZHAK HANS; SHARON ALMOG; VLADIMIR KRASIANSKY;
HAIM HILLEL; RUTHI DVIR; RAVIT BELL; YUVAL ORENSTEIN; AVISHAI COHEN; ARTHUR
MELAYEV; SHIMON TZENVIRT; AVSHALOM ELBAZ; SHLOMI HESS; MICHAEL RESMAN; MATAN
TRABELSI; OHAD LANDAU; YTZHAK BENSON; SHLOMIT WAKSBERG; ADVA BERGER; TAMAR
BERGER; TZVIKA ITIN; BNAYAOO COHEN; TZVIKA LIBERMAN; EVYATAR RATZON; HAGIT COHEN;
AVITAL AVDA; TAMAR COHEN; SHARLY ABITBOUL; NOY AVIV; EMUNA COHEN; YONATAN
ROMMY; ILANIT SHAFRIR; YOCHEVED AISENSTARK; SIGALIT SHAVIT; SHLOMIT GADOT;
MICHAEL ODESER; YAFFA BARIZZINOV; ISRAEL FAHIMA; DOV YUNG; YANIV SHABO; ALEX
FOGREVINSKY; EMUNA BILINSKY; LILCH BAMBERGER; SAPIR SHUFAN; HADAS EVERBACH;
YACOV ISHAY; IRENA MONIN; ATALYIA MOLCHO; ASSAF ENBAR; OFIR OSHRI; BARUCH
BABAYEV; MOSHE CARREL; ELIAV RAN; YORAM YAVIN; ATARA SHLOMI; EINAT LEVY; ELIAHU
FREEDMAN; ROEE YEDIDYA; SERGEY LIBERGENT; SMADAR DANIEL; SARIT GRIDINGER; ELLY
SAGIE; YISKA SHMUELLY; OSHRI WEIZMAN; TOM FINKEL; GALIT SHITRIT; ITZIK HATSHUEL;
ELAD HAREL; LILACH ZICHRI; MICHAL VAN-LOAN; GIDEON HORESH; ARI GAVRIELI; MEIRAV
YAMIV; ILANIT ADANY; ARIEL FILBER; LINOR MOSHE; JOANA SHARABY; ROEE BAR OZ; ASSAF
EITAN; MAZAL WEIZMAN; SARA BAKSHI; DANIEL DAYAN; ESTHER WEXLER; ORTAL SIUVITZ;
ORON KOPENHAGEN; LIRON NAHARI; NOA HARARI PORTNOV; HADAS ORBACH; YONATAN
SHIOVITZ; ABBYGAIL CORNBLIT; MENAHEM LERINOV; AMICHAY ROZENHAFT; BORIS SHKOLNIK;
YEHEZKEL TAL; HELI ADAR; YAEL TRUTNER; YAARA HERSHKOVITZ; ARIK SAFRAN; HERTZEL
AHARON; ARYE ASTRIG; AHARON DEUTCH; EDEN AGREVEKER; TOMER SOLOMON; ANAEL
SHERBATOV; SHAI PANEK; SHLOMO SAYLI; AVI PETROF; YASMIN PERETZ; HAIM AVITAL; ELI
COHEN; SHARONA FELDMAN; SNIR ZIV; OFER NEVO; ADI ZARCHI; SHENEOR KELLER; REZINA
NEGEV; JUDY LAX; KEREN KATZ; NIR GOLAN; SHLOMI BEN-DAVID; MAAYAN BEN-PORAT; RUTHI
DVASH; NACHMAN ROZNER; SIMON MODEL; VALENTINA SPEIZER; SARIT RETZBI; SHAI
NAFTALACH; CHEN SHEININ; MAYA BA; LINA JACKONT; ISAREL ARMON; YORAM TAHAL; SARA
SHAPIRA; YANIV ACKERMAN; ADIR REINER; MERAV FENDEL; YONATAN GELLER; ALON ARVETZ;
TAMAR ARICHA; YURI KUSH; SHAI YAAKOVI; MEIR SHAI ALFASI; MENACHEN GILLOR; FRIDA
AISENSTARK; HAIM DANIELI; MOSHE MENACHEN; ELISHEVA OFEN; SIMCHA RICHARD; HILLA

HAREL; ADI SHRAGAY; AYELET MERILANO; ADI MERKOVITZ; ILAN KALIMI; DUDU AZARIA; ROMAN BOOT; HALLEL SHALEV; YEHUDIT NAIM; YANIV SANANES; YOSEF ELIAHU; ADDI ASSIS; NIR PERETZ; YDIDIA PELSAR; RAMI REUVENI ; ELIEZER NEUMAN; DAN TAL; SHIRA COHEN; DROR GROONICH; ELIAHU LEVY; HENRY COHEN; CHEN CAISAR; AVI MIZRACHI; ADI BRUNSTEIN; RUBI TSIGELMAN; ARKADI MONSTIRSKY; DAVID BEN HAMO; YANIV FRIEDMAN; YAKOV SHAYO; YOSSEF MIZRACHI; OREN BAR; VANESSA LIVNA; TOVI KOLKER; BARUCH MOSKOWITZ; TEHILA COHEN; SHIREL TASSA; BENNY MICHAELY; YEDIDIA BRAUN; MEIRAV TAL; EVYATAR FALACH; YIGAL LIVNA; ARIK YAAKOVI; YIZHAK BARBI; YONIT FEN; LIA GUY; EDEN CORECH; NIMROD EASTON; ELLA OPPENHEIMER; REUMA LEVY; PORAT SHAER; AVRAHAM COHEN; YARIV RAZ; SHANI COHEN; NADAV ALBILIA; TATIANA GINSBURG; SHMULIK ARIELY; LEAH FREED; LIOR ILU; ALEXANDER GURFINKEL; HANIY SHALEV; YANIV SIMHI; YOEL SEGAL; INBAL MADAR; ERICSON DAHAN; YIGAL BET-ARYE; MAZAL BARMI HABASHA; DAVID SHULHANI; YOSSEF SHLOMO STEIN; HAYA LURYA; MICHAL KRAMER; SHLOMI IFARGAN; DANIEL KAPAH; REESA STONE; BAR SHABBAT; MEIR OR YAZEDI; ALON ELIYAHU; RICKIE HADAD; BRURIYA AMAR; MICHAL GREEN; YUVAL SIMHON; AVIV SHARIKI; OR ARRAM; REI TIMOR; SOPHIA YERMULENKO; NETANEL COHEN; UZIEL SHEFEZ; NATAN KIRSCHNER; ASHER RONA; AVRAHAM ALEXANDER; BARAK ZARFATI; DAVID DADON; STAV LEE BUNNIE; MOSHE ZELTZER; EFRAT ELIANI RUSSAK; LIOR YEHIEL; ITAI TEPER; NOAM FISCHER; DANIEL MEIRI; YUVAL ZUR; SHAKED ZABARI; TAMAR KSIRRER; HANNAH YAACOBOWITZ; YOAZ ROFE; TZIPPI EDI; YAFFA AVRAMOV; BAT-CHEN TAM; SIGAL BAMBERGER; YIGAL BARABI; SHARLEY KISOS; LIAT ORY; IDAN BEN PORAT; BEN TESHUVA; AVI MARGOLIS; CHRISTINA LISOVSKI; YITZCHAK BLANKY; SIVAN GEHASSI; LITAL DILMONI; ELAD MAMO; NETANEL MALKA; GEULA HOFFMAN; AVIA BARABI; MOR AHARON; YISRAEL LEVINE; AYELET-CHEN VADLER; SHAKED BRANDERIS; ILAN STERN; SIVAN PIKKER; MOR MODECHAY COHEN; MICHAEL NUSSBAUM; MENDI UZAN; ALMOG LIBOR; ALEX SEGAL; AVISHAY BIDANI; EVYATAR WASS; DANIEL TOVIYANA; ORON DEKEL; INBAL SASSON; CHRISTINE STEVCHOK; BENTZI BUBLIL; YITZCHAK KENIG; YAFFA FARQASH; ORI RADZYNER; IDIT COHEN; DEVORA SIMHON; SARIT REUVEN; RACHELI ANKERI; YISRAEL COHEN; CHEVER BEN YOSSEF; NATALI SIBONI; YEHIAV NAGAR; REUT AVITAL; SHAI MAHANAI; MENACHEM MENDAL PUGATZ; HADAS DASSA; MENACHEM MENDAL DAYAN; NISSIM GLAM; YOSSI FACTOR; IRIT VALACH; NERIYAH LUZON; REVITAL DABUSH; SHAKED SHLUSH; NETANEL HAVIZER; BORIS BOROCHOV; DANIEL IYOVI; HADAS LEVMOR; OREN SHTIWI; MICHAL GUMBERG; LIVNAT HAZZAN; SA'AR GUREVITCH; ODAYA NUSSBAUM; OREL MISHAEL; TAL ALON; RUHAMA TAL; NATALIE EL-NEKAVE COHEN; DAVID ARIKKA; SNIR LEVI; YOCHAI NOIK; LITAL COHEN; SARA DANIEL; NETA HOVAV; AVIHU KUCHERO; GUSTAVO ARIEL MIRSON; ANDRE PAVLOVSKI; GILAD KEN SHIMON; SHACHAR AVRAHAM; ITAY YISHA'AYAHU; TZVIKA BELINZON; TZADOK NUSSBAUM; HODAYA AMITAY; NOAM ZAMIR; TOMER TURGEMAN; YARDEN KARAKO; ASAF BEN NUN; OMRI AMOS; YOSEF BINYAMINI; CHAGIT REIZMAN; PENINA GOLDIS; SHIRAN ELMALIAH; YAIR SHNEID; SLAVA PLAVENIK; ARTIUM ASMAN; MENI BAR-GIL; RAN BASSA; NOGA WIEZEL; TZIPPI EZER; CHANA ZEFF BIRAN; YEDIDIYA MEHAZARI; YA'ARIT COHEN; MEIR SABBAN; ALEX BANDAK; DORIT MOLAD OR; REUT ELMALIAH; AVRAHAM BINYAMIN; SLAVA ANTONOV; YAEL YAZEDI; ORI DEUTCH; MOSHE NAKI; MOSHE ABITBUL; SARA GUETTA; OR'EL SHA'EIR; DINA ALBA; NATAN SMADAR; YOSSI FARQASH; NOGA RAVIV; ROI WEIZMANN; LILACH BEN-ZVI; YAIR BENITTA; ORI MOSKOWITZ; HADASSAH MICHAELI; DAVID BECKER; MIRI HADAD; SHAHAR GIGI; MOTTI LORIAH; MEITAL KHALIF; YITZCHAK ALEXANDROVITCH; YUVAL COHEN; YAEL NISSAN; EITAN DERII; CHAY UZAN; ILIYA SHICHMAN; DOC GROSSMAN; EILAT SHAYISH; YAEL ZEEVI; AMICHAY HERSHKO; ELIZABETH RAPHAELOV; BENNY MOR; ELI MAIMON; MOSHE RAHMANOV; ELI ASOLIN; MOSHE TURGEMAN; GADI REIFEN; SHLOMI IVGY; NERIYAH GARAFEE; IRIT COHEN; ORTAL MAZO; REUT COHEN; ROI SAGIV; DEVORAH KATAN; AVNER LIRON; NOAM DAMARI; ELAD ARVIV; VLADIMIR VINOCOR; NELI NEKTALOV; TAL BISMOT; TEHILA MOYAL; HADAS MOSHE; ADI TENAI; ALEXANDER SCHULTZ; SHMUEL TOVIANA; AVIRAM ZE'EVI; EINAT SEMEQ; IGOR ANDELIN; ERIC BEN SHIMON; AMITAY BASHARI; YITZCHAK BRUCHIM; RONI BENARI; INNA KOREN; EITAN ARGAMAN; AMIT DAN; SHMUEL KAHAN; HILA ZECHUT; YA'ACOV GEVA; ZOHAR MIMIS; GILAD ROZENBERG; INBAR ZANO; GENISH YARDEN; YITZCHAK FINK; YOSSI MAMAN; BENJI BARON; DOR AMICHAI; YITZCHAK MEIR BEINISH; IZHAK HADA; TAL ASOLIN; GUY BENKOVITCH; ITAY GARAME; AMICHAY HADAD; MICHAEL GERMAN; KFIR APPLEBEUM; ROI KARIV; AVIDOR GERSHON; YOSEF RUBENSTEIN; YEHOSHUA ADATO; ELAD YA'ACOBOVITCH; AMITAY DRUMER;

YISRAEL AMAR; DORON KREP; DEVORAH SOROZKIO; HILENI SHOFET; NAOR MESHULAM;
YITZCHAK SHILAT; REUT CHAZANI; NATALIA KURIEL; SHLOMO YITZCHAKI; ROHA'LE AMIR
TURGEMAN; LEVI YITZCHAK RITZ; VERED GROSS; BAT-EL YAHIA; AVITAL GOLDBERG; ELAD
EVEN TZUR; AVI COHEN; YOSSI ASAF AMERGI; YA'ACOV HILLEL; DAVID NADAL; DENISE
TOMAKOV; MOSHE GROSS; ODEH-EK GATOMA; YEHUDA LEVINE; NERIYAH BOKOBAZA; PAZ
COHEN; BENAYAHU AMRAM; TZIPPORA COHEN; DR. GIL ALONI; REUVEN MELAMED; LIAT
YISRAELI; BARUCH AVRAMOV; YAIR LIBMAN; MIRIAM ELMALIAH; INBAL LIBERMAN
YA'ACOBOVITCH; HAVIV GIDONI; ZIV ZAMSKI; HAGAY YOELI; AMNON ORTNER; EINAV BERGER;
GILAD TOPER; BATYA RUBIN; EFRAYIM CHAZONI; MERAV GELSNER; ANAT SIMON; ZOHAR
FRIEDMAN; TAL RAPHAELI; YASSU SHEPRAU; YITZCHAK BARNEA; YUVAL LEGATIVI; RACHEL
BITAN; MICHAEL KEHAT; GILBOA TOP; YOSSI ZOCHOBIZKI; CHEN PINTO; YOSSEF SHIEBER; LIOR
YAS; CHANAN FRIED; SHAY TRABELSI; SAPIR JAMEEL; EDEN SHIKALI; SHIRA BLEITZ; MATAN
RUBINFELD; NETANEL COHEN; NADIN YEHIEL; AMIR YESHURUN; ITAY CHEN; ALEXANDER
KIPNIS; NETANEL FRIEDMAN; SHAKED STOPNIZKY; NILI GOLDBERG; DOR PELEG; YANIV HAREL;
HAODAYA BATASH; MATAN BEN ASHER; SHALOM LERER; YARON LANDAU; ODELIYA SMADGA;
AMIT BEN DAVID; LEE BETZER; HAIM COHEN; YAFIM STEINGAUSS; INBAL VANNA; KEREN CHEN;
SHIMON AVRAHAM; HODAYA ALFASSI; AMNON COHEN; MOTI ANGEL; REPHAEL JANN; ROTEM
KOREN; KFIR AVRAMSON; YEHUDA SHAMMES; GIL MAOR; YEHUDA COHEN; AHARON
DIMANTMAN; TAL FRIZKER; HADASSAH LIVSKIND; SHARON HARARI; MAOR AVIKSUS; SHOSHI
SHPITZER; GAL ASSAF; OR BENJY; NOA LAHAV; HEZI TSARFATI; CARMEL DAFNA; ARIEL SHOR;
MERAV AKIVA; NIV AVINOAM; GIL LERNER; ELAD YOSEF HASIDIM; MORAN AMAR; AVISHAI
ASAF; CHEN SAMUELS; TOMMY MARCUS; ARIEL ZADA; EFRAT MOSES; HAIM VOLINSKY; OMER
AM SHALEM; EITAI MOR; EITAI YAMINI; NISSIM BACHAR; YITZHAK COLLINS; YEHUDA FAVVA;
MOSHE MAIMON; RACHEL SHAPLAN; CHEN BITTON; PINCHAS GREER; ZE'EV SHUMACHER; CHAIM
EISNER; YOSEF ZACHARIAH; NISSAN FRIEDMAN; NAOR BUTRAN; GAL OCHIAN; ROY AMARA; ORI
COPENHAGEN; YAACOV SNIR; BATYA YELINIK; YONIT BARAK; SHAIKA SHOHAM; JOEL TABOOR;
EITAI ZILBERMAN; CHEN TISHLER; MORIAH BEN ATAR; MICHAL YOCHAI; ELLA JIRAD; ELIRAN
ZANGO; TSCHUR KLORES; SIMON DANE; MIRIAM LACHIFER; NATALIE ZACHARIAH; MOR KATZIR;
ISHAI YAKOBOVITCH; RAM AMIT; MAYA HAGAG; MICAH ELIMELECH; EITAI MANASHE;
VIOLETTA IVTACHOR; ALON SHANI; YAIR HADAR; RACHELI RODNEY GOLDSTEIN; SHAKED
BRONSTETT; ELIEZER HACOHEN; MICHAEL TESSLER; PINI HADDAD; ZOHAR HOBRA; BRACHA
MOYAL; DVIR YICHIA; MOR HAVANI; ASSAF NAVON; BARAK L; YARDEN ZITON; MATAN UNGER;
AVI SHLU; YIVAL RASHI; SHALOM KATAN; NACHSHON COHEN; MIRI COHEN; YECHIEL ROTH;
DAVID ELIHU; NOGA PHALACH; GAVRIEL BIBI; DANIEL NATANOLOV; SHALOM EZRA; DORIT
WINKELSBERG; DAVID COHEN; NOAM HADDAD; EINAT SHANLER; YEHEZKIEL KAHANA; SHAIKA
MOTZPI; SHARON MERRARI; SHULAMIT MILLER; SAGIV GAVAI; ZION SHPRANSKY; ZVI MAROM;
KFIR YOSEF RAVI; REUT GOLDSTEIN; MEITAL VENTURA; SIGAL BENDER; DAVID PHOOHIL;
DANIELLA VISHNITZKI; KOKAV BRAZILI; ORTAL NIV; AMICHAI HAREL; MA'AYAN ATTIAH;
YARON SHMUEL; ELI HAVAH; KARINE SAGEV; PAUL GOLOBENVSKY, ADV.; SIVAN
YISHASHAKAR; ASSAF AVIRAM; ASSAF EREV; HANAN AVITAN; MATAN GOLDSTEIN; BENJAMIN
RUBENSTEIN; MELODY MIERAH; ELI ALSARI; ELIEZER SHUTLAND; OLAG VAROBETCHIK; CHAI
COHEN; DAVID ENTEBI; SHAI SHABATAI; EPHRAIM UZAN; DAVID HAZOT; YIGAL MANOR; ELI
DEMARI; SARA KAPLAN; MICHAL MALKAH; YOSSI SHARABI; ARIEL BITON; NATALIE ALIAS; ADI
GANON; GAL BABIOFF; TOMER ZAHARI; GERSHON YACOBOV; ITZHIK DAHAN; RUBIN LIOR; LEVI
PRITZKER; EITAI NAGAR; AVIVAH MALIK; TSUR OFIR; TOM PALNY; CHAIM SOUROSI; MENASHE
COHEN; ORIT AVDIEL; ERAN BRAINER; ORIEL ABIKSIS; AVNER LIPSCHITZ; MOR DADON; CHAYA
HALEVY; RACHELI WEXLER; YONI NETZER; DAVID CHEN; LIMOR ISSACHAR; IDAN ABRAMOWITZ;
EDEN MOYEL; ISRAEL SHOKRON; MATAN AMITI; AYA MANOR; OFER NISSMAN; NOA SADEH; OR
HAMRAH; TZAFINAH ABRAHAM; IGVANI ZAIKIAH; KATHRIEL BEN DAVID; OR VAKNIN; LIRAN
COHEN; AYELET NAHARA; YAIR DAVID GOLDFELD; GILAD MERICK; SHAI SOFER; YAEL SANAH;
ETTI SABEROV; JONATHAN CHEN; NARKIS LEVY; DVIR SAMETT; ABNER BEN SIMON; SHULAMIT
GABAI; ISAAC ELBAZ; MAOR AKIVA; ORLEV NOBEL; MIMI EVAN CHAIM; GERSHON DAVIDOV;
MOSHE BALESH; LIAD NIZERI; GAL ITACH; DROR CHINTZ; OFER SHARIR; EREZ ELKOLUMBRA;
SHLOMO GAV; CHANI LERNER MOR; BAR LANDAU; NADAV TSABARI; SHERI PIRAN; NIMROD
NECHAMIAH; ELIRAN BITON; JONATHAN SHEETREET; ASSAF GOREN; BRACHA LURIA; HILLA
GALLILI; EYAL BEN COHEN; ISRAEL JOSHUA; ROY AMIR; JUDITH BITON; ADELINE ABU; EDAN

SHTRUMTZAH; AVINOAM GOALMAN; JOSHUA GRUSHOVITZ; MAOR IFRACH; SHOKI KATZ; FREYA BENDER; BOAZ HALALAH; LIRON IFRACH; AVITAL MINK; NOAM TUBUL; DOTAN ZVULUN; ELCHANAN SEGAL; TALIA CHANIN; NOA GREENSTEIN; NACHMAN SHELTZER; NETZAR KELLY; AVIGAD BARBI; SHAKED SHILAH; AVITAL INDIG; MORDECAI LURIA; LEV FISSELSON; ANIL SELACH; ISRAELA TISHLER; RINAT TURGEMAN; YECHIEL GERBER; ZACK GURIAH; YUROSLAV POLACK; JONATHAN ARBIV; YOSSI COHEN; OSSI YOSEF; MOSHE LAPIER; NA'AMA ABRAHAM; ITZCHAR LEV; TOMER FISHHEIMER; AMOS AMIRAM; AVICHAI HATEB; SHARON SADAN; YOSSI BASH; ZEEV DISHON; ARIELLE GLAZER; ELIHU AZULAI; ORTAL BEN MOSHE; EYLON BERAV; OREL SEGEV; SAUL KLEMONOVITZ; GAT TZAFERIRI; AVICHEI BORA LEVI; ELIAV GOLDBERG; AVITAL ZND; ARYE JACOBSON; HADAR N.; TZVI DROR; CARMELA ABRAMSON; LIOR MIZRACHI; LIDAR SAAR; LIDOR COHEN; YAEL SHARAVI; YURI RABINOVITZ; ELYASAF ASARAF; SARIT SOSKIN; DALYA BERG BINYAMIN; YEHUDA GREENBERGER; ITAI MIZRACHI; ALEXANDER ZUSMANOVICH; YEHONATAN AHARON; ORLY HOLLAND; AMIRA SHRAGA; REFAEL WEISS; IFTAH OCHION; OR ORON; YEHUDA ZND; YASMIN ATIAS; ELIRAN MUZAS; AHARON MORANO; TOVA KALLNER; MEIR SOFER; VERONICA MILICHOV; LINOY MORDECHAI; SHAY JERBEY; MENACHEM POSS; OMRI SARMILI; YAAKOV GUTMAN; AHARON YERUSHALMI; HEN SHABO; DAVID POPOVTZER; MOTE K.; IDO STERN; MORAN SHABTAI; SHIRA SHOMRON; ORIT SHAKED; ASSAF PASSAI; LIRAN P.; LIOR MIZRACHI; ILANA MAMAN-SHAPIRO; AHUVA BEN YAAKOV; GALIT ASHKENAZI; MEIR ZEGEYE; MAITAL NOYSHTEIN; GIL DAYAN; SHIMON SHIR-RAZ; MOSHE ISRAELI; ARIEL SELA; AVIUOU ARTZI; MENACHEM ABERGEL; NOAM GALILI; AYALA MILLER; ALON HERTZOG; SHIRAT MILLER; EINAV ARUSI; ARIYEL MARESKY; NIR FUKS; TIDHAR SEIFER; MATAT PASSAI; NOA NAAMAT; IZIK MERLEL; GUY ROZEN; YAAD KEDEM; TAMIR ILAN; SHELLI MALECHI; EDEN SHMUELI; RAANA KREITZBERG; RAZ AZARIA; YAEL DEWEES; SHAI SHAULIAN; HAGAI SHEMTOV; SHAVIT RESHEF; YUVAL TAL; MOR JIBLI; ROMAN SHUSHIN; HOD BALAS; ANNA KOSSOY; OSNAT FRIEDMAN; EYAL AVIGAD; DUDI UZIEL ; TAMAR VELED; TZVI SHIFRIN; CHEZKY SHNELLER; HAGAI GAT; SHIRIN SALIMOV; SHIRAN LEVI; AVRAHAM MIZRACHI; EVYATAR TWITO; OSHRIT CHETRIT; SASI GURI; AMIR MONSONEGO; AMIT HIRSCHTEIN; AVICHAI MOLDOVAN; ELIAV AHARON; ALEX USVATZOV; NATI ELIASI; HAIM NAKAV; YUVAL SHEININ; HILA BEN SHLOMO; SHAI SHALOM SODAI; SHIMI MACHLOF; YURI CHAIMLOV; DUDI BEN HAIM; INA BEN MOSHE; GAL MORADI; YAKIR GOLDENBERG; EDI RODIN; NATAN EPSTEIN; LIOR GRINZAIG; CHAIM FILTSER; ILYA MOSHILUV; EDWARD OIFMAN; LEEOR KEVLIK; AVISHAI OKASI; NEOMI YONOWITZ; ITSIK OMER; RAN COHEN; ALON HANGARI; YULIA DOBSON; YAACOV GAMERSNI; ORIEL KALFA; NOA DANIEL; EITAN KRANKORS; SHAI ROTEM; AYELET ARAD; ARI LEVINE; ELI CHEN; YULI ZOVKOV; DRORA MEKUNAN; SHMULIK DAVID; ARI RENNERT; YEHONATAN ROEE AZARIAH; RUTH ARVIV; ALMOG COHEN; TAMAR SHUGRAT; RUTI SANERMAN; DAN BENET; LIZZIE JENUDI; YOAV ZISKIND; INON YONA; NOAM BADRIAN; YONATAN LEVI BIRUTI; YOTEM MOZES; NETA CHULFENOV; ARKADI ARONOV; ISRAEL BERMAN; SHLOMO GVIRSTEIN; RONA OSHER; MIRIAM FILTSER; AVISHAI AMICHAI; SIMA REUVEN-HAKKER; SASI JERBI; YOSI JAMBER; NITSAN PERETZ; KOBI SHAMIR; RIKI HAZAN; KINNERET ESULIN; ROEI EFRONI; ALISA SHAMAM; MENACHEM TZUKER; OMER GANON; NADAV ALEXANDER; ELINOR BEN DAVID; PAVEL RASTOPCHIN; ELAH HANUKIEV; EVGENY SEGAL; YARON ZAFRANI; BEZALEL YANIR; AMIR BEZALEL; MATAN BEN ZIKRI; OMER LURIA; DORON LEDRAR; SHIRA MAMO; REUVEN LESHEM; YARDEN GREENSHTEIN; TAMAR TAYRI; SHAKED DANO; LIOR DELLA TORRE; DALIA ROSENBERG; NETANAL ALMOG; YIFAT SHOMER; DANA SHIMONI; YEHONATAN ELBAUM; EDEN DROMI; YEHUDA SHAOSHVILI; TAMAR LEOFER; IRYA COHEN; GAL MELOL; ELAZAR SHOMRON; NIR FRAIFELD; LIOZ COHN; NITZAN DANIELI; ITZIK EDRI; BATYA EIDELES; YOCHEVED PAAS; AVIAD KOREL; GAL SHAONI; RAPHAEL AMAR; KFIR SRI; AVI PHILOSOPH; ELIEZER BLITZ; MOSHE OHANA; YISHAI NIR; YONATAN TZIPORI; MICHAEL KAILIK; YAIR ZIV; NAOR HAIMI; SHAI YAAKOV; RAHAV TALBI; MICHAL SADEH; DANIEL MO; AVIV YAFEH; YIGAL RIVLIT; SAPIR AVGI; EREN NEGBI; SHILO YAGUDA; NOAM ASULIN; HANNAH LOBODA; MENACHEM SHAIKVITZ; AVRAHAM RON; AVISHAY COHEN; IDAN BEN GIGI; YAEL LENECHUK; AFIK KARO; ZOHAR HARERI; INBAR NAHUM; DODI BEN AMI; OZ DROR; SARIT ASRAF; ITA TAYLOR; MALI MARTON; CHANANYA BLASS; SHALOM AZRAD; ERAN LAMM; ORIANNA PIRO; LEONID WALDMAN; AVI ELBAZ; GALIT DADOUN; HAGAI KARP; ILAN MAOR; NITZAN BEN ZOHAR; LIRAN IZGLOV; DAVID GINSBURG; REVITAL BEN YZHAK; ORIT SEGEV; DINA HERTZOG; YANIV BENABOU; ROEY LEVI; MORIYA KLUGHEPT; MICHAEL TZABRI; NAOMI COHEN; ANAT ITKIN; ADVA SAPIR; DOV GLAZER; NATALIE SHAINGRATT; NOYA SHELKOVITZ; ADI

FISHMAN; AVISHAG BASHARI; DANIEL GERON; ANAT BRAMI; AVIA BEN ZIKRI; SHAI KASAI;
HALEL NAHUM; LIAN ERUSI; RACHELY EITAB; YEHUDIT OSDITCHER; NETANEL BEN SMAHON;
ORLY BENYAMINI; ELIYAH POLLACK; TALI FARKASH; NISIM ABERJEL; AMIHAI TSIG; ASAF
BOARON; IZZIE SHMUKLER; ROYE FELDMAN; VERED RAMATI; ELI HIRSCH; TOMER NEWMAN;
AVIA GROSHKO; KARIN ELIAS; MOSHE BITON; ESTHER MELUL; YITZHAK ELHAV; OSHER PIZEM;
RAQUEL VIZEL; HANI OHION; TOM PINTOA; YEHORAM BEN PERLAS; AVIV GARMAH; DAN
RAFALSKE; ALEX KLEMPF; TAL BEN HORESH; KEREM GEVA; RANIT GOLDBERG; GOLAN
ABARGIL; ELKANA HAATZNI; TUVYA K.; RAPHAEL GREENSTEIN; RAMI CALDERON; SHAYNA
TERGIN; EMANUEL GAL; HODAYA HAGOEL; AVIHU LUACH; NOFAR DVASH; TOM PNINI BARON;
DANIEL SHEMESH; TALI GROSS; HAYA SHIMON; YAEL HIKRI; SHARON SHALOM; OMER
VERTZBERGER; VERED NEWMAN; MENACHEM HOFFMAN; ZIV GABEL; NOA YARON; HAGAY EDRI;
GAL RUBIN; ELAD FARGON; ZAKAY LIFSHITZ; FELIX GERSHTEIN; HODAYA TESHUVA; SHAHAR
MAOR; RINAT SHMILOVITCH; HADAR GENISH; KFIR MACABI; RIKA SOSKIN; NITZAN SHINNIES;
ZVI KLEIN; CHAIM FAINARO; IRIS HABOT; RONIT AVDO; YEHUDA HOFESH; SHMUEL ANATO;
SHIRAN AZAR; LIRAN ISRAEL; ZVI GROSSKOP; ARIE DYK; YOAV COHEN; YONATAN GREENWALD;
CONSTANTINE PLIH; SHIT HARVARDI; MOSHE JEDWAB; ARKADIY WOLMAN; YVEGNEY
KUCHERNKO; CHANOCH WEINBERG; AVNER EFRATI; ALMOST KASHTI; ORI COHEN; TEHILAH
BUCHRISE; LIOR BELLELIS; MAOR KRISPAL; ITAI SHIMONOV; REVITAL ALFENDRI; AVI KOH; ROI
FEINGZICHT; SHIRA ROSENTHAL; ARIK AHARONOVITZ; ARIK ROSEN; REUT BRISKIN; YAAKOV
HAIM YEDID; REUT WALDER; HAREL WEITZMAN; DAVID PALEY; TAMAR ARONSHTAM; SHIREL
AMITAY SHAMIR; RADAY ANSBACHER; ARIEL FRIEDMAN; SHLOMI AFLALO; TZVI SAPER;
RACHELY COHEN; LEVI HARVITH; MAOR DIEI; SHAY BEN SHUSHAN; SHAMRIT BOZGALO; SHIRA
AMSALEM; TZAHI KIRSCHENBERG; MICHAEL GITTERMAN; MITAL AHARONOV; ORIT GANEMA;
NOYA YOM TOV; NIR SHABUDI; MENASHE YISRAELOV; SHARON BEZALEL; ROI OZ; HAGIT PEARL;
MOR DAHAN; RON MICHAELI; CARINE PEREZ; MATAN STEIN; ARIEL ANSBACHER; LEORA BEN
SHALOM; YAIR EMANUEL ROTH; SHLOMI AGIV; HOVAV AMIR; AYALA MILLER; NADAV GEVA;
YEHONATAN SMALLER; TAL LERER; TZIPPY PERLIN; YONATAN BOCHBOZA; SHAI EITAN; LIOR
ELIYAHU; GAL HADRI; ETIYA LAX; AVITZUR OREN; NURIT MAMALYA; HILLEL RUBINSTEIN;
YUVAL KALMANOVTICH; YASMIN YITZCHAK PUR; SHIMON SOMIK SIMANDEIB; BATYA KELLER;
ORIT AFGHAN; YAM YOSSEF; AVI ALTALEF; LIOR SABAN; DAVID MALIYAH; YAEL USTON;
HODAYA STIEGLITZ; LIRAN YUSHINSKY; YITZCHAK BEN EZRI; ESTI FRIEDMAN; OFIR
BACHERTAN; SHAI SABAG; YARON MAHSOMI; NADAV MACCABI; SHLOMI YITZHAK; MIRIAM
WOLFSON; SHOHAM TAL; BENAYA SHALEM; SHLOMI RASHELBACH; DANIELLA AMRUSI; LIRON
GEHANMA COHEN; DAVID ENGELHART; IDAN HAYUN; MOTTI ALASHVILI; MOSHE MILLS; IDAH
HECHT; MIRIAM FELDMAN; AMIT GILAD; DANIEL BAREKET; OREL MAATUF; MUSHKA ROBSKY;
NATAN YAHAV; YAACOV WEIZMANN; NIRIT ATTIYA; SHEN IVAN; HODAYA COHEN; AVIRAM OR;
MOSHE MEIR; CHEN PERETZ; RONI TRICHTER; ELCHAY ZECHARYA; ELIYA YAHALOM; ISSACHAR
BETZALEL; YOSSEF HOTNER; BINYAMIN IZON; SHUKI KADOSH; SHIR MOTAI; RON ALTBERG;
SAHAR SISO; MICHAEL SHAMIA; TOM LEV; MORIA SHENHAV; YUVAL NISANI; IZHAK EFRATI;
RAAV EKSHTEIN; SANA DIMRI; ZAHI NAVON; RAHAMIM LEVI; HILA MERON; ITAY RADA; RON
REZNIK; SHACHAR GOLDSHTEIN; YAEL STEIN; TAL TURGEMAN; SHARON ELIMELECH; YANIV
YARIMI; NIR MAOZ; YANIV ZALEVAS; YOSEF SHVARTZ; RACHELI SHAMIR; MEITAR SAVIR; ADVA
ASSAL; ADI HAVA TAMARI; NOAM HACHAM; AVIA BINYAMIN; KARIN GALOR; SHRI GOLAN; OFEK
IFARGAN; AVIAD DANIN; YEHEZKEL HASON; TAMAR ROZENTAL; DANIEL KRESANI; YOHAI
SITBON; RONEN ATIA; NURIT PESTERNAK; HODAYA KORKUS; ALIAV TURGEMAN; MARINA
STAVILOV; ADVA GUTMAN; DVORIT KOLKOPSKI; LIBAT LEVI; IRIS SAMOHA; RAVIT COHEN;
YANIV BEN ISHAY; MENACHEM MORESHET; YEHUDIT RAVIV; IGOR TENENBOIM; DVIR TAL;
MOSHE COHEN; RIVKA COHEN; ALBERT ASAREF; ANATOLI SHUSTMAN; EVYATAR TURGEMAN;
ANNA ZIBIROV; AVSHALOM ZVI; MOSHE DARMON; OREL COHEN; AVI BOMBACH; YACCOV KLEIN;
ALON MOR HAIM; BRURIYA COHEN; NAAMA BAUER; ELIYAHU HALEVI; SHISHANA SALAME;
ZOHAR SALANT; YONATAN DON YHIYE; ORLY PERETZ; UDI COHEN; SHLOMIT VAANUNU;
SHAHAR SHARABANI; YEHUDA BAUM; NATALI AVRAHAM; AVIA HAZAN; SAGIT ELKOBI; ITAY
FELDMAN; TAL AMSALEM; ZVI GALOR; DANIELA SHNERB; YEHONATAN ANAVI; DAVID YAACOBI;
DOV WOLPE; ALEXANDER PROTASENYA; RONEN ELHARAR; YOSEF KANAR; PELEG AVIV; ETI R;
AMIR NEROTZKI; SARIT BOMBACH; MOR ELITZUR; EVELIN RUBIN; BEN-EL JERSY; MICHAL BEN
ARBON; YOSEF SABIRO; TAL GEVA; GILAD BEN DROR GESTESH; YEHUDA ELHARAR; LIZA DAMRI;

ANAT BITON; DIMITRI LEYKIN; REUT LANGER; YANIV BITON; SHIRAN AVIGEZER; ALON SWISA; ROEI ZVIKA HAZAN; MAAYAN GOLDMAN; MOSHE BEN PAZ; DUDI SALAMA; TATYANA MAZEVITCH; FEIGI LEVIN; ALONA COHEN; TOMER SHEFER; YOSSEF YEHONATAN ZAAFRANI; HEMDA BIRNBOIM; RAMI MADAR; ELODY SOFER; RONI PALATNIK; YAKOV MOVSHOVITZ; HAY COHEN; ELIRAN SALANT; INBAR IAMGAR; ITAI NARDI; YANIR BUZNAH; MAOR MAZOZ ; YOSSI AVIAD; KOREN SHITRIT; NISSIM HAIM; ROY PEREZ; ZIONA ATZMON; SHMUEL AZOALES; LIOR SHAPIRA; DANIEL KORISH; SHALOM VAKSHI; MOSHE GUTMAN ; MICHAEL KRAMER; YONI MARCIANO; YOSI SILVER; TAL VAHDI; NOAM GOLDHABER; GAD NABET; TAL KAHALANI; OR HEN; NOFAR WIZMAN; DANIEL AHARONOV; AMICHAY MARGALIOT; TZEMACH HAGAG; MAYA OTMAZGIN; YEHONATAN FRANK; MIRIAM SAMSONOWITZ; MORIA KATZ; ASI BEN DAVID; SUSAN BENZINO; MERAV HAYMOVICH; RAFAEL TETRO; AVI PITNER; MORAG DAHAN; OFIR DUEK; MICHAL DEMSKY; ASHER YEFE-NOF; SANDRIN SAMAMA; TOVA DASA; OMRI SHALOSH; NAAMA ZUSMAN; OMRI HAZIMA; HAIM TZUNTZ; RIVKA BAZIZ; INBAL ENGEL; YONATAN PERETZ; HAGAI SABAG; ISRAEL SHALEM; HILA DROR; MORIA ROCKMAN; AVICHAY COHEN; GOLDIE ROTENBERG; GALI ATIA; YOAV AMIR; URIEL GOL; ZOHAR AVARECH; DANIEL SHPEIZER; DUBER MOR; GAL TZULKER; RODIKA HADAR; MORIAH LEVINBUK; IRIT GROPIT; TAMAR HALEVI; CHEZY YACOBOVITZ; ORIYA SHOHAT; SAGI ABIR; ALON DAR; NATAN GETER; SHAY BAR MAOZ; TZACH AUMAN; MORIS HALFON; SHLOMI TZACHOR; ISRAE KENIG; IVGENI TAMETZKIN; HADAR GUETA; KRISTINA YOHANANOV; GIL YANNAI; ELAD COHEN; PAZ HONZIKER; ADVA ATAR; YAIR STERN; ORHAY HIZMI; ORIT BRONSHTEIN; DAN MANN; SHLOMI GANANAIAN; ROEE GARNITZA; EVELYN KOROTKY; NADAV UNGER; DROR RAHFOR; YAELA MARGEL; PINHAS ARGOV; MICHAEL SHERKI; GILAD SAID; AMIR TURGEMAN; MORIA FARJUN; MICHAL VINOKUR; MOSHE ELMAYKAIS; MALKA TWITO; YONI SHOKEF; TALIA AMAR; NAOR ABIKSIS; DIMA BATURIN; ASAF LAHAV; YOSEF HAIM SOHALI; ZEHAVA AMOUYAL; AMOS BUKBOZA; NADAV IGRA; LEE TAL; SHAUL CHOHEN; SASSI VATURI; DANA IHIA; OVED GAVRIEL; GIORA ROZENTZVEIG; ILIA TENENBAUM; DAVID ZVIEL; AVISHAG BINYAMIN; SHLOMI BITAN; REUT ROT; YEHONATAN LEVI; GUY BEN TZVI; YAHEL SADEH; YEHONATAN HAJBI; LAVI DARVIN; ASHER SHMUL; MOSHE OFER; INBAR SHRABANI; RUTH ZABARI; OHAD NAVE; NOGA TADMOR; IVGENI HASIN; YOSEF HAREL; IDIT PASTERNAK; NETANEL ASARAF; ROTEM NIMKOVSKI; BEN MIZRACHI; KOBI SHMUEL; LIRAN JERSI; YAACOV VOVNOBOY; ELAD GITKER; JENNY NAVON; YOSI PINIAN; RAVID GOLDENBERG; MEITAL DURANI; YOSEF FRIED; ANAT KORENFELD; AVIV MOSHE; RAAM AVITAL; OREL ROSENBAUM; GIL FALEK; MAAYAN; SOMER; ALEX PROSKOROV; ITAI BEN AMITAI; DANIEL BROSHTEIN; GILAD RONEN; HANANAYA SEGAL; IVGENIA LERNER; SAPIR PUR; AMOS EFRATI; HANOCH PATT; HADASA SPEKTOR; YUVAL A; DANIEL LIZMI; KEREN SHIRA PERETZ; AHUVA LEVI; BAT OR DRORI; EYAL HOVEV ; ORIT RAHAMIM; EVYATAR HADAD; MOSHE RAFILOV; OLGA FELDMAN; HEN DAVIDOV; EREZ DAVIDOV; NOGA SINAI; NIR GALBEND; AYALET ASTRAICHER; MORDECHAI BEN YOSEF; YECHIAM ZIV; LEE KORNOY; IDAN LANKRI; XENIA GOLDRINGER; ADI VAKNIN; TOMER DROR; YONATAN TIDHAR; BEN HIRSHFELD; SHMULIK GOLDNATEL; JERMI LAVY; IRIT SCHWARTZ; YAKOV NATAN; EREZ HURI; BEN DAZE; OMRI TOLEDO; MAX KOSTYOKOVSKI; MILI ARNIAS; ACHIA RASHBA LEVI; YUVAL ZILBA; DAVID OHAYOUN; YAEL ANET NEIRA; NACHSON YEHUDAI; GAL EDRI; EINAT T; DANIEL HERSHKO; SHIRAN HIZKIYAHU; RUTH YAMIN; DANIEL MOATI; YAEL KAPACH; IGAL FINGLI; GILI METZA; LEON GOLDRINGER; LIAV SANKER; CHEN LEVI; SHARON MALKA; YOSEF DVIR; SHOSHANA HADAR; ASAF GALANT; MOSHE EPSHTEIN; YOCHI PORYES; OR ROMANO; ITAMAR ELIEZER; YAFFA BARSHESHET; SHARON SHIMONI; EYAL TOBYAS; DANIEL BEN AMOS; ADAR BEN AMOS; IDO BEN ISHAY; MEIDAN SHARVIT; SOLA VERNIK; YEHUDA VIDEVSKI; BARAK GILBOA; NIKA LEHCHIN; SAPIR IZDI; ROI KADARI; ELIHAI HAVIV; YARON BABIAN; AYALA NAVA; DANIEL SHECROV; TAMAR TAL; YAKIR CABALO; YAIR SIDREBSKI; IDDAN COHEN; DVORA HOTAM; URI MELLUL; RUTI ASULIN; RIVKA BEN SAID; LILACH DAMTI ; HAREL KELLER; KOHAVA BAT HAIM; ORTAL BEKER; ISKA KAMINER; DOR MOREL; DORI IBINDER; LEAH TZABAN; DAVID ELTSUFIN; AVNER MUSHNIK; AVI LUTSKI; AVNER PNINI; HILA PINHAS; LIOR ZIV; TALIA BABAI; SIMCHA BAKS; NIKITA GRENKIN; EFRAIM HOTAM; ITAMAR TAIRI; RUT AMIT; SARA GRINSHTEIN; AHARON ANAKWA; GALI SHIF; SFIRONS COHEN; ITAMAR FALUS; ASEEL GHANIM; HILLA HALEVI; ELLA HOTAM; LIAN CHINZI LEVY; LIRAN SHAPIRA; GIL RAVIV; HAGAI HILLEL DIAMANDI ; AVICHAI ASULIN; CHRIS NAZAR; ATARA ANGEL; ORNA FOGEL; ROTEM BABAI; MICHAL VEXLER; DVIR COHEN; TAMAR SORKIN; RACHEL BERGER SHECHTER; LIRON DAVID; BENI NEKTALOV; DANIEL BEN AV; EDUARD ROZENSTEIN; RAM SHANANI; OZ FENTON; GIL LEVI;

DANIEL AHARONI; OREN BABKOV; NURIA BEN ARTZI; MAAYAN REVIVO; RUTH MILLER; MORAN
IZHAK SHVARTZ; GALIT WEINBERG; PRIEL YAACOBI; DANIEL RACAH; DAVID LEVY; MOTI
WEISMAN; DVORA HOFMAN; AMNON SKALKA; BRIT GILAD; OFER UZAN; HILA MAZUZ; YONI
GROSSMAN; YITZHAK LIBERMAN; MORAN YEL; NIRAN DAVID; HODAYA OHAYOUN; TOMER
BUHNIK; ALTEA STEINHERZ; SHLOMIT MAFAI; MAAYAN GILAD; HAREL BARUCHI; ANAEL
TUSHEL; ARIK COHEN; TALI ZILBER; IGOR ZAK; YEVGENY ALIANOV; SARON KAPUYA; TAL
GABAY ; ANDREI MADEVDEV; HAGIT HAILA HAMAMI; ANAN ZEEVY; ZEEV WEISS; ROTEM
ROZENBERG; SHIRA EFRATI; YOSEF ITZHAK HAVLIN; TAL DABUSH; SHIMON TZEMACH; NOA
MOR; MICHAL ASULIN; MOSHE ELIRON; MOSHE ORENSHTAIN; NETANEL SARUSI; ISRAEL
SHMUELI; VADIM ALUTIN; IDAN YAHUD; EINAT KARMI; DORIT MORENO; TMAR EIZNER; MOSHE
HAVIVIAN; YOSSI SAADI; EINAT REINOS; IGAL DE VOCHT; YAKOV LIFSHITZ; JANET EVEN HAIM;
HILA LEFKOVICH; NOA ELLMAN; YONI GUTMAN; GILAD RAZ; DANIEL BOKOBZA; OSNAT VAHSH;
MIRIAM LIFSHITZ; DAVID KUSHNIR; SHAHAR TROMBKA; TOMER COHEN; OR ZELNIKER; YEHUDA
SABAN; MEIR LEVKOVICH; YOSI SHAMIR; NIR KAPLAN; ADI GOBZENSKI; RONIT SHAPIRA; ISHAIA
RUBINSTEIN; YOSSI MADAR; ELAD HAVSHUSH; TAL SHABI; ERAN HAFNER; ELA DROR; NOAM
KALAZAN; ADI EZRA; SHLOMO EFRAIM; ADIEL SHARABI; HAIM YACOBZON; EITAN RICK;
MALACHI IZRAELI; YANIV CHEN; MISHEL AVITAN; SHLOMI ORENSHTEIN; OFER ESHEL; MATAN
ZAGURI; HANNA RABINOVICH; YESHAYAHU SULZBACHER; NISAN BACHAR; ALIZA SHLOMO; DAN
SHTAUBER; BELLA BEN ELIEZER; DAVID VARDI; SHMUEL HADAR; RAMI DAMARI; OFIR RAVIA;
GIDON KEVLAVRENER; ELI ZADIKARYO; BARUCH SHPIGEL; OSHER ROZENTAL; HADAS BEN
SIMON; IRIT GROSS; EFI HAIM; AMIRA NAGAR; AVIV SOFER; DANIEL COHEN; NAAMA HONIG;
YAARA FARAJI; RUTH ORDEA; BARUCH SHMUEL GENSBORG GILADI GRINVALD; TAL HAI; ASAF
CHAOSKI; RAPHAEL JORDO; ESTI MEIR; HAGAI SAADON; ESTER LIBERMAN; SHIMON LEV; IDANIT
RESHEF; ELIYA NAHARI; ELAD OZERI; EREZ ROTBERT; DALIA OSHRI; ODEYA ROZENZVEIG; IGOR
GINADIN; ANAT MORDO; DIANA RAIZ; ZIV KATZ; YONATAN MAAYAN; INBAL COHEN; ELI MOR;
YAACOV SHAY; TSOFNAT HERMAN; DARIA LAZEBNIK; LIAT AVSHALOMI; AMOS AMIRAM;
ELISHEVA GETZ; YOHAI OREL MALKA; JANA LAZAREVA; REUT MARMUR; TAL HAREL; SAMI
SHIMON; NADAV DON DEUTCH; VICKI ASHKENAZI; AVIA NAFTULIN; ELAD ISOVICH; IZAK LEVY;
DAVID LEVY; YONIT HAZAN; MIRA BASHEVKIN; ELI REGEV; BELA BRACHA ROSENBERG; ELAD
BEN SHIMON; MAAYAN COHEN; BATYA COHEN; GUY WEISMAN; OFIRA TESA; OREN DAVID POR;
ASAEL HELMAN; AVI SHEKEL; PORAT SALOMON; IFAT HIMI; RITA FLUT; DVIR KERNER; ELYASAF
REICHMAN; SHAMAI EISENMAN; AVIDAN BAR ASHER; MOSHIKO ZAMIR; NAVA DELUSUZ; NOA
SHEFEK; SIMHA KORMAN; ESTER KENIG; MICHAEL NACHTILER; NOAM NIR; CHEN IDO; TOMER
BEN SHITRIT; LIOR AMSILI; SUSANA SAMENDOYEV; OFRA BEN OR; MICHAL ELHANATI; IDAN
AMRAM; AVRAHAM PARNASI; MAOR PAPINOS; MAZAL RAHAMIM; HADAR DAGAN; HAIM
VAINBERGER; SARA KAKOUN; SHMUEL ZANO; SHAI MACHLOF; LAVI ZOHAR; NOAM
YOHANANAF; AVIEL MESSIKA; SHARON LIDANI; HADAR ESHEL; CHEN SHALLEM; SHMUEL
MEKLER; PRIEL EYAL; TOVA BABENGI; MOSHE LUZON; SHOULAMIT HOGI; ALEX GURAI; MERAV
BAUER; SIMA ONEAL; ALEXANDER KARLINSKI; SHMULIK DEITSH; ORLY BURG; RACHEL HODAYA
MIDLER; ZOHARA TRABELSKI; TOMER MESSIKA; GOEL AVRAHAMI; EFRAT MODRIK; SHMUEL
SAFONOV; LIOR BENISHU; SHIRAN YAACOV; ELIOR SADE; DANIEL BEN AMI; NAAMA KAMAR;
MICHAL ARBIB; NEVO GARAME; ADI SHITRIT; MENI EDRI; DOV GUY; URIYA DOR; BAT AMI
BINYAMIN; RAMI ATAR; OSHIK PERETZ ; MAAYAN TAMAM; IVGENI TEPLITZKI; RUT ZAR; YANIV
LEVI; SHMUEL POLCHEK; BEN LEVI; SHIFRA FENINGSHTEIN; BARUCH ODESER; SERGEY
GORKOBER; DIEGO ADRIAN PENNISI; SHARON GILAT; MATAN NACHMANI; SHARON ROZNER;
IGAL ELYASHIV; MAOR TVITO; NETANEL DIRECTOR; SHIMON METZGER; SHIR NAIMAN;
YEHONATAN JOSEF; BINYAMIN KORENBLIT; DORON ISAAK; TZEMACH GUY; TOHAR BUCHNIK;
LIEL OREN; GUY LEVKOVICH; BEN HAJAJ; HADAS PEER; ELIOZ ZEHAVI; SARA ALMAN; IRA
KARDASHOV; MIRI MOYAL HURI; HEN SEMIATITZ; SHAY ELYASHIV; SHAHAR AMIT KATZ; DANA
ZIVION; NADAV COHEN; DALIA IDAN; DAN SPERZADA; ASSAF MAHAZARI; ITZIK KOREN; SIGAL
ELFASI; DSLEY TAKALA; YEHOSHUA KARLIBACH; KIRIL LEVRISHEV; ZIVA PEER; NOAM ISRAEL;
SHAY BELASEN; MENASHE IMMERGLICK; GABI FINKELSHTEIN; AVIAD SHECK; KINERET MORE-
SHAKED; LIRON LEVI; DORIS SHVARTZ; GIL BITAN; SHACHAR VAKNIN; ITAY TAICHER; ZEEV
MILMAN; DAVID HADAD; HANITA GOLOMB; SHENHAV VAAKNIN; SHANI ISRAELI; AYALET
SCHORI; IDO REUVEN; MENACHEM MENDEL BARUCH ILUZ; SHIMON HADIDA; SIVAN OHAYOUN;
SERGIO HADAR TAZE; ORI SWID; TAL AVITAL; GADI FRENKEL; HAGAY ROZENBERG; KARMEL

BENYAMIN; IFAT NEUMAN; SHAHAR GLICK; SHIFRA GITELMAN; MOR SHIRAZ; DORON GADASI; KEREN LEVI; HODAYA GRAFI; SAHALOM HAMAMI; RON BERBER; MAXIM SHVILI; MATAN TILIS; OR RACHMANI; GILI ASAF; ROTEM SABAG; RAZ VAGIM; MIRIAM TAWILY; TOVA AZULAY; INBAL VIZEL; DOLI ACKERMAN; TAL LAVI; NEOMI POLLACK; RONEN GOLAN; ELIMELECH KARZAN; ELDAD YAACOBI; LIOR BEN AHARON; TAL REHOVI; RONI GLAZER; EDEN PINTO; YEHUDA KAMENTZKI; SHOVAL GADASI; SARA SHUSTOV; OFER BARI; ROTEM TZUR; NOY LEVI; ARIEL BASHARI; AMIT SABAG; EINAT KUPERSHMIDT; ANASTASIA SABIAZOV; TAMIR PERETZ; HADAR SASON; SHLOMO FELDMAN; ODED SARUSI; SHARON EZRA; OFER MIZRACHI; RUTH GOLDMAN; ASHER MIVITZKI; KOBI BRACHA; NIRA DIDI; MEIR KELLER; MIRIAM COHEN; MAAYAN GOLDKLANG; YUVAL MICHAELIS ; GAVRIEL LAVI; LEAH GERBER; ATARA RAIZEL; ASAF PERI; SHIMON GOTLIB; BARBARA COHEN; SHAY SHALOM; DANIEL PERBEROB; DOR COHEN; MENI METZER; MOTI ZANZURI; OHAD ZILBERFARB; SHMMUEL TOLEDANO; TZFOFIA SABAN ; GIL SHOR; YOGEV VAANUNU; YEHUDA SHPRINTZIN; YAIR ISRAEL KAPLAN; MIICHAL MELICHI; MICHAL BERNSKI; YARON LEV; RACHEL NISSIM; ZEHAVA SHALOM; HAIM PRINCE; ISRAEL TZARFATI; DANIEL ALROY; MATAN RAHMANI; SHAI DAOR; AVISHAG AZULAY; YOSEFA SAMREL; MEIR ACHRAK; ADAM COHEN; ROI SHAUL; ROY TAL; ORI BEN SHALOM; BELLA SHAKED; AVRAHAM AVIKZER; MOR LEVI; DANIEL YANESKI; ELI STERN; ISRAEL SIMCHON HADAR; RACHEL SUEZ; LIAD MALUL; NIR SHTERN; STAS KOPOLOVICH; YAMIT BEN MOSHE; YISHAI LAX; OHAD YAACOV; YAEL MANI; ITZHAK COHEN; TZILA BERGMAN; GAL COHEN; SHY WELLNER; TAL LIVNI; CORAL YONGERMAN; RONI FODOR; ELI GERBER; RUTH SADE; NITZAN KAUFER; OREL ELKIS; ERAN SNE; NIR KABBALO; ORTAL MULAI; ELYASAF AGIV; IZHAK GORDIN; YOEL TAL; BRUNO MELKI; LITAL HAJAJ; DANIEL MAMAN; GAL COHEN; EDEN BEN HAMO; VANIA SHEMI; ORI BASAN; ZVIKA VERTZBERG; ELLEN OHAYON; ZIZI KUJMAN; RACHELI AROETI; MATI AVITAL; ELAD KAHET; KFIR DOEB; ELIAD ELKIS; DALI KRITI; DAN ELMAN; KALANIT SHALOM; YAHAKOV UZAN; ODELIA MIA AVRAHAMI; MICHELLE PROCHTER; VERAA GAVRIEL; TUVIA DORON; ARIE YELOVICH; ADI BEN LULU; CHAVA ROMANOV; AVIAD ZAIDY; ARIE LEVI; GAL BABISH; TZVI KAFKA; GUY COHEN; SHIRA SWARTZ; HADAR PINHAS; YEHEZKEL HILLEL; OR SHAULI ; TOMER YAIR-PORAT; AMIT MIMONI; MIRIAN TAL; NAY COHEN; ELI LERNER; LIRON KARMON; BEN AMIRA; YAEL COHEN ; NEVO TOYZER; TATIANA VERUBAYIOV; SHMUEL COHEN ; VIOLA RAUTENBERG; SHLOMO LESHNOVOLSKY ; SHANI HIRSHHORN; MICHAL SADE; ZLIL SAIDOV; ELIYAHU BEFLER ; YONI SHNAIDER; EMANUEL ALKOBI; BANCHI AVRAHAM ; GUY BONJAK; ELCHANAN BEN-SIRA; YONATAN TIROSH HACOHEN; AVIAD ROSENBERG; ELIOR IFRACH ; EDUARDO SHOVAL ; ITZIK SASSON; ARIEL BERGER; LIDOR YASHAR; MISHELLE COHEN-ELAZAR; TAL CHAIM DAMARI; GANADI GORLIK; MICHAL COHEN ; SHEALTIEL YAISH ; NATALIE BAUDI; AVIVA ASHKENZIE; PINSHAS CARMON; OFIR YAKOBI; YULIA SHARABI; DOR KEY; SOSENA WEINBERGER; NATI PAPIROVITCH ; KEREN ORA HORGAN ; HADAS BEN-ITZCHAK ; SHLOMIT DOITSH ; ITZIK CHONEN ; MOTI AMIRIM ; RAN COHEN ; YONA NIMRODY; NATALI GUETA ; YAAKOV GABAY; DAVID LEVI ; MOSHE SHARABI; MOSHE SHARON ; NOAM GORDON ; ITSIK ZOHAR; YAFFA FINKELSHTEIN ; BAT-SHEVA ARIELI ; SHARON BITTON; YONATAN ROZENFELD; TAIR ABITBUL; DENIS ROSKOV; YOSEF DABUSH; YAIR SALOMON ; MICHAL BEN-SHITRIT; EILIA MARGOLIS; AMIR TAL; ORIYAN GOLDSHTEIN; LIRON ATIAS; MYRIAM MASHIACH; IFTAH OZERY; NOA BEN-EZER; AVIGAIL SHITRIT; INBAL CHATSHUEL ; HAIM BITREN ; SHILO ELKESALSI; NETANEL MALKAR; GILAD ELLA; ADIEL ZANZURI; SEGEV SMORGONOV ; SHACHAR PAISS; GALIT LEVI; SHARON JAHANFARD; GAL DUDOVITCH; IGOR OLANOVSKY ; ELAD YACHIA ; YOSSI COHEN ; LIAT COHEN-GINON; KLARIN BONFILL; LIOR HETSRONY; AVRAHAM AVRAHAM ; HILA MELAMED; AVI MORLEVI; RIVKA AREL-ZIMMERMAN; GOLAN YEFET; YAEL ROZENFELD; MOSHE COHEN ; ASHER SCHUZ; MICHAL BERG; YARIV DAHAN ; ODED LEVI; ELAD BUCHRIS; EDUARD GOROCHUVSKI; NAAMA COHEN ; LAVINA KENDLER ; URI BAREL; ELIOR DOR; OFIR SEMEL; HAIM MORIM; OREL COHEN; OMRI SAGGY; NADIA KADAN; URI SHMORGUN; ANA FRONKIN; ALON GUTMAN; RON WEIZMAN; YARON CHAVER; BOAZ DERRA; CHANA ARTZI; AVI BABBAI; DAVID SCHWARTZ; MALKA PORYES; REUT KADMON; NETZER BARTFELD; ITZIK NURIEL ; EVGENYA GANIN; TAL YUMAL ; ETI LAVAN ; NADAV RUZIAVITZ; ZEEV BROYTMACH ; SHLOMI CHEN ; OSHRA BELFULSKI; MOSHE LEIBLER; INBAL HAYOUN; AMALIA WEIS ; YECHIEL BAUER ; IRIS NAUS; RIVKA SHURIN; AVRAHAM LIFSHITZ; YEDIDYA GINZBURG; AMIT TZVI; NADINE LIV; ARIE WISEMAN; MICHAL LEVI-HORESH; ROBERT BERGER; AVIGDOR POTAZNIK; ELIE HARPAZ; DAN LUXEMBOURG; TZIVIA KUSMINSKY; BORIS YAGIYAEV; LEAH GINSBURGER; ISRAEL BELO; AHARON SHMUELI; MAOR COHEN; MICHAL

LEVIN; SHMUEL MEIR ZUTER; SERGIE FELDMAN; YONATAN YISHAI; AVI BAT; BENY NAOR; ILAN MAZUZ; ITAY GOLAN; HAVI SHANS; ZAHAVA HACKMON ; ILAN HAZAN; AVIGAIL KARPUL; ADI ASSULIN; NIRIT SULTAN; ESTHER GABAI; ALEX KONOPLEV; MICHAEL SHITRIT; ELAZAR SHOSHTARY; NATAN GUR; SHAI ZOHAR; TAMIR MENAHEM SHRAGA; HAREL AMOR; AVISHAI ETZCAIM; OMRI HEFER; YASMIN DUBKIN; RIVKA SHAKED; RONIT OREN; DINA AHARON; RACHELI AVRAHAMI; TOMER KADOSH; ORA ARIEL ; AVIRAM ABITBUL; MERAV OHAYUN; AVRAHAM ZAKS; NAAMA TOCHFELD; LIRAN SHAVIT; DORI C. FARAN; ANTON PAVLINOV; SAPIR S; ARIEL VERBNER; BEN ALONI; DVIR CARMON; RACHELI BEN DROR; DUBI RAMON; DOLEV GOLDSTEIN ; ORA AVIKASIS; YEHUDA SOFER; ELI PORAT; LIDIYA TONKONOGI; YA'AKOV HAIM SIMA; RACHELA LEVI; ASSAF SHIMONI; ORA SCHIFF; MICHAL ASRAF; ITZIK PIKEL; ALEX PETROV; AVSHALOM YOSFAN; NAOMI DAVID; AVIA VANUNU; BARUCH BURSTEIN; ARIEL GILAT; MAGIE LILIE; AVI BARUCH; ADI GARFINKEL; SAPIR SHEKEF; MERAV COHEN; MORDECHAI SHAY; GUY VAKNIN; MIRI MAOZ-OVADIYA; ORLY ZVI HAKAK; YAIR NISIMI; AVI HARELV; SHIMON LIANI; RAMI HAGBI; LEO CHAMMAA; MAOR NIDAM; ELIYAHU AZRAD; YEDIDYA STERN; YEHIEL RABINOVIZ; INBAL COCHAVI; ASAF LEVI; ASHER TAMOPOLSKI; EVGENY LEVIN; SHACHAR FIRSTATER; BOAZ DAYAN; MEIR TOVIM; OGEN AMOS; ISRAEL KFIR; SHAHAR GALAL; HADAR TZALAH; TZLIL BEN AMRAM; LEON POLLAK; ADAR TZAFRIR; ASAF YOSEF; DEAN SIMON; ADAM EINI; BETZALEL SHARABI; LIRONA KOBI; SARAH BOLOTIN; MENAHEM AMOS; NOAM SHALEV; ANAT BEN SHITRIT; BATEL BITON; SHANI COHEN; JESSICA TOCKER; ISRAEL SHENDEL; AVIA SITATO; NESTIA KRAPKER; CHEN DUDI; REFAEL VARDI; DALIT PORATH; YISHAI ZMIRI; YAIR MOTTES; MICHAEL VADOBOZOV; ZAHI COHEN; AYALA BAR EITAN; SHALOM ARUSSI LEVI; MATANYA SHARABI; AVIVA LEVI; DVIR ZELIKOVITZ; ELI BERGER; YEHUDA ZFATI; AMIR BITTON; NECHAMA WILHELM; SHILO BEN MOSHE; DAVIS SHTREKS; TALI KATZ; LIAT COHEN; JOSEF ROB; YIFAT LAZAR; MARCEL AZULAY; SEGEV ISRAEL AFRIAT; DAN ARIELY; ELAD MAYER; RONEN AGRONOV; YONI OFRI; ASHER SHACHOR; JOE ELI GIRONI; ITZIK OKOVSKI; ERAN LIPSTEIN; DALIA LAV; EITAI MEIR; NETANEL YAISH; DANIEL HAZIZA; ASSAF HAGER; RENANA HOLITZ; DANIEL SAYAG; TAMAR ZIYONOV; FREDI LEVI; NURIT HIFI; HEN NAHMANI; SHIRA TSIONA SHAVIT; ERAN BAR-LEV; SHOSHANA SHUSHAN; ESTELLE YADOAV; YEHUDA SADE-FELDMAN; MEISHAR CARMI; YAIR SHNEIDERMAN; ILAN FINISH; YIZTHAK COHEN; HADAS MARGOLIS; NOA DOITCH; AVITAL TAMAM; AARON BENEZRA; ELAD STEPANSKY; GERSHON PAPIASHVILI; ELIAD GUETTA; ARIK CHEPOY; SHAI KIVITI; MATANEL DVORKIN; AVRAHAM GREENSHTEIN; MOSHE SHOMRON; VADIM SERGIENKO; YESHAYAHU UZIEL; ELAD COHANIM; JULIE MAIMON; DANIEL AMINOV; IRIT COHEN; DANNY WATERMAN; NIR DAVIDOV; ARIK PARIENTE; SHARON YACOBY; YAM FRIEDMAN; HADAS PADINKER; YANIV NINO ZABUROF; URI HAREL; REFAEL DIDI; MIRI KUGMAN; OR ASRAF; ORIYA AVIVA MOSHE; SHANI KISOS; RACHEL SHEM-TOV; GAL MANIA; SERGEY KRAIMER; NAAMA PERLMAN; ALEXANDER POLYAKOV; LIA KURZ; IDIT DRUYAN; GEDALYA KOHN; AHIKAM MAZUZ; AVRAHAM BETASH HALEVI; ISHAI ELHARAR; HANA ZAM; BATIA DINA SHEKLAR-DEGANI; ELISABETH BITBUL; CHEN FARHI; ROI ILLOUZ; HEDVA DOTAN; ZOHAR KATABI; OREN BUTBUL; YAACOV BODANEV; ELAD DEMSKY; ILANA FREIDLANDER; NETTA SALOMON; LIOR YOHANAN; MIREK WEISS; DANIEL AMRAM; ITAI SANI; MICHAEL AYLEROV; AHARON EPSTEIN; ELIAV AMIOR; ORION EIBLAIEV; EDEN VITZMAN; YAFIT ELIE; OSHRIT MOR; UZIEL VERED-BINSHTOK; ROEY HAZUT; MICHAL GOTLIEB ; ELIEL HAOUZI; EHUD SCHORI; TZACHI BEN-HAMO; AYELET ADLER; SAPIR TZION; SHAY MEIR; GAL ASHER HANEGBI; MEVORAH MACHLOF; ISRAEL HAREL; DAVID MORAD; TOMER RAHIMI-ZACH; NATALIE DAVIDSON; HANAN ARONOVITZ; RONEN SHAPIRA; YAEL SATHON; RAN AZULAY; HADAS SHARLIN ASHKAR; SHIRI LEVIN; ILANA RAZOMOVITZ; ELAD BEN-DAVID; MICHAL BEIT-HALCHMI; AVIAD SELLA; LIOR LAVI; ELISHEVA AMITAI; NERIYA ARNON; TALI AVITAN; OZ FRAUG; SIGALIT SVIYA HEIVSH; BATSHEVA BUCHNIK; YONI LEVY; MEIDAN SAREL; REUVEN TARKO; HAIM TZVI NAOR; HODAYA BEN ARI; MIHAI MENDL; YEELA NOYBERG; HOFIT KOREN; LIOR APPELBAUM; YAFFA EDRI; ELIOR MENACHEM; RAMA DAVIDIEN; BEN-TZION ARAVIV; YAKIR BEN DAHAN; OREN TIROSH; ARNON BASOK; DROR YTZHAKOV; ARIEL BARZILAI; TAL FLICKSBROD; AVIEL CHAI; SARAH FLAM; ALINA LIEBERMAN; MATAN HATUKAH; HERSHEL BAL; SAR SHALOM POPLOVSKY; EYAL BEN SHIMOL; TOMER HASID; RAVIT AMSALEM; ISRAEL RAHMANI; NOAM COHEN; MAYA HADAR; SINAYA PESACH; NAAMA VAKNIN; TZACHI BARAK; SHARON GOATA; HILEL ELIZAROV; YEDIDYA BEN AHARON; LIOR ZAMSHTEIN; VITA RABINOVICH; ISRAEL HALIMI; NIR KLINGEL; ANDREY MILLER; SHAY SHAHAR; JOSEPH GOLDBERG; EITAN ISAKOV; AVITAL HADAD; GIL YOSOFOV; OSNAT KARO; DAPHNA LAOR SEGEL;

SIVAN SHANI; BRAIN MARK BISTRITZ; ORIA BITON; NATAN JACON LEVIN; SHIRA RABY; MOR SHLISOR; ROY OGEN; AMNON HARSHOSHANIM; EDEN ARBEL; ISAAC LAHAV; YEDIDYA HEILBRON; MIRIAM SHAI; MENDI FRIDMAN; MOSHE ZALAK; DAPHNA MENACHEM; TZAHI TAL; GAL HEVER; ANITA SHAHAR; ZAHAVA DANILOV; NACHMAN KERNERMAN; YARON MALJA; OMER SHNEIDMAN; GADI SIEV; DANNY KVEET; YEHUDA DAVIDI; ZION BENJAMIN; YIFTACH LESSNER; MICHAEL SAADON; GITAI BARZILAY; OMER MORAG; TALIA KOLER; AVRAHAM BEN AROSH; SHLOMO FOOX; MENACHEM GODIK; ADIEL ELGI; TZVI SHWARTZ; BEZALEL LIBOVICH; AVRAHAM BAR SHALTIEL; ODEA TOLEDANO; GILA HED; ZIMA ABRAMOV; RONI SAN; ERAN GEPSTEIN; PINI BLACKSON; SHOSHANA KESSEL; LIORA GORGA; MERAV GOLAN; NOKI NATAN LAVI; ISRAEL ACUCA; ZIVIA FEIT; ELYAIR MAMAN; MAOR TZEMACH; ODELLIA HAZAN; YOSSI AIBINDER; YIFAR ADLER; AVRAHAM BISTRIYZ; ELIYAHU SHELTZER; DOV LIVSHIN; NERIYA FINISH; NADAV TURGEMAN; CORIN VITLA; BOAZ DEKEL; EYAL SHOSHANI; MATAN ARAD; ILAN KUTNER; AVI YOSEF; ELDAD RABINOVITZ; TIDHAR HIRSCHFELD; YEHUDA BARON; ELIYAH GROSSBAUM; SHIR HAIM TAASA; RONEN DAHAN; HAGAI PAISCHOV; ELIRAN SHEVAH; SHMULIK SCHACHTER; VADIM HANOKIEV; RON KATZIR; BOAZ SHURKI; TAL BEN SAMHON; EPHRAIM MENACHEM; ZIMRAT LEVI; CHAIM BISTRITZ; SACHA DORTVA ; ZAMOR CAHLON; ASAF ROKNI; MAYA AZARIA; MOTY BERKOWITZ; AVISHAI CHACHAM; SHLOMI TOMER; ITAMAR SASSOON; CHAVA BISTRITZ ; ORIT MOZARI OZER; YONI SHUKER; ERIC STEINFELD; SHAHAR MIRON; DIN YOELI; TALOR COHEN; YOSEF SEVISA; HEN BORNSTEIN; GALIT AZURI; TAGIL KOROLCHIK; BEN AVDAR; LIOR REVITAR; KOBI CHAZAK; TEHILA SHPITS; SHIMON BASA; ADVA MOVSOVITZ; HED BISKER; SARIT YEFFET; EYAL GOLAN; CHAIM STOLOVITCH; MAYA ZITZER; NOAM LANKRI; ANNA YOCHANENOV; DAVID MILMAN; ORIEL YEMINI; AVIVIT SHIRI; LIOR SCHWEITZER; YAAKOV COHEN; HILLEL SHALEV; MAYA EISENVERG; RAVID BRUDO; AMIAD BARELI; AVI TZAGAI; HADAS BRONFMAN; TEHILA COHEN; PNINIT LAVI; GEULA PALCHAN; MICHAL KALIFA; VISLAV ISRAELOV; ALINA BERIN; YOSI VAZANI; SARI MAIMON; AMIT SHAI GARIN; ORTAL PUR; AVIAD LAHAV; ORAIT ARYE; MOLO ZAMRU; YARIN OVADIA; TSVI NAGLER; DAVID SLAFROCK; YONATAN DAVID; OMRI HIKRI; ABRAHAM ROSMARIN; YARON MEIROVITZ; GUY PELEG RYSHER; OZ BENODIZ; YAEL SAGIV; ELHANAN MEOR; GALIT YOSEF; NIV MIZRAHI; EINAV FAIN; GAL KRIKEV; TAL ALBER; YOGEV ARGAMAN; MICHAEL ANDROSHKIV; ADI RABINOVITCH BADIN; OMRI ANKAR; ETI SADAN; OMER MISHALI; TAL MICHAEL KARAVANI; MATAN MEIMON; ILANIT YARIV; ARYEH PSHEDEZKI; ADIR OHANA; MOSHE OUZAN; AMIT YIFRACH; GAL HARPAZ; AMIHAY MOATI; ESTHER BAR CHAI; NETANEL PDIDA; SIMA LEVENTER; YEELA BAREL; DANIEL DAGAN; ADI FAYER; MAKSIM ZHIBOGLIADOV; ELON SHAMIR; IDAN MOR; MEOR BEN CHETRIT; DUDI TAMIR; MORDECHIA GOLDMINTZ; JOHN ELISHOV; RUTY SHARON; MOSHE ELNKVA; AVIAD UDI; EFRAT KLARMAN; AMITAI BUCHARIS; ELIZA MARIAMA; NATAN DACHVESH; OR GIBLY; SHAI OHION; DANIEL DALIMI; NATALIA TAMIR; NOAM HATSAK; ITZIK ELBAZ; RAPHI SHUVAL; DANIELA GOLAN; ROI DAMTI; SHIRA RAVUCH; MOSHE TSADOK; BENI ETGAR; TSIPPY DIAMONT; DORI BEN ISRAEL; ITAI DOR; YARON HAROSH; UZIEL ALTIT; AYELET KARP; MANNY AHARONI; MICHAL NAGEN; IRIS ALON; ILANA BAYDECHENKO; SHAHAR ROZEN; ILANA KATZ; ILAN SAFRAI; TAMIR JACOBI; NATALIE YAKOV; BARAK AVIRAM; MOTTI KALLUS; DANIEL HARLEV; SHIRA YANAI; DOLEV SAL; MENACHEM KADOSH; OREN SIGAVI; ELISHAV COHEN ARAZI; YAAKOV NAMAN; SHARON DAMTI; ORTAL SASY; BILLI ROSENBERG; OURI BENISTI; OVED REVIYA; DOR ILUZ; PNINA ALTROVITZ; MICHAEL COHEN; AVI SCHNEIDERMAN; YORAM ROSENBERG; MOSHE ANTAR; NILI PIKTER; BARUCH PINCHASOV; GADIT DAN; RONY BIKOVSKI; GAL FLICKSBRODT; ALON GOLDBERG; YARDEN ZEHAVI; BARUCH HECHT; SHAI ZAKS; AHARON RINGER; OFIRA EDRI; RAM STEIN; MAYA SIPARSKI; HADAS SHNABEL; JONATHAN PERETZ; MOSHE AMAR; BELLE ALLOUCHE; RUTH HERSKOVITZ; MOTI WINKLER; SHOMRON SHVUT; AMIT HAZAN; ELI KLAUFMAN; SARA ZAHAVI; EREN AMAR; RAVIT SUISA; ADI AVIGAD; ROSLYN KOPELEV; GONEN SABAN; AMALYA AMAR; SHLOMI MALKAH; ZIV HEFER; ISRAEL HALEVI; HEN BEN DAYAN; SARAH SARBANI; RAPHAEL ABRAHAM; AKIVA RAGEN; SHIRAN BEN YEHUDA; ISAAC ANTIZADA; GILOR PESACH; MEIR LAYOSH; NOA ZLIKOVICH; ASAF MEISHAR; NOAM VASKER; AVRAHAM TEITELBOIM; TZIVIA BAK; YONATAN TZUR; HODAYA KRASNIKER; ADIEL ELONI; NILI ZIVAN; ISRAEL ELITZUR; YOSEF LEON; DROR LUGASI; MAOR HADAD; RAN NADAV; YARON GUEZ; LITAL ALFASI; AYELET MCINTYRE; ACHINOAM HAIMOVICI; AZAR GAYADROV; ELIORA HADAR-ROBIN; BARAK GOLDITCH; SHAI ADMONI; TUVIA GROSBERG; MARGARITA DOVITZKI; DANA NEHAMA DOMEV; ANABEL BECHOR; MOSHIKO HEFETZ; ROEE KALIFAH; ASAF SHAKED; URI SUPERFIN; ISSACHAR MEOR RAICH;

DOLAV SAHAR; DAVID ELAZAR HALEVI; ILANA SHOCHET; HAIM MASLIACH; MEIR MENDELSOHN; UDI MOSHE; ELI GINAT; YARON AVDA; KRISTINE SCHARF; ISRAEL HOROWITZ; ESTER MICHAELI; ALON BAUMAN; HALLEL BUNIS; GIL DOR; DAVID KORNBLUTH; RONI HEN; MEOR DAVI; ROYI SELA; YEHUDA GABAY; YOEL AZULAI; SHMUEL ACHMIMOV; YOSSI ZILBERSTEIN; HAYA ARGAMAN; GREGORY KLEINBERG; GALIT PINKER; AVI BOCHBOT; SHMUEL COHN; SHARON INES; LEAH OHANA; SHAI SAMOELOV; GALI PARKER; NETANEL BATITO; NOGA ALPERT; AVIRAN GENISH; YOSEF RAZON; NOY ARAVIV; SHAI MORAD; NATALIE DECHTER; ARIE SHACHAR; ISAAC AMAR; KFIR KACHALON; ELI TSESLER; YISCA TZOREN; RIVKA ALLOUCHE ; TOMER BARUCH; ALEXA ILIADY; AVSHALOM MIYARA; ELIYAHU PINHASI; RONIT HASHIN; RONIT ADAM; LILACH SELLA; RINA BROSH; ASHER EISENBACH; SHIRA KEVRA; KOBI ROKAH; TAMAR POLAT; RUTY ESHLEMAN; ELAD RAVIV; OR HOMRI; TOMER DAVID; ISAAC SHEMESH; YOSSI HADAD; AFIK MARK; ORIEL PELEG; NETANEL HAZI; LINOR ARGENTARO; ELINOR MIZRACHI; OHAD ELLA; SHIMON BLANK; ODED SAAR SHIR ; DAVID DROR; ELICHA TOUATI; REVITAL HAIMZADA; HAGAI SHAMI; MOSHIT SHAFAR; GILAD LEVI; SHLOMI BUGDARY; AYELET LAZAR; KOSTA HARIZMO; DAVID LAVI ; HAVATZELET TESHUVAH; TZADOK ARIK; AHRON ZRUR; OFIR AKIVA; SHMUEL EDELMAN; MATAN TOR-PAZ; RONIT YIFTACHI; EIDAN BAL; MICHAL FREUND; GILAD WARTER; LIOR GREEN; DAVID ZAYDEH; YIBANEH GILBER; NISSIM LUZON; BARUCH GOLDREICH; EFRAT SHAY; SHAQED DANIEL; TAL SHAHAR; ORIEL KOCAV; YAEL AMIEL; HANAN KARSANA; BAR SHALEV; ITAMA TZAVRI; ROEE ZONSHEIN; RAPHAEL BEN KALIFA; YONATAN TURNER; HERZEL FRANKEL; ISRAEL DAHAN; YANIV RONEN; MARK PRAGER; ANNA DRAGUNSKY; ELAD MEYUSEFF; DORIEL ALON; SAPIR HAMO; ITAI ELBAZ; YEHUDA COHEN; YELENA K; RIKI MASIKA; EDEN GOTTLIEB; YANOR ETDAGI; NISIM BEN YOSEF; HILA ZOHAR; ELIEZER SPITZ; STAV NACHUM; YAEL YARDENI; TAL SEGEV; SHULAMIT WEINSTEIN; NETANEL ONER; NOAM ZUBERMAN; AVISAR ISRAELI; COCHI CHIVUN; SHAI EZRA; MOSHE YAAKOVI; OMRI ASRAF; OMRI YAAKOV; MOSHE ALKAVETZ; ELYAKIM COHEN; TZOFIA SHANI; YONIT MENACHEM; NETA WOLFE; AMITAI ZADA; MORIAH SHIMON; AVNER NIV; EL-DAN DANIEL MENACHEM; ITAI RUTNER; YEHUDA BOTBOL; GIL FRIDMAN; EVYATAR COHEN; ILAN LADELL; RAN ALMOG; DORON OR; SARI COHEN; YISHAI KERET; RACHEL BITON; LENA KORNILOV; MENACHEM SHIMON; IRIS ARON; MOSHE OREN; YANIV BEN DAVID; HILA FRIDMAN; CHAIM HADAD; TAL BENKOVITZ; AVISHAI AMSALAM; ITAMAR BITON; NATAN HADAD; HANI BARUCH; OR MASHTEH; NITZAN ENGLANDER; LIRON ISKOV; TALIA HADAS JORDAN; YUVAL ROSS; RAN TESHUVA; SHILAT COHEN; TALYA KARNI; OFRA EDRI; YEHUDA GERSHON; NAAMA ILUZ; MARINA KATZ; ALON SHMELIOV; MEIR FRAG; ASSAF BITON; ADI WIKHANDLER; MAYA RON; OR BITON; SAPIR MENACHEM; SHLOMO TEITELBAUM; ASSAF ELBAUM; OR ENGEL; MIRIAM KRESH; LIRAN BEN HAMO; HANNAH COHEN; MALI TZIGIAH; ARIK ROSENBERGER; ORNA BEN AVRAHAM; ROTEM BARMAIMON; SUZANNE POMERANZ; HAVI EYAL; YEHUDIT LEVKIVEKER; HANNAH EYAL; NETANEL HACOHEN; DAVID BEN AVRAHAM; SIGAL ZUBERMAN; ELIYAHU ZELIKOVITZ; FANYA WAIN; YAEL WEIDER; EITAN ASHTAMKER; CHAIM GLANTZ; DUDI RADOSHITZKY; ROTEM COHEN; ALEXEY BELINSKY; CHAYA ; NATALI INFELD; LIOR LUSTGARTEN; DAVID WEINGARDEN; OR-ELI AZULAI; AVRAHAM SAND; BENTZI TAI; URIEL TRAKTER; MAYA GOFRY; DOREEN EDELMAN; ALEX SINDALOVSKY; RIVKA MADAR; MICKEY RACHAMIM; ELYA HACHMON; DAVID NAHARI; DORI OMER; OFRA COHEN; IDAN SADEH; LIRAN NISSAN; NETANEL CHURI; ROI GOLAN; EPHRAIM GUTTMAN; GADI RUSSAK; RACHEL RACHAMIM; HADAS TRAKTER; SHAI SHLOMAI; TZVI WIDAVSKI; DAVID COHEN; ISKA ROICHMAN; DANIELLA BART; SHAUL MAMO; SHIFRA ETINGER; AVRAHAM HAI BALUCH; ITAI GIL; LIOR SHOURKA; MICHAL BRENER; URI DANIEL; SHUVA COHEN; TALY REVITTSTEIN; DANIEL CHERBIN; CHANA ZLOSHINSKI; SARAH DORI; YAEL BEN HAROSH; CHERUT NAGAR; DALIA AMAR; YARON MACHAT; EPHRAIM SAND; GILI HERSKOVITZ; JUDAS MALKA; ITAMAR ALFASSI; TSURIEL AMIOR; YACOV ZALOSHINKI; MAOZ VITZENTOVSKI; PERRY FISHMAN; ELI BEN YAIR; SHAY ASSAEL; SHIMON RICHTER; RONEN SHANI; HADAR MENASHRI; NADAV MAMAN; ROSLYN PARADNY; TAMAR PERETZ; DANIEL KORESH; ALON TZEDAKA; RIVKA BENEZER; REVITAL DAVIS; URI DANIEL; AVIV KOSOVER; TZIPI DEUTSCH; TAMAR ROSEN; AMIT BETSER; ANNIE ORENSTEIN; NATI AZULAI; AVI TORJEMAN; YIGAL YAMIN; DANIEL LEVAV; SIGAL SARAF; AHARON DJIRAIV; MOSHE DOR; HILA BENATAR; LIAD MORDECHAI; YEHOSHUA FITOSHI; HEN SHILUAN; SHAULA BEN AVRAHAM; AMIR SOFER; SHAUL BARANTZ; SHAI PINCHOK; URI LASSNER; DAVID COHEN; YEHORAZ AVGANI; ARIEL ZIEGLER; SHARON LEVINE; RAN SHILWAN; ELCHANAN NIR; ELIEZER MASHLUF; DAVID LIVE; TOVA ACADEMAI; NITZAN GREENFELD; YULIA KREMER; YOAV HAMDI; ELIYAHU

GOLDSMITH; ELIYAHU NEPLOCH; GUY VOLFIN; RAKEFET PESSO; GIL BLASSON; MENACHEM
GARBER; EDEN TAPIRO; RIVKA HADAD; KARIN NORGOR; YVGENEY KOSOGLADOV; OHAD
DAYAN; NADAV CHIBOTRO; KOBI HAAS; MERAV OKEV; EDEN RISKIN; ELISHA SASA; YOSSI
BOBLIL; CHAYA SCHWARTZMAN; VICTOR SHUA; YANON BEN SAADON; CHAIM REICHBARD;
MOSHE FISHER; KEREN KOCHAV; ALEX STANKEVICH; ALICE MEHATAVI; ELYASHIV COHEN; ORIT
SASA; BERNICE REISMAN; DENIS KRIBITSKY; RUTI MEIR; ORAN GOLAN; YOSEF CHURI; SHIMON
BEN YISHAI; EMANUEL BAR; LEON KLADNITSKY; MAAYAN SITRIN; NOFAR BEN AROSH; LEAVIT
MALCAH; YSCA BEN AVRAHAM; RINAT DROR; DORON SHIMONI; ODEL AZULAY; SHEVUT SHISH;
SHIMON HALLELUJAH; ARIEL OLSEWER; DORON GAR ON; GABI MIRON; KATYA KOPIT; SHIMON
BEN SHUSHAN; DIKLA HAZONI; KIM GLASSMAN; ARIEL HOROWITZ; YONATAN DOBOV; TOMER
YISRAEL; GILAD NOY; EYAL ARDITI; YANIV YEHUDA; MENACHEM MARKOVITZ; DVIR OZ;
ABRAHAM CHITRIT; YOCHAI SAREL; ASAF BEN-ZION; AVRAHAM TZVEIBEL; DEBI ZORBIN; TOM
MODAN; DANIEL MAXIMOV; ADVA SOROTSKY; AVRAHAM WEINTROB; RINAT MARCUS; TALYA
KATZAV; MORAN YOSEF; LIOR TZINGOKAR; AVISHAG COHEN; EDAN TAL; RONNY NIV; DANA
MASURI; SHARON BINYAMIN; KEREN KOSMAN; SAPIR ELIAV; ELIEZER BEN-ZEEV; SHAUL
MANSABBACH; NISSAN LEV-RAN; DORONO KALLNER; ESTHER COHEN; YOSEF HAVSHUSH;
SAHAR ELIMELECH; OZ LEVI; IGOR JUKOV; DANIEL GOLDFELD; SIMY BENZAKI; DIKLA SHARFI;
SHAY GILBOA; TZACHI KESHET; DANIELA BURSHTEIN; SHANIT MENGAM; YONI SABAG; MORAN
TOMER; GILAD HADARI; TOMER GWETA; ALON STOLERO; HANOCH BAR-NITZAN; ELILI
VAANUNU; ARIK DANINU; DALIA ZAIT; JACOB FROMMER; ILANA BIBES; EINAT AVIV; ELISHEVA
BARTOV; DANIEL MALKAH; DANIEL GINSBERG; SHANI NISSIM; AVRAHAM ZAGURI; ; INBAL
SHETKEL; SHMUEL OLIBEN; ELIRAN SHUSHAN; PINI ARONBEIV; INBAR SHELI; HILLEL SWIMMER;
EREZ LUZAN; HAIM VAANUNU; SHAHAR GAFNY; TIFERET LORI; SHAHAR WEITZMAN; YEHUDIT
KLEIN; SHIRA DAMARI; OR SAAT; DANA ELBAZ; AYALA SHARET; ETI GILI OVAKNIN; CHASADYA
BITKOVER; NADAV KNAFO; AVIOR HADAD; AMIRA GOLDSTEIN; HANANEL BARTOV; CHAVA
MENASHE; GAD HAUSMAN; ROEY MOLGAN; ADI LEVY; SARYA COHEN; ASAEL SHVO; LIMOR
MELAMED; DANIEL OMER; EREZ LEIBERMAN; NETHANEL GAMLIEL; LIOR GROSMAN; SHLOMI
KAKON; JONATHAN ZIERLER; DAVID HILLEL; CHAYA LIEBERMAN; AMITAY SHAUER; TSUKIT
KADER ASRAF; JACOB LEVI; TOMER LEVI; MICHAL CHETRIT; SHLOMO AHARONI; NAOR BALORI;
MEIR COHEN; HILA TZADOK; SHIR NEIZBERG; ROTEM UZAN; ILANIT CHAVA JACOBSON; ITZHAK
COHEN; GAL BITON; ITAI BABAYOF; OR KEDMI; SHLOMI KOSKOVSKI; SHAHAR SHAPIR; AHIKAM
COHEN; ORTAL SHMUELI; OR CHANAN'EL; TUVIA BRUKNER; ELAD COHEN; AMIRAN SAADON;
SHELDON STOHL; RIVKA TSOF; SIVAN COHEN; HAREL BARZEL; AVISHAG OFER; ITAMA SAGIV;
OREN TZARCHI; CORRINE KRAUT; REUVEN TZATZ; EFRAT FELHAIMER; AMITAI SHOCHET;
LERNER FSINA; NOY BARAK; DANIEL MADAR; LIORA CHEN; MERAV HAIMI; SHIMON BEN DAVID;
GUY VICKSILPISH; HANNAH ELCHARAR; ELI SAGIR LEVI; SHIRA BEN-PORAT; REUT MIZRACHI;
HAIM TZVI ROSENBERG; HAREL HECHT; MOR BURSTYNE; YAARA YESHURUN; RAFAEL SIBONY;
YARON KADOSI; ORAN HAINRICHZON; VICTORIA GAVRILOV; OSHRI ILUZ; AARON TUCKER;
TZIPORAH ROSENBERG; MEIR COHEN; NATO GUTMAN; SHALOM TAL; MOSHE LAMPERT; GIDON
LEVAV; MOSHE BEN TZION KANE; LENA ZELTZER; COCHAVIT SHALEV; IDAN TENDLER; SHOHAM
BAR ASHER; ALBERT DONDISH; IRA EITAM; DOR BEN-DAHAN; LIRON KATALAN; TAL
ROSENBLATT; BATZION KAHANEH; NETANEL PERETZ; REBECCA YEFFET; LEAH SROR; NOY
SHALOM; MOSH RICHARD; AVIV KLEIN; YEDIDYA MEIR; BATYA JACOBOVITCH; ADI GOBI; KOBI
BARDA; ALON ARIELI; NITAI MADVIL; GIL GOLDMAN; NASSIA WINTER; AMIT KARNI; LEONID
SHATZ; TEHILAH STRAUSS; IDAN AVISAR; AVIHAY ZIRKIEV; ELINATAN BEN-DAYAN; OR
MENTASH; LIAD YACOVAN; AARON PAZ; IDAN RAHMIMN; OSNAT RAZ; ABRAHAM KAZO-COHEN;
TOMER BOYMAN; RON AMIR; ALIZA SANDVIK; MATAN MILAS; MOSHE MAKLOF; SHANY
YITZHAKIAN; VERDI NATALIE ; DAVID OPPENHEIM; TZIVIA BROYER; MOR MOR; HANANYA
YOSEF SHACHAR; ITIYA BEN MOSHE; AMIR PERLSON; AVISHAI LEVI; OREL MOSHE; NAHSHON
LIOR; OREL KEHANI; MADELIN GABAI; YISHAI MILLO; RAFI WIENER; TAL LEVI; SHAI AHARON
ELHAYANI; TOM LEVRON; MOR YIFTACHI; YEHEZKEL DAVID; YOSEF COHEN; ELIEZER MEDVED;
PINHAS BARHAY; ELLA HERSHKOVITS; LEONID ZIBERLIT; NETANEL GREEN; SHIRAN YOSEF;
HODAYA JACOB ; BENJAMIN MICHAELI; MICHAL COHEN; ISAAC HEJMAH; YOSSI AHARONI;
MOSES MELUL; PESIA SHARFER; HADAR HADAD; KEREN EISENBERG; ISAAC POPPER; NURIT
PHILIP; HADAR HADAD; ISAAC ASA; VERED SHUVAL; HANANIAH YOSEF HALPERN; MATAN OZ;
BARAK HASON; SARAH MAATUK; MIRIAM ARMAN; YEDIDYA SHREIBER; SHAY CHAMDI; DORON

COHEN; ROTEM SHFI; LILACH BEN YEHUDA FORMAN; YOSSEF ZAHAVI; PDELYA GABAI; SONIA
TRAEGER; RAPHAEL ROJANSKY; DROR MEIROVICH; DIMA ABRAMOV; TZIPP TUCKER; LIAN PINTZ;
INBAL AHARON; ISRAEL FRIEDLESS; GIL TROITSA; NEHORAI ATZOR; AARON ISAAC; AVITAL
JIRAD; HAGAI AGMON-SNIR; TAMAR P.; YAEL KANIEL; YORAI COHEN; HANIT MAOR; MIRI
FROMAN; ALON SAPERIA; SHAI PINCHEVSKI; ISACHAR IVASHKOVSKI; KEREN KROTZIK; NADAV
REIZER; FRIEDEL LOINGER; MIRI HADAS; DAVID WEISS; NAAMA BEN-AVI; FEIVL HESKIN; JOEL
DOMAV; AMOS DABUSH; OR SHIMONI; ASSAF SHARABY; DAN BEN-HUR; CHANAN BIRKOVICH;
HAGIT GIBOR; NAFTALI HAZONY; ALEX YUFIT; MIKI BEHAGEN; ELIMELECH MARKOVICH; GARY
KROGLOV; GABRIEL GORLI; OHAD PONTE; ZIV AUMAN; JODI BEN-ARI; HANNAH GELBAND; ODED
MIDBAR; URI KATRIEL; LINOY BEN-ABRAHAM; YAKOV BINDER; YIFA NEIGET; RON ZANO; EFI
DAVID; MOSES ABRAHAM; YAFFA KORITZ; ELIJAH ASSRAF; NATAF WEISS; AARON COHEN; NOIA
GENDLMAN; MOSHE ATLO; MICHAEL BOHANDA; ATAI BALDINGER; HANNAH KEHAT; YOSEF
AZRIEL; MOSHE BARTEL; MICHA PECHNIK; REUT HATUKA; YOSSI WEIS; ELAD YANA; YIRAM
COHEN; ELAD RIACHI; YIVGENEY LAZANAKO; ISRAEL MAZOZ; DANIEL YISHAY; STANTISLAV
DINOV; NURIT BEN-YA'ISH; LIAD ALON; YEDIDYA AISH; EREZ AVITAL; MAOR PINCHAS; RIVKA
KATS; SAHAR OCHYON; ZECHARYA STRENGER; JONATHAN KARRIE; YAEL WERBER; JEREMY
COHEN; VERED AHARONI; NITSAN MELKI; TAL ZOHAR; SHAI DAHARI; DANIEL KINDERMAN; DAN
LELLOUCHE; CHAIM BAT-EL; AVIGAIL COHEN; JUDAH DALLAS; HILLEL FISHER; YOHAI NADIV;
YOHAY ALELOF; SHIRI SHUSHAN; SHIRI LIOR; RUTI GOLDSTAFF; REUT COHEN; HAGAR AYALIN;
AMIR COHEN; ORNA JUDAH; REVITAL FITCHADZA; EDEN YA'ISH; NOGEN TZABARI; TOMER
BROWN; MAYA PINTO; ANTON PRUS; ; ARYEH SHAPIRA; ; OSNAT LIVNA; ALTER HIRSCH; ORLI
BATASH; ISRAEL KASNETT; NOAM EZRA; ARIK AVARGIL; DANIEL KALMAN; HAGIT BORKIS; MEIR
SOFER; PAZ ARIS; HILA RAVIV; RONI LIFSHITZ ; DAVI FARKAS; MORIAH HANONI; NATALIE
BABOZHNOV; DAVID LEVIN; ELAZAR SHAPIRA; GAL KARMI; TOMER GRAFI; YARON LIZROVICH;
RINA ISAIAH; BENJAMIN ABRAHAMI; LILACH COHEN; EYAL AREV; ALEX GILKO; DOR ZAMIR;
DAVID ZAHAVI; DALIT SAIDIAN; LILY ALMOG; YOCHAI GREENGLICK; TALYA AMROPEL; ; OR
ILUZ; HAGIT BODEN; ODELIA POLISHOK; SHIMON KLAFNER; IDO SINGER; LILACH PLUTINSKI;
TALYA FELD; HADASSAH TZACHNOVICH; MICHAL SCHNEIDERMAN; HADAR SHLOMAI; AMOS
ISRAELI; CORAL COHEN; AVI-OR AMARNI; AVI VELLER; DANIEL CARLMAN; DOR FELDMAN;
YIGAL GADOT; JONATHAN HIEBER; BOAZ HAREL; ORI NETEL; MICHAELLE BLANKY; ELAD
COHEN; ROMAN BIEBERMAN; ZIV CHETRIT; MIRIAM JOSMAN; LIOR ZAHAV; MEOR AMAR; LIAD
ALIASI; ASAF KRISI; ELI TZACHNOVITZ; RUTH ZIMBERG; URI MOSES; DANIEL YOULUS-SUSSKIND;
ROY TAUBMAN; ROY HADAD; ADI SPRING; DOR LEVI; RACHELI SHOHAT; YAARA HASKI; OMER
EFRAT; SHILO NAVON; OREN ZIV; EVYATAR COHEN; ADAM RUSSO; DANIEL ELIBMAN; DAN
SAGEE; DAN DIMERMAN; NERIA SHAAG; ORIEL STERN; RAN SASPORTAS; ASAF HABIBI; IDAN
VINIK; MAAYAN EITAN; GILAY MAZAL-TOV; PINNI SHEMESH; DAVID BEN; ALONA HACHAM; LIOR
PAZ; LAURA NAHON; SHAKED ROTSCHILD; YUVAL HOFMAN; DAVID HORESH; LIORA KOREN;
ASAF A; DVIR BEN-AHARON; KATRINA ZAMURSKY; GIL BAADNI; NIR BEN SHAUL; YARIN COHEN;
MIRIAM GOODMAN; ELAD SAHLEV; SHIRA MENDELBAUM; ROB BERG; DEAN COHEN; TALI
SHAAG; HEZI SHEMESH; YITHAK SHEMESH; HILA BURMI; NAOR SADIA; MOTTI ALTRATS; YOAD
FEDER; SIMA PAZOLIO; MENAHEM KOCH; IDAN COHEN; SIGALIT TZAVAN; SHLOMI BEITAN; SAGIT
SHLOSH; SAVID DADOUN; SHERRI GROSS; SARA MEIGAR; MICHAEL SHRIER; TALI SABAN; MOR
ASHKENAZI MAIZLIK; AVIAD COHEN; GOLDA AKHIEZER; RENANA MANKIN; NOAM AMIT; YULIA
VALDMAN; NIR BEN DAVID; TALIA MAORHI; NIR SARID; ELA KOREN; AVIHAI SHIMHON; OSHER
ABUDAYAN; DVORI ABRAMOVITZ; EFFI INNES ; ARIEL SILVERSTEIM; NISSAN TVIZIR; DANIEL
RACHAMIN; AVITAL FATTAL; EDEN COHEN; ITAY NITKA NEKESH; YARDEN KNAFO; SHAI
ELKAIM; ARIEL POLAK; BATIA DOBKIN; ELIRAN MAHLUF; IRAN TOLENADO; MEITAL GANESH;
YAKOV NAOR; CHANA CHAZOT; ELIRAN TOLENADO; AVI GUTTMAN; RAZ SHALEV; YEHUDA
ISRAEL; MAYNA LAAKPO; SARA KAHAN; RACHEL LEVI; NIR JOSEPH TOBINA; OR HADAR;
MICHAEL OHAYON; OR SHAKURI; NATI MOSHE; AVIAD GOTCHEL; SHLOMI HAGUEL; MOSHE
IDAN; GUY RAHIMI; MORIA BAR-ON; ALON MARYAN; NOFAR MAOZ; EYAL ROTEM; SHUSHI
IZBITZKI; ITAY TALMOR; AVI TARBELSI; STAV OHAYON; ZEEV MANITLOVICH; GAL OMER;
YISHAY AMSTREDAMSKY; ORNA RAVIV; CHEN WAGSHALL; ARIEL LEVI; NIR SHARABI; CHAYA
BENDER; CHEN SHAMSHI; NONA GINAT; SHIRA YOGEV-ROLNITZKY; HILLEL GROSS; KFIR BAR;
LIOR WEITZHAG; YANIV BENDER; NEAL GOLAN; CHEN DAVID; INAT ASHOR; ORIT ILUZ; ARIEL
MARKOVITZKY; MENDY PINKER; OR OHANA; JULIE HASIN; IRIT BAGIMOV; SAAR HARTI; TZVI

ABRAHAM; YIFAT OR-SHACHAR; TAMAR SELA; EREN MATZA; INBAR ZACHARY; MATITYAHU ABSHLOMOV; GALINA ABSHLOMOV; MICHAL SHIPMAN; AVI TOVI; AVITAR MAATUF; ARIEH HAYUN; CHAIM SHAVI; MARSEL SHIA; SHIMON FINKELSTEIN; TAL YAHAL; AVIV GROZER; EINAT BLOCH; MATTAN AGERMAN; SHAVTZYON KOZOKOVITCH; YAAKOV NAHAMA; MEOR TANAMI; EFEK BEN SIMON; ESTHER BALHASSAN; AVI ZALTZMAN; JONATHAN PONY; INGA ZOBROVSKY; SHI SHEDEG; ALIZA MOSHZITZKI; OSHRI PELEG; BARUCH YOCHAI; TOVA HALPERN; LIRON TOVOL; ORIT LEVI; DANA GIGI; SAHAR MOALAM; ASSI MALOVANY; MEIR ZIKO; SHLOMI LEVI; LIMOR LANDSMAN; AMIAD AHARONI; DUDU AHARONI; MIRIT LEVI; NETANEL OHAYON; ILANA STROVINSKY; ISRAELA MEODA; ELIV DIAMANT; NETANEL MIZRAHI; YAEL DAYAN SANKOVITCH; CHANI FRANK; JOSEPH HIRSH; LIVNAT NAFTALI; NISSIM NACHOSTAI; DENNIS GAVRIEL MORANO; EYAL POLTEK; SALLY ZAGURI; OMER SIMHONI; NOAH WENGAR; BENJAMIN KALMAN; CHANANEL DORSHON; ISRAELA BOOZY; LIOR HAIBY; DANI HAKIM; SHARI KALMAN; TOMER KAZAM; MOSHER TAL; CHAVI LIOSH; RAFI TEDGI; ELI ALFONTA ; YOSSI FOGEL; INA KATZ; ZIVA GRINNI; CHEN AFLALO; OSHRAT UDSER; LIROM GOLAN; DAVID ETTED; ORIT SIMHONI; HILA LERNER; ORAN WILDERMAN; ISACHAR LIMBERGER; RONIT ORBAUM; SHLOMO GREENBERG; DORINA NUVIK; NISSIM PERETZ; GAL MOTZKIN; RONIT ZUR DEKER; NATHANEL FRIEDLER ; MIRIAM TEEGER; MENACHEM GALDSAILOR; ADI LAHIYANI; GALTINMAN; ILAN TINMAN; ROY ONGOR; SHOSHANNA TOPOLONSKY; HAZI MENASHE; AMALIA PAPPO; SHARONA GEDALEVIZ ; DAVID DUBRIN; DAVID AVIGDOR; ABRAHAM HAIT; SHIMON TAMAM; TZALIL BEN HAMO; SHANI SIVAN; YAIRASHER; YAKIR STOZINSKY; ANTON SMUSHKEVICH; ASSAF RUBINSKY; MORDECHAI KOTEV EMET; ETAL EZRAN; ISHAY CHASSADI; JOSHUA SHAHAM; OSHER SNAKO; VITA ZER; ALON AHUVI; GADI COHEN; OFRI MELTZER; GIDEON LEVIT; NAAM RETTING; ZIONA GOLDSTEIN; SHNEOR FOTERMAN; HAVIVA COHEN; NAHMAN DAVID OHAYON; RONEN HIRSHFIELD; LIRAN NAHARI; DAVID MORALI; DAVID SAGAN; AVITAL ITZHARI; EINAV IDAN; NAAVA TZUKER; HILA COHEN; IRI BORENSTEIN; JOSHUA WAGSHALL; EYAL PORTOK; MICHAL PERLSTEIN; IDO NOYMAN; YAEL INBAR; MIRIAM MAGAD; REVITAL SHIMONI; MOSHE TZUR; NIR TUGERMAN; BARAK BACHAR; YEHUDIT GAMDI; LIOR INBAR; JACK SILBER; ITZIK LEIBOVITZ; ALEXANDER ZAGULSKI; AHIKAM ELIRAZ; MIRA KLEMAN; ZOHAR MAGAD; ISAAC DAHAN; OR ELDOR; JACOB MOOSEH; TAMMY LINZKERMAN; TAMAR COHEN; GAL MESHULAM; AVRAHAM GOODMAN; RAFFI SHLOMIAN; AVISHAI ELDER; ELISHA KOPIATZKI; YANIV SHLIV; DUDI MILLMAN; REBECCA BUTON; RAMI DUDU; MICHAL GREENHAUT; UDI ANGEL; GALI MOSSERI; ANTHONY RICHES; HADAR SUSI; BARAK GAL-ED; MOR SABO; DINA SHTIBILI; SHELLY COHEN; MOSHE MICHAELI; NURIT BARON; ORIT RONEN; ORI YEDIDIA; ASNAT NORIALI; PAM HOPF; SHAI EDERY; GABRIEL KORTZ; IDO ZUK; DENNIS RUBIN; LIOR GAELI; MITAL HASSON; BILLY MALKA; ELA GOLAN; GALI SHAMI; TAMAR FRISH HALLWITZ; ARIEL BRAUN; MEIRAV BABA NAHARI; LILIAN TCHAVNANKO; ADI DAN; AMIR TAAZI; SHIRA GARZON; YAERA KARCIK; YUVAL TAUB; ISRAEL ZOHAR; GUR FIELD; MOR DORIAL NAFRIN; OMER LEV RON; IDO HADDAD; TALOZANO; ISRAEL LEIBOWITZ; ANAT AZIZI; CAMILIA LEVI; LIOR GATHON; AARON GOLDHAMMER; BEN MAKLOFF; HADAS ILUZ TAL; VIVIAN HACKMON; ASHERET SHABCH; ZIV GOLDBERG; MEIRAV TOLENADO; LIOR BEN HAMO; RONI SHAGAI; MICHAL LEVINE; MICHAL KOREN; ARTIOM AGRONOV; AVI OHAYON; YAEL LEVINE; ELAD BEN YEHUDA; ELI LAUWIE; NOFAR NEGAR; GOANA LEVI-FREDKIN; MICHAEL ALUASHULI; JACOB SIVAN; DANIEL DAYAN; MICHAL KOREN; ROY SHMOHOVITZ; AMITAI UZEN; OR SHENKERMAN; MALACHI GUTTMAN; ITAY EDRY; AMNON YANIV; ARIELLA KOSTINGER; RALIT ANGEL; MORDECHAI RAVIV; AYALA DAHAN; YONATAN LEFKOVITCH; NATIYAH KEKAIN; HEDVA RACHMANI; MEITAL CHASMAN; SHARON BENION; YISROEL SHASHUA; YOAV TZRUYAH; YANON SHAFRAN; OFER KEDMON; BATEL BINYAMIN; YAIR GORDIN; YOAV STARK; ZEEV LIPSHITZ; NILI SABAR; RAPHAEL MALKIN; BORIS TEREN; DANIEL BARKEN; RINA BINION; PNINA BEN CHAIM; YOSSI WEISSMAN; BEN SENDYK; LAVI GURFINKEL; MARK MEYSHEEV; CHAIM MOR YOSEF; YAIV FRIEDMAN; YOAV AZULY; ORIEL RON; YOSEF BITON; EMANUEL ORAN; CHAIM BEN SHITRIT; ANDREW DEMRI; ADIYA MALICHI; EHUD COHN; GUY LEICHTER; SHLOMIT SHUTZ; HAVA BENSHAYA; NAVA LEVY; MICHAEL ELHAYANI; BATSHEVA LERNER; KEREN LEVIN; MIRIAM RONKIN; AVRAHAM YOSEF ZAYDA; GUY RAHAMIM; DVIR FINTCHOFSKY; ARIEL HALEVI; ALMOG BAKU; YOTAM COHEN; AMIT VIDER; NOAM FOGEL; ZOHARA PLONS; DANIEL HASSON; RAN TAHAN; DOV KOREN; RACHEL HEVTOM CHIPROT; STEPHANIE AMAR; INBAL PONI; ODED ZAMIR; ZEV FRANKEL; SHANY AXELROD; DAVID CANA; ARIEL SIMAN TOV; AYELET HASHAHAR LEVY; GABRIEL NATNUV; SIMA BEN SHUSHAN; TUVAL BEN URI; FREDERICK LITWAR; OSHER PAHIMA;

ELIEZER BODENHEIMER; MICHAL ABRAMCHIK; SHIRA GABAY; ACHAID KALMAN; YAIR KOREN; BERRY ESKAL; YUVAL ZILUM; YOEL STARMAN; ROI GUETTA; DAVID LISOVETZ; URIEL EHRMAN; GIL RITER; ZECHARIA LANDAU; LILACH MULGAN; LIMOR DAHAN SHAUL; DAFNA HAVIV; RIVKA ROSENHEIM; MICHAL KELLTER; ORIEL KARAVANY; LIAD AHARONI; ROMAN LERMAN; ATALIA BEN DAVID; DANIEL BROUSSER; HANA SHARON; RACHEL SHLISENBERG; TATIANA KOSTIOKOVITCH; GAL SHAHAF; ZEHAVA WINBERGER; STUART WISTON; UZIEL HALEVY; YAEL FINK; NAVEH COHEN; YAIR TAL; TOER ZAGURY; ELIOR SOLOMON; RUTI LEVY SHUSHAN; OMER KATZ; PELEG MENIRAV; YAACOV LURIA; AMIT ROZNAK; SHAY REUVEN; BRACHI COHEN; ELISSE MARCUS; NOGA SHERZER; MORAN ASHWAL; DMITRY KOKOTOV; NAAMA RIVLIN; KATRINA MENEGOPOLY; KOBY GAL; AYALAH MESHI; NOAM ABIZMAL; NETZACH BRODT; ALMOG ATIAS; ODED AVON SHURZBURG; SHIRI MALICHI; YURI MENGOPLOY; BAR BENI; AMIT MAZOZ; ORIT KLEIN; VERED LEV; YAFIR DADLER; TAL AHARONI; NIV BACHAR; GABRIEL MALICHI; SHAUL SEKEF; ASAF MAZAL TOV; DOTAN CHOBOTARO; YIGAL BATZAR; ZOHAR EZRA; RAPHAEL SEIDEL; AVU DIAMOND; RINA ZAHIRI; SHAI DRACHMAN; MATAN MEIR; MICHAEL MICHMAN; OR HAIK; YONATAN SIMCHI; SALVA KRASIK; IRA MICHAELSON; SHIRAN YESHRIM; CHANA BATZAR; ARIK MIRMI; GIDON SALAM; YOSSI BRINSTY; ETTI SHWARTZ; HAGIT CANARY; ADI SABAG; HEN BEN ETIA; SALBA KARSIK; AVIV COHEN; ISAAC BIRIOTI; MOSHE AHARON; ROI ELDAR; SHIRI LEV; ELIAD PERETZ; MAZAL ZERIHON; MENACHEM ROTHCHILD; MATAN LEV; TIKI ELIMELECH; ZIVA KOREN; EYAL ROSENBLUM; NOFAR HALAL; ROM RACHMANI; ROY MALKA; TOM ADAR; ISRAEL AMARNI; TEHILA HEVRON; MATAN CHAIM; ALMOG KEFACH; LIAD HARDUF; PINCHOS ELIYA LEVY; SHOSHI GRUPAR; SHIMON BEN SHIMOL; LINOR PANKER; RACHEL WILHEIM; NATANEL PERETZ; ARIEL AZULOS; SHOSH SANDEROVICH; ERGA TAIBLUM; ALON HELED; NIRIT ETEL; SHURAT ROSENBERG; GAL ARIELI; TOMER BRINA; BAT SHEVA MULLA; OSHRIT GOREN; SAAR HADAD; ORIEL MICHAELI; ROEI HASIDI; SAMAR SHAREF-ELDIN; ORI COHEN; VOCTOR KROVITZKY; MICHAL RUBINSTEIN; GONI BORSTEIN; OMER GREENWALD; DAVID VAKNIN; HADAR TZADOK; YAEL KURTZ; BOAZ ORI; ELI SHOSHANI; BAR ZIGDON; ALON MENACHEM; GORAN RICE; SHLOMI MITTLELMAN; ALONA FREEMAN; SHAY COHEN; AMIT EDRAI; ELDAD LEVKOVICH; SHALOM BOCHNIK; YOTEL MARKUS DESAL; YOAV RESNICK; YONATAN MEHARAT; AVIAD MOSHE; CHEN RIVLIN; NOA GELEM; OFER OMER; ORAN GILBOA; YONATAN OREN; LIAT ZEHAVI; YAACOV LURIA; ATARA MARKO; FORON BIRAN; NOAM KURIS; KOBY MICELI; AYELET PEREVOCKIN; JULIE COHEN; GUY SHAPIRA; CORAL GUTER; DANA PINCHASOV; YONATA RAHSBA LEVY; HILA WASSERMAN; SIMONA BAHAR; YAIR ZAFRANI; YUVAL DAVIZON; BENJAMIN HASSON; NITZAH HILLEL; GILAD YIFRACH; AVIEL ALKON; ARIK GARIN; SIGAL HAI; YAEL MOSHIOV; LIAT BEN AMI; AVICHAI GITTERMAN; OR HARARI; YARDEN PRATH; SHANI ZECHARIA; TAL GOFER; AVITAL BLASS; ELAN LEVY; ALON PASTERNAK; MENACHEM SHACHAK; NIR MAROM; TZVI HOROWITZ; ZEEV GERTMAN; KATTYA ROOME; BARUCHI BORSTEIN; YOGEV SHAPIRA; TAMIR WALDMAN; DANIEL GOLSTEIN; SHMUEL ARTSMAN; ZEEV MENDALI; EHUD HAKIM; RONA BENI COHEN; YUVAL KRAUTHEIMER; RUHAMA MORDECHAI; EFRAIM KABRA; ELA BUKI; YOSEF TAL; ERAN BALUL; MAYA KAPELYAN; YAN LEITES; MICHAEL LAYOSH; YULIA VOLVOSKY; OR MEIR; ORI GERSHON; DROR KARPLUS; EFRAT SHIMONOV; ELIRAN CHECHIK; AVRAHAM PEER; ELI SMADJA; RAPHAEL ELZAM; RUCHA GLIZER; YOTAM HAYOUN; OFIR MACHLOF; AVRUM WEISS; NURIEL OZ; NATANEL YARKONI; URI MADAR; SHAY KOEN; MAOZ BEN KLIF; SHARLI HADAD; AVRAM LEBRON; LITAL BEN NAIM; YIGAL SIYAK; FAYNA SKAKOVSKY; YONA ZIMERMAN; GILI TERY; GAEL JOAN; BORIS BRALL; CHAIM GEFEN; BAT-EL OSPOVAT; AHUVA ZOHAR; YEHUDA FRIEDMAN; JOSEF PALANG; DANNY COHEN; YANIV IZAKI; HILA PELED; AMIR GERI; NATAI SHANANI; NAMA YARIMI; DRORIT DROR; DONNA SMITH; OFIR ZOLDEN; RUTH BEN SIMON; YOTAM ARDITI; RUTH MALTER; HEN PERI; YEDIDIA ZAMORA; GILAT RAFAELY; SHAHAM DIZA; SHIMON DOV GREENSTEIN; SHERRY SHIK; AVIV AMAR; SHMARYAHU SPERO; ORLI HAVIV; AMIR OSKAR; LIMOR HARIS HACOHEN; OFIR YIFRACH; ERAN DORON; RAFI BOKER; JOSEF SAR; DR. TOMER SHAGAN; BEN NEORAI GITNAV; YOTAM ZIV; ILAN COHEN; YAACOB COHEN; RUTH BEN SOMON; SAADIA DERY; DOV HERSKOVICH; YONATAN SAFRAN; KOBI BASS; SHAY GOREY; MOR AMIRA; ELAD HAZAN; DAVID WALK; RAAYA GUY; AVIRAM SWISSA; DALIA LAZAR SAWYER; GUY MOYAL; NADAV MORENO; MAOR MACHANI; LIOR BORNSTEIN; SARGI PRESTOVSKY; LIRAN DROR ; SAVID HALOI; ASAF KABSAH; IRIT MICHAELI; ARIEL LIVNA; DANIEL ROANSKY; YORAM FRIEDMAN; ROSALLY ZALSMAN; AVIAH YEHEZKEL; HAROSH BEN; MAAYAN DAVID; YAACOV SHOKRON; DANIEL HAVIDA; ILONA SHAPIRA; OMRI ISRAEL; NOAM TZUBRI; DAVID ELITZUR;

MAAYAN SARIZADA; MOSHE ZELIKOVICH; LEA ZELTSER; MOR COHEN; ALI BEER; YARON
SHMUELI; YOAV STEINER; ALMOG AMSALEM; MEIR LEV; YITZCHOK IZAAC BEN YAACOV;
SMADAR DORON ; SARA LEVY; LIRAZ KONFORTI; JACQUI SHABAT; ARIEL POLLAK; YUVAL
VALIANO; EINAV AMUYAL; CHAIM BOCHNIK; SHAHAR LEVI; MAOR MOGERVI; ROMAN
TURCHINETZKY; IDU MOND; TZIPI FAKIRI; NATANEL KEMCHI; EFRAT KENIG BEN YAACOV; ARIEL
NACHUM; YAIR ZANEY; MANI ALGRISI; CHAIM COHEN; NAAMA CARMEL; LEANNE SEGAL; ISRAEL
WASOSKY; MENACHEM BENJAMIN REGOVY; MORAN TUDIAN; YOHAI FALIK; NILI MARZINAN;
ISRAEL HASIN; RONNY CHIZNIK; LILACH PASY; GABY SHAHAR; ANAR LEVI; DANIEL RABANI;
AMIT HEN; IZAAC WAINSTOCK; MOR HEMO; SHLOMIT ORKEVI; ITAMAR LAVY; ERAN GANDMAN;
AVIHAI YASSERAF; ELIRAN HADAD; MARINA VASSERMAN; SHAY SHOVAS; YISHAI KEDMI; YAEL
BEN YASHAR; ELINOR VEKNIN; NISIM PEDIDA; RONEN ELAD; EFRAIM MOLE; MAOR ZAFIRA; KFIR
LEVI; ELCHANAN GERSHI; ILAN GLANT; RAMI ZVOLON; YAACOV TZVI BARUCHMAN; AVICHAI
ELIYAHU; YISSASCHAR LEIBOVICH; RAMI MEDUEL; YAEL BORSHAN; ATERET POMERANTZ;
YAACOV GERBI; SARI GREENBERG; SIMCHA MIMI OVADIYA; ALEXANDER LEIZEROVICH; LIAV
WEINSOBER; MICHAEL TUVOL; KFOR GRANIT; KOBU PERETZ; ALON SOLOMON; OFIR AMAR;
BORIS KOGAN; AMIR OFIR; YAHAV ZARFATI; YONATAN HALEVI; YOSSI HADAD; ASAF BRENNER;
ASAD MOR; MORIA NISAN; ZACHARIA STORCH; IDAN NAGAR; CHAZKI ENGLANDER; DVORI
MICHAELSVILI; NOSIEL HALEVI; GAUY SHAASHUA; DENNIS TURCHAK; ITAMAR FISHER; KINETEY
MAGEN; MEIR PERLOV; CHAIM TESHUVA; ARTUR ANAVI; GIL AGI; YOSSI YAMPEL; AYALA AMAR;
OFEK KAPUA; DAVID MAMAN; SHMUEL ALTERMAN; ATTORNEY AVIAD ELDAD; SHARON MAGEN;
TZIPI SHLISSEL; NAAMA BLOOMSTEIN; YAACOV SIDNEY ELGERBLY; SIVAN ELIZROV; AVID
HARUSH; YAFIT FELDMAN; AMIAD ROSENBERG; ASAF RAVID; DAVID AVRAHAM; RIVKA TECHIYA
SIROTKIN; ARIEL BRAVERMAN; ROEI ZIGELMAN; ORLI DAMARI; CHAIM LEV; SHAUL FRIEDMAN;
LIOR MEDINA; YONATAN JACOBI; ELI DVORHEIM; DANIEL LEV; HEFZIVA SARAH HAROSH;
MOSHE KOGEN; ELAD HAJBI; ROTEM PEREZ; ISRAEL KLEIN; GILAD DVIR; ISRAEL MEAVRI; EITAN
TAGAR; NISAN ZIGMAN; TAL MALKA; DANIEL LEV; YOSEF EREZ; AVITAL ROSENFELD; ELKEM
WEINAPEL; NOAM NISAN; OR ASAYAG; NECHAMA BRAUN; MERAV CHAVTZELET; HISDAIT
SMADJA; STAV BASHEVKIN; ADAM ADAR; SHLOMI RESHEF; HERZL SHAI PELACH; DAVID
GAVRIELOV; SHIRLEY DAHAN; MOSHE ROSEN; PERETZ MADMON; CHANA ROSMAN; NATANEL
AMARNI; MOTI HOLANDER; VITALI GRUNIN; ALFRED BARAK; RON KIMHI; ROI HOROVITZ; SHAY
ISRAEL TOV; HILA FAHIMA; HANNA HENSCHEL; NOAM NUSAN; BEN BEN DAVID; LIMOR MANT;
MIRIT KREMER; SHIMON KRAMER; YONATAN LEVI; DALIA ESSEL; ILYA TZUPRUN; NINE
ABERGEL; AMIHAI BEN NUN; LEVI TANGI; YISHAYAHU KRIS; BOAZ EZRA; ACHINOAM PEREZ;
SHMULIK ELHANAN AIDA; MICHEL VAILLANCOURT; SEADYA AUZIRI; LIDOR KOOK; OHAD
HALEVY; BENJAMIN COHEN; YAKIR COHEN; YAN AMITI; HANAN COHEN; ZURY MOR; ELITSUE
BEN NISAN; TALI ZLOSOBOR; MAY HAREL; LIRAZ TAL; BOSMAT ROTHLEIN; ARIEL GALIL; NAOMI
RACHEL BAKUSH; BARAK BEZALEL; AVIRAM OSHRI; EHUD FRIED; FLORA RACHAMIM; SARAH
DAVID; LIOR SHARABI; GILAD FRANKEL; CHAIM VACHMAN; MATAN ZIGRON; SHLOMI SOLOMON;
TAMAR NEEMAN; MAZAL SHAMI; RUTH RICHTER KURZ; YARDEN BENYAMIN; ISRAEL ASHER
SHLESINGER; NOA KATZOVER; KELLY LEVY-REVACH; NITAY NEFESH; OTZAR SHARCHON; SIREL
LEVY; IGAL KOIMAN; RIVKA SUCHOI; OMRI EIVAL; BATCHEN SHLOMI; HADAS SONENFELD; UDI
GALI; SHAHAR HASID; MERON VAGMAN; YONAT ARONSON; SHOON SHUSHAN; AVIV BINDI;
SHVUT LIPSHITZ; HAGAR BERNSWEIG FISHMAN; DAINA FAIN; IRIS OSHRI; NATANEL HERSHTIK;
YAIR ZUK; EREZ BINDIGER; AVICHAI SHUSHAN; ITAI BENDOLI; MICHAL BARUCH; BAR
SHERMATIUK; RACHEL LEV; ORI BARAK; SHAI MESSENBERG; ANGENLIQUE OR; RINAT MAMO;
LIAT ALTER; LAURA BINIMINOV; ADAR LOBERANT; TAMAR EFRATI; MOTTI OHANA; YAFIT
BEITAN; DORON ISRAEL; NITZEVET ADAEL MONGEM; VERED HAGBI; DIANA NOVIK; NOA
NUSBAUM; MEIR EISENSTEIN; GAL OZ; AVIHU OSHRI; ODELIA ODELSON; GOLAN BUCHNIK; VALI
VLIZADA; ELI DONOV; NIL EINSBAUM; NOAM MANIFLER; AVITAL KALFA; DEANA CHARKOVER;
HANA MOYAL; MEITAL ORA LALOSH; RON DONOV; DANI OHANA; MICHAEL LIEBMAN; EYLA
ASAYAG; ZIV ZANDANI; OFEK MARZUK; YONAH STROUL; HADAS PEARLMAN; SYLVIA KLISH;
SHIREL OMASY; ELISHEVA ABIGAIL SHABTAI; DINE MITRAN; EINAT POMERANTZ; BATEL DAHAN;
AVICHAI ZAHANA; RAPHAEL PINHACOV; NIFAR NAVARRO; MEIR AREL; LIRAN ASHURI; OREN
LUZON; DAVID KATZ; BENJAMIN KESHI; NATI TOOBIAN; WRWE WERWER; NISIM NIV MESHAN;
EINAV KOKEN; NAVE GILADI; AVRAHAM SHIVTAI; OZ SACHUR; NAAMA OMER; SHUKY MEIR;
AKIVA FINKELSTEIN; JULIA ELKSEIV; IDIT ENGEL; ZIVA SHALOM; ADI BIRNBAUM; DAVID

GOLDFISHER; NATANEL KINDER; TAL MICHERKI; NOA MILLS; YONATAN KOREN; SIMI TERIN BARAK; YANIV BENAIM; OHAD AMOS; LIOR DORON; JUDY STERN; LIORA GELBER; AVRAHAM KADOSH; ELANA KOIVUNEN; MIRIAM GOLDFISHER; YACOV REISNER; TAL HAVIV; MIRIAM GOLDFISHER; AVIA MACABI; OSNAT ATLAS; SHIFRA SARUR; ARNON SEGEL; EYAL WEISS; SHARON SMIDA-GROSS; HANA ARGEMON; AMIT BAR; NATALIE COHEN; MATANA RAMTI; NIR FEINSTEIN; NIR BERGSON; YASMIN GABRIELOV; ANNA WEXLER; ELIMELECH ZILBERSHLAG; VLADISLEV PLASKOV; ALON MELANKER; DANA SHARSHUV; OR HEIMAN; YAEL TANAMI; NIRIT MONSJAD; AVIV GRINBLATT; NEVO PALZAN; DANIT DAGAN; GILAD MERLIN; RUBY NETZER; YOSSO EZENBACH; SUZY GERARD; ADI OKUN; ALEXI FUBER; GAL ABROMOVITZ; DANA NAIM; JONI SADOK; NIRA FELBERG; YOTAM GITTAY; SHIMON LEVY; ZEHAVIT LEVIAN; RAZIA MERCHAV; IDAN BIDANI; DORON TELMOR; ASSAF BAR; ELAD GAFRY; YISHAI SOMPOLINSKY; ISCO AVRAMI; CORAL NAVE; NAOMI ZVIBEL; MOHE OFAN; YARDEN HAKON; LIRON MOR; TAMAR BRAUNER; OHAD GLUCK; YACOV DAVIDOV; OFIR ELDAR; REUVEN SHALOM; GUY SHALOM; AVIAH PRINCE; ARIEL COHEN; AYALAH GAFRY; ASAF COHEN BAR NIR; PAZ IDO; AMIR BUSHRI; OFIR SADUKIA; AIDAN DOR; YEHUDA ROSENFELD; PENINA REUR JERBY; YONIT ROSENBLAT; AMIRAM GABRIEL; TZIPORA HAVIV; SARAH DAVIDOFF; EMUNAH CHAYA LEVY; REFAEL ERAN SKIRA; ALISA SCHWARTZBERG; RONEN BENIZRI; YORAM MARGULIN; CHAYA SHARAVI; YONAH BORSTEIN; RUTH ASSULIN; AVIEL PERETZ; NERIA NEFESH; SARIT WEISLER; NOA GADOL; ELYA DAGAN; YOSEF ORON; ELDAD PEREZ; DIMA MACHIN; YONATAN COHEN; SINAI NAIMAN; MOSHE SHMUEL CASPI; OVADIA LEVY; ISRAEL ROBOTNIK; AVNER TAL; TAMAR HEZI; HADAR RAHAMIM; ROI NOF; AMIT TURMAN; LILIA MACHIN; SHANI BEN CHAMO; SIVAN HERZI; YONATAN ATAMANOV; SIVAN MELTZER; BAT-EL FRIEDMAN; ROI HEZI; NOGA SARIT SHILMA; TEMIMA SOLINSKY; MEIR EIZAN; GALYA ROSEMBERG; YITZCHAK KISTEIN; GUY ITACH; BENNY BEN MICHAEL; MAYA GOLD; MISHEL TOUITOU; GIL BEN AMI; OMER COHEN; BENJAMIN ABRAMOFF; MOSES WEXLER; YEHUDA PROIS; HAY MEDIONI; NATALI TZIONI; AVI SLAVKIN; SARIT MARK; AMIR MISHURI; ITZIK KASHI; SHIRLEY ROZMAN; YANIV COHEN; PENINA TZIONI; ELISHEVA GRONICH; KOBY FELDMAN; AMIT TAM; TZUR RUPIN; DROR MAIMON; KOBY KONOVOLOV; DORIT HERZOG; OMRI LACHMI; BENJAMIN AHARONOV; HAGIT HAMDANI; GUY ELMAMIACH; ORNIT SHENK; GALI BRENDESTER; TZACHI AHARONOF; LIOR HASKEL; SAR HAZAN; MORDEKHAY SAAR; CHAYA COHEN; YAIR WOLF; CHAYA BERKOVITZ; ITIEL ELBAZ; AMIR BARBI; ITAI A; RAN YAAIR; HILA BUGDERI; DENIS ROM; OFER DEMAYO; DOLEV FRENKEL; KATIA KLEIN; DIKLA AMRAM; EDEN STROKOVSKY; SHMUEL KOREV; YAEL PORATH; ISAAC COHEN; MICHAEL GREENBERG; YISHAI HAI; SHIRLI ZILBERMAN; ASAF JOHN; TAL EHUD; DANI AVEZOVOV; ADI BITZALELI; ELYA NAKI; OZ AMRANI; MORAN TAL; MICHAEL PASSI; ZVIA BEN AMI; TOVA BAS SHIMONOV; EVA SHELLY; RAN MEKLER; DORON YAMIN; LIMOR GILEAD; ANGELICA LAHMY; OMER ELAN; NATAN COHEN; ADI JOHN; MAAYAN SKOFF; GABRIEL MENAHIM; REFAEL BOKOVZA; OSHER SIMCHI; GAL ARTZI; NIRAN ISRAEL; LANA WEITNER; ADAM BIRNBAUM; HILA HAZAN; SIMUR SHANAEV; NETTA SAPIR; ARIEL HADAR; TAMIR ATAR; HAREL MADMONI; OR DEKEL; ELAD VIVANTE; TOM HORNONG; TAMAR DANIEL SADOUN; EVYATAR MALICHI; RACHELI GIGI; SAPIR GEIMAN; ERAN SHAPIRA; ELI BEN DANAN; OREYA MALICHI; RENANA KATABI; NAOR DANIEL; MICHAL HADAR; MICHAL ZIMMERMAN; RAVIT MEDAI; SHAY YITZCHAK; OMRI ROSKA; YAIR NETANYAHU; LIOR GRINBERG; RACHEL SHAHAR; SARAH MOORE; ALON MAIMON; SHIMON COHEN; OLGA ILIN; DORITH PREZMAN; ADIEL BENTOLILA; ELI KALPAN; YAEL KOIT; MENNDY SHALOM; ELI NATANEL; YAEL YISRAELI; OHAD RAMATI; YISOREL DORDAK; REGINA GABAI; ABIGAIL WEISS; NURIT ROSENSON; GIL EDRY; ALON BENAMI; SIV DANIELI; OFFER RAB; YUVAL ALMOG; DAVID AVISROR; TEHILA DAVIDOVICH; RON GOLDBERG; MOR SHAPIRA; OFRA RIVLIN; ELI TZARFATI; ORA LEVY; ARIEL ROFAH; IDAN RUBIN; TAL ARBEL; SHANI YAISH; NOFAR MAARAVI; ASHER ROKACH; NATANEL SADON; AMIT CHAIM ROSENBERG; ROI SHITRIT; RACHEL WOLFF; GILI BAREL; YAIR WALDMAN; HILA TANENBERG; TALIA SHACHTER; DAN LEVENKOPF; RAN SHALOM; TATIANA CHOMENKO; OR MOSHE; ERAN BEN YISHAI; SHAI TENENBERG; CHAIM HANDLER; HOFIT LUACH; AMI GANAY; MOTTI TOLEDANO; RACHEL BEN LULU; ILAN ABADIE; YOSSEF KLEIN; JOSH DHOKERKER; AVIEL ARIEH; ATALIA YASSOUR MITTERANI; DODI MAMAN; MATANEL LEVY; OMRI EYAL MAIMON; MICHELLE AMIRAM; SHIMON KVIT; MICHAL FREED; GUY DARSHAN; NADAV NEUMAN; AVIV SAROUR; ABRAHAM KLANG; ELHAY ALAWI; BINYAMIN GUTTMAN-ASHIRI; DANIEL ABU; LIORA SIANI; RUTH MORDECHAI; DOR MANATKA; YITZHAK MALEIB; AMIAD NAVON; YEHUDA SMADGA; SHLOMO HARNIK; AMIR WOLF; YAEL KATZIR; ILAN FINGERHUT;

AVISHAG BUCHBUT; NETANEL ILLOUZ; SHARON MAOR; TAL GOLDSTEIN; RONI KORETS; ITAMAR
COHEN; SHLOMIT ASBAG; DOLLY GILBOA; NOHAM AHITUV; SHUKI BARKAN; LIZA LASHIN; TZVI
YISHAI NAGAR; GAL SHULTZ; OMRI HAZAN; LARISSA SHNEIDER; ILAN WEISS; HAGAI SHLOMO;
NAOMI GOLDBERG; KOBI WINGORT; AVICHAI DAVID; DADI ATAR; NOAM HASSON; EFRAT
CORDOBA; NOFAR COHEN; MIRI RONI DAVID; MEIR SOLOMON; HAGAR MADMONI; TAMOUZ MOR;
ELIZABETH PADVA; YARA GAL; NERIA MADMON; GUY LEVIN; ROY ALFIA; IRIT LAMM; SHAHAR
ELDAD; BEN WALFA; NATALIE MAISTER; VADIM IZRAYEV; MOSHE HALILI; SANDRA ROBBINS;
NATHAN NAVERT; EYAL SHOVALI; ALEXANDER DOMCHANKO; AVIAD BUCHBUT; SHNEIUR
GAMLIEL; NADAV ROZEENBERG; IDO POLAK; SHARON BARANOVITCH; ASAF BAKAR; NITZAN
EVEN; YUVAL AVINOAM; OHAD MARMOR; RONIT DIMRI; YOTAM PERETZ; ZIV ATOUN; ELIE
WURTMAN; LAHAV MOSHE LEVI; YINON BAR ASHER; TZACH AGIMI; NIR VAKNIN; NIRAN
YIFRACH; ROEE TZROR; ROTEM ROTHBERT; IDO GOLDBERG; MORANI JERSEY; ANTON LITVINOV;
EREZ COHEN; ELI COHEN; ROBBIE HENDEL; PAVEL FANSHEIN; HAYA WEISEL; PAZIT
FRAYLICHMAN; SUZY TURGEMAN; LIAT YVONNE COHEN; AVIA STEINMETZ; MORDECHAI
WEIZMAN; ODED ZUSSMAN; YEHUDIT AMSALEM; YAAKOV KUZMINSKY; AMNON COHEN; SENIA
WALDBERG; CYRIL MICHAEL PUZNIAK; SHLOMO POSNER; KATIA PROTZKO; IVAN GLASS;
AVICHAI TURGEMAN; MOSHE LANIADO; ELIA ABOTBOL; OZ OHEV TZION; HANAN BEN ARMON;
YEDIDYA KIZELSHTEIN; ROY WEXLER; MENAHEM MENDEL SHURKI; TAMIR EIDELSON; MEIR
FRUMER; RONI SHEIN; KIRA BAS; DORON DAR; REUVEN FISHER; MOTI VAKNIN; RIMA HODOS;
LIAT ORMAN; OSHRIT SHERMAN; SEGEV SHALOM; INNA KRUSHETZ; YOSSI ZARCHIA; GAVRIEL
BAR-YOEL; GIL KAMERI; VERED LIPERMAN; MICHAEL KOLCHESKY; DAN MON; GAL DEGANI;
TAMAR IVRI; OFIR ZACKS; MICHAEL PALMOR; AMIT OFEK; ELIASHIV AMITAI; TANIA VARDI;
KARIN YECHILTZUK; INBAL COHEN; AVIDAN GERBER; ON KATLAN; TAMAR LAVI; MORAN
SHACHAR; GAL YAFE; LIRON BABARZINOV; MOSHE GENUDI; MOR AHARONI; AMIR ADIV; AVIV
OHAYON; YAAKOV TOMER; MAI PEKIN; HADAR SHALOM; LIAV AHARON; SHARON KONFINO;
YAAKOV SHOSHANI; HADAS RIVKA NEEMAN; ADIR TEREM; BEN ROTHMAN; CHEN HAS; NETA
ARONFREUND; OFIR OHAYON; EINAV JERBI; AVI ABERGIL; ORTAL SHOHSANI; TOMER COCHAVA;
EVE DANIN; GIDEON GUR ARIE; SHIMSHON HATZRANI; YAFIT OKEV; DUDU BITON; AVIA OVEDI;
BRURIAH PRENSIS; GUY SHOSHAN; SUZANA ZALUTSKY; ALON MOR; RACHEL FABIAN; ITAMA
FRIEDLANDER; HADAS SHOR; YEHUDA NAHMANI; SABINA AKVIOV; SHIKMA TURK; ELIE
MEIMOUN; JACOV BERLINGER; ORY ALGE; OMRI SHAHARBANI; NATALIE SHTERMAN; ADIR
SOSAN; NADAV PAZ; URI ARIANI; HILI ALUSH; ANASTASIA BUCHTIAROV; NISSIM TSHUVA; TAL
ZOLBERG; ALICE GORDIN; STEVE RECHTMAN; AVIV ELIJOIB; YAAKOV GUR; MEIR RAHIMIKO;
ELIAD OZERI; ROI KOSSOVER; TAL SHACHAR; LILACH BECKERMAN; DIKLA EZRONI; SALEH
SHOUA; OZ NAIM; SERGEI GREENBERG; MICHAL LAHAV; DAVID HAGOULI; MOSHIKO BAR
MAIMON; SAPIR SHURKI; SHELLI POSTERNAK; SHIR BERNSTEIN; KELLY PONOMROV; SMADAR
AVITAN; ORIT DAHAN; ADAM SILVER; ITAMAR ALTMAN; EFRAT ASHKENAZI; NIKOLAI
LUBERSKY; ATARA SIDI; SAHAR AGADI; LEE LEVIN; SERGEY SVETNITZKY; SHIR FINGEL; VICTO
KANOVSKY; ELIA ORLOV; VERED LEVY; NIR SHECHIMOV; KASIF COHEN; YUVAL GOTTLIEB; OFIR
BITON; NISMAN RONDA; MALKA FLATOW; DAVID AHARONI; CHAYA MUSHKA AVITBOL; LIRON
TOPTZY; KOBI DAHAN; YISRAEL HAZAN; SHARON PAZ; PETER SHUVAL; PELEG HIBA; BOAZ
MANTZOURA; GREGORY DOLGICH; BAR SARAF; MOSES WIZEMAN; KAMEL HALABI; AMNON
MIZRACHI; LIMOR SIVILIA; BATYA ABITBOL; GILAD SAR; ELAD BAR AMI; DAVID CHAI GABAI;
SHANI YOSEF; YAIR CHAIM TZAHOURI; DAN MARCUS; SHARON HOROVITZ; RUTH EYAL; YAARA
DRAY; NIR VAHABA; RIVKA ABITBOL; GILA ROZENSTEIN; LIDOR NARGASI; DIANA TATARANKO;
YOSSI BECHAR; MIRI KOREN; ANASTASIA OSHELTINSKI; MAYTAL AVRASHAMI; LIBAT
ORENSTEIN; NADAV GOLDSTEIN; YIREL REFAEL NAHMANI; TANYA GOYCHMAN; BAR ATIAS;
MICHAEL AGA; ALEXANDER KOSHNIRENKO; DANIEL ELIMOV; HILA BAR; GREGIN GOLBALIAN;
KATRIN MALINKOV; SHAI COCHAVI; ARIK LEVY; LIOR GAURI; ADI GAMLIEL; SASHA GLIKIN;
CHANOCH DAUM; EREZ SHANI; AVRAHAM SHAI GRAMA; ALON REUVENI; ADI BEN AZIEL; SHAI
KLEIMAN; HAI HOROVITZ; VERONICA LIEL KIRSHNER; ELI ELBAUM; ROMAN RAPOPORT; KOBI
MERKIN; EFRAT GERBER ERAN; RINAT KLUGER; ARIEH K.; SHIMON COHEN; AVI COHEN; HANNA
BIN; HADAS SILBIGER; MEIR BARABI; JENNY FRIEDMAN; AMI AMSALEM; OMRI LEVY; PNINA
SHITRIT; AVIRAM BUCHBUT; CHANAN YAAKOV; HANNA GAT; MICHAEL WEITZMAN; YIZHAK
DAVDA; STEPHAN KOFEINKO; YUVAL REGEV; DAVID GORAL; BAROUKH CONLEY; MOSHE SOFER;
HAIM KOREN; KEREN DIN; OFIR EREZ; YONIT BULVIK; LIOR ALTMAN; RENANA SHER; SHOSHANA

BARTOV; NOAM SHWARTZ; INBAL AVIV; MARIA KOZAKVITZ; SHLOMI ASHKENAZI; ZALMAN QUITTNER; TALIA MITNICK; YONATAN HAMAHLACH; YIGAL SHAFFER; MAXIM GERSHGORIN; RAZ GERBER; BARAK BUCHRIS; RAM ASHURI; NICKY HALPERT; NURIT ASRAF; NACHMAN SHAPIRA; SERGEI ORITZKY; MORIAH ARKOLIS; KAREN ASHKENAZI; NAOR KAHANA; YAIR MORD; LIB ORANGE; MAOR AZARIA; AVIGAIL GREEN; SIVAN MAZOUZ; HAIM RAHAMIM; ORON LANKRI; YIGAL SHAUL; INBAL LAVIE; NOAH BARNOV; HILA YOSEF; AMIT ELIA; HELEN LURIA; AVITAL AVSHALOM; ORLY BALAK; YOSSI ADAR; KAREN WILF; LITAL ZAIG; MOSHE BABAJNOV; TIKVA SAPIRA; GAL BENAUN; MAGAL DEUTSCH; JONNY BALGOTSKICH; PAVEL KRIVOSHIV; MOTI HENDLER; BRACHA HASKEL; NIR ZABARI; DAVID TIR; SHOVAL MESHI; LIMOR TEITLER LAMY; NOADIA LAHAT; DANIEL TOBERMAN; TZVI SHMOULAH; EFI LEVI; NATALIE AFERGEN; NOY SERLIN; ISAAC FETTMAN; IDO NORANI; DVIR BARNES; ANAT REISS; ALINA BAR LEV; MICHAL ZAGURY; MATAN SAAR; NOMI VINOKUROV; ALINA KOLDIAZNY; AMIT BRUCHI; ADIEL FAIZ; MORIAH TZEDEK; ADELIAH NACHMIAS; ROBERT ROSENSTEIN; ORLY HARIR; IGOR HAIKIN; GUY SITON; AMIR BILU; ASAF SHUSTER; IRA SHARON; MAOR CHAY; AVIAD D.; SHARON EZRA; ODELIA GOLDMAN; EYAL BUKUBZA; ROM RIBAK; ARYEH LEON RADLE-DESSIATNIK; MAAYAN HADAR; ARIK NANI; MATAN ZAFRIR; ERAN GOLDIN; KOBI GOLAN; GITIT HOVEV; RUT YEHUDA; GUY PERI; MIRI KEREN; NITZAN ZOROVSKY; ALMOG DABAH; YOSSI BEN YEHOSHUA; GAL BARNES; SHNEUR BEN TZION; BEN KVITI; GALIT ARVIV; SAAR YEHEZKEL; YARON KARMI; ZVIKA HERTZ; ARIEL ALTLAF; ALEX VITOCHNOSKY; HAVA MENDEL; YITZHAK AHARON; LIVNAT YOSEF; YOSEF COHEN; SERGY LITVAK; NOA OMEISI; DANIEL BUMSHTEIN; SHAY SOLOMON; DOR DEKEL; GITIT BAR ASHER; ARIEH ALGAVISH; MENACHEM GLICK; DANIEL PERRY NADAV; ANASTASIA OLIANITSKY; ADI YAKIR; URI KEREM; ARIEL YOSEF; RINA MEISI; HADAS KARSHAI; HANIT AKIVA; EYAL HADDAD; EDITH BRESLAUER; SUNNY KOCHRENKO; DAVID BEN NAIM; DAN ALMOG; YOAV ROTEM; OFRI LINKOVSKY; SHMULIK BAS; YOCHEVED RIVKIN; DANIEL REISER; YISRAEL ZLIKOVICH; ALIZA DOTAN; IDAN SCHWARTZ; RONI HUDES; MOSHE DAVID SHIFMAN; LEONID BLOBSTEIN; NITAI ITZKOVICH; KARIN BEN AMI; ALICE GREENBERG; TIKVA KRONMAN; RAVIT SALAMON; SHARON HAIMOV; HELI ARUTI; HANNA MOND PITUSSI; AFIK KASPI; JOSEPH SHENBERGER; ARIEL WEITZMAN; MEIR COHEN; RUACH SHIR SHNEID; KOBI ADANI; BARUCH HOROVITZ; ORI LEVI; AVIYA HAIKIN; SHARON MOR; RUTI ZINGER; ROTEM EDRI; LIZA KOKOSHKIN; VERA HUDEINTOV; YOEL BEN EZRA; TALIA SHAHAR; YOSSI MENAHEM; NATAN-OR KALFA; KEREN LUGASSI; AVIHU WEINER; OHAD SHTURM; CARMELA BELACHSAM; NURIT HAGAG; NATI VOLK; AMIT NIR; MATANYA POPPER; MEIR SHRIKI; VIOLETTA RAUTOSKY; HADAR KOMEM; LIAV DARAF; OFEK INGER; RACHELI ZAKUTA; YIGAL COHEN; OFIR RACHAMIM; YOSEF TAVIN; OR COHEN; OLGA OSKOTSKI; MOSHE ATON; GUY MEIR; ARIEL SHVAGER; ALON ELHARAR; ALON SEGAL; ZEEV KOSKOV; YAIR BLUMENTHAL; LENA SIMINE; EITAN TEIGER; BINYAMIN DAVIDOVICHI; MICHAL ZEM; TAL FOX; GAVRIEL MICHAELI; DARIA LOSHKOV; MAXIM DOVININ; BATYA AVIVI; RACHELI AVINI; HANI MAZAR; EHUD TEITZ; ALON GOLDFARB; MARTHA EFRAIM; EZRA MATZRAFI; ALBERT HOKHBERG; KARIN VANUNU; NIKOL BAR MAZEL; LIBER YAAKOV LEVI; ARTHUR KOSTANKO; MEITAL MIZRAHI; RACHEL ANGEL MOSES; RUTH HAJABI; LIAT AZAR; LIOR AZAR; AVNER RUSSLER; DEVORA ROSS; EVIATAR ASHKENAZI; BEN SIMAN TOV; SHAI SHAULOV; BINYAMIN SHAPIRO; AHARON RON COHEN; SHMUEL HADAD; OMER KHOURI; YEHONATAN NACK; HAREL AHARON; DORI KEINAN; YARDENA KAPHACH; AVIYA COHEN; EHUD NAHUM; EVIATAR BUGANIM; AVI BETZALELI; SARIT MOIBER; VIVIAN SHALOM; OREN GROSS; YOAV VAKNIN; YARON FEIGSON; ALEJANDRO SAFDIE; SANDRO BUHNIK; ORNA SHOLEV; YOAV COHEN; BATYA COHEN; YOSSI MEIRI; MENACHEM SITBOUN; ARIELLA LANGBORG; MICHAEL ZARKA; DIMA LAVDAV; SHILO BEN DAVID; BEN AMOS; SHAI HERSHKOVITZ; AVICHAI AMITAI; DIKLA YAAKOBI; SHEFI ROTH; GALEL YAAKOV; MOLUKEN BLOCH; IDO LESHTSINSKY; SILVIA WEBER; MIKA KERR; EYAR UZIEL; ASSAF ELIAD; SANDRA SOLOMON; JULIETTE ORA SHUSLER; AVISHAI TZABARI; LIRAN BEN TUBIM; AYELET AMSTER; NISSAN VARON; MARIA TSUNIAK; EINAV SHITRIT; MAGGIE COHEN GRISRO; NERIYA ZVULOON; YECHEZKEL GABAI; MIRANDA DAHAB; YEHUDA BEN AVRAHAM; CHEN NAOR; ROY FROIMOVICI; EHUD BODENHEIMER; AMIT GELBER; GUSTAVO EDELCOPP; MAX GROMOV; YANIV ROTEM; ITAY GURVICH; SHALOM CHAMAMI; SHAI HERTZ; KATI GORDON; JAN BINYAMIN; YOGI DILIAN; DVIR PITEL; IDAN DAVID; OFIR YARIV; SARAH MENASHE; SHANI SHEMESH; ASAF SABAN; MICHAEL MOR YOSEF; AVICHAI AHARONI; NETANEL NAVATI; MICHAEL BERKOVITZ; GAL COHEN; AVIAD ALAWI; DVIR YADAI; AVITAL LESHEM; AKIVA ZONENFELD; TALYA SHACHAR ALBOCHER; ROTEM YECHEZKEL; RAVIT

COHEN; ELAD ROBINFELD; NOFAR BIDANI; RAANAN DE HAAS; LIOR GOLAN; ALEX BERGER;
SHIRAN ABUHATZIRA; AHARON MOUSSAWI; ELINOR BEN HAMO; YOAV SEGMON; YAEL
NACHMIAS; ; DANIELA RIVKIN; RAVIT ELIMELECH; ARIEH TOPAZ; YAKIR GOLIBRODA; DANA
OSTINSKY; ELIRAN TURGEMAN; IRIT YAACOBI; TAL GILSHTROM; HAGAI LEVI; ORI BENTAV; EFI
ATIA; DOR HODOR; ROI KARAKO; RON HALFON; ALONA DEVI-PREST; YOSSI PELECH; MEIR
KOTEV; ANDREI LITVINOV; NOAM GAVISH; RAKEFET GLASMAN; ILAN MAZOR; SHMUEL GINDIN;
MENACHEM YANKOVITZ; HADAR BOXER; ADIR PELEG; KEREN COHEN KEDMI; ORI IVGI; MOSHE
MENACHEM; OZ SAADON; OFRA SHAVIT; IMANUEL ZIMMERMAN; YAIR ANSBACHER; CHEMI
SHUMACHER; TAL MOSHEKOVSKY; ALEKSEI KOVLOV; OFRA SHAVIT; MATAN SHUKRUN; URIEL
YOCHANANOV; ORLY BETESH; ITZIK BANIN; SHIMRIT MANNING; YANIV GABBAI; MIYURI
MACHURESH; AMNON SARIG; BARUCH ZEMELMAN; MICHAL KORETSKY; ADI MEHALEL; NAOMI
MOALEM; MENACHEM MAOZ; AVINER OVADIAH; SHALOM SOFER; YISRAEL HOVEV; NETANEL
ABEKASIS; HAGIT PERETZ; MOSHIKO ALIOU; DOLEV SHOVAL; DANIEL KLEIN; JOSEPH KRAUSS;
ADIR CARMELI; LUIZA ZEMELMAN; LIOR SOUISA; SOFIA WISSOTZKY; DANI NAOR; AMIR
KOLKLITSKY; GUY MIZRAHI; SHANI ARBIVEH; DOREL ZANO; YOEL NURIEL; NURIEL ELIASON;
YAIR BOHADANA; ELIZABETH MATHIEU; YOSEF YAISH; ZERINA MISHPATOV; YAGUR MARTZIV;
SIGALIT TZEMACH; TOMER DAVIDOV; ELAD COHEN; TOMER GADOL; HANNAH NOCHI; MAYA
ZEMELMAN; RAM LEVY; ANAT KEDEM; ELIRAZ ZLIKOVITZ; ILAN MICHAELI; MICHAL ROFEH;
ALEX BITSKOVSKY; NESIBAH LESSER; SERGE SIEKIERSKI; YOSEF ANIGUR; ERAN HADAR; EITAN
SHARABI; NAOR SHAUL; ITZIK MOLCHO; ETI BENAROYA; ELIAH LASOVI; YONATAN MEZIN; ORIT
LAVI; ZOHAR IVGI; ELIAD AMOYAL; NETA NOV; NERIA KALAZAN; YEDIDYA SHAKED; TAMAR
MENASHE; ALIZA TAVOR; RUDY PHILIPPO; YAARA KALAZAN; TALI WEINSTEIN; AVI PEMPER;
SAGI TABACHNICK; ITAMAR GOLDSTEIN; HEDVA KLOSKI; VITALY RIVKIN; HAGAI TZION; RINA
RINKOVSKY; SHOHAM SOFER; AHIA OVADIA; ELDAD ADAR; NOA LAVI; EINAV PORAT; AMIT
GOLDSTEIN; LITAL WADE; ADELLE DANIT OHANA; ARIEL PESIKOV; AMNON TAL; MAOR NAIM;
SIVAN TAFLA; HAIM TZUF; REFAEL TOLEDANO; YOSEF SHNEID; ARIEL SASSON; LIRON CHEN
MADMOUNI; SHARON LIEBERMAN; AVIOR BOARON; DORIT LAKONISHUK; NAAMA BAR
MENACHEM; AMIT BEN AHARON; TZVI BAR-LEV; EDI KOKES; ASSAF MASHASHA; LIAD BRUCHIM;
BAR KRAIZMAN; NATAN RUBINSTEIN; RAFI BUNAN; ROI GADOT; YONATAN KISLEV; MARGI
LEITES; KINERET RAVIV; EMANUELLE HURI; BETZALEL HORGEN; YUVAL FRISH; SHLOMI DADON;
TOMER VERED; ADAM BERMAN; MAYA KATIFA; KOREN ZISO; EDUARD TCHARKASKY; HADAR
SHAUL; BARAK KOREN; ELAD LEVY; SHLOMO FARKASH; ALEXANDRA PLITZ; GILAD KATAN;
JOSEPH MIZRACHI; OREN ANTMAN; YARIN LAVIANI; MARINA CHANANEIB RAPOPORT; MICHAEL
KOZIN; ILYA LI; MENASHE KASHI; LIRAN BEN SHUSHAN; YUVAL BARAMI; YISRAEL ATLOW;
NADAV LEVI; SAPIR AVRAHAM; AMIR SAHAR; SHLOMI GREENWALD; MENUCHA LIPSKER; AMIT
BATSRAY; SHLOMO REICH; CHAIM BUZABLO; BEN ARTZI; ILAN SHMAILOV; NETANEL SWISA;
ARIEL KOCH; ESTHER SHOMER; SHOSHANA CHANA BEN YAAKOV; YELENA MARGOLIS; SHANI
LEVY; CHRIS SHLING; MICHAEL GREENMAN; VIKTORIA RATNER; IDAN TZAFANIA; FLORA ISAAC;
NISSIM COHEN; ROMAN SOCHOTINSKY; CHAI REFAEL MOSHE KASIF; DRO HARSINAY; ISRAEL
DANINO; SHOSHANA MAIMON; MICHAEL LANDES; VICTORIA GELAKTIONOV; AN H; TZACHI
SHUSHAN; RACHELI CHEN; ROI REIZEL; YANIR OLIEL; ODELIA DANIEL; NAAMA REVACH; DANIEL
BEN HARUSH; OFIR JARABI; MENACHEM WEIL; TAMIR COHEN; ALEKSEI FLEISHMAN; NADAV
UMANSKY; OREN SHITRIT; YORAM KOBI; GRETZIA BITTON; NIV COHEN; SHARON WILENSKY;
KEREN MALKA; NISSIM BEN SHAANAN; ADI GVIR; EDUARD SHENKAR; VARDIT COHEN; AVI
YITZHAK; RITA VATASHTZOK; KEREN BUTBUL; AVIYA SHIMONI; ITZIK DAVIDOVICH; YAAKOV
MEGNAZI; LIRON SHUKETI; ELDAD KLINGEL; YEHUDA ADARI; AMICHAI LICHTENSTEIN; YITZHAK
SHNEUR; TZLIL MALKA; CHAVA PHILOSOPH; NIV RON; NETANEL PINTO; HAGIT COHEN; LIDAN
MANPAK; YOSEF KESATINI; SAPIR BLECHER; DROR ZACH; OFER GONEN; BOSMAT ALANQUA;
CARMIT LEVI ASYAG; DANIEL FADIDA; RONEN BENYAMINOV; ANA LIEDMAN; YONI COHEN;
DANIEL BEERI; TOMER ALMA; ELINOR AMAR; DOR OHAYON; ETI SHWARTZ; HAIM HOKIMA;
HAGAI EIGNER; AVISHAY BRACHA; NAAMA COHEN; EVA TAL GLICKMAN; DIANA OFER; YARON
ATTAR; AMIT DRATH; YONATAN MIMONI; SALVATORE DEMAYO; MIRIAM MIMON; LIRAZ
PARNESA; AVSHALOM OFER; NIRAN FRUCHTER; YARON LUZON; YAFIT T; YULI YAOZ; JARED
ZAR; SHAI ZOHAR; RONIT AVITAN; HODAYA MOSSERI; ANA LEIN; SIMA COHEN; YONATAN
ALKOBI; LIRAN BAR-ON; ARIEL ELIAHU; AVITAL BARELI; VICTORIA AMIROV; YESHAYAHU
FRIEDER; YAEL LAHAV; AVIVA COHEN; ORLY TAL RAVIVO; EITAY DAHAN; BAR FRIEDMAN;

AVRAHAM YIZRAELI; ORHAY MAHATZRI; TOMER SEGEV; AUREL BEN; RAZ TZAFRIR; BRACHA
LEAH WEISSBACKER; LEON GREENBLATT; MAOZ WEISSTOCH; MICKY BAR LEV; AVRAHAM
ARMOZA; YEHUDIT SPEISER; EYAL WEISSMAN; NATI RAHAMIM; SHENTAL SUISSA; LIDOR
GRAMA; BEN SHOSHANI; RACHELI SHIRA YAAKOBI; ILANA ARVIV; NATALY ALAIB; EFRAT
MALKA; ELIRAN OVADIA; IDIT SHABTAI; METUKA LEVI; AVIVA GRAMA; NIR MALIACH;
ELCHANNAN SABAH; SAGIV GRAMA; YEELA HALAMISH; ELI ROZOV; GIL NAVE; AYELET DAR;
YIFAT ROMANO; VERONICA ASSAF; EDNA KEDEM; SHIMON COHEN; ATERET VASHDI; SHANI
PINTO; YOEL MAMAN; ZURIEL LEVI; MORAN SHELEG; ZURI ARBIV; RACHEL SHEVACH; SHLOMI
KAUFMAN; EDEN BUCHNIK; SHIR ARAMA; AVI PERTZIK; ELIA YEKUTIEL; GNADI MAGAR; YOSSI
RUBEN; ALONA BOYANOV; YAEL ENGEL; AVI ABDI; SARA SOLOMON; YOSEF POMERANTZ; VIKI
SHELEG; TALI DADON; HEFTZIBA HAREL; GAL ZAIDMAN; ILANIT ELISHA AVIGAL; SHOSHANA
NISSIM; KARINE LOYAN; KARMIT GIVATI; TAL DAGMI; HAIM ATLAN; NOGA BARAM; NECHAMA
HASSON; LIMOR ASULIN; ELISHEVA FOGEL; RAMI ABUTBUL; YANIR MELECH; YEHUDA
APPLEBERG; YEHONATAN AVRAHAM MAGEN; DEEN LEVI; MATANYA BEN YAAKOV; SIGAL LEVI;
NURIEL BEN AVRAHAM; HAIM ATLAN; YAAKOV GERAD; YASMIN KUSKAS; SHARON JULI; ORIT
TEPPER; SHULAMIT BARZILAI; AVRAHAM KUSKAS; ZION KARADI; YAIR ISRAEL SAAD HADDAD;
BAR YOCHAI AZULAI; OREN KARIN; FABIENNE HASKEL; EFRAT BROSH ROTEM; OREN GILBOA;
ARIELLA DUGA; SERGEY LEONSON; YANNAI APPLEBAUM; ORANIT AYASH; GIDEON SEGEV;
MESHI AYALA EIZEKOWITZ; ALEX PRONIN; LIRON BERGER; ORLI SHIMONI; SARA KUSKAS;
SHARON AMIR; IDAN LAVI; NOFAR SRURI; YOSSI BERGEL; IRA GREENBERG; JACKY VABLIACH;
AVRAHAM LEIB BORSTEIN; TAMAR COHEN; SHALOM MAMO; GUY LEVENTAL; SHANI MASLAM;
BINYAMIN NATIV; MATI BURSZTYN; NURIYA SHALOM; YONI PEARL; NECHAMA PHILLIP;
BENJAMIN CHAZON; REUT ATED; ORIT ASSAF; DANIEL COHAN; LIOR ALUSHVILLI; HEDVA
NATANOV; KARINA MICHAELI; HELENA AMINOV; TAMAR BAR; RACHEL GADOT; MIREI ASSIS;
TAL FRIED; JESSICA YOHANNAN; MICHELLE MOSHELIAN; ELINOR HASSID; YOAV BITTON; DALIT
NADAL; ZVI EFRATI; SHIRAN EITAN; AVIEL LIBMAN; OMER AZULAI; ADIR TZFIRA; IDO TZABARI;
MERAV LEVI; MOSHE MANGANI; TZOFIT EDRI; VERED HACKESH; ADIEL YEHUDA; AVRAHAM
ROZEN; AMIR AHARON; HAIM KALBERS; RACHEL WEINBERG; NIR DAVID AZULAI; DAVID
SHARABI; RAKEFET DEKEL; HAREL ILAN; DAVID PERLA; KFIR YAIR; HEN MOSKONA; RIVA
DODFOR; SHOSHANA EL HAGAI; DANIEL DISHI; ELIANE ROZENBAUM; RIVKA MALANDES VERA;
SHMUEL EFRAIM KRUCHMELNICK; NIR SHAPIRA; MAZAL KABUDI; MIRIAM LEST; DAVID BENNET;
TAMAR RADAR; ZEEV HAMBER; OHAD HEN; IVGENI GOLDENBERG; SHACHAR LEVI; SHIMON
FORMANSKI; TAL SHEMESH; YAAKOV HAZAN; MATAN OVADIA; ELIAD OSHER KAPU KAPUYA;
DAVID HAIM; GILAT YOSEF; AMOS MACHLUF; TONI BAR; DOLEV LEV ARI; ALIX BLUBSTEIN;
DANA LANIR; NIR PINKAS; ILIYA POMERANTZ; ORTAL RIWALD; ZOHAR MARBEL; NESTOR
GLOCK; ANABELLA DIAZ; JENNY AMINOV; AVIHAI SIVAN; MIKA BECHER; DOR SIACHI; ARYEH
YISHAYAHU LIFSCHITZ; SARAH JOELSON; MASHE GUEZ; ADAM SHMUEL; NIR LEON; AVIYA REIN;
ISRAELLA ELIYAHU; RONI BOKER; YUVAL FADLON; NIMROD BARGUY; CARMELLAN LIEBERMAN;
MICHAEL SCHTUKOVSKI; LAVIT BEN HAIM; LIAT BINIAMIN; TAL AMRAN; PELEG YAFFE;
AVRAHAM ELKASLASI; ROI NOIMAN; HAIM HADDAD; MOSSI PINTEL; YAAKOV TUVIYA TOISER;
ATZMON YAHAV; YOSSI VIDEVSKI; RUTHI OIZERT; HAIM AZAR; REUVEN HAIKIN; MOTTI
HEVRONI; MALI KASHI; IGOR BERDICHEVSKI; DANI PAHIMA; YAEL RAMON; ADI DEII; GALIT
ABRAMOV; RONNEN NEKTALOV; LITAL BEN HAMO; ILAN SHALEV; RICHARD OIZERT; EVYATAR
COHEN; AVRAHAM AVRAHAMI; AHIAD BECHER; ALONA MAHITRIAN; DASSI LAMPERT; NIR SELA;
NERIYA LIBERTY; HILLEL NAHUM; NOAM GOTLIV; YUVAL COHEN; BINYAMIN MANLA; YAFFA
SAMUEL; JULIEN ABERGEL; ERAN SEGEV; YARDENA BEN ISHAI; AVIV MAMMAN; NAOMI BEN
GIGI; GILAT ITZCHAK; RACHELI GUETTA; NAHUM INDORSKI; NETA KARMELLI; YARDENA AGLER;
SAGIT RAHIMI; AVI SAMET; ITZCHAK BEN GIGI; HEN ATTAR; AREYH NUDELMAN; AYELET
SHUSHEIM; SIGAL MAMAN; AVI GELMAN; YOHANAN TERNIN; YUVAL NAHAR; LIRIT HILLIFX;
YOEL TUBIANNA; RINAT VAKNIN; NATAN YEFFET; MORIAH RAVID; GERTA JAGUDAEV; MAZAL
ASKI SELA; IRA ARNON; ELIEZER ZVI TURENHEIN; DAN BRENNER; MARGARITA AVNI; AVRAHAM
ALTZTER; ORIA KADOSH; LISYA ABULAFIYA; TAL KRISPIN; AYALA WOLFSON; YARIV LUTZ;
YISCA ZMIRY; NOAM SHMURK; ELIYA BEN SHUSHAN; AVIHAI BADASH; EVYATAR HADDAD; GIL
BEN YEHUDA; TOVA HOYMAN; NACHMAN SHEMESH; RONIT SLEGNICK; REUT PAZ; KARMIT
DANIELLI; REVITAL HADDAD; ADAM ARPALI; SERGIE LEMPERT; ISRAEL SABAG; RACHEL ASULIN;
AMIR HADAD; AMIT SHMUEL; SHIRA HOIZMAN; DAVID SHAMBICK; MATANYA BEN SASSON;

AMNON PRIEL; MALI SHOVAL; EINAT YADDAI; ELIRAN AMRANI; AVRAHAM MENACHEM; URIEL KAPASH; ELDAD BAHST; TAL SHUKRUN; DAVID YAAKOV; ALEX SHEBTZOV; RANI OREN; ARIELA REITER; ASSAF RECHES; AVITAL MADMON; YOSSI ABERGEL; GON GIL ON; ELCHANNAN MEIR; CHELI MOSHAILOV; ADI KEDMONI; SHIMON HILLEL STERN; MALCOLM DAITZ; BAR PORATI; TOM RETIG; EDEN BELHASSAN; ALEXANDER MARCUS; TAMIR ASHUR; ARYEH COHEN; AVI GANKOVSKI; AVI ZVI; MATANYA ZANDANI; AMIR MELNIKOV; YANIV YAHAV; AVNER MANN; MICHAL SHALEV; ILAN COHEN; ADAR NUDELMAN; MOR YORA; RONIT ZOHAR; TAMIR ASOR; IDAN NEZER; ILANIT MONITIN; RONI SAADA; ODED MUALEMI; MAOR YEHOSHUA; OFIR NIR; NICOLE GLICKMAN; RAN TOLEDO; YONI BRANT; DOR BARON; BATYA DORON; SHALOM HADDAD; RAFAEL ZER; SHAI NASSI; HANNAH KUMER; SAGI GREENFIELD; DAVID SHATNER; NADAV BERMI; RACHEL FRIEDEN; SHANI F; SHLOMIT SABAH; YAAKOV BEN ABU; MEIR KALAZAN; GAVRIEL ROSENFELD; AHUVA STERN; GURIN ZURIEL; BATEL MIZRAHI; BEN HALFON; SAMION NEMIROVSKI; ORI PATITO; TAL EDELSTEIN; SHLOMI LIEBERMAN; AMIHAI YAAKOV BARTOV; LIAT ARYEH; NOA BASIL; JULIA MEGIDASH; MAAYAN GAMLIEL; VLADIMIR BRIKER; DAVID BISMOT; MÁRIA MARGARETA NEMEDI; SHANI HAVIV; SARA BACHAR; OREN FRANKEL; YAEL HIRSCH; DANIEL SINGER; ITAMAR DEUTSCH; DIMA BRODSKI; NOFAR MIZAN; ALON RIMON; ATALYA HARZI; MOSHE MIZRAHI; KATHY AHARON; MERAV NICKSON; OMER AVRAHAM; EITAN SHITRIT; YAFIT DOAR; ROSIE LUBIN; ASSAF RECHES; AHUVA OZANA; EFFI ROZENBLUM; MOSHE PLESSER; ELAZAR LILUF; REUT ARGAMAN; ORIT BREDICHEVSKY; NIR BAR MENACHEM; GALIT TELEM; EFRAT EYLON; EREZ AHARONOV; SANDY SALMAN; DAVID DBAH; DALIT TZENZIPER; OR MARON; EVYATAR AZULAY; ADAR EZRA; BAR NAVON; MARINA LIBON; ILAN KATZ; ODEYA KALMANOVITZ; MAGAL AM SHALEM; ESTHER KARAT; SHMUEL AMIT; AVI SHARABI; RAFI BARANES; YOSSI DONDIN; ORLY VAKNIN; REVITAL HERSHKO; BINYAMIN WEINBERGER; YAAKOV SHPITZER; YANIV GABAI; CHEN HORK; TOMER TELEM; YONATAN WEIZMAN; SHIMON HADAR; BARBARA RACCAH ; OREL COHEN TZEDEK ; NADAV HEIMOVITZ; ALEX ZASLAVSKY; GIL AGMON; KOCHI KAZAZ; BENYAMIN TAGORY; MENACHEM ZOBEL; AMIT AHARON; LIN BARAZANI; LIMOR DROR; EFRAT PAHIMA; HANI TALMAN; YOSEF FOX; SHELLY GOODMAN; MENAHEM GOLDBERG; ABIGAIL NOIMAN; DANIEL BRODSKY; RAMI NISSIM; SHACHAR SULTAN; SHIRA MOSKOWITZ; OR EIZENTAL; MATAN LEVI; YAHLI MADHALA; SHLOMI SEGAL; GUY SHNEORSON; ELLA MANDELBAUM; YEHOSHUA GOLDFARB; BATYA LATMAN; SHARON HAIM; MIRIAM AND ITZCHAK COHEN; SOPHIA SOLODOSHA; TALYA KEISAR; ISABELLE MAIF; DAVID GOLDOVSKI; YOSSI OHANUNA; MORDECHAI LUBERBAUM; DIMA WISOTZKY; TAL COHEN; EITAN BAVLI; YOTAM ZIV; LILACH EYLON; DANNY MOTCHNIK; RACHELI KABRERA; SHOSHI DIK; PINI MARGALIT; GUY PILO; DVORA COHEN; BATSHEVA CHAI; ILAN SIMCHA ISTAKAROV; SHLOMTZION HACOHEN; AMICHAI BEN DROR; AVI AVIV; ALEXANDRA ZANA; IFTACH DEKEL; YEHUDA ELHANATI; YEHUDIT DIK; LIVNAT BURSTEIN SHITRIT; STEVEB TEIGER; URIA YINON; IDAN YEMINI; ZEEV SOFER; SAGIT SHON; HAIM GILADI; AHARON BEN MOHA; DAN LUSTIGER; RENANA DIMANT; TOMER BERNSTEIN; SHLOMO DARMON; MICHAEL MORDECHAIV; ORIT KOSOVSKY; ELENA LIFSCHITZ; TEHILLA ADLER; LILACH KAMINSKI; YONI COHEN; SARIT LISITZIN; ITAY ALONI; HELEN BERG; ORI BEHREND; ATALYA AZURBEL; SAGI AKO; ELIRAN COHEN; YARON RADO; ISRAEL AMIT; YARDEN NAAMANI; BEN SHABBAT; OR YERUSHALMI; ORI ZABARI; KEREN TART; SARA BAR; TOMER COHEN; SARIT YIRU SHALEM; COLETTE GURT; YAAKOV COHEN; ELI PUR; AVITAL MANOR; DANA COHEN; AVIRAM KAMER; PLINA BLUM; ELIYAHU ZURI; SHAI ELKAYAM; ITSIK SIMANTOV; YANIV DROR; HAGIT YEHOSHUA; MORAN DADUSH; DIANA LIEL RUBTSOV; SHACHAR BEN ZION; ORLY EDERY; ITSIK ZALAF; EINAT SOLOMON; TAL NAGER; VICTORIA ZASLAVSKY; MICHAL GOLD; REVITAL AKRIV; SHULAMIT EDRI; SHABTI KAPLAN; IDO VAZANA; MOSHE MERILOS; SHIMON NIMNI; DIKLA MARAN; RINAT ZUKERMAN; ADIR SAMANA; YOSSI BOHADANA; MIRA RAH; SHEFI YEMINI; ELIEZER HERPENS; SHAI GILAD; NAOMI ITACH; AYELET KEHAT; SHIRAN MIZRAHI; HAGIT YOSSEFI; ADI LEVI; MORIAH LEVIN; RAVID SANANES; SHAI DVIR; GUY SADAKA; NISSIM KADOSH; DIANA BOTENRO NEVRO; SARA GILAD; DANA BEREBI; ANAT BO; DANIEL BARANES; TCHIYA BITTON; LIHI OVADIA; LIOR BEN PORAT; ADEL GELPRIN ESHEL; ASSAF KOCHI; SHAYKE BEN SHMUEL; IDAN OSHETCHGA; LEV STERN; ALON EKRONI; HILA AVIVI; TILTAN ZILBERMAN; VERED PREDO; SHIRLI SCHNEIDERMAN; ISRAEL SOSNOVICK; ALIZA BRODETZKI; AYA FRIED; DUDI LEBAIEV; TAL BAR MASHIACH; RONI GRINER; YIFTACH ATZMON; AHARON YOSEF; NETANEL AMAR; MENACHEM ASTRIVK; NITAI SHATZ; YOSEF KAPPAH; LIRAN LAHAV; AVIAD COHEN; RINAT SHEM TOV; DAVID

BEN PORAT; IVAN TCHESCHNAKO; MORAN BAR; DAN AGMON; YOSSI SHOVALI; OR LEVI; DAVID
MANDEL; MARTIN GOODMAN; EDEN GAPLA; GAL LEVI; ADI SHACHAR; KARMIT SHIRA PEREG
SARUSSI; SHELI SHAHAL; DEBBIE DRENITCHERO; PNINA BRAUER; DVORA COHEN; INON GDOLIM;
GAD ZVI SHUALI; SHARON MISHAN; LENA HALABI; NISSAN ZEEVI; MADLAN SALAMA; AVI
RABINU; ITSCHAK BUKRA; YINON UZAN; LEONID SLOVODINSKI; NIR NAGAR; MIRILI PERETZ; AVI
BERGER; HAIM MOSHE RABI; ZURIT MORIA NISSIM; ODED DARKI; ARYEH FRIEDMAN; YEHEZKEL
YAIR; IDO BALAISH; YAIR ELBAZ; OR SKILI; MEIR DEUTSCH; AMY GABAI; HEN KAHANA; MEITAL
LEVI; YANA LISOGORSKY; YAAKOV MELINKOVITZ; AMIR DERI; TOMER REUVEN; ЮЛИЯ ДАХАН;
OHAD ASUS; GALIR PERES; KINNERET AMRANI; RAMI IRANI; ISRAEL SCHREIBER; YEHUDA
REITER; SAPIR DREZENIN; SHEVI PELEG; YAAKOV LEVI; GAL LAHAV; GOLAN BEN MOSHE; MOTTI
GOLDSTEIN; ELIT GOMPEL; ELAD OFER; NETA DINER; SHIMRIT EVEN HAIM; MICHAL ADIV;
DOTAN BALESTRA; GALI KLIR; RODION SERBARI; RUTHI IZVOTZKY; YAIR KARINE; ITAY COHEN;
MOSHE COHEN; ROAN SALAH; NETA ROZEN; ARIEL NAGER; AVIYA KAUFMAN; ILAN PEDINKER;
GUY ELHANATI; IDAN GAMON; ILANIT ORAN; SHMUEL COHEN; NEHORAI COHEN; EYAL SHARONI;
RICHARD GRADNER; MORDECHAI FEINSTEIN; OHAD KLIS; ELYASHIV COHEN; MATAN DOR;
ISRAEL GAMLIEL; DALYA BEN YAAKOV; MIRIAM ESHDAR; DAN BONBIDA; SHOSHI
TENNENBAUM; ALEX BINKIN; GALI LEVIN; ARIELLA KOPLES; AVIVA EPHRAIMOV; ORTAL ADANI;
AVIGDOR BEN YAAKOV; DINA LUKIN; ALVA NURIEL; BEN GENIS; LAIZA MICHAELI; HEN
HANNANEL BUZGALO; SIGAL COHEN EINI; NOA MANDEL; YAFFA ZUCKERMAN; GUY BARASH;
ERAN COHEN; NOA BEN YEHUDA; YULITA REDINSKI; ALMOG MALACHI; ZURIEL HADDAD; ORIT
SHEMESH; AHARON TURKOV; NOA LIT; ELROI PERIS; RIVKA AKIVA; HILA ATARI; MOTTI
BUCHNIK; RONI LEIBOVITZ; YISROEL MENDEL; DANIEL DAHAN; SHELLY SOTIL; YAIR SILBEG; ZIV
PELEM; HADAS GOLD; ROTEM MALUL; NOYA HADDAD; OSHER FRANK; DIMA GERMAN; OPHIR
MOSHE; EINAV NAAMATI; ZEHAVA MZEIBOVSKY; ADEL SOTIL; DAVID BARSHESHET; REVITAL
KAVI; GILA LEVI; JACK BEN SHITRIT; YAEL FRANK; YOSSI MALUL; NIV HAIM; ALMOG SHUSHAN;
MICHAL CHAVA GILLIS; MENACHEM BERNSTOCK; DANIELLA SAAR; OR HAYUN; AVI GISPAN;
ELDAR ZIV VIZAN; ZIPPI HAYU; ARIK ANGAN; DROR YEHUDA; REEM NAVIS; AVRAHAM HASS; NIR
BARUCH; EYAL HILLEL; ELI DANI; YOSSI YONA; GILA DAVIDSKO; HANI FRANKEL; ORI DAVID
BELHASSAN; GIDI DAFNER; AMIT DAVIDI; NETANEL BROMAND; YONI HARRIS; REUT AZULAI; HAI
YONI; SHURA GOV; NIR KATRIEL; AVIGAIL VARSHEVSKI; LINOR SOLOMON; ROTEM FRANSA;
SARIT GAVRIEL; AVIHAY CAHANI; YOAV DVILANSKI; YOSSI ABODI; GILA SOLOMON; ROI AMIR;
MEITAL KAIKOV; GUY EINY; AHARON MORAN; ZACHI ELKAYAM; DANIEL YATSENKO; YAIR LEVI;
SHARON DANIELLI; EVYATAR MOSHE; GAVRIEL BEN HAIM; MEITAL HADDAD; BEN MAOZ; HELI
KOTEL; GENADI MITSKEVITCH; INDAR TAL; JEREMY SOFER; NISSAN CHEN; NAAMA FRIEDMAN;
DAN MARINSKO; MEITAL SHURTZBELT; YONADAV ZAIDMAN; EREZ BARZILAI; RON SEVET; ROI
ISRAEL; SANA VAZINA; DANIEL LIPKIN; EREZ JAMSHI; SAAR ZILBERT; SAGY AMIT; SHIMON NAIM;
HADAS OFRI; SYLVIA BOKOVZA; DANIEL OSKAR; AMIR ZALZBERG; TAMAR BUGANIM; YOSSI
LEVI; DEAN MAROCHICK; HAGAI GONEN; ROI DOR; SHIRAN ZEMACH; NIR BORNSTEIN; ATIR
SINGER; MEITAL LEVI; ADAM BAR ZIV; AMIT MIZRAHI; YOAV ELGARABI; HAIME BEN DAVID;
NAAMA KARNI; TALI BRUCHIN SCHECHTER; HADAR /SHABBAT; LEORA MOLETCHNOV; MICHAEL
RENSKI; ALIZA LIZZI HAMEIRI; GAL AMNONY; MEIRAV HALIMI; EMUNA VARDI; MIRI BLORIAN;
NAOMI HALIMI; RONEL ADANI; DANIEL BAR; ORI LAPID; LIDOR WALDMAN; RONIT COHEN;
NETANEL AROV; ROTEM TAMMAM; EITAN FISHER; AA LH; SAAR ROTMAN; MIRI FRIED; NILI LISS;
SHIFRA FELDMAN; SHAY SAHRAY; NIRIT ESHKAR TOLKOVSKI; MAAYAN SHEIN; ADELLA
BAZOAYO; DAN MILLER; SIMON HALIMI; YAAKOV OYON; DOR LEVI; LIOR NASSIMIAN; PDAYA
HALPERIN; DUDI KATZ; HAIM STEINBERG; OMER MACHNAS; ZVI SPERO; YEHIEL DOH; OR
ZUCKERMAN; ETTI AVIANI; AYELET KFIR; YUVAL ELEFANT; ADAR MERHAVI; ILANA OYON;
HADAR AVIRAM; SHMUEL LONDNER; ALIZA NAHUM; ASSAF FRIED; MATAN RIAFOLOV; BRACHA
LEVY; RACHELI ADARY; SUSAN SIEGELMAN; REUT PLUS; YOSSI MARTIN; LIEL NAIM; DANIEL
BEZROKOVE; OZ LANGER; URIEL HALIMI; ZVI ABU; AVIA MOSHE LEVY; LIDOR KELSI; RAN
ELIYAHU; SHAKED HARUZI; YEFFET YANKOWITZ; TZLIL ELIYAHU; TANIA BAR ON; SHIRI BEN
SIMON; SHLOMO BEN RAHAMIM; URIEL DOYEV; HAIM KARAVANI; NIMROD SAGI; SHAY SHAUL;
ADI ELKAYAM; ELISHEVA HAI LEVI; ALON SHAHAR; GAL GILADI; EITAN MORGENSTERN;
REPHAEL ZIV; TAL ATIA; BRURIYA MEZIG; YOSSI LUBOV; HODAYA SIVILYA; EVELLYN
NECHOSHI; OLLA RABINOVITZ; ELIANNA ARDITI; NETTA KUPER; KIRIL LIKETCHNIKOV; LIZETTE
KATZ; DAVID SIVILYA; ITAI HAREL; CRISTINA OASA; GAL HELFMAN; MENACHEM EVYATAR

YASHAR ZADA; MIRIAM BITTON; ASSAF RAVE; AVIV RABINOVITZ; SHIRA DVIR; TAMAR RIEMER;
YINON IZVITZKI; REUT HERTZ; TZILLA LOOK; KARINE PUKESHNER; SHAI BEN HAMO; GUY ROZIO;
BOSMAT ERENREICH; OLGA SHEININ; AMRAM NAFTALI SHERBI; HAGGAI SACHS; ODDED
ALLAL; ROI LUZON; LIRAZ VAKSHI; CORIN KAHANA; OR SHKOLNIKOV; MERAV MIZRAHI; TCHIYA
DAVIDOVITZ; YAEL ATTAL; DAVOR LOZNIJAK; YAKIR LUGASSI; ISRAEL HOLLANDER; ALIZA
SHACHAR; ADI LEVI; ASSAF KAHILLA; ORI ZVI; MOSHE GREENBERG; YOSSEF NOTICK; RINAT
MIZRAHI; HILA FLEISCHER; NITZAN OZDOVA; AVIHAI COHEN; SHIRA NIAZOFF; RACHEL HAZAN;
SAPIR ATTARI; RICHEL HIRSCH; ELI HAZAN; MORAN HURI; NACHOOM ASSIS; SAGI HILLEL;
IVGENI MODZELVESKI; YANIV BUSKILA; AFIK PARIENTE; EITAN ZEHAVI; HANI MAOZ; ELAD
DANIEL; AVIYA MOR; BARAK ZELNIK; FREDERIC DEUTSCH; CHANNANIA SHEMESH HALPERIN;
YOSSEF SOPHER; TAMI SHAVIT; DALIA MARMURSTIEN; ADI ZIKRI; SHLOMO NALICK; ORON EVGI;
MORAN BENEL; LIBAR SAGIV; MORIA BONDAR; YAFFA BAER; DUDI GENUTH; NERIA MEHARTZI;
ROY COHEN; YUVAL GRIMBLATT; MALI BEN SHITRIT; DEVORAH DANIELI; ZORAN STERN;
ELIZABETH BISK; YUVAL SHABTAI; RON BIRAN; HERUT STARMAN; TATIANA KOGEN; TEHILA
AVERA; HADAR YEHUDA; OZ ELIAS; HANITA AZRIA; LI SHOKRON; HADAR GIVONI; SHARIN
AVRAHAM; KELLY BLACKAR; RAZ ASHTAR; DANA SHMUELI; YELENA EPELBAUM; RON BIRAN;
ALEX BESPALOV; REUT SPORTA; BOAZ KEHATI; ALBINA VINOKOR; MICHAL ROTMAN; ROTEM
LEVI; CHEN NAGAR; NATI FAUST; DAN DANIEL; DAFNA DAHAN; DANIEL FRY; SHARON KLIGMAN;
ARIEL TUCHBAND; HILA DAVID; SERGEY GRENOVSKI; REBECCA STEBOUN; ERAN SHACHAR;
ARIEL KOROLPNIK; SARIT KARIV; AMIT BUBLIL; MAXIM TABACHNIK; MOTI COHEN; YONATAN
STERNSCHEIN; JEROME STEBOUN; PAUL NICHOLSON; DROR ALTMAN; SHLOMI ELBAZ;
MENACHEM GUTTMAN; EFRAT TAHARNI; NADAV DAYAN; GIL ISRAEL; GIDI FARKASH; VIKTORIA
VUL; TAL RUBIN; NOAM ALMLAM; AVISHAI ANKRI; GREGORY KUNA; ZEMAH NECHAMIA; NOAM
MANTAKA; RONA HERSHKO; GAL GOSHEN; BRACHA MITSHNIK; SMADAR AMIT; GUY PENKINSKY;
GALI BARAK; NOA AMRAN; GALIT ALGABISH; MEIR FISHHOFF; REBECCA MUGRABI; VERED
DAVID; LIOR GORODISKI; ELAD AMIR; NIMROD COHEN; CORAL DAR; SHIRA BEN YOSEPH; OSHER
SHOKRON; STEVEN LEW; MIRI BEN YISHAI; KINERET SHITE; IDO KLIMOBSKI; LILIAN SEPHARD;
SAMDAR DAR; SAM LEVY; VICTOR FITCHSOV; DANIEL VISHNEVTZKY; BINYAMIN WEISEL;
SHIRAN COHEN; ADI GABBAI; EYAL BABICH; YAAKOV LOPOLIENSKY; SIVAN YAKA SHABTAI;
ISRAEL BEN HARUSH; KARIN NORIELI; MATAR LEVIN; SIVAN PERETZ; AMIT BEN AMI; OFER
ZEBULUN; KEREN LEVY; PINCHAS BEN MORDECHAI; TAMIR BARHUM; MISHEL KARICHALI;
TEDDY CHOURAKI; RON SISO; TAL AHARONSON; GALIT RABITZKY; OLEG PERLMAN; OPHIR
KARMAN; EDEN ALAMO; GAVRIELLA GOBRIN; RANAN PERETZ; YAAKOV KOSTJUKOVSKI; DOV
VELLNER; ALONA HODOS; REBECCA SHAVKUNOV; YOAV FREED; YOSEF ATAR; HADAR
ARGAMANI; YAAKOV KAPPACH; YUVAL MEVORACH LEVY; CHAGIT AVITBOL; GREGORY
ROZMAN; YAKIR BLUM; ORIT NIKOLSON; DIANE LEVINKIND; EITAN SCHULMAN; GAL
MATITYAHU; MARINA SAMSON; HAGAR CAFRI; DEBI SIMONTOV; ORLY MORAN; NOAM ACHITOV;
AMOR DABUSH; YITZCHAK TAL; IDO ZISMAN; ARIELA LEVY; MIRIAM DEVORAH EISNEMAN;
GOLAN AVITBOL; SARAH ELIYAHU; ERAN DAVID; SONJA TAMAM; NITAI GOLAN; ADIR MAZUZ;
CHAIM GERON; YUVAL BEN SHIMON; NETANEL OUZANA; SARAH SCHULTZ; YAEL SHOCRON;
ORIT NAVOT; MOSHE COHEN; DEBORAH FAIT; EITAM BEN YAAKOV; ADI MEROM; TSUR GARIN;
YARON WEISS; SIVAN HORSON; KOBI NELGAS; HILA BAR DAVID; MICHAEL COHEN; RAN HODOS;
EMUNA BEN YAKOV; TALIA MAOR; VERED MODAI; AVI MOAS; NAOR COHAV; YAARA ZIV; REUT
GANTZ; RACHELI GANOR; YANIV KUCHVESTZKY; IRINA KATZ ROZAYV; URI AMIRAM; NIRO
SKIPPY; TAL MEDINA; RAM AVIV; ROI FREED; OFER MEVORACH LEVY; ALEX GERSON; ORI TZAIG;
SHAY TUVYA; ELIHU YANIV LEVY; TAMAR SAMAT; DAVID YOSEF SASSON; ADAM ELKAYAM;
CHANA COEN; VERED LITTMAN; ELAD SIVAN; RONIT MOR; NOAM NECHEMIA; TALI RAZ; AMIT
BAR GIL; LIVNAT HALLEL; RACHELI BEN DANIEL; ROEE FROMAN; ZAHAVIT GOLDSTEIN; NEOMI
STEINMETZ; ORLI BINYAMIN; NARIA HODIFI; DVORIT TSUR; ELIRAN ZADA; AMIT RIMMER; ELI
SITROK; ROTEM DRORI; TAL COHEN; YONATAN LEBEL; ELAD HOZINOV; YOSI DAHAN;
MORDECHAI SHWARTZ; TOMER FREED; SHULAMIT EILAT; YAEL YADAN RAVAH; CHANY OKBI;
ITAI SEGAL; AZARYA SUTLIMON; YONI GLINCH; ORI NEGER; ELIYAHU SELA; AVITAL HALIMI;
ASAF ROFEH; CHAIM COHEN; TAL YERMOLENKO; ASA BARUCHI; DONALD ORHEIM; ALMOG
GAHALI; EREZ BEN-DAVID; YOGEV CHEVRONY; DOLEV HIUT; SHLOMO ELIMELECH; YULIA
PECKERMAN; LIDOR SANDAK; BINYAMIN LEBEL; RODEEN ADMOZ; REVITAL OHANA; NOAM
HERSHLER; OR GLOBERMAN; MOSHE SASSON; YAIR BOIM; AVISHAI RABINOVITCH; AMOS COHEN;

YAAKOV MENSHAROV; DORI BINYAMIN; RANO GORMAS; NOFAR ELPASI; ELYADA BARAK; ARIEH
KRAMER; SHIR HUGI; ILANIT MAGADI; CARLA TCHIMINO; LIRON KACHLON; AVIV BENIASH;
YOSEF YADIN; YULIA TRIPONOV; ANNA GUREVICH; TZVIKI DORNSTEIN; LIOR NACHMANY; SAPIR
NAPHTALYAV; DANA LIVSHITZ; YOSEF EINHORN; AVI KARBOL; DANIEL BUKHMAN; YOSEF
CHAIM LUGASI; ISRAEL LEVKIVKAR; ELIYAHU PARKER; YAAKOV GULST; HANNAN ZWICK;
AHARON BEN YOSEF; VIKI SHTUTIN; YEHOSHUA BENGAZI; HENSHI GORODETSKY; HILA MARCUS;
ARWAD SALAMA; DAVID RUBIN; ISRAEL MELAMED; GADI ROZNER; YOSEF ATAL; DOR BARDA;
EINAV COHEN; KEREN PRIZAT; SHLOMO BARKAN; SHACHAR TZPIRER; OMER SCHEM; MIRI
ROTTMAN; SARI BEN-MEIR; MEIR HEFETZ; HAGAI FIBLOVICH; ITAMAR SCHREIBER; AILON
GOLDSTEIN; ALON BADIHI; IFTACH SPIRA; OFELIA ISZAEVICH; CHEZKI BORNSTEIN; YONI MEIZEL;
MOTI SCHECTER; OFER GOTTLIEB; SHMUEL SCHNITMAN; DANA SOFFER; BAT-EL DERY; HAVI
HARMETZ; OMRI HAKIMI; TAMAR HALUI; SHLOMIE RINGEL; AVIGDOR LAUFER; OMER GORELIK;
DAMA BAR-ON; WILLIAM MILLARD; VIKI BEN YAIR; RIVKA SCHLESINGER; EINAV BAADANY;
AVITAL YOSKOVITCH; MORIAH HALMAN; MIRA BAR; RAN SADAN; ITAI ETTEDGUI; SHILAT
COHEN; CHAIM KRIKLI; HADAR BARDA; SARA BAVATI; ITZIK MONSTIRSKY; LIOR HADARI; LIAT
ELISHA; ZION COHEN; NETANEL ZEHARYA; SHIR LIVNEH; YURI SCHNEIDER; AMIR TIDHAR; MIRI
SIMKIN; DANIEL HAZOT; AMITAI BASIST; BRAIN ALBERT; SHLOMIT BEN; SHAI WEISEL; SIGALIT
KATAN; TAMAR SNIR; DAFNA SHARAVI; ESTEE KEREM; SHENAV SHALOM; DANIEL
DOBROSZKLANKA; LIRON SABAT; UDI MACHLOF; YARIV COHEN; AHARON EFRAIMOV; ADI
BADASH; ELIRAN NAIM; MICHAEL YANIV; DEBRA HALL; ANAT COHEN; AVIVA ROZENBERG;
ELIAZ STERN; ZEEV STEINBACH; MIRI AMSALAM; SARIT KOBI AMIRA; YAEL MEHARTZI; ALEX
DACHIS; DINA SILVER; SHLOMIT NATIV; OZ MAOZ; CHAIM CHAIT; MOSHE CHAIM FISHER; EYAL
BEN ISHAI; MOTI MITTLEMAN; REUT BEN SHIMOL; TAL VAKNIN; TALI YAAKOV; ISRAEL
SEIDENFELD; AVITAL AHARON; TOMER AMAN; DAFNA ELIMELECH; ELLIOTT HAMILTON; EITAN
WERDSAHIM; JULIAN GURFINKIEL; GILAD BEN AHARON; REVITAL TZ.; DAVID STROUK; JANET
KASTEN FRIEDMAN; AVIHU YATZARI; DANIEL BARUCH; ETTY ALMAGOR; BOAZ TENNER; DEAN
APFEL; OFIR GOZLAN; DAVID HARUSH; ROM DIBON; YOSEF YUDBOROVSKY; SARA GABAY;
SHANY MARI ROSENVASER; ALEXANDER BARSHAY; ADAM COHEN; YOSEF ACKERMAN; MORAN
MAHALER; ARIEH PRITZKER; OMER KESHET; YAEL HORN DANINO; YOSEF YUDBOROVSKY;
MICHAL HOLLINS; MIRI FRIEDMAN; KATHI NEUBERT; ELAD AVRAHAM; MICHAEL ITZHAKI; OMER
TESSLER; DANIELLE DAITZ; TZVI ITCHKOVITCH; YONA PELZANER; LIELLE ELLIOT; MORAN
SINOANI; YAVGENI VELPINSKY; SNIR PARTOSH; YARDEN LIVNI; MOSHE PELZNER; TZIPORAH
POLACHEK; TOMER SHORETZ; STEVE MICAH; DALIA REVIVO; SHULI AVIV; NETANEL ADLER;
MOSHE AMOS; SHALOM ELHARAR; DINA MOSKOWITZ; RACHEL BEN DAVID; OR LIPSCHITZ;
AVITAR BASHARI; YEHONATAN MEIRSDORF; EFRAT MOSHE; MORAN SHTAL; HADAS PAZ; MEIR
OVERFERSHT; LUBOMIR LERNER; AVITAL GREENBERG; ORA DUIDOV; MOSHE YITZCHAK
GELLER; HANA ZUSIN; CHAIM RAHIMI; PAULA JASCOURT; LIAT VIDER; RACHEL KLEIN; ESTHER
ANKONINA; ADVA STEINER; MIA SHAKED; ALIZA MODRA; YOSI CHEN; MESHI STERN; DANIEL
BEGNO; BENI MESHULAM; MAOR RAYMOND; VICTOR DOROSHIN; NETANEL VILF; TAMAR GUR;
FRAN CIKK; SHAI PORIT; MALKI TECHOBAR; RAPHAEL DAGAN; ELANA SCHULMAN; JASMINE
KAUFMAN; SHIR MAZAL TOV; GIL CHALMISH; RUTH COHEN; YANIV SHAON; EITAN CHEN;
SHALOM SHARABI; SAAR BEN ITZHAK; LEVANA PINTO; TSIVIYA YITZCHAK; ELI LACHIANI; ARIEL
LEMB; MEIR LOICATAR; AYELET AMSALAM; MAOR ELKAYAM; CHAIM CHOSHEN; SHMUEL BEN
DAVID OHION; INBAL DERI; MICHAL KATZ; SHLOMO HALPERIN; NOA VADMANI; SHIMON KIMCHI;
HELENA SHABANOV; KEREN NISSIM; LIHI GERSHON; NATAN BARUCH; LEAH ROSENBERG; PESI
BESH; ROBIN DIAMOND; OFIRA SUBAY; YOAV REHAVI; OR ERBER; KATY CHERNIN; OLEG
SOKROVITCH; HADASSA AMIEL; AVI AVO; AYALA HAJBY; BEN AZULAI; SHMUEL YISMACH; RONI
METZKIN; IDO OFIR; LEVI YITZCHAK CARLEBACH; RINAT ALUSH; IRIS BROCKOVITCH; ARIEL
SHAPIRO; GILAD SAMUEL; TAL TAYRO; MOR AMRAM; SARA REBECCA HIMMELFARB; REZIEL
SECKBACH; ELISHEVA YISMACH; LEE STEINMAN; EITAN GABIYAN; TAMI BAHIR; INA SPILSKY;
DORON VALNI; ELAD YERMIYAHU; MALACHI GOLDFINGER; JESSICE ROZENTAL; MICHAL
MORAD; BARAK GROSSMAN; MOSHE KRAUSS; OSHRIT NISSIM; MEGED SHOHAM; RON BARAK;
MATAN AVITBUL; ABRAHAM FEILER; OZ MORENO; EVA KIM SCHWARZ; AMIRA SHAHAR; SHIR
HILELY; ARI SHISHLER; DORON ARIEL ANCAR; GILAD LERNER; MAAYAN GOLDSTEIN; MIRIAM
RAKOVSHACHEK; AVITAL ECKSTEIN; LIBI RAZ; ZEEV NAVON; YOSI COHEN; YIZHAQ KEMPE;
YAIR ADARAI; HADAR YISRAELI; CHAIM COHEN; MORDECHAI ECKSTEIN; ELLA TISHBI; TZVI

ROSEN; GUY AVIHOD; YOSEF CHAIM HILL; ETI ARTZEL; GABRIELLA GOZEL; NETA ESHOL; HAREL YECHIEL; MAOR BEN EZRA; SARA HABER; BENZI VARKAR; MANI SHARABI; AVI COHEN; BATSHEVA TZUR; NIV ARNOV; NETA TSUR; YEHUDIT RAZ ROZENBERG; ROMAN FELTZMAN; NERI YARDEN; ERAN SCHORI; OR YANIV; YOSEF ILON; ARIEH GERSHON; GIL TAL-OR; OPHIRA AVISHAI ; ITZIK BUKRA; DIMA EDUNOV; OZ DAUD; ESTHER ARMA; AYALA AVNI; MARILYN WEINTRAUB; MOSHE AMIT LEVY; SHAI ELISHA; JONATHAN SIMON; MAAYAN LANGER; BEN BROGARDI; AVI ROZILIV; HODAYA MEKKER; YARDEN ELAL; AVIV ARVIV; MORDECHAI MISKIN; TZIPORA BLAU; DIMITRI DRIFKIN; AVI GOZLAN; JONATHAN ELKHOURY; OLEG BROCKOVITCH; NOAM GEZUNDHEIT; IDAN AHARONI; HANNAH CHEN; URI SHIRATZKY; NACHMAN DAYAN; SHIMRIT BAHARAV; NECHAMI CHAZAN; MOSHE FOYRORKER; PAUL TENBERG; KOCHAVA TAHAN; TOMER BROSH; HADAR RAPHAELI; RONEN SWISSA; NAAMA YADAI; ORIEL GAASH; ITZHAK WEIZEL; ANDREI AVERKIN; RACHEL BARZEL; CORAL RABAD; AVI CARMELI; ODEYA SHALOM; YAIR SHLOMO; ELDAD HILLEL; RUTH ALMON; MICHAEL KRAPLOV; TUVYA VAN DIJK; YAEL GOTTLIEB; BRACHI PROCTOR; RAMI SASON; BOAZ SELKA; BOAZ LEVI; REUVEN KOZZOVER; TUVYA WASSER; DANIEL CARMELI; NOY SHERER; HANI SHULMAN; AMIT KUZI; IDAN MIZRACHI; SHACHAF FRANKEL; YICHZEKIEL STERN; POLINA SILBERMAN; OFIR TWIG; MOTI LEYBOVICH; ASHER SHMUEL ; ANAT IMBER; YAMIT HARARI; RONI COHEN; YOCHEVED ELIHU; DAVID BLUM; ADAM LAZARUS; BATSHEVA YOSEF; OMRI MORAD; ZVI LAPIDOT; HOFIT BARKOL; EFI MARCIANO; ADI BARZILAI; ISRAEL LICHTENSTEIN; SHIRLEY CANTONI; ALEXANDRA OSTROV; TEHILA LICHTENSTEIN; NICOLE MADENICK; ROBERT ACKERT; TAL OR; NOA MIARA; DANIEL DERI; YAHEL WASHDI; YISCA ARAMI; BRACHA COHEN; ALON AHARON; YULIA DADKOV; MIRA RODENKO; YOCHAI SHEMER; OR KATZ; DVIR SHNAPPS; GILAD BAR ILAN; MOSHE YERET; OR LIBER; ANDREI ZAHAROV; OPHIR BIBI; BEN DAYAN; NETA COHEN; AHARON BOKRA; RALPH SINGER; AMIT LIBOVICH; DANIEL WURMS; NECHAMA FRISH; OR SARUDI; AVRAHAM VAGDANI; ARIEH ASHKENAZI; EREZ MILLS; YAEL BARUCH; JESUS FRANSISCO HERNANDEZ; MENI GOLDBERG; HILA ZIGDON; SHAI COHAN; DALIA KADOSH; ; DANA STERNGAS; ROY TIV; AVI EMALEM; NOAM SHEFER; AVRAHAM YAAKOVITCH; RUVEN FELEK; SHIMRIT ROBINSON; MARIANNE DAVIDOW; ARIK KLEIN; ITAI YARDEM; SERGEY MORVIOV; DOV COHEN; BATCHEN ZIKRI; NOAM WOLF; ISHAY LACHMI; MEIR PAHALVAN; EMNUEL ETTIA; REUT MIZRACHI; NEHORA MEOSHER; ORLY BEZALEL; RONEN NACHUM; TAL AYZIK; AVNIT HAHIMI; EVELINE GRINBERG; ODELIA MESHULMI; SHACHAF MADELER; YEHUDA BELUI; ALEXANDRA MARGALITH; MOSHE SHIFFER; GIL MAMO; SHANI SADEH; AVI EISENBACH; SHAHAR TUVIANA; ADI OSHRI; MEIR PELEG; CAROL AVODI; JONNY KOCHOVI; ROTEM DE YONG; LIZ KADOSH; NICOLAS MENA; DIKLA DAHAN-ISHCHIN; ORTAL GREENBERG; NETAH HASON; MIKI BENCNAAN; ISRAEL MAGZIMOF; DANIEL RAZ; ORI SELAH COHEN; ILANA BONEN; YASMIN YESHURUN; TSILA RUTH LAVI; SHMUEL ARVIV; TAL KAIM; MICHAL AVITBOL; DALIA ROZEN; EINAV PORTIS; ALEXANDER VLIKOVSKY; ITZHAK BARZIN; YONI MINCH; OFIR GANON; TOMER KATSIR; MALCOLM GILBERTSON; MOSHE EDRI; RONIT COHEN; NONA BEN DAVID; MOSHE ROZEN; MICHAL STOLLER; RAVIT NACHMAN; TAL ELIMELECH; DIKLA KATSIR; AVIV BALILA; AVICHAI KAPHACH; NURIT BARON; SYLVIA WINDMUELLER; NECHAMA KING; LEAH SCHREIBER; OREL AVITAL; VITALY NISMAN; OMER BEN YOSEF; BARAK BUTEL; BENTZI RAKOV; AVSHALOM OSTOROVSKY; NATHAN DOR; DAVID KREIN; ELIEZER MOR; REUVEN YOCHAI PECHIMA; SHARON DAHAN; NATHALIE ALUF; ELI FARAGGI; GILI SHRIR; MORDECHAI CHIRNOMAS; ARIK WEISS; NATHAN SHARABI; CHANUCH SHMUEL; SUZI CHAZAN; LEE MAYMON; BELLA BAR-ON; ALMOG STERN; SHNEYOR SETTON; EDEN GILAD; SHAI SHAMIR; TAMI EMANUEL; YAEL HOFFMAN; AMOR ZAGDON; EFRAT SHLOMO; IDIT LEVI; SIMA MALKA KACHKAR; MOTI BEN ZAHAV; ITZIK BEN HAIM; SHIMON GREENBERG; ROY GAL-ER; BAR MOR; NETANEL MALACHI; KOBY SAYAG; NAVA SKLYR; SHLOMI SAS; SHARON SIMCHON; RAKEFET LEVY; FABIAN HONIV; TOMER GEDALIA; DORON SHAMI; ISRAEL BRONER; SAAR DAVIDSON; ARIK ATTAL; MOR SCHNEIDER; YOAD ANISFELD; ASSAF ASA; LIRON KAHALON; MIRIAM FOREMAN; BATSHEVA COSWINE; ALEX LUBARSKY; DROR LEVI; RONI ZER; ASSAF GOLDSTEIN; GONEN PELEG; ZOHAR COHEN; AMALIA DAMASIO; NATALI YAAKOV; ORIEL COHEN; MICHAEL HERMAN; RAMI CORNITZER; LITAL NOCHIMOVICH; NADAV DVIR; SIVAN EZRAN NAGAR; YARON YOCHANAN; LIHAN BITON; YEHONATAN MELECH; EREZ HALIWA; RUTH GERSON; AMIT HIRSCH; KARIN YAACOV; YEHUDA SHARFER; HERBERT SLOBODOW; YOAV YAMINI; NOY ELIAV; DANIEL GELLERI; KOBE PARAG; LIOR HALFON; MOSHE MICHAEL HEFFNER; ELIHU SIVAKS; ZURIA ORLION; ELIRAM KOJA; ZVI ORLION; OLEG ROITBORD; AVNER ASHER;

OREL ELKASLASI; AVI MIZRACHI; PAVEL BLEY; IRIS LOYA; OLGA KUPERMAN; TOMER ATTAR;
KFIR LEV SINAI; OVADIA DEGA; CHAIM BAKSHAVE; BEGOSEW MOLA; EFRAT WEISS; LIDOR
SHAKED; NAVA NADAV; LIMOR BEN RACHAMIM; LIZA SHPOLIANSKY; ROEY YEHEZKEL;
REBECCA RUBENSTEIN; ELIAD YAHALOM; YISCA MALIHI; GABRIEL VEXLANDER; LIDOR
AMSALAM; LIOR COHEN; ODELIA MEUDAH; LIRAN LAVI, ARIEL MAMAN; ORIT TAL; ANAT LEVI;
TEHILA COHEN; SHIMON YAACOVOV; GILAD PERETZ; ROEE DAN; ODEYA BROWN; NETANEL
GERNER; AMIT NEEDERHOFFER; ZEEV RUSSAK; EFRAT SAAD; MIRI BEN SAADON; MEIR
BLACHMAN; EITAN COHEN; AVIV BEN ZAKRI; SHIMON HARUSH; ITAI DAMARI; ELAD SOL; KEREN
M; MOSHE BEN HAMO; RAMI ASULIN; IZABEL MAMAN; ARAN AHARON; HELI ELIMELECH; ASAF
COHEN; HILA COHEN; RIKI SHEMESH; NOAM KALAZAN; YAAKOV GOTTMAN; ANDREI LIMOR;
ISRAEL FRIEDLANDER; YEHUDA IDAN; YUVAL ZAHARHARI; INBAR NASI; ERAN ELRON; OMER
MONFRED; MICHAEL AMINOV; GALI GREEN; RONI TURGEMAN; RINA AVNER; ROMAN BELENSKY;
LIRAN BRIMER; YUVAL LAVIE; BENIHU TREBLISI; AHARON DANAN; ARIEL KENOTZI; KELE
STEVENS; SHAUL BOILOV; HILA SHATO; SHLOMO PERETZ; GABRIELLE ARNOVITZ; LIAT
ABRAMOV; DAN GOLAN; OFIR EMUNA; LIOR AVIRAM; NITZAN COHEN; NATHAN CHICHIK;
MIRIAM BOCHRIS; NATHAN GROPPER; OR BEN SHIMON; INBAL BARZILAY; MEIR ABOCHTZIRA;
SHMUEL ZACHAI; MAGI RAZ; LEA KRAKOVSKY; TEHILA BIRENBOIM; NOFAR SHITRIT; ESTER
BRAMI; SHARONA; DAR COHEN; DAVID PRIEL; DOV JOSSEF; ARIEL LERMAN; ALON VITTENSTEIN;
HAREL YONA; MICHELLE BAREL; ITAMAR LEVI; NAAMA SULTANIK; HAGAI LEVI; SARAH DADI;
YISHAYAHU NISSIM; NOA VOLMAN; YUVAL COHEN; MARIA LERMAN; AVRAHAM COHEN; DMITRI
GOLDMAN; PAVEL AVSHOWITZ; HILLA ZEHAVI; RON BENICHOU; DENIS LITVAK; YOSI COHEN;
ORIT RABI; JOHN COHEN; YAIR SULIMAN ; MICHAEL SKORIN; AMICHAI YOGEV; YANIV COHEN;
AVI ELBAZ; BINYAMIN SCHWARTZ; NITSAN FRIMAN; CHEN CHAIM; CHAIM AVRAMOV; TAMAR
LOYFER; SHIRLEY GABRIEL; SHANI ATIA; YAAKOV REFAEL; MICHAEL MEISTELMAM; OHAD
CHASON; EVA LEVNER; GIORA ADAM BEN MORAI; RAZ GINO; EITAN CHAIMOV; IVGENY
REMANYUK; MICHAEL LEIKIN; HAYA PINCHAS; SHELY BENITAH; MENACHEM STEINMETZ; URIYA
TZADOK; MICHAL HERMON; DANIEL DAYAN; AMNON FISCHER; MEITAL BEN-AMI; SIGAL SEGEV;
ORTAL HUBARA; ELI ADLER; NURIEL HURI; YITZHAK GOLDSTEIN; YOSSI POLANOR; EYAL KAROL;
SHAVIT ATAR; SHIRAH MIRIAM AUMANN; AYELET ZABUSKY; ETI ROMANO; ISRAEL STEINITZ;
BAR CALFON; MISHAELA SHZIBOVICH; KATYA GOLDMAN; HEN SHEINDEL; SHILO KOHELET;
SHACHAR DAVIDOVITCH; UDI DOTAN; SHAI YUVAL; ELDAD GINO; YONI CIPIN; YUVAL
YUNOVITZ; EREZ HAGAG; ELI HATHUEL; JACK KLABER; RAKHMIN DEKHKANOV; OREL LAUFER;
ARIE SHARON; CHANA AMITAI; OHAD SHPINDEL; LIOR CHUNA; EMILY STARR; VERA SAHR;
BINYAMIN YEHUDI; HAYA LEVI; EHUD AHARON; YOGEV BOARON; LIRAN ARBIV; ARTIUM
NAFTALIYEV; TAL BAR; AVIEL MIZRAHI; HAGIT NARDI; ORLI SERTZOK; SHAI PECKER; YOSEF
ITZCHAK LANDAU; AMOS FRISCH; ORTAL SHMUEL; HAREL AVRAMOVITZ; OFIRA KAHANA;
TZOFIA BAR MEIR; AVIGAIL GERZI; YOHAI BERLIN; GIL HALAMISH; MORDECHAI DAHAN; NOFAR
COHEN; NIR KARAT; MAX BILLENKI; MERAV YEHUDAI; NAAMA HADDAD; YAEL MIZRAHI;
TILTAN RONSIN ; ORELI GAL; DOREEN AMSALLEM; YAFFA BUTBUL; MOR BEN HAROSCH;
SHARON GANGATA; MICHAL DECKEL; PNINA MORSIANNO; MATAN HERTZ; ELIOR SHITRIT; LEVI
ROSS; REUVEN MAGEN; ARMON BASHTKAR; ALEX PISHENKOV; AVI POLLACK; DOLFI BENESCH;
YAIR ZVULUN; GOLA KNAFO; GABI PRIEL; YAIR FAINA; IFAT ZRIHAN; TOMER BARMI;
SHOSHANNA COHEN; ILAN NACHMAN; NIMROD HAN; HADAS SELA; GUY LEVI; MICHAEL LEVOT;
ZIPPI NAVON; YAM DAADOSH ; MOTTI LEVI; BINYAMIN BEN DAVID; UZI BITTON; ELIHAI
SUGARMAN; YARDENA RAZBAN; MICHAL UNTER; TZIPPI BEN LULU; ELIRAN SABAN; AMIR
ZEHAVI; GUY KRAUS; ILANA HADARI KAM; DOR TEHILA ALONI MESHI; CARMEL HERTZ; SHAIM
EISENSTEIN; ASSAF SHARON; GILAD NAHARI; HAIM MALKA; ZACHI BEN ARI; BNAYAHU KARMI;
ITAY SHAPIRA; MAYA RAZ; SHLOMI ALEX; KOBI PERETZ; RIVKA HOFFMAN; OFRA MAIMON
BUZGALO; DAVID KAHANA; MARILI KLEIMAN; MOSHE SEGAL; NATALIE SHELLY; NITZA LEVI;
YANIV PARMED; ALON KAND; SIMHA DANILOV; ESTHER SHELLY; SHULAMIT COHEN; RON BEN
YOSEF; REVITAL JAGUDAEV; MOSHE OHANA; HILA LIPMAN; ELIHAI SKITTEL; NATTI PERRY;
DAVID HESS; SAMYON ABRAMOV; NETANEL YOSSEFIAN; RIVKA GALLAR; ZIVA MIZRAHI; SAGI
HEN; SAMIEL EISENBERG; IDO MASTI; MARVIS HANST; YUVAL BUHBUT; YUVAL BUHBUT;
RACHELI BASS; BOAZ FARBEROV; ESTI MANDEL; LIOR KAMIOR; OVADIA BATON; SHAI MICHAEL;
BNAYA NACHSHONI; LIAV KABRA; MEIR ZVI KIRSCHENBOIM; MATAN ZIPKIN; NOAM SNIR
REGEV; ATERET NACHSHONI; RENA FREEDENBERG; JESSE GARDNER; RYAN BELLEROSE; BEN

HAJBI; OSI NAHRY; NIR YESOD; SHULAMIT MILLER MOSHKIN; LIRAN REGEV; YAKOV EPSTEIN; SIVAN KELEM; EFRAIM PEREZ; RONI HANUN; ELIOT SCHICKLER; DAVID YAKONT; ; ELAINE JARNELL; SHAULI HADARI; ZAURI BINYAMINOV; ITAI LEVI; SHLOMI TAMMAM; MICHAL VAKNIN; DROR SKIVAI; AHAVA LANGE; MENACHEM RIVKIN; MENACHEM RIVKIN; SARA MALACHI; LIRON SWISSA; DOR SWISSA; ARI MOR; OFRA PEPPER; BEVERLY LYONS; BEREL LERNER; YUVAL VAKSMAN; AMITAL COHEN; MICHAEL MEZGER; LIRON HASSON; DALYA NITSAN; AVI COHEN; DANIEL HEN; YONATAN IWAN; GAL PINTZ; RONI POLITZNOV; IDAN AZULAI; ITAMAR LIPSHITZ; EDUARD TATEVOSIAN; DANIEL LITMANOVITZ; ORTAL COHEN; YOAV AMOYAL; SHAUL PORAT; NATALIE KASTORIANO; SHIMMI HASSON; DANA BLUM; ISHAY GADAJ; ROGER FROIKIN; ORIT FAYENA; RAZ BUGANIM; TAL HUJA; MICHAL GIVON; ISRAEL ASRAF; PATRICIA DOLAN; EVYATAR HADAD; SHIMMI BOOKSBOIM; KATHY TOV; MAGEN MANTZUR; IDAN UZAN; WOW ST; RONEN DADUSH; MORAN COHEN; JONATHAN WOLFE; SHAR PINTO; YEHIEL ABRAMOV; HAIM MENASHE; HARTLEY MACKLIN; HEN NOAH; ELDAD JACOBSON; EITAN REICH; DANIEL LEHMANN MONEFELDT; MICHAEL SHFILKOVSKI; ELI LEV; SHAY AVRAHAM; ALON SULIMANOV; RJK YAKIR; YONATAN ELHARRAR; YAEL FRIEDMAN; OSHER SCHWARTS; AMI FARKAS; NADAV JACOBY; OMER WEISMAN; ADELE BLOOM; SHIR MALKA; SOLA WEINBERG; HANNAH MERINBERG; MIRA MALUL; BAR HAMER; DORON MOSHEL; YOSEF JAN; SHRAGA WOLF; OFIR REZNICK; RACHEL JAN; DAVID RODMAN; TALI BEN HORIN; SHLOMI ILUZ; DANIEL BASCH; REI DGANI; JOSEPH ESSHAGHIAN; YUVAL TRAV; RAYMOND WOLF; DORON EFRATI; AVI ELIYAHU; TAMAR ROLLER; DANIEL SVIRSKI; NOAM ZABAR; AVI BEN GALIL; DANIEL GAGNA; SHARON NAHUM; IRINA TEPLITZKI; OREL LEVI; ANNGOLUB; ALICE MARKO; EDEN HARATI; ITZIK PINKO; SIGAL COHEN; GILAD MOSHEL; NITAI HOCHWALD; MENAHEM SINGAVY; AMIR KABAN; LIZ HURI HADAD; SARIT COHEN; NOGA TALMI; MICHAL HURI; YUVAL MAT; MENI SIDER; KARINE SHOR; YARIN DOLEV; SHMUEL PELER; PHILIPPE REVAH; DIMA KREMERE; MOR HILLEL; AARON GASSNER; SHIMON ELIYAHU; MOSHE HANUN; TAL PINHASS; ITAI HAETZNI; YOED DAR PEARL; SHANI BEN HAYOUN; HILA HEN; LIAT DROR; AVRAHAM YEHEZKEL HALEVY; YAAKOV LEIBOVITZ LEV; LUBA SELIZNOV; PATRUCK CALMAN; AMIR COHEN; ISRAEL YISHAAYAHU; BAREKET BEN SHITRIT; SERGIO TEZZA; ELLA LANCIANO; IDAN RAHIMI; EMILI TZROR; RUSLANA NIKOLAEV; AVISHAI KAHALANI; NECHEMYA PERRY; SIMA YEHUDA; YAEL HEN; SHARON HEIMAN; ORI BRENDER; ALON YAAKOV MERIZEN; BAR GEFEN; DINAR PRASASTI WIRIAATMADJA; HADAR PONK; MICHAEL AZNIAN; ALON ISRAEL IHIYE; NETANEL BEN SHIMON; HANI POPAK; DORON ROZENSWEIG; KARIN KOVALSKY; NURIEL HADAD; DAVID DVIR; HAI DAHAN; AVI ITZCHAK; YEHIEL PLATSKY; MAAYA MORDOCH; DORON HUGRI; YEHUDA TOREM; HAREL BEN DAVID; LIRAN COHEN; ITZCHAK AVITAN; BARUCH YAHALOM; EFRAIM SETTON; SHIFRA SIROTZKY; HANNAH HANNON; NITSAN GABAY; ELI GRAB; SHIMON HILLEL ATIK; JOSE CASTELLON; PINI SHEKS; NATALIA FREUND; SHACHAR MARTONOVITZ; ARMAND LEVY; YAAKOV ANKONINA; CRISTINA CERVEIRA; YEHUDA NAAMAD; OFER HAZOM; LUCAS GRINBERG; YOAV NOIMAN; NETANEL WEISS; GUY GOLDBERG; ELAD HUBARA; AVI SHERMAN; YINON PIRAM; UZI NEGATI; TROY WOODS; NIKOLAY BORNSHTEIN; AVIGAIL PARTER; DOV BAR DERMANKOV; IDAN TESSLER; SHAULI VAKNIN; SEMION DORFMAN; DANIEL SADEH; MORIAH MAATUF; ERAN RUBMAN; YINON MOSKOWITZ; LIMOR COHEN; ROI ALTIT; EREZ VADMANI; SEGEV BEGERANO; ZION HAROSH; SCOTT KRAMER; MIRI MIRELLSHVILLI; ALMOG COHEN; CHAYA NOTIK; MATTY BEN MOSHE; SHUKI WALMARK; DOR SHAAR; ISRAEL YAAKOV ZADOK; AMIR BEN EZRA; RANE SNE; ARIK KITAI; INBAL PERRY; LIRAZ SHACHAR; HELLENY HILOTITZ; ELIYA KATII; VICTORIA OLSHANSKY; DAVID HARPER; ALON GOLDENBERG; GALIT GOLDENBERG; ADAM KRATT; MAOR ADIKA; DAN FRANZEN; NIRA WEINBERG; ZACH KADOSH; ROI SHARABI SHOMRON; PEGGI COHEN; EFRAT OHAYON; BINYAMIN PINTO; RINAT RABIN; ORI SINAI; SHIT HERMAN; DAN AVNI; MARIANNA GOLDBLATT LEVI; SHIMSHON ELHANNAN; SHLOMO MOYAL; STEVEN ROSENBERG; GIL BINYAMIN REGEV; RAPHAEL FRIEDMAN; ISHAY GOLDFHELM; AVI ARAD; MOSHE ISRAEL; COLETTE ZIV; DANIEL LAGZIEL; HADAS SHITRIT; SIMJA BEZALEL; STEVEN FENSTER; MAAYAN ALLALUF; MOSHE YEHEZKEL WAGALL; SAGI NAGOSA; ALLAN RATZAM; SAHAR ELHARAR; LEAH POSMAN; AVITAL LEFF; ARIK GOLDBERG; TAMMY HOLZMAN; YOSSI HEFETZ; DEKEL ACHER; ADI PEARL; MOTTI BEN ARTZI; YIGAL ALEXIENKO; MALI PATIHI; ASSAF GOLDSCHMIDT; BENNY GOTLIEB; IDO COHEN; SARA MUCHNIK; FRANCINE SHERWOOD; ANAT PARTOSH; RINA HEVER; EREST COHEN; JONNY ARMAN; ELIANA BERGER; MOTTI-MORDECHAI BIRENBAUM; YOSSI LANKRI; DINA EBER; ORLY DAMBO; ISRAEL HEN; ERAN HILLEL; SHLOMO SWISSA ; EVE SHITRIT;

EYAL MAUDA; NETANEL ASTANGELOV; ERIC IFRAH; ANAT TAIRI; TAMAR POLASAK; ETTI ASHKENAZI; SARA SHARER TAL; ODED ROCK; ZVI HEFEZ; AVI AVIV; REFAEL VIVANTI; ALISSA REBAYEV; ITZCHAK ATTIAS; HILLEL BENJI; ZVIYA NISSMAN; ZILLA REICHENSTEIN; MEIR LAERMAN; SHALEV FEINBERG; NICOLE KETER; MOSHIKO COHEN; AVIRAN SKIZDA; YUVAL ABERGEL; SHMUEL FRIDMAN; ELDAD OREN; SHLOMI DIMRI; SOPHIA FRIED; SHAYKE IDAN; MOSHE MOYAL; RITA PORFIN; ORIT LEVI; ODED SHIMONI; ZIPORA YAFFE; MOSHE MEIRI; SHIR MADMON; YEHEZKEL LEVIN; YANIV SHIMONY; ORI DAMSKER; MOSHE ZAAFRANI; IZZET BINHAS; YOSEF SABAG; AVI BARNETT; TOMER ALFER; HEMDAT LEVEL; ALON YOGEV; ITAMAR SCHMIDT; SHIRLY ASULIN; OREN HADDAD; YAAKOV ASULIN; GILI MERON; ADI ESHKOL; RINA HADDAD; YOSEF OHANA; MENI CERSANTY; ASYA SHOVINTZKY; ELI EZRA; RIVKA MIZHRAHI; SEMYON GRIBERMAN; AHARON DERI; DANIEL ADIR; AYELET HARRIS; NOA KATZ; AVIS MALKA; ETI EVEN ZUR; VALERY VERIN; YORAM GOLAN; IDAN BEN ASOR; ORI TIDHAR; SHAFRIR LEVI; GAVRIEL BAM AMI; GALIT AVIDAN; NADAV BEN SAADON; PINI OZ; YONIT KAHN; SHACHAR AVIDAR; EREZ NAHMIAS; SHLOMI NADAF; AMIR RUBIN; ORI SAMUEL; ASSAF GOLAN; SHAI BIO; KEREN LAOR; EYAL KFIR; DAVID DAVIDSON; AYELET FREIMAN; AMITAI TAL; INBAL ZEEV; BATYA WOLF; RINA HABERFELD; MIRI LAVI; AMIR COHEN; NICOLE LABE; YOSSI GAZIN; TALYA WALZ; ORI SHASHA; SHIMRIT SHIRA SEGEV BAZAK; YAEL ANSBACHER; DEVORAH ORBACH; NAVA HURI; ALON BLATT; SYLVIA TETRO; ASSAF FISCHER; OFIR COHEN; RACHELA AVIV DABOUSH; SARA HURI; MATAN DAVID AVIV; MORDECHAI YEHUDACHI; AVRAHAM DOV IGEL; AZIEL HADDAD; NAAMA WEISMAN; CHEN PINCHEVSKY; ELIYAHU SANDROY; ALON SHACHAK; AVRAHAM MAALEM; SHRAGA BAR ON; OR TOAMI; MORIA MERZBACH; MICHAL GAMLIELI; ELISHEVA SHISHPORTISH; AVRAHAM OHANA; YONATAN VAKNIN; MARK FARBER; SAPIR GARDOSH; KIRIL OSSIFOV; MORIAH ZADOK; IDAY YANUS; SIGAL SHABBAT; ORI KATZNOV; OFIR TURJEMAN; ISRAEL MASUD; AYA DAHAN; MICHAEL WOHAM; ADIR SHELLY; AVIVA BEN AMI; AHIKAM PARYENTE; MAOR MALKA; NIA HEN; ANJELIKA AZAYEV; HANNA MASBERG; OMRI NAOR; ILAN BEN AMI; HAIM AZRAN; MARINA SCHENBERGERS; HODAYA ELMALIACH; AMIR LICHTENSTEIN; AMIR MARKS; EYAL PORAT; ADVA KDOSHIM; SHIMON COHEN; RACHEL LEV; ITZCHAK ASHKENAZI; MICHAEL MELKOV; OSHRAT COHEN; SHIMON ITZCHAKI; HEN ARZUAN; SHLOMI ICHIYE; LENA MELKOV; MOSHE SHOSHANI; SHIRAN GREENBERG; YOSEF MIZRAHI; YAEL BEFLER; SHAY SAPIR; BAR GAVRIEL; ADI YERUSHALMI; ZADOK PARNAS; YAIR PAHIMA; NIR ROSNER; ELI HAI; AHI PRIZENT; RAFAEL SAAD; DENIS MAKANOVITSKY; MIRI SHVIMMER; YANNAI GORLICK; HILA MANN; TZACHI TOLEDANO; MEIDAN BIRNSTEIN; OREN SKORNICK; ESTI PLOMBO; HANNA VAKNIN; ASAF MORDECHAI; CYRIL MALKA; HEN EDRI; NURIT ZAKEN GIVATI; NATALIA SCHUVAKS; DROR KFIR; ROI IRON; MICHAEL GOSAVSKI; DOV NISMAN; SARA POTAZNICK; RIVKA PINKAS; ZIV MAOR; SHAY COHEN; YAEL MAOR; LIAT PETROVER; AVI PELED; MICHAEL MILHOVITCH; YEHUDIT BITTAN; MENACHEN YOHAI; BINYAMIN LAGER; HAIM SHAUL BROOK; IDIT HAROSCH; YARIV TAGENSKI; YARON MEIRI; MAYA LIBERMAN; TZACHI SASSON; SHMULIK KEZ; DOR ZIPILEVICH; RAFI GERBI; SHIRI BOGI; RONI ANKRI; LIVNAT; MEIRA OVED; ALONA OSOVSKI; SHIRA MALKI; ILAN SCHWARTZMAN; GILAD MALKI; OHAD RATZON; ORTAL NAFTALI; AVI FRIEDMAN; ARIEL VALDI NAFTALI; OSNAT A PREI; INSA PERES; YAEL SHOSHANI; ANA PROTKOV; NEVO PERETZ; MATAN AMEDI; SHAKED YAZDI; HADAS TELEM; SHIRA KUPER; ALEX BOINJO; MOR SANDEROSSI; HAVA FRIEDMAN; DANIEL PIPKO; AVIV LEVI; SHIKMA KATZ; HEN AHARON; ADIR DUCHEN; ROI ZACK; RONEN BOKER ; SAMUEL BUBER; IDAN YAAKOBOV; YOSSI DOLEV; OFEK STEINER; LIZA KARSOTA; GIL FRIEDMAN; EDNA HARDI; YONI NOVACK; PELEG BEN ZUR; GILI LERMAN; DAVID BLOCH; MARINA OSTROVSKY; ROTEM RODER; LIEL COHEN; DAN FREIFIELD; MICHAL ZUSMAN; AHARON WEISMANN; HAREL HOZE; NAHUM LAGASA; NOAM GOLDSTEIN; AVISHAG PELEG; SHIMON LURIA; SHARON SHAUL; LIZA SMIKIN; REUVEN ZUKREL; LORI SAPIR ; SARAH KAPLAN SHELEST; KATYA GLOBIN; AMIHAI GUETA; AMIT HAHAM; MICHAL COHEN; JOSEF MARIO MORIC; MOSHE KARAI; MAAYAN KARAI; GILI COHEN; ORLI BEREBI; SARA AFARI; AVIGAIL FRIEDMAN; ODED HEN; DVIR NISSAN ILSER; EYLON AGAMI; ELIAT PERETZ; BARAK GROSS; MORAN SOTO; GITI YOSEF; MATAN BENISHTY; DIANA LEVITAN; AMIT SAPIR; INBAR BITTON; CAROLINE BEN ARI; YANIV ORKABI; KATYA ASOR; ZOHAR BASTKER; GALIT VERTHEIM; ORI ASOR; TALYA SHEIN; DAN AMRAM; LORIT GURFINKEL; ANAEL TERTEKS; NERIYA ABUDRAHM; ELHAI EL; YIRAT DOMNOVITZ; NIR HEN; IRINA SVERDLOV; YOSEF BEN SHIMON; YAARA LEVI; DOR KEREN-TAL; MATTI LAAKSONEN; SIVAN BENJI; MORDI WORTEL; GILAD BATAT; OR SHIBER; HEN BEN DAVID; PIWEL WORTEL; YONATAN COHEN; HEZI GAZALA; SIVAN

RAIKO; SHANI SHARABI; MAOR OHAYON; SHIRA WEINSTEIN; NITZANA ROTTENBERG; YIFAT RUBIN; AVRAHAM EDRI; ELIAV ELBAZ; GIORA MAGAL; SHACHAR DAVID; NOA HALEVY; DORON PANIOILOV; YONATAN LIPNICK; LEON FORMAN; OREN KORBOSH; YOAV HALIWA; MARINA MARETZINKEVITZ; ELENA VORONOV; ITAY YAIR; MOSHE COHEN; OMER MICHAEL; AYELET NEHAISI; SMADAR DAVID; AVIGAIL AZRAN; MOSHE HEFETZ; YONATAN ELIASH ; HEN KEINAN; MOSHE STURTZ; BEN YAEER KEHATY; SHARON EFRONI; ALEXANDER RAVKIN; SHAI HEN; SMADAR ZABARI; STAVIT DAVID; ZURIT ZELIKOVITCH; JUDITH LEVINE; LIZ AYUS; ELAZAR GANOT; OSHRI MAIMON; JANET UZAN; SHON BITTON; BRITT MALKA; YOGEV SAGRON; YAAKOV STERN; RACHEL KAFRY; BENNY IVRI; ITAY SHIMCHONI; KATYA TCHOVENKO; NIR BERKOVITZ; ELINOR SHETACH; RACHEL LEVI; STASS RIVKIN; YONATAN SHIMONOV; AMIR LAVI; EINAT HELVFINGER; DOR SAMMET; ISRAEL KLEIN; LIDAN ATON; RUTH LIOR; ABRAHAM ARAD; YEHUDIT DROR; GAL LEVI; HEDVA ZIPPER; SIMA ROVSKY; DOV NINVEH; ROY ASHKENAZI; MICHAL HALFON; NATALI MAROSHAK; ODEYA LEVIN-SOUSSANA; EYAL LEVI; ALBERTO LATTES; TALIA KALIMI; ZURIEL ELMALIAH; SHIRLEY BRAUNSHTEIN AHARON; KYRA SHULMAN; EITAN YAKIR; GILI LAVI; SIMON KRIKHLI; ORA SHEM TOV; IRA GIMPEL; MICHAL HALFON; JEREMIE GUEDJ; ALINA MENALE; ITZIK COHEN; ROTEM YAACOV; LIRON HEZI; EINAT HAIMOV; AVICHAI KADUSI; SHAI SHAUL; LARISA YOHAYEV; YISHAI AUGUST; IDAN YAACOBI; NURIT MENASHROV; BARKAI EFRATI; NIREL MAMAN; SIMCHA SHLOMO; CHEN GOSLER; NIR ABRMOV; MARGARITA KONDERSHOV; YAARIT OHANA; EVE BEN ARI; ASHER PERETZ; BEN HIRIK; MOTI HARTOV; NITZAN NCHAISI; PINI BEN MOYAL; SHANI TWITO; YAACOV NAHUM; TZILA TANOR BUBLIL; NETANEL LEIPER; DANIEL DAVITASHVILI; NITAI HUJA; ABBA RICHMAN; EYAL GOLAN; ELAZAR BOKOBZA; LIOR KAPLAN; SVETA GILMOR; RONIT SAADO; AMITAI COHEN; YIFAT DANIELY; ORTAL BOKOBZA; YARON PRESENTE; ADAM HAZON; OLIVIA PERTI; ITAY MILLER; DANIEL SALAH; SHAHAR BARAK; MOI ZINO; YOSSEF BEN AROOSH; MAXIM MELAMOUD; SNIR MANTSURA; YAACOV MAZIG; YAARIT IVGI; MICHAL KICHLER; BENJAMIN ARIEL FRUMKIN; TOMER ALTER; SHIRAN MENDES; NOA FLYSHON; AYALET TSIDON; HAIM HAMI; SHLOMO SHTEMPPER; TOMER MINTUS; YAARA ABIKSIS; ROI MILLER; VALERIA YLIZEROV; YAKOV ABRAMOV; ILANA KASIMOV; NOA SHALOSH; ILAN NEVIZADA; DANI GANTEYOK; MICHAL GOSHTSINI; DANIEL FISHER; GALI BAR; YOAV BEN ARI; OFIR SHITRIT; ORI DAVID ATIA; MICHAEL LEV; ORYAN LEVY; BENNY GRINSTEIN; ROY GRINSTEIN; URI BAREK; SHAI MOSHE TSABARI; YOCHI SHAMIR; MOSHE TOTIAN; YAAKOV VAALANI; YARON NEUMAN; AVI SHAHAR; KATRIEL MARCIJO; MICHAL ISCHAR; TAL SULTAN; MOSHE KEREN; SARIT BAR EL; ERAN HAYUN; LEA AMZALEG; AVI COHEN; TAL MOSHE; BORIS GOLDENBERG; ALON GABIAN; ETI MEKAITEN; NETANEL COHEN; MOR GRAPI; LAVI HALELI; RONY EREZ; RONI RONI; HILEL HURWITZ; YONATAN RUBIN; BEN EINI; NETANEL BUSHERI; DANNY SPIVAK; ERAN MIELI; GUY FISHKIN; GUY HADAR; LIDOR RAHMANI; ALON SHEM TOV; ITZHAK HAKAK HALEVI; REUT MIRSKI; HAKOB ANTONIAN; LIMOR DANA; GAL MALACHI OBERG; SHLOMIT COHEN; SAPIR DAYAN; MIRIT KOLEL; DOR YANAY; AVIA RAVAKI; LIMOR SHUSHAN; CATHY BRAVERMAN; ZEEV FRAIMAN; DAN COHEN; DORON SILASHI; AMIT MELROV; ELIRAN SHARVIT; RAN RUBIN; ORLY SHAKED; ROTEM GRUPI; YOSI SAFAR; HAIM BARHOM; NETANEL BEN DAVID; YIGAL BANAYAN; AVI AROETI; YARON GOLAN; AVIV GERSHENZON; ELIYAHU MORDECHAI; NINA COHEN; DALIA NADAV; ELIYA HARTONG; SHLOMI KRUANI; YISHAI CARMONA; NETANEL EPSTIEN; ADI KASHER; MICHEL IDAN; ASAF GABAY; LENNY OREN; ODELIA CHAI; RAN DITMAN; RONIT PINHAS; MOTI HARTMAN; LIOR COHEN; GAL ZIV; DOV BENAMO; ANOTAL HASHOSHAN; ADI MARKO; GILAD ROSENBERG; AHARON RIUONI; DAN FISHLER; SERGHEI BENNET; EITAN BRONFMAN; HAIM SAPIT; YOSI APTEKER; DIKLA HARONIAN; AVISHAG GIGI; ETIEL AMIT; ABRAHAM (RAMI) YAACOV; LAUREY HYMAN; OR SHUSHAN; AVITAL KERTZNER; ARIEL GOLDENSHTEIN; EREZ YACA; BARUCH ARMAIV; YOSEF ZOASHNEIN; SAPIR MIMRAN; YOSSI DAHAN; MEITAL HILEL; ADI ATIA-ROSENBERG; SHMUEL VINNER; SHULAMIT MOSCOVICH; SHEMAYA KUKENHEIM; AMIR LAVI; SURIT NISSAN; DVIR GOZLAN; TAL SHNEIBROM; ISRAEL BEN ZAKEN; RENNA SALMON; DORON BRILL; DANIEL NATAN; IDAN KADAR; ODELIA EYLON; NITSAN GABAY; EHUD KALFA; SHIRA EZRA; SAPIR ZRIHAN; DOTAN BEN DOR; ROTEM BEN SHMUEL; YAKOV DAVILA; LIRON DAVID ZADA; KOVI SKYER; ARIE TZUKERKORN; ELAD BRACHA; SHIMRIT OHAYON; CHEN MADMONI HARUSH; OREN PERLSMAN; OHAD ITAH; OR SABAG; TIKVA COHEN; ANAT YAMIN; SHACHAR SIROTKIN; YURY ZUKOVSKY; LESLIE BENJAMINI; HODAYA TRIGALO; ELLENA GEFNER; ILANA IFRAIMOV; MATAN BEN NAGAR; SHLOMO LEVI; CHRISTIN GOLDFEDER; BEN ZION HESHBERG; DAVID COHEN; IDIT WAGNER;

SAGIT MIZRACHI BETZALEL; STAV NAKAR; ITAI SABO DABUSH; ZVI SALTZMAN; ANATOLI KRAININ; DALIA AHARONOVICH; LIRAN BARAMI; AVITAL KOREN; IDAN LEZIMI; ELIAS BARUCH; SHLOMO LANZA; ILANA ARSI; TOMER BARASH; DANIEL HEBE; EZER ELBAZ; ORNA BORA-PERETZ; BAT EL ZAGURI; KARMIT BEN YOSEF; NICOLAS DICKSTEIN; NIV ZEVRON; AVIV LIDYA; RACHEL SHAFRIR; ROBERT HAYES; ROI SHATI; SIMCHA LEV; GENADI BELAKOVSKI; RIKI GMILZADA; BEN VASKER; ANNA GECHTMAN; ADI TAHORI; EITAN FIRUZI; DAVID AVISROR; BORIS TOMARKIN; RACHELI PINKER; TOM BLAKEY; RACHELI KAHLON; MORAN TNAMI; SHERY GRINSHPON; EINAT KRAVIAN; GEULA SHAPIRA; MICHAEL BOKBOZA; SAHAR YOSEF; MEIR PAVLOVSKI; YONATAN PRAT; NOA BEN JOYA; MARSEL KADOSH; OZ ELIEZER; SHIRAN YOSEF; LEV LEIPEY; MARU TEPRI; MAXIM SCHWARTZ; YOSEF MALOGOLOVKIN; DARIA NECHAYEV; KATIE ZOLOTRIOV; LITAL TZEVA; ELIAN SAMAMA; GDALYAHU SAHAR; ADIR OHEV TZION; LEA DAVDA; GAL GREENVALD; RACHEL IZKOVICH; BENNY SHLEZINGER; ELYASHIV MILLER; MEIR NAAMAT; AVI CHACHAM; GAL YOGEV; DIKAL KOVNI; MOSHE GUETA; RONI MADMON; ORI WEINTROB; ALONA GOREN HAVER; ROTH KANTOR; ERIC MESSIKA; AVIHAY AHARONY; TUVIA GOL; MOR ZITUNI; ELI VEINTROB; IDAN LEVY; ORI ZADOK; LIOR PERETZ; SHARON REFAEL; EIDAN SHMUEL; EINAT HADAD; OSHRAT BEN HAMO; ERAN YBLO; MAOR KARAVANI; TAL SHPERNAT; MAI PERETS; TAL PERI GADLIN; BORIS MAN; RAZIEL HURI; NISSIM HADAD; ARIE BRAUNSHTEIN; GUY ALONI; BINYAMIN AMRAN; SHLOMI WEISS; YONI NAIM; OR AVRAHAM; HADAR BEN SHOSHAN; RONA MOR; RINA DVASH; LIAD LIBERMAN; KOBI BRACHA; ITAMAR SHATEL; TOMER PELED; ODELIA PRAIS; KARINE AMRAN; MOSHE MESSIKA; ANA-BELL GOLDSHTEIN; ETI BEN HAIM; ITAMAR PELEG; ASHER HERSHKOWITZ; EFRAT BAR; AVI ADATO; VERED TRIGOBOF; OR ASARAF; GERMO VSMO; ANNA LEMS - SNOEI; NACHUM SAHAR; TIMOR ANDRIASHIN; ANAT KATZ; MORIS BITON; ELAD BARAK; EMMA SANDERSON; BATYA MARCOS; POLINA ASELNOV; YONATAN LEVI; ILAN YAACOV; SHARON NASSI; YANIV DALAL; GILAD AKER; YARDEN SOFER; YANIV ATIA; LILACH BARLEV; ARIK BOTY; AVI BOROCHOV; YANIV SHOVAL; SHACHAR ELMALIACH; YOSSI SHELLY; RAN KURIS; NOAM GABAY; ASAF KRIUF; SHMULIK CASPI; NATALIE DEUTSCH; HANNA MOR; GOLAN KRISPIN; EITAN OGEN; ELI ZILBERSTEIN; ASAF JOSEPH ELRON; YAIR ARIE; GAL FRIEDMAN; MILA GUDORTZKI; ALON BURLA; TAMAR ELBAZ; NIKOLAI NEGOYOVSKI; NADAV NERIA; RAVID SHLOMO; MERAV KAOSHNSKI; EITAN WEISS; NOS PEER; BARAK GUREVICH; LIOR YEEZHAKI; AHARON ALON; YOSSEF AZOULAY; DAVID GOLDVASER; BARBARA EPSTEIN; OHAD KLEIN; MATAN PERETZ; IZHAK STEINVORTZEL; NITZAN SHAKED; DAVID SUISSA; NAFTALI HATSANI; BATEL LUZON; ALMOG BITON; NURIT AMARA; AVIHAI BEN NAIM; YAEL GRAFY; TOMER YAACOV; ORLY HALEVY; ANGELICA RABINOVICH; IRIT TURGEMAN; VERED MARCIANO; SHANI TELLIER; EITAN REFAELOV; YEAL NAALI BEN ZION; SHMUEL SATAT; BELLA GILLER; ARTIUM MENOKIAN; TALIA COHEN; BEN BARDA; ADI REHOVITSKI; MENACHEM LEVDEV; ALIZA AIRHIMOVICH; AMIT FADIDA; SARIT HILA SOLOMON; ZOHAR WEINTROB; NATAN KROIZER; VYACHESLAV SHEVCHENKO; OR GUZMAN; YOSSEF TZADIK; DANNY VARAM; DAVID DROR; YOSI BEN YAISH; NELI MICHAELI; OREL RICHLAND; FRUMA AYAL; ADVA LEVI; IRIT BEN ARIE; GADIT SHITRIT; BEN ABERSHTREK; DAVID NARBONI; SHAI HERSHBEIN; MATAN YAGANA; YOSSEF PERETZ; ANDREI BENOV; MARINA DOTZINA; ITAMAR DADON; MERAV TZADOK; HILA MOHAR GALOZ; DAVID COHEN; DROR COHEN; DAVID BARDICHEVSKI; NAFTALI TIKOLSKI; RAZ BIDUSH; BAR MIZRACHI; ELIEZER TZADOK; TATYANA YUSUPOV; DAVID AVIAD NAAMAD; AVI BURA; NICOLE AMOS; RACHEL ELIEZER; OFIR TABAK; YONATAN KRICHEVSKI; ALON WAHAB; IDAN ARIE ; ERAN BAR; ZOHAR BEN SHMUEL; NOY PLADZON; RACHELI PECHTER; MICHAL COHEN; LIMOR KRISPIN; BRURIA DANIEL GROSS; YANIV ELISHA; MORIA SHALEV; EFRAT SRARA; IRIS ATIA; ITAY NACHMAN ; HILA NAGAR GABAY; HAGIT PERLA SHARON; DANNY GAMS; BENI KRISPIN; SHANI OHANA; MICHAEL HAUTIER; NIR PERETZ; KFIR ABEKASIS; DAVID LITWIN; GAL BARAK; MOSHE ALUSH HAREL; MAJD IBRAHIM; ADAM GABAY; ADELLE ATON; ZIV BATIA; MENASHE SHARBAF; ADIEL EMILY MANN; ZIONA MELIANKER; ELAZER SHARABI; ORLEV LUGASSI; RONY COHEN; SHIMSHON EYLON; REFAEL SOSONOV; ELAD TAMIRI; AVI AMIEL; SHIR ABRAMOVICH; CHAYA BEN SHMUEL; ELIYAHU GELI; ORLIN NATSIA; ARIEL LEVY; IRIT HOLLEMAN; ROI ZENZURI; BAR NACHUM; NATAN NEHORAI; IDO KATZ; DANIEL BROKMAN; ROEE CACHLON; SAMUEL SOLOMON; SHARON KAZIVRADOV; ALMOG MOR YOSSEF; AMIT MANSHEROF; ILAY PERETZ; ODELIA HADIDA; AVRAHAM KLIGER; TAL BARZILAY; DVORA HEISER; BARUCH MANESHKO; AVI KOPOLOVICH; BATEL FATAL; ITZIK GAVRIELY; MAYA KUMMER; DANIEL BENAIM; ANASTASIA MAXIMANKO; YOAV OPENHAIM; SIVAN ELBAZ; HADAR SHANI; AVI

MASHIAH; HADAR AZOULAY; MICHAL NIR; OLGA PENDO; YAEL ROZENVALD YANIV; IDAN
COHEN; AMILO NUNI; SARIT TENE; YARON SHAHAR; LEA BIDA; YOSED DASA; LIHI BACHAR;
RUTH CHANACH; SAPIR JURI; NUPHAR SHIDLOVSKY; SAHAF KADOSH; ASAF AMON; SHAI ZRIHAN;
AVINOAM PETEL; OREL HEZI; AMI GERSHOM; SIMONA ZAFIR; ILAN MICHAELI; DANIEL ATIAS; OR
HAIM BUSHERI; GALIA HOURI; MATAN DIAS; ISHAI BARDA; MICHAEL AZARZAR; ILAN GIRO;
SAGIT BEN TSVI; YANIV BEN TZVI; OFER SISSO; ISRAEL MENDELOVICH; LARA HOLOIDOVSKI;
SHIREL DROR; HAGIT SHAMUL; YOSSI SHARABI; YIFAT BEN DROR LOTOK; EDNA LAVI; AVI BEN
NAIM; SHARON MIRIAM; ISAAC LEVI; ANAT HETZRONI; DVIR BAR; MALI SHITRIT; ANGELIKA
KOSMATCHOV; MOSHE BEN EZRA; SHARONA DRWIN; NIR FRID; DOR DAUSS; SHALOM ELIYAHU;
YOSSI LAVI; TZAHI BENBENISHTI; AHARON SIGAL; KORIN GERON; ODEL MANTZUR; SHARON
HAHISHVILI; RIMONA ELMALIACH; REUVEN SHTRACS; OR BARTINI; ELAD NAKASH; SHMUEL
BACHAR; MICHAEL MENDELSON ; YUVAL SEGEV; MORIAH WISEMAN; MORDECHAI NACHUM;
RAZI YEFET; AVI BUSTENAI; SHACHAR MOSHE; YANIV HADAD; LIORA AGRONOV; OREN ABUDI;
RIVKA GORCHOVER; SNIR GUETTA; MOSHIK STERN; NAAMA ORIAN; AVIRAM HAY; MORAN
PINCHAS; YEHUDA WEISMAN; YESHAREG DESE; LYDIA BACHANA; ORGAT HADAD; CHEN KIMHI;
RIVKA FAVRIKER; AVICHAI LEVI; SAPIR EASTPEROV; HILA SARA; ADRIAN KOJOKARO; NATASHA
VASSER SKABIRSKI; KARMIT BARAHOM; SARIT ELBAZ; ROY EGOZ; TAMIR SABAN; AMMIHUD
SIMON; MORDECHAI BENARI; NOAM DIAMANT; TOM SHARVIT; NAFTALI GETTER; TOM SHARVIT;
ORIEL G; OREL AVIKZAR; REUVEN ATIA; IDO LESHEM; OZ SORKIN; ROEE COHEN; TOMER
METZUIANIM; SARA ABERGEL; ALMA MUCHIA; URIEL EPSTEIN; ETTI ELIAV; GIORA GOTTZIT; OZ
SEGAL; ZOHAR TABENKIN; ISRAEL RITSNER; ZOHAR FATAL; OR HERTZOG; AVI HATUKA; DANIEL
HYMAN; ANTONY POLAK; SHLOMI GARAMA; AMI ABERGEL; ANAT AMSALEM; EDEN
RAHMANIAV; MAAYAN TAL-COHEN; OMRY ARBELY; LUDMILA SHAPIRA; OR SHEMESH; MICHAL
GOLANI; EFRAT PRINTI; DAFNA SOL; ELLA BARAK; YAEL SPIEGEL; ASHER LEVI; MOR ISRAEL;
JULIA NAIMAN; ORI LEHAVI; HODAYA BEN PORAT; HEZI ELIYAHU; OZ LEVY; MARK SHNITMAN;
IRAN IFARGAN; HARRY MARSHALL; DIKLA BESOFKED; ERAN RAVINER; DORON COHEN; DVIR
SAMUEL; TCHIA BEN HURIN; SIGALIT ASHTAMKER; BAR MICHAELI; LIMOR FADLON; NAMMA
TENE; TAMAR MENDALE; BARUCH SHAYER; SHLOMI BECHOR; NOFYAH SHEM TOV; NOA
BERNSHTEIN; ESTHER BRODT; NITZAN TWISTER; VITALI BUTZBIK; AVRAHAM ZALVESKI; LIRON-
INBAL PERSI; GAL NOMBERG; ISRAEL NOMBERG; ITAMAR HATSOR; ADI HAZUT; TZURIT YERCHI;
MOR ATARA; SHLOMO MENACHEM MENDEL BOITNER; HODAYA ELUL; GITIT HEFETZ; ISHAY
BAREL; NATALIA GALIEV; TAMAR HAREL; GALI ESTER ORA; BRONI FAINSHTEIN; LIAT NAGAR;
EFRAT SHILO; ISRAEL PARSAM; SHAY ISHURON; MENACHEM BRENNER; MAXIM RIKSHA; ZOHAR
KASTEL; SHAI WEISS; MOTI JALDETI; AMICHAI ROSENBLUM; SHOSH COHEN; ELYASHIV
NECHTILER; ISRAEL ARAMA; REFAEL MORDECHAI; MERAV BUZI; OR WOLFSTEIN; HAGIT
BUSHARY; ROY VALARYOLA; MAAYAN MENTAL; ADIR YEHOSHUA; YUVAL VAHABA; ALON
OHANA; DVIR GILOR; ANAIT MARTINROSIAN; GILAD EFRATI; AYALA NETANEL; SHLOMI ZAKEN;
DOR LEVI; ZEWDE BESKOPAD; DANI KOREN; LIRAN ROZEN; OZ SHOLEM; AKIVA SYGAL; NATALI
VAHABA; JACOB BLACHER; ADAM HARTWICK; HEN ZUZUT; ARIEL GREENBERG; YONA GAL; MOR
SHAUL; MICHAEL PETROVICH; MICHAEL VINTZKI; DAVIV WARTZMAN; SAAR GERSHONI; HEN
BEN HARUSH; NETANTEL BITON; AVI ADI; ESTER AMSTARDAM; IDO LAZAR; MIO FERNANDEZ;
YANAI SHARAABI; BAREL YAHAV; AVIYA OHAYOUN; AMIR MALUL; EFRAT BEN NAIM; DINA
SAADON; ELHAY AVIHEZER; HILA BARDA; SHIRA COHEN; HOVAV SHLOMO; GUY PIRO; TATIANA
KALBAYEV; STAV BROMI; ARIEL COHEN; CARMIT GUETTA; NADAV SKALSKI; MOR MORAD; LEVY
VAN LUAN; MICHAEL PEPKOV; NATAN LEDERMAN; TALI AMRAM; YINON SHIMI; OREN ARBIV;
OLEG SIDOROV; SIVAN KORENFELD; YOSSEF LESHEM; NETANEL BRIZEK; OFIR GAASH; SHIMON
BLUMSHIM; GALIT LOKSHIN; RONNY BEN EZRA; MASHA KATAN; YOSSI SHAIK; TAMIR OREN;
RONLY SHAPIRA; ORI HOR; ARIE KREBOLENKO; TZVIA EZRA; ORI AVRAHAM; HENYA OREN; TAL
TAMAR MAMAN; LIRAZ SHALTIEL; ROTEM TSABARI; LIOR HALEF; SHARON YAMIN; DANIEL
BASIN; YULIANA MAMONOV; ITAY COHEN; SHAUL ZUR; NOY ODED; MENASHE MENIS; ELA BEN
TULILA; HEZI MEDINA; BELLA YAHAKOVOV; REUT GOLIAN; HANA RIMER; ODELYA SKITEL; GAL
TIDHAR; RYAN FRIEDLAND; SHIRAZ ZABARI; YOSI SROR; BATEL KNAFO; LIDOR HADAR; ADI
GOLAN; ORTAL ZAGURI; EDEN GUETA; MIRI COHEN; ALON ZOHAR; VERED BOTA; ATARA S; YAIR
BEN RAHAMIM; HELEN BERKOWITZ; MALACHI COHEN; MEIR TAPIERO; OSHRAT ALAL; MORAN
MINES; CHAGAI EMANUEL; ELINOR NURHIAN; OFER SAMORAY; HAVIV COHEN; HANNI PINHASI;
LIRAN SIMAN TOV; YULI SINGER; GIL BACHMAN; MORIS RABINOVICH; HADAS RIMER; YAM

ABUTBUL; ERAN ATTEDGI; SHMUEL GILON; DIN KESHET; ELAD DOGAN; HANNA AZULAI; HENIA RABER; ADI GALAM; AHARON NERIA KADOSH; ASAEL HADAD; AMIT HAZON; DVIR MAOZ; ELAD GEVA; ANAT ALFASI; OMRI SHARET; YISHAI MERLING; DAN ROUJINSKY; BOSMAT SHEMAN; SHAHAR ABERGEL; NACHSON VERED; URI COOPER; PAZIT LEDANI; ELAD DIGHOKER; KEREN ROMANO; RUTH LUBA LIBERTY; ILANA SAAD; SHAHAF SIM; ITAY MAZALTOV; ALEX KOGAN; ELI PERETZ; MEIR BOKBUZA; ARIEL SANOFF; ARIE HAMINOV; ELAD KOFMAN; SHLOMO HERTZEL; YONATAN HEVRONI; GEFFEN BONE; ORLI SARANGA; AVIEL LEVI; PNINA COHEN; YOSEF SINGER; NICOLE NATHAN ; OR FRIEDMAN; DIMITRI SHTRANSGIS; EYAL MOLAD; MOSHE BUTBIA; YAGEL SHUKRUN; ROY TAL; OSHRI BENAIM; AVIVIT BELSON; PELEG AHARON; KIRA SIROTE; TZIPORA ALPHROVITZ; KINNERET DAVID; LUCIEL SHABBAT; SARA HERSHKOWITZ; DAVID DAVEDA; ISRAEL EZRA; NATALY ZILBERSTEIN; CARMELA SHABBAT; KEREN FELDMAN; AKIVA GILBERT ; OMER SABACH; OHAD RUBINSTEIN; EINAV DVIR; ROY COHEN; HADARA VILK; BENJAMIN ASULIN; LIN HOLT; ZOHAR SWARTZ; MAYA SHLUSH; HILA MIZRAHI; NELLY BEN SENIOR; ORI REFAEL; ESTER MELLER; ERIK YOSSI MASTAY; OR ZAFRANI; NETA VOLODIN; SERGEY KOGAN; VICTOR GAVRIELOV; OMRI LAUFER; CECIL SHARON; BEN SHMUEL; ; ELIRAN ATON; NIR GOZLAN; NEHAMA NOVIK; GOLAN ELGRBALI; DVIR DHARAN; TAL LEVI; MATAN GON; ELCHAI FRISHTIK; ODEL SOLOMON; HASAN HASAN; ZOHAR COHEN; OSHER DE ZOVRIK; INON BARZILAY; SARAH HILLEL; OR GAZIT; EVGENI MARIN; ZOHAR COHEN; LIMOR SHEETRIT; DAN KONIKOFF; TOVA SHENKER; DMITRY MOZIK; ABIR STOLOV; DAVID BLOOMBACH; PAVEL KOUSHNIRSKI; HANA KAARSHENSTEIN; AVI DANIEL; HAGAI AMIR; TAL YARIV; MOTI EDRI; ABU JAMUS; MARTIN HIZER; HILA TAVOR; ELIOR GOLDBERG; ELAN STARK; PELEG DRUKMAN; SHLOMO VALENCI; NAHUM ON; AMNON SHALIL; ELINOR GABAY; DAVID ALUSH; ITZHAK NASI; ZEHAVIT EINAV SHEMESH; SHIR JANAH; ITZHAK BENJAMIN; AVIVA SROR; GAVRIEL THE FATHER NADAF; ESTI RORSTEIN; IRIS SWARTZ; CHEMI ATLOW; ZOHAR YOSET; ELI HALFON TZEMAH; RONI MARGALIT; ITAY ARIEL; GAL COHEN; SIMRIT TURGEMAN; LENA KRAVITZ; DAVID DVIR; ALMOG TZEMAH; DANEIL LEIBNER; ELI LERMER; BATEL COZHAINOF; MOSES FISH; MOTI MINKA; EITAN PLOKTIN; JUSTIN NEMETH; OHAD DAHAN; MOSHE OVADIA; MAOR ASULIN; SHAY MORHAIM; SHAWN ENI; YECHIAM EYAL; VRADA ASPER; NIR LAZAR; YANA KARPOVA; ZRUBAVELI YOSEF; YAKOV LEVAYEV; SHANI LEVI; EITAN SADE; MIMI SIDI; RAZ YOSSI; DANIEL PELED; ROTEM BINYAMIN; SHIRAN SHAULOV; MARAT IBRAHIMOV; LIDOR IVGI; AMATZYA TABIB; ELAD ELMAKIAS; SHALOM COHEN; ISHAY HIZKIA; INBAL EDRI; ZIV AMRANY; YOSEF LI; BE MELAMED; AARON HEN; HAIM SWEID; YARIN DAVID ELGRISSI; GAL HADAR; MEDINA GRINSTEIN; JACOB ZURIEL; LIAT ADI; KOBI HEN; SAAR VITLAM; SHLOMO HASANOV; MICHAL VAISER; GALIT NIZAR; KOBI ZOHAR; GIL BEZALEL; YOHAY MALKA; ALON HAVIV; DAVID SELA; STANISLAV POLOTOVSKI; MEIR BRUHIM; DANIEL PATITO; YONATAN KISLAR; RAZ TOLEDANO; GALIA MAITAL; AYALA MOATI; YOHAN ITZHAK TERTKI; GABY TOLLMAN; RINAT OKABI; GAL BEN HAIM; JANNA FRANK; ELLA BASEFLOV; EREZ BOYM; ORI LIVNI; DOLEV GALIKO; FEDOR VOROVIOV; ZEHAVIT BARZILAY; IGAL BACHAR; MARIA IFILAND; LIRAN GROSS; SHAY MARDER; ARNON ZONSTEIN; JULIAN BRACHFELD; RONI LUGASSI; REUVEN KALPOS; YEDIDYA ZEHAVA TWETO; DANIEL MINEL; DAVID RAITMAN; SLAVA LEVINZON; ; EILON SELA; HAIM TVILI; PINHAS EGRANATI; AHUVA DEBY; INBAR LUGASSI; DANA ABRAMOVSKI; ROTEM HAIM; SHIREL SHVILI; DOR HADAD; ASHER BUHADANA; BATYA LAZAR; KORIN LAVI; SIGAL BEN SHABBAT; BAR DROR; BATEL HOSKLAR; SARAI SAUL; SHAHAR SIBHAY; HAYA ASULIN; HODAYA MALKA; ITZHAK HOVAV; MISHAEL BAIZER; MORAN BENBENISTI; ROY PERETZ; BEN PERETZ; ALISA GRITZEVSKI; COHEN AVIDAN; ELIZABETH SWARTZ; TOMER MATMON; BENI BICHIK; SHIRA CARMEL; HADAS AZARZAR; EYAL HAIMOVICH; EFI YAAKOBOB; SARA POLLAK; AMIR TAL; NETHANEL YEHEZKEL; YADID SHHAFIT; GUY KATZ; SARA DIVANAC; IZAC GOREN; ORIEL AHARONI; INBAL ELIOVITZ; YARIN TAYEB; VADIM KOTLERENKO; YORAM AZULAY; EFRAT FAHIMA; SHIRI ZAIDNER; ASAF EKSHTEIN; YAIR BEN ZOHAR; EFRAT LAVI; DRORIT ZAIDNER; ALIN FISMINK; OFIR HUTA; ORI ZIKS; BEN EPSTEIN; MEIR YAAKOVI; MATAN BARSHISHAT; YIGAL TWISTER; RACHELI RAN; ILANA LUGASSI HAINA; YIGAL KLEINMAN; MIRIAM SHALASHVILI; MEIR RUDIK; SHMUEL MALUL; ZIV YOSOV; LIRAN BARUCH; NIR BEN SHOSHAN; AVIV ZAKEN; YOCHAI HODOS; ALEX VIG; YINON BLOCH; SHAHAR TAINO; NATALY HANIA; IDO SHABAT; ALIZA RAVE; YONI SHAHAR; SAPIR COHEN; EFRAT KORESH; HANANEL FARHAN; MOTI MENACHEM; SHAKED DADON; YA'AKOV YEHUDI; RUTH IFTACH; YONI SHAHAR; ERAN MEIR; NAHURAY MAZIN; MICHAEL SHARABY; RIVKA BEN SHIMOL; ROMYAH MADMONI; YUVAL INCZE; CHEN ALON KIDRON; YANIV DAVID;

HAGIT ARBEL; ZIV SHARONI; RONI KEREN; ADI GRINLOND; JONATHAN REIF; ISRAEL GILADI;
YOCHAI COHEN; LIAT GUTMAN; CHERYL ROTH; ALEXANDER AVIDAN; AVIAD OZERY; TANYA
KOVEL; MAXIM SHNIRMAN; MAZ BOTVINIK; DAVID ADAS; TAL YAMIN; JADON BOME; PTACHYA
MENACHEM; ITAI GABAI; LIREN MELAMED; RIZEL SHOSHANA LIPSH; SHIMRIT GABAI; TAL
MERKEL; MEIR WEINBERGER; NERYA RATETIG; MOSHE AVIKAR; ITZHAK BISBARG; HILLEL
ISRAEL; SHIRA MAOZ; DANIEL ELTER; AHARON GAMLIEL; AKASA WEINBERG; PAVEL
YANKOVSKY; SHAHAR SHAKURY; OR HAHAIM BITON; MOSHE ROSENBLUM; JAFFA SAYLI; URI
DROR; LIDOR HADAD; OR HAHAIM BITON; TAL HAGIN; JUDITH ZUCKER; OMRI HERSHLER; TOMER
DAVIDI; TOM DI KORI; ASAF LIBERMAN; RONEN COHEN; INON VASHDI; OR BUZAGLO; YOSI DERY;
ROY LULU SHAMRIZ; MORAN MIZRAHI; ODELIA GABAI; DAVID GABRIEL MADAR; ROY DAHAN;
ELIEZER YOSEF; ORLY BEN SIMON; YOGEV AMAR; ALIZA ZARKA; YAIR REFAEL; YARIN SURIYA;
MORAN BEN MALKI; ESTER MEGIDISH; GALIT GLEZER; IGOR GUMUSH; YEHUDA OPHIR; NIMROD
BEN AMI; MICHAEL BAR ON; DANIEL HAIT; AMIT COHEN; BAREL SALHOV; HAYA BAR-GADA; DOR
BARAK; RON MINTZ; BAREL SALHOV; ITAI ARON; ODELIA HEMO; AVI LEVAYEV; YULIA VILOZNI;
TZVIKA TABECHNIK; ASTAR BASHIR; ELHAI ETEDGI; SHAI GELFMAN; DEAN BRAFMAN; AMRAM
COHEN; YORAY SHOSHANI; EITAN COHEN; NATAN BURSTEIN; AVIHAI BARON; MICHAEL
KISLENSKI; HAIM HUGI; NOHAR ALYAGOR; ERAN SALEM; EINAV AVRAHAM; MAOR GENTAY;
RACHEL PERETZ; SIGALIT BEN SIMON; MOSHE TZIONI; ZOHAR ORMAN; NOFAR HADAD; MIRIAM
ASHUAH; URI NURIEL; YOGEV LEVI; ILANA TSAIRI; GUY GUR; CARMIT NAVON; MORAN TAKO;
MAYA VRAMAYOV; DAVID WANON; KFIR PARAN; LEA ZACK; RA'ANAN REUVEN; YASIMN
KAHLON; OHAV RAHAMIM; SIGAL PRODJANSKI; ADON ZAX; OMRI SAPIR; HEN COHEN; ROY
WINSHTOK; RON IZHAK; NOAM TZVI BRIGHTLY; MIRI SHTIVI; MIRIAM TZURIEL; ALISA
LAVENBERG; MATAN PE'ERI; ILLAN NAGEL; YAEL ARIELI; YEHUDA TERNER; BATYA YEHIYA;
BARAK GANON; ASHER ATIAS; URI SADAN; ILYA KOPAEV; GALIT GEAN; EREZ HASSUL; LIRON
AMRAM; ELAD SOLOMON; YISHAY SHANA; DENIS TZEHTIK; AVISHAY AMARIO; HAIM BEN
DALAK; BEYAMIN LICHTZIAR; EYAL BEN ZION; RACHEL ANN ANOLICK; TAMAE SHALMON;
SHIRAN SAYDOF; IDAN GLIKMAN; YASHAIYA BRECHT; SHIMON SHMUELI; DAVID AHARON; ARI
BERGER; TAMAR RAHAMIM; REVITAL GOLDHAMER; TZVIA HADAD; SHAI ITAH; LITAL BEN
SHAHAL; NEOMI MARYLES; HAVA SHADMI; ARIE OHAYON; IDAN GOLSHAN; KEREN ZAKAY;
LIDAR KEDMI; LIMOR ELDAR; BARAK BEZALEL; BATYA BRONNER; EHUD KEDMI; AHARON
GRINVALD; ALON SANSDBERG; SHARON REUVEN; SHAULI COHEN; VICTOR BEN EZRA; AVRAHAM
SHLOMO; NETHANEL ZAGDON; SHLOMO TOVIM; ODELIA RATZHABI; TOM WEXLER; AVISHAG
SAMUEL; FRANCESCO BERDOLO; SHAHAR WAISBLAT; RON YAAKOV; SARAH COHEN BUCHNIK;
SAPIR COHEN; STAV SHAHAR; YOSI YAMIN; SHIMI GOLAN; NIV LEVI; TOHAR SHANI RAZ; YANA
OSIN; ITZHAK SHAHAR; NURIT METUDI; TALI FOGEL; SHANI LEIBEL SAAD; DOLEV FIROZMAND;
MORAN BASHARI; SHOVA LIMENSKI; RONI INTAYEV; CHEN MASTEY; EREZ ISHAYEV; AHUVA
DERI; EREZ RAVE; OMER BEN EZRA; ETI HAYU; LITAL GOLDFARB; ERYA RAM COHEN; MENASHE
IZGAYEV; EREZ HIRSH; LIZI BEZANOS; EITAN SHEINMAN; SHLOMI BEN AROSH; AVRAHAM AMIR;
OMRI SHANI; ADAM ALTMAN; ZVIKA AYALON; DIKLA STORTZ; DAVID AGMON; ASAF ALMOG;
REFAEL COHEN; EINAV BARLEVY; HAIM STERN; RIKA LEVI; MICHAL AGMON; ILANA
FORLANDER; MORAN SALOMON; NISSIM CHEN; ANN CAGNEY; ROMI AZULAY; SHIRA LEVI; CHEN
BEN BINYAMIN; ELIRAN DAHAN; AVISHAI MAHBUB; DAVID COHEN; AVIHAY LEVI; YONATAN
HATSOR; MICHAEL FORLANDER; SIMONA SHAUL; NETANEL SHUCHNER; RONI PINCHUK; BRACHA
ZISSER; GALI BARSHESHET; DOV SIMON; MICHAL HARTMAN; AVIV HAREL; ZIONA DAMARI; DOR
HAZAN; ALINA FORTOGEYS; GADI VISHNE; DANIEL KINSAWBORSKI; MAOR SHVARTS; MICHAL
LIFSHITZ; GITA REINITZ; LIEL GANON; DANIEL ORLY; AHARON PE'ER; KOBI SHOHAM; MEIR
HAYON; IDO NEUMAN; SHIMON AVINOAM; ZOHAR LEVI; REVITAL TOHAR LEV; URIEL YAKOBI;
YAHAV KATZ; ASAF ROSENBLUM; BATEL ZEKARIA; ARTIUM LINKOV; HADAR KITAI; LIRON
MATOKI; EITAN AMON; CHELLY AVIDAN; DAVID LEVINE; RIF ASHKENAZI; ROY BELKER; LEA
ABITBUL; YAIR ZEKARIA; AVIEL COHEN; ELAD ASHER; EVGENI PROLOV; ADENA GOLDBERGER;
AVRAHAM AZARZAR; GUY PIATIGORSKY; BOAZ TAL; ALON YOSEF; SAPIR AVITAL; ADI
LICHTESHTREL; LIMOR BROFKER; YANIV EZRA; HAGIT AMIT; ELDAD SULTAN; ARI DALE; LITAL
ELIMELECH AROSH; ROEY GALILI; GUY BURJEL; SHLOMI NAHUMSON; LIANA MIZRAHI; OFEK
COHEN; YEHUDIT PASAL; DORON MALUL; OZ MITRANI; NADI NEVET AVRAHAM; GABRIEL
MAGEN; MEITAL RUTTA; ELIRAN MALKA; RENAN KARNI; ORLY VALED; YAMIT RODRIG;
VALENTINA ALONI; ROMAN KATZ; LEV LIBERMAN; MAY MANN; REFAEL AVITAN; FREDDI

BALISH; ENGENI YODOVIN; DROR VALED; MALI BAR; AMOS HAYON; EMANUEL MILLER; NIR TZAVAG; MICHAL LEVI; GLIA BUBLICK; ZVI HASSAN; OREN ZAHARIA; RIVKA RAZ; MIHA BAR-ON; MISHAEL VARDI; YAKIM MAHATZRI; LINDA MOYAL; SRIA ADMONI; ADAM BITON; GILAD LEVI; AVIEL MAMILA; BOAZ ADMONI; HAYA OKASHI; LITAL KAPON; ASHKINDEZA STANISLAV; KOBI LAVI; DAVID GOL; MICHAL KATZ; YAFFA OHAYON; ROI VRUBEL; MAYA SOLOMON; YONIT ASULIN; IRIT SHRIKI; ASAF PELAH; ELIYAHU PESAH; DEBORAH SITON; DIMITRY ROTCHILD; HAIM ELKOBI; YAFFA FREND; YOSSI HALIFA; MICHAEL KURAS; EREZ BINYAMIN; TALI ROLER; SHAI BAL; LIRON HARONIAN; ORI BEN DAVID; SHMUEL ALLOUCHE; DAVID OHAYON; ADAM ELZAN; YAEL HASSID; MATAN HANUKA; TALI HARARI; MICHAEL NASH; YINON TZADOK; ITA HAZAN; EDEN DADON; SAGI POMERANCBLUM; EFRAT GOZLAN; RAMI TAIEB; ALON SHLOMO; OR ETINGER; DANIEL NAGAULKER; DIANA HANANSHVILI; TEHILA LURIAH; LIEL MOR YOSED; ARTHUR VAINER; LIZA ZEMLIANSKI; YEDIDIA SHABTAY; DAVID PERETZ; YAAKOV SURIEL; DANIEL MOAV; EDNA SHABTAY; YEHOSED YARDENI; MOSHE GUETTA; ILAN GOICHMAN; LIRON FAINSHTEIN; SHARON MARELI; IFAT YARDENI; ABIR ATUR; AVI ASRAF; NAHMAN COHEN; EVGENI GALPERIN; YAAKOV MENAHEM; GALIA COHEN; YONI MORDECHAYOV; ESTHER SIKSO; NESSIA PELLMAN; YOSSI BAINHAKER; ELIYA SHACHAR; ALEXANDER SHILMAN; LIAT AVRAHAM; ILAN SWARTZ; FELIX BELSHKOVSKI; MEIR IGEL; ILANIT YAHUD; DAVID SHEMESH; DAVID SHEMESH; RUTE LEVY; TAL PERETZ; GOLAN DABUSH; NEOMI AIZENBERG SELA; ARIEL VAKNIN; ROY SHTERKER; DAVID NAHMANZON; ROEY EIDAN; ELIMELECH HAILPERIN; LIOR YAAKOVI; DANIELLE ELIASH; BATSHEVA HABER; MOR MORHI; MAAYAN GILOH; MOSHE BEINHAKER; ESTI NISSIM; TOREL ABDAYEV; MOTTI LAZAROVITCH; ROY SHAKED; DUDU HANOH; BETH MARK; RUTH SAADO; DANIELLE ROSENAK; ZIVA BABAYOV; AVIRAN AMOS; AYELET LEVI; ROXANE BEN SAID; MICHAEL PATCHEN; DAVID MAGEN; HAIM ZITONI; LIOR AMADO; GADI KLUGMAN; NAHMAN BERMETZ; RINA SHARON; YOSEF DONNER; GUY YUSTER; MALKA RAZ; NATAN AHARON AZULAY; YAFFA ZITONI; MICHAL KATZAV; DAVID SCHLEIDER; HERUT YONAH; IDAN MARCIANO; ALINE ASSOR; RAN RANDI; GABRIEL ROSEMBERG; OFIR ALMOG; IDO TINAMI; CHEYENNE SHUA; EITAN KARNI; EYAL TANAMI; TZION HAZANI; AHARAON ADAM; HADAS LEVI; DOR MOYAL; AVIVA ZE'EVI; AMIR GROSS; MULI YULZERI; HEDVA TAANACH- RUBIN; AVRAHAM POSS; YUVAL RUMER; ELIA ALPERAN; SHLOMI SHALOM; AVRAHAM ZAX; SAHAR ABADI; ITAY ASHEL; REUVEN ABRAMOVITCH; ROY COHEN; DANIEL HEIFETZ; AVIV ARZAN; YOSSI SHAKED; GIL RAHIMI; TZAFRIR ALTERMAN; ERAN ZARZAR; JHONI BEN DAVID; DOR EDRI; MOSHE BENJO; AHARAON COHEN; ANAT YEMIN; MAY BROYDA; MENI GEORGE; DIMA YEGODAYEV; TOM KEIDAR; VITAL GITA SAAR; GUY LEVI; LEAH YARCHI; OZ PINTO; YARON ASSIS; BAT SHEEVA BEN DAVID; HANITA RUTTNER; TOMER LEVI; HELENA GRUNWALD; DANIEL YEGODAYEV; AVRAHAM WEISS; IRIS MAGRILOV; YURA DUKHNO; INBAR DROR; YOSSI ALMOG; YEHEZKEL HIRSH; YONATAN GREEN; SHAHAF SHIFMAN; MERAV LEVI; AHUVA SAAD; EDEN ALON; TZVIKI TAMARY; YOSSI ORLEV; EVIATAR ADMON; PINHAS AND SHOSHANA HAYMAN; GALID BEN HAROSH; DANIEL KARMIL; AVIHAI YUNGRIS; ODED WEIGEL; IOR BORODA; VIKTOR WAKNIN; ESTER MAIMON; AVIV ZITONI; SIMCHA TAMKIN; TAL HURI; SHERA GREENBLAT; ERAN SUHMAN; OMER ZAMIRI; RIVKA MAMAN; YANIV ISRAEL OREN; DVORA REINITZ; DINA SAFARI; RACHEL ALUSH; ITAY ASKIN; KATI DEBORAH VARNAI; OR MAZOR; GILAD SHAINFELD; DANIEL EPSTEIN; SHVOOT RA'ANAN; EDEN PE'ER; NELLY RUVINOV; MIMON ELHANAN; YAEL GUTREICH; TOVI YAHUD; SHUKI SOLOMON; GABI KOSLOWSKY; OHAD IFERGAN; ZOHAR KAPUSTIN; RON FRUMA; URI DOITCH; NISSIN BEN EM; YEHUDA MAIMON; BROOKE AFICK; SHANY ELBAZ; TZILA KOTLIAR; YEHUDA ABRAMCHIK; MOSHE VAIZMAN; YEHUDA AMAR; ADAM ATIAS; REUT AVIOZ; NITZAN LEVI STAFMAN; ELISHA GADE; YARIN KADAR LEVI; LIHI ITZHAK; SARI TURGEMAN; ALON SMOLARSKI; ROTEM DUEK; NIR COHEN; ZE'EV GROSSMAN; MELISSA GAPSO; SHIMON KANTOR; HILA WALDMAN; ZVI MONOVITZ; MARINA WEISFELNER; OLEG GENSHAFT; AVICHAI MOEDA; NATALY ARBIV; RAFAEL WEISZ; OSHRIT ELIYAHU; AVI LUGASSY; UDI COHEN; ELANA ICHILEVITCH; VITORIO YAMIN; DIANA YASTROVSKAYA; SHARON GAVRIEL; ROTEM ELIYAHU; ELIEZER BERLINGER; NINA ORINOVITCH; DEBORAH SMOOK URIEL; RACHELI SHEMESH; YAAKOV ATIAS; TOM SHEMESH; ETI ZARKA; AMNON COHEN; YAE EFRONI; ARIEL TESARASKY; AVRAHAM NAHMANI; AVIGAIL UZAN; AHARON KUZELIK; ACHIAD SAAR; MICHAEL ST; AHYVA OFEK; ALEXANDER ABRAMOVITCH; DANA ASTARF; TSALIK VOLINTZKI; AVITAL HAKIMI; ENIA PLITT; IGAL SARI; LIZ DAHAN; AVISHAI BARINA; ORTAL BITON; ELIA NURIELI; NITZAN COHEN; LINDA OLMERT; KOBI LEVIN; DANIEL FARKASH; ALON SPITZ; SIMA SHALOM; ODED VILOZNEY; OFIR KOSTINER; RACHELI

MARMELSTEIN; ALEX COHEN; EYAL LEVI; KAKAN DANINO; YUDA NAHIR; YANIR SHAKED; ALMOG GROSSBARD; LIDAN HEVER; AMIR BARKON; YOSSI MONZON; YAARA OFIR; ADINA DEUITCH; ELISHEVA POLOVIO; TZIPI VIDER; KERY KOVKOV; LIAT TRIBITCH; TZVI NATIV; NOAM SHWARTZ; ZOHAR SHTZBERG; YAEL SHINAR; ITAY HAZAN; ASAF AMIT; URY TRIBITCH; DEKEL YOSSEF; GADI BERLINGER; SNIR ODED; REUT TOUBIANA; CHEN NIEGO; KEY VAYNKOV; TOHAR ZAND; NIR YOSED TOUBIANA; SAMAGETA BARAK; PELEG GEVA; MALKI LAHAV; DORON EPHRAIM; ARIEL BECK; HADA OHANA; HILA KARNI; NAFTALI MLILER; YANA KOMISERCHIK; SIVAN ATDEGI; SHOVAL PERETZ; AVIVIT CARMELI; SHOHAM NISTEL; AYALON CORAL; BEN OHANA; INBAR ELKALAI; MOSHE MOSHIL ABERGIL; YAEL COHEN; MOSHIKO SAADON; ROI BEN MENACHEM; EINAT DAHAN; MATAN RUBIN; DIMA SARNOROZINSKI; SHMULIK HARPAZ; HADAS OHANA; IDO BRESKI; RONEN BEZALEL; LIAT COHEN; RAHAMIM DAMRI; NETANEL SKITEL; MATAN HALAMISH; LIZA ALONI; ASAF MAOR; AMIT BARUCH EL; ASAF BEN LULU; IDAN ETZION; IGOR GOIDNY; LIAT FRIEDMAN; ITAMAR HEVRON; YOLANDA ZUHAR; SIVAN HALCHI ASRAF; SOHAR GEZER; ANRI BEINSHAULI; YAEL AVULAFIA; YEHUDA DERY; NADAV PARAN; NAFTALI ZVI KATZBERG; SHOSH SHATI; SHIMON SHUKRON; TZVIKA BIRNBAUM; DAVID YIGON; RONI SHERER; ANASTASIA MIRINOV; BOSHEMET HUBER; TERI BINYAMIN; SHURAN HAVIV; AGAM SHELO LUZON; HESHI SOMER; EDNA KASHTI; MENACHEM PELES; RONIT FELDBERG; BAT SHEVA SHAHAR; LINOY BEN SHOSHAN; CHAVA GOLDSTEIN; CARMIT EHRENREICH; IDO SENIOR; ELI GIGUZIN; TANIA HARITONOV; TOVAH ABERMOV; GAL ASHENAZI; YOAV TZUR; YONAH WEINER; RONI GALILOV; SHALVA MOSES; IRINA GUTMAN; INBAR TSADOK; MAKSIM GOLDSTEIN; MEITAL ZEHAVI; DAVID ELIMELECH; OSHRAT YISRAEL; MEITAV YOM TOV; YUVAL MAUS; VADIM RACHMIMOV; LION SUFRIN; MATAN BEN SIMON; ROXSANA YISROEL; LANI LAUFER; MICHAEL DAHAN; TAL GOLDMAN; IDAN WACHTLER; KFIR ELAL; SHAHAR HARHEVRONI TAVIVI; BARAK LAVI; YANIV KNOBEL; BATEL OKSHI; ITAI BEN DAVID; AVI YAMIN; GILAD ELCHIANI; DANIEL RAM; ALON KANIVSKI; AYALAH ORMAN; TALILA APELALO; BEN TURNER; AVNER TULMAN; OPHIR ALKOBI; ITZIK YOAV; YIGAL COHEN; NATALIE ZADA; AHARON TORGMAN; IRIS NEIMAN; ROY HERT; OR HENIA; KATRINE GROSS; RAMI BOCHRIS; NAOMI NAMNIM; VALDISLAV OCHKOVETSKY; YANIV MELAMED; TAMAR TOMCHENKO; EMANUEL ABLIANSKI; RANIA AUSMAN; MATAN SHATOV; DANIEL TOLDNEN; LEV POSOHOV; MENACHEM YEFET SHARABI; DANIEL BRAUN; MICHAL LEVITIN; SAPR ZOHAR; SEGAL YOSEF; EZRA YEHOSHUA FINKEL; LIVIA KENAN; HAGAI BEN DAVID; CHANAEL ZUTER; YONATAN SHAVAT; ELLA PROKOFZ; BELLA MOSKOWITZ; OSHER SHITRIT; PINCHIS HURI; VALERIA VIDOTA; RACHEL BAR SHAKED; DENNIS ZINGER; CHAIM OHAYON; ARKADY JASKIEROVICH; NOY AMIRAM; MOSHE SHACHRUR; HADAS GUY; SOPHIA FAINITZKI; CHAYA KLUGHEFT; TANYA MERAK; DANIEL SAKHAI; MICHAL MAM; SHAI MARK; YOSSI ELOSH; OSNAT SHAI; SHIRA ETZLAN; AMIT GAL; AMRY AZARZER; DANIELLA AGAPOV; AMIR SABAH; YARON KARITI; DAVID SCHAPIRO; RINA DERAI; ROSALIND SHARE; MADI KENGOVICH; OREN DANIELI; MATAN OLSHTEIN; ILIA RODOV; ARIEL BINYAMIN; KATIE ADLER; LIRON ITACH; RAFI RACHMIMOV; CHAIM OZRI; YEHUDA MOR DERY; ADELE STEWART; YIFAT COHEN METCALF; KEREN COHEN; BAT CHEN AMIR; NIR MEGNAZI; ILAN BEN AMI; KOBY BEN PORATH; AMIT CHAGIGI; OFIR SHARVIT; LIAT MIZRACHI; GAYA NETNOV; OSHRI MAZIG; RONI MARCUS; LARISSA ORLOBINSKI; SHIRLI DAVID CHAI; MARINA GROSSMAN; MAAYAN SHMILA; YUVAL ZALIOUK; MIMI NOY; MEITAL SADANOF; GUY ZIV; GAL HERSKOVICH; AVIYA TZUR; MARGARET LEVY; AYALAH SHAVU; MAAYAN SITON; ELANA HAYOUN; AYALA SHLOMIN; TAL BONE; NATALI PATAI; DAVID DEDI OFEK; CORAL HADAD; NAHMAN LUGASI; OLEG KUZMIN; ESTI HOKSEIN; MARTIN TEMPLEMAN; JULIA BELENKI; ELINOR ROSENFELD; LIOR MEIRI; YONATAN ATAR; DAVID ALUF; YOSEF ZIGELMAN; BAT SHEVA LEVY; IDIT FRIEDMANN; ORI GILADI; GUY KAZKOV; DVIR DEUTSCH; JOSHUA MILZSTEIN; OR ABROMOVITZ; DORON NAKLER; TAL BAR EL; LIZA FOXMAN; TOMER C. HENRYK RYTERSKI; OMRI LEVY; JONATHAN SUSS; HAGAR WENKIN; DAVID BERTLER; HARRY ABRAMS; MICHAL SMITH; EYAL WENKIN; CARL JACOBS; RONEN HAI; MIRA SAVITZKY; ALYA BONDER; MEIR WEISMAN; DAVID OMANSKI; ALMOG W; MATAN MISHALI; NILI SCHWARTZ; DIN LANGER; ELIOR BOTVOL; SUZY BAR; OREN M; SHIMON KALPA; ILANA SUPER; ARIEL VISHNEVETSKI; SHMUEL YILDETOV; NOCOLIA LUBOV; CHEN SAMA; ADI GIBLY; ELISHEVA MOLLER; GIDON DAR; DANIEL GADAYEV; HILA ABIZIZ; RUTIE BASHIR; YOAV BEN HORIN; TAL DEUTSCH; MICHAEL AUSMAN; SHAHAR BASHIR; OFER SARUSY; MOSHE MALKA; TAMAR YANEVSKI; DAVID IDAN; HEN LUKASHE; NOAH KLEIN; AMI BEN SHIMON; DOV SHMUEL FRIEDMAN; NATALIE ELKOBI; ZAHI BEN SHOSHAN; ADVA POTEZNIK; REGEV LEVY; ILAN

NATANOV; DANIEL YUGERMAN; DENNIS SIGANOV; RAVIV ALON; TERESA MOSIER; MAKSIM STOLMAN; OOKI YAACOV; RONIT SHARON; MIRI MANOR; AYALA SHARVIT; MICHAEL IDAN; DANIEL ZHIROV; ROM MOSIER; NITZAN RUBINSTEIN; ITAI COHEN; YOSI ZERED; ELAD LEVY; HADAR ANISE; IRIS LAVI; LIOR COHEN; JULIA BOKSTEIN; ORIT FIKER; SAGIV BLUHENZ; MOSES SITON; LIAV LAVI; SHALEV JOEL; YAFIT KFIR; YORAM SHALEM; YITZCHAK AGRONOV; SAM LARSON; VIKA LATIGIN; ITAI K; OMRI GAL; GAL PLORTEIN; TAMIR GELERTNER; AVIEL MAIMON; IGOR PENYASOV; KOBI CARMI; MATAN ATIYAH; AMIT CHAIM; ELI BUBAS; YEHUDIT GEFEN; MEIR KOSHUBIEVSKY; ALEXANDRA AGAMYAN; YANIV BEN DAVID; MOSHE SHAKED; MALI GIBLI; LILIAN OHAYON; ELDAR NURI; BAT EL UZIEL; DUDU SAADON; ALON FRIED; HAYA HEN; YEHUDA MILLER; TOMER KAHAT; IRAN MALCA LEVI, ADV.; YARIN ZURTCH; TAMAR AVRAMSHULI; YUVAL PRIEL; NACHUM LIBERMAN; IRIT ELIYAHU; ANAT ALON; RONIT GOLDBERG SHMIDT; VIKTORYA MACHALOV; SAPIR ZOHAR; EFRAT LUZON; NETANEL GAL; YONATAN GOLAN; SHANY ALFI; URI YANIV; HAIM MAIMON; ZULA TASHUMA; ORIT ELINHORN; HADAS AVIKASIS; AMIR SADOK; TATYANA GORELIK; MICHAL GUTMAN; ALINA EINSMAN; LIMOR TAVIV; ADI LERION; MEIR MAIMON; REVITAL STERN ZIVAN; GIORA SCHWARTZBURG; VICTORIA VELITZKY SHAPAR; NATALI ZAFRANI; OFEK COHEN; ITAY SHALOM; BATYA SEIG; TAWNYA (TAWNI) BELL; ELAD BENJAMIN; TOMER SHERABY; SHANI KRIZANSKY; VALERIE MERMAN; STEVEN GROSSMAN; YOAV HELLER; ISSO FRIEDMAN; IGOR GONOPOLSKI; JOSHUA HANUCAIV; IDAN SIMBLER; SOHAR SHLOMO; DANIEL SABTI; NIR KALMONOVICH; AVI GREENBERG; GILAD FRIEDMAN; EFI ARIEL; SHLOMO YIFRACH; SI MIRON; MICHAL MENAHEM; AMNON WEIL; ADAM ZIKMAN; AVICHAI BOCHNIK; TAMI COAN; OMER SAPIR; OR KUDAI; EZRA MALHI; SHIRAN DOMPROCT; DIN COHEN; SHAY ELIASI; HEZI ZILCA; SHAHAF EINAV; ZEEV RAZ; LEON FRONKO; YARON GOLDSTEIN; ADI DAVID; ROEI HASSID; DORA BROUNSTEIN; VERONICA GROMKOV; SHLOMI KREMER; YISRAEL TAUBRR; ORLY BEN ARI; EMANUEL MASGISH; ADIV SEVGI; OMRI SIDIS; INBAL AVITAL; RAVIT BALALI; DOR AZARIA; OLGA SHEKLOHESKI; SIMA VAKNIN; GRISHA VASILBISKI; NOA GALILI; KATIA TROPNOV; MICHAEL MERIONOVSKI; JONATHAN ODESSER; GILA AVITAN; SARA MILO; CHAIM BAR; IDAN SHIZAF; ESHEL HAVIVA; AMIT SELA; JULIA JAMES; AVIAD BEN SHMUEL; DAVID PLEISER; IDAN PERETZ; RUTH OMER; ALON ROKACH; GARRY GARBER; NOAM YAACOV; DANIEL BINYAMIN; SHLOMI SHUKRUN; NOFAR DANNA; YOSEF NOFER; VERONIQUW PARGAMIN; YULIA LEVI; INBAL MISHPACHA; SHAY ELFASSY; YOEL MARCUS; DANA BINYAMIN; MOSHE NACHMAN; YORAM AHARON; PENINA AYERES; KOBI MOSIKA; SHLOMO BEN-PORATH; LIOR DAVID; PAZIT LAUFER; RUTI ESHET; BAR SKLIONOY; ELAD BEN HAROSH; LIOR YITZCHAKI; GABBAY SHAHAR; LIAT COHEN; DINA DROMI; BEN ZITON; MAOR LEVY; SHMUEL ROTHMAN; ILANAY LITOV; SHIREL YARON; CIN SHABAT; SHAHAF ATIAS; EDNA COHEN; MICHAL MAMAN; RONI HIRSCH; LANA KARSOVNIK; JONATHAN MIZRAHI; KEREN OR ITKIN; EREZ ELIYAHU; MATAN COHEN; ILAYA LESIN; SHAUL MENTZUR; BENI HERMAN; EYTAN IVRI; MOSHE DACHMAN; LIAT TSUR; EYAL DADON; DAVID ELGERBLY; YONATAN BAER; IGOT MUKH; DORON HALPERIN; YARON DASSA; YONATAN LIPSHITZ; IGOT BARASH; YARIV SELLA; ADIR BELALI; SHOMI SARABI; YUVAL NEHARI; SHULY PERI; REVITAL SAMAMA; YAKOV AVSHALOM; ILANIT MAS; NOREEN FIRESTONE; DEVORAH REUVEN; ELI ZINBERG; MIKE KELLNER; MICHAL HEN; MOSHIKO BEZALEL; NITAI HABSHUSH; SHAYNA YAK; AVIGAIL SHEIN; OREN KEREN; ASAF YARON MESHULAM; VADIM JACOBOV; LIOR CASPI; PNINA DROR; OFEK RUSAEV; DORON HESS; MORDI SHAR; MICHAEL SELTZER; SHIFRA SHARGOV; LILIYA MENIALOV; YANIV TEFRANI; SHIRA SHOSHET; NAOMI BEN HIZKIYAHU; DVORIT WEINHEBER PENER; YONATAN RIGBI; LEA RILEY; AVNER COHEN; HEN OAKVI; SACHI SEBACH; ALEX METRIKIN; NOA SHALEV; AMIT SADEH; SHAHAR OVADIA; SHOSHANA PIKADO; HEN HAYUN; GILI SOFFER; SHLOMI MUALEM; KEREN PERETZ; GAVI SHANI; EDUARD VOLVOSKY; RONALS PRICE; NIR EFRONI; VITALY KERGIN; YONATAN LOOVTON; ZEHAVA GANON; AVIA MASHIACH; SARIT YUSUPOV; MOSHE RECHTMAN; EMANUELA STROTTI; RAHELI LEON; MIRI SHWITZER; NAHUM BARAK; DOR TROTKOVETSKY; TAL SAMESH; VLADAMIR KATZ; DEMETRIE GESIN; AYALA GOLDMAN; SUSAN COHEN; ADIR KANIZO; MOSHE GAZIT; DARIO DESANTIS; GALIA MATATOV; DAVID BAUM; YAARA HOD; BAT EL SHEMESH; AMIT BEN SHOSHAN; YANIV BENSINYOR; GANADI GERMAN; SARIT GARON; AYALA SMOTRITSKI; ORTAL MIZRAHI; EREZ COHEN; YVANGO MARIK; AFIK VARDY; ETI YACOV; NATAN FRIDICH; GAL LEVY; ALEXEY NOVIKOV; AVIA BLUM; DAVID GARFY; JOSH LYUBER; CHEN KADCHOV; HEN KEINAN; SHIMON BEN SHITRIT; ARIELLA GINSBERG; DALIA MAIMIN; TAL DOR; TAL GOLDBERG; KEREN RAHAMIM; ODED NAHON; YAKIR ADAR; ZOHAR STERLING; YARON CASPI; RUTH SULTAN; MARK MORAN;

MAX BOBOSKI; FRANK DIETZ; JONATHAN TORRES; ITZHAK LEVY; SHIRA GEWER; VIKI WEINBERG
; ELRAN ASHWAL; YOTAM MORRIS; ROI SOUD; RONY KATZ; BEN KOREN; VARDIT ZIPORI; YAEL
TAMIR; OREN HAIM; NURIT BOSKILA; ROSE SWEET; RONI BENSON; NATALI DAVID; GIL BARAK;
ERAN LEVY; DAN VAHABA; DAVID SPERO; KOBY BEN SHMUEL; SKIPPER HARIAH; NISSAN
VENTURA; ROTEM UNGER; GUY BINDERMAN; HILI BEZALEL; SAAR SABO; RAFFAELE FANI
SABERI; ALEV YUSKOVSKY; DROH BOKNIK; VERED MALCA; YAEL NAGANI; YADID HADAD;
YOSEF LAVI; AVRAHAM SANDIL; MOR ALIYAH; DIKLA COHEN; OHAD PERETZ; OREN AMARNI;
YOSI EDRI; SHMUEL HANUKA; NATANEL SAKURI; YANIV OVADYA; BENNY PERETZ; FARZAD
RABBANY; ANAT CHEN; LIRON AHARONI; GRAHAM WEINBERG; YOEL AVRAHAM DADON; DAVID
FEUERSTEIN; RINAT ASOULIN; GALIT JACOB; LIHIGH SHAFIKI; GALIT BINYAMIN; AVI
FORCHHEIMER; ROBERT BOOK; YUVAL DROR; SHAHAR COHEN; NISIM MATRASO; YELENA
TOPOZ; NINA WEISSMAN; SARAH VANUNU; ILAN SOUDRY; YULI TSYPIN; ORNA TEDRY; RENEE
SCHONORF; AMIT LIPMAN; YOSSI ADANI; RAVIT ADANI KARIV; MARINE KANEVSKY; MOSHE
COHEN; MOR BEN DAVID; SHOSHANA OPENHEIM; PROMET ONSDARPAR; RONI BAYLOR; EREZ
ROMI; AMIR BEN NATAN; ITZIK PINHASSI; ERAD SHIMSIE; TAL DROR; SIVAN EBRON; AVICHAI
BITON; DANIEL PALOMBO; ELI MALCA; ILANIT OSHROV; ELI AVNIEL; YUVAL YGODAIV; SMADAR
HERSKOVITZ; VICTOR FARBER; OMRI YOAV; VLADA SHPOSHNNIKOV; BARUCH MATITOV; EILAT
MISTREL; MICHELLE AZULAY; MICHAL MADALION; SHOSHANA PASKEL; SHAHAF BEN SIMOL;
NOA GOLDMAN; DAN KLEBANSKI; MATAN BRACHA; ALEXANDER DUNAEVSKY; SHAI ALONI;
ARTIUM KARZIKOV; EYAL BENDOR; IDAN REGMAN; LISA YOFFE; AVICHAI ASULIN; YACOV YUKI
LAVI; PNINA TENENBAUM; MEIR NEVO; LIRAN ALBUHER; ISRAEL KARITI; ALEX BELKONI; URI
SOLOMON; ILANA TORGEMAN; ALEXAI YAROBINSKI; AYLAH BINEIV; NITZAN BARSHESHET; GAL
HALPERIN; AVNER DEREY; MOSHE HOLTZBERG; AYALAH BINEIV; TALI SKERA; ITZIK
ABERMAND; SHALOM NIZRI; YANA PAISROV; ORTAL LEVY; YONATAN NEHARI; OR ATYA; OSNAT
P; ELLA LUBOVITZ; OPHIR LEVI; YEHIEL BENODIZ; LILACH BENODIZ; LIOR COHEN; JACKIE
LATIMER; ETI NAHLIELI; JOSENILSON MEDRADO; AVI PASHA; YISHAY LEVI; DORON VAKNIN;
ILAN DARDIK; MACHLUF PITA; ARIEL ABARGIL; BORIS PAIN; SHMUEL BEN SHUSHAN; ASAF
AMERTALY; DEVORAH PHILLIPS; YONATAN SHAAR; GILAD VENTURA; AMIEL SAADIA; YVENGI
SOSHNETSKY; ROBERT KANTOR; DAVID EPERGEN; MAAYAN SHIREL; SHANY ALTER; YAEL
KESHET; MICHEL MARLANGEON; VICKY SAADA; KEREN HAUSMAN; RAMI PERELSTEIN; LAURA
YOUNAI; MORAN ALON AZULAY; SHAI SHALOM; NIT BLOKA; MOTI HASSID; CLAUDIA HASSID;
HADAS NEGER; MOR ARBEL; MICHAEL SOUDRY; STAS EZERSKY; HAREL SHNAPER; MOSHE
AVRAHAM; LIRON OHAYON; TZIPORA HALEVY; MEIR MOSHE; DINA DUNKELMAN; TOMER
BALAN; JR BULL; MAAYAN SONEK; OFIR FRIEJA; SHARONA SHAULI; AVIV RABINOWITZ; NIR
COHEN; TANYA KERMAN; AVRAHAM SOONAK; REBECCA AZIZIV; REBECCA AZIZIV; YONATAN
WEINER; YOTAM NISIM; TALI SHARABI; LIRON ALAHARET; ITZIK EVA; GAVRIEL BAZAZASHVILI;
NICOLE SANDER; JUDITH GOLD; MICHAL SNEH; DAVID PINE; ADI GADI; BAT EL HARUSH; SAPIR
MIZRAHI; MIKI ISRAELIOV; DORON GUY; MIRI BAR; ERAN VADHOKER; ROB GIL; YOHAI TAMIR;
MEITAL BENARI; ALEX USOV; ODI DAHAN; SORAYA AUAD; IRNA LEDERMAN; NOA LEV; SIVAN
LEVI; IAN LEDERMAN; DOR DALAL; CHEN SAVION; BOAZ BEN HARUSH; DANIEL BASSIN; RONIT
HAKIN; ELI HAHAM; MAZAL MOSHONOV; SHLOMI SAVAG; CHRISTOHPER BROOKS; HILA DAHAN;
RAHELI CITRON; RAZ ASHUACH OLOOS; SHUKI BASSON; NOYA LUGASY; STACY GITTELMAN;
YITZHAK SHILO; ANTINA DE BOER; ALON NEDOVA; ORIAN BASON; ARASH SHADOOSHAH;
SHALOM HALEVI; TALIA DOAK; MORON OCHOA; YIGVENI KILIMNIK; SIVAN FADIDA; AMIR
HAGAI; MENI YOSEFI; HEMI ALGERENTI; YIGAL ERLICH; HANA SCHNITMAN; DANIELLA
RODRIQUEZ; RONEN AMAR; IRIT ANISIMOV; GAL ASAFOV; OHAD ISRAELI; ADI ADI; ELINOR
ASAFOV; LILIAN GOLAN; EFI MEGDI; LINDA RICH; ANTON VALKOV; ORI AMIR; KARIN TS;
JACINTA BROWN; ORI OFEK; KOBI ITZCHAKI; AMIR DELAREA; RONI DABAH; ORI SHEMESH;
MOSHE BEN HAMO; MSHE LEVI; ALEKANDRA KARPENKO; TZERI TWITO; NOAM KOCHAVI;
TZAFRIR PORSHER; SHOSHANNA VAKNIN; MICHAEL DEMITRIEV; ARIEL BLUMENTHAL; JACOB
BENDETY; NOAH ISRAEL; VERED BLONSTEIN; TAMIR HAINA; RAFI BADRA; REUVEN BAR HAI;
RINA HITRIN; DALIA VARDY; ILAN SAVINTZKY; YARDEN SANDBERG; DIMA KAPLAN; ALEXEY
SMOLIROV; PAULINA PANKETROV; MICHAEL ROTMAN; KALANIT BITTON; YONATHAN TZAFRIR;
EREZ MOR; AVITAL SHARABI; HAIM BISSA; RACHEL ELIMELECH; ROTEM LEVI; YIFAT BAKSHI;
ADI TANAMI; EINAV SHAZO; HANI GILHER; SHAY VAKNIN; VITALI HANINKIN; LIAT MOR; ALON
MAHANI; ELLA DOR ON; EMILY KALDERON; NAOMI RABINOVITZ; EITAN PELED; ITAY

YAZDANFANA; DMITRY SHIRINSKY; OFER SHAMAI; IRIT BLUM; ROI COHEN; ZOHAR GORDON; RAN ONGO; YANA ATAMANCHUK; OMRI MAIMON; NATTI BURK; AMIR ROTCHSILD; YOSSI MUTZAFFI; ILIYA MILIKIN; BARAK MILNER; PERAH GOLAN; LEONID GELD; NANA HALAMISH; PINNI BEN YEHUDA; ELIRAN MARK; DROR POLLIACK; YOTAM KALDES; SHRAGA NASA; HAIN BASSAT; SHACHAR DIMRI; IVETTE BIGEL; NOY HABANI; DAVID DAVIDOV; NAAMA ADLER BLU; TAL ROIDER; ALON ESRI; LARA BARNEA; BAYAH MIZRAHI; TATTIANNA FORMAN; HODAYA SHARON; ROMAN GITIS; OR KAZAZ; ELDAN ELIAS; REEM NERI; RITH NAVON; NIKOS KOSTAS; AMY COHEN; SHELLY SDAKA; MAAYAN NUSBAUM; DANIEL ABRAHAMS; MOSHE AMBAR; ODELYA LANDESMAN; SAGI SEGAL; EVA RUBINSTEIN; SAHAWN LANAGAN; MORAN COHEN; DANIEL YEHUDA; DAVID GROSSMAN; SHULI HAI; MORAN ARYEH; MAXIM GUZMAN; YOSI ABDUSH; RONEN PALDI; TOMER TASSA; ANAT COHEN; SHAUL RAPPAPORT; LIOR PINGALEH; DAVID ORI DADON; HARRIET MENAHEM; LIOR PASOA; SHIRLEY HEPNER; ORIT HADDAD; TOMER ABRAMOWITZ; KEREN COHEN; SIGALIT EDRI; SIVAN OHAVIM; HAIM ADRIAN; LAILA HALABI; ASIA KRIMER; ALEXANDRA YUPA; ILNEV PERETZ; MEHRAN JARAHZADEH; HAVA GABAI; YANIK KADOCHE; TAL COHEN; MIRI GILLER; MOTTI BUTBUL; LIMOR MITLER; ROMAN EFENSAYEV; IRENNA DAHAN; EREZ OHANA; MEITAL SHARON; KYMBERLY SALTZMAN; RONI YOSHEA; VICTOR SHUKRUN; HILA TAL; NADAV RAZ; DAVID GREENSHTEIN ; MARINA SHEMESH; SHACHAR BAR; DAVID GLEZER; AVROM ROTEM; SHAY KNAANI; YAFIT ROSENS; DANIEL LEVI; NOA AMIHAI; EITAN SARUSSI; RAN COHEN; YEHUDA PEER; ORI OR MEIR; KEREN SHEMESH; BER PARTER; ANAT RATZON; GREGORY SHEFTEL; RACHELI SHATI; AMOS MACHLUF; KFIR HAIM; ELIRAN HAROSH; MAYA BEN AMI; ERAN ZIV; HILA BEN HAMO; IRENA RIMER; TAMAR ALON; DAISY STERN; HADAR KALO; ORIT ELIYAHU; NATI GEZIVETZ; NETA BEN ZEEV; OFER ISRAELI; OREL BITAN; TAMI KAHLON; ORON NATAN; YAIR AVITAN; INBAR GREENBERG; TOMER SHALOM; BARRY GEER; ANA PLISKIN; ACHER ASARAF; DALYA TURGEMAN; ORLY FAIBISH; PAMLA IVIE; VALENTIN DESHINSKI; KARINE NICOLE HAZUT; SARA HOROWITZ; EITAN YAAKOBI; ITZIK KAFE; EDITH CHMIELNICKI; SAAR TARANUS; ROMAN ZAIKIN; EITAN HAIMOVICH; LIAT AZAR; REUT RATZON; LIHI KAMAN; MEIRA GUINI; OMER REZNICK; JUDITH WOLTERS; LIOR ELIA; MOSHE LEVI; VERA HAZAN ; SARIT SOMECH; NIV MINKOV; YEHUDA SHEMESH; NETA KASHER; EMMA YAAKOBOV; YORAM LEVY; GUY MORAD; FIONA LERNER; VERA STARTEVSKY; IDO SHALOM; SHANI BEN NAIM; TINA SHABI; NISSAN LANIADO; GALI DALAL; LIMOS BESUS; ZIVA BEN KORESH; AVIRAM VIZEL; RAZ GABAI; DOR DI MARIMSKI; IRIT NIR; YONATAN ASSIS; SHARONA RODOI; EYAL RODOI; SVETLANA BAR EL; EYAL LECHNER; RONI HIRSCHOWITZ; ODELYA SHALEV; TALI YADID; ANAT LEVI; OMER BENAYUN; RACHEL SAADON; DINA BADHAV; RAMON AZULAY; SHLOMO FALAH; EREZ ALBO; SARA BOKOVZA; LISA LIPFIELD; HEARHER ROQUE; KIRIL TOFITZIN; YAEL DANS; AVI SHAUL; NISSIM KALDERON; HILA SHOYKA; EDEN HEN; DOR SHILTON; ILANIT SHESFI DEBI; RAMI HODEDTOV; ELISHAI MOSHEKTEL; YARDEN AVNI; LILACH RUBIN; ANAT SOSNOVSKI; PENNY APERTSEV; SHACHAR VIR; HEN MASAYEL; SHARON ELGAZZI; ALLIS LEVI; LITAL SAADETI; SIVAN SASSON; REUT YAHALOM; IDAN BARAZANNI; REVITAL MASHIACH; ZAHAVA LEVI; ALEX HODOSH; KATRIN BASHAN; GIL GABIZON; YITZCHAK SNIR; LUDMILLA KISSELMAN; KARMEL KAYUF; DYLAN LEVI; BINA ROTGAYZER; RAYMOND SASSU; MAI LEVI; RAN YAISH; OHAD BEN MENAHEM; TANYA TORBIN; IRAN ARBAYEV; ROFINA LEVINE; GUY ITZCHAK LEV; YOSSI SHPIVAK; MAZAL SEBAG; DROR COHEN; MOSHE DANNENBERG; SHREY GAIGI; ARYEH ABUTBUL; SHACHAR WEISBERG; DORAI TAYAR NICOLLE; ZAHAVA SIMCHAYEV; PENNY SROR; TOMER SAAD; YANIV KOVALSKI; ORA GILADI; ROI COHEN; TAGSAT ITMENO; YUVAL NAHMANI; ADI BURRACK; NOAM HEN; SARIT TAL; ORLIKLENTIRSKI; OREN ZARIZI; DANIEL BARKAN; TAMAR BEN HAIM; EITAN WALTER IFERGAN; ALECANDER POLVIN; NOA KALO; AMIR MARGALIT; BINYAMIN WOLFOVITZ; BEN BAR NATAN; MOSHE BAHADNAYUCH; DORON SELA; MATAN RAHAMIM; LIAD BAR OR; YONATAN SHULDMAN; MENI GAL; YARDEN BECK; AMIR WEISER; MIRI ARGAZ; LIA BEN ZION; YOEL YAFFE; DINA ISAK; SHARON KAHANA; BAR YOSEF; SHANIOR SHECHTER; ORLI ADELVITZ; SHAHAF KAPUYA; SHLOMO ZUNIASHVILLI; REVITAL KEREM; JERRY MEYER; DIKLA DANINO; EMMA SHPAYER; SHOSHANNA AVRES; ADI WEISS; EINAV TAIZI; ITAY TAL; VICTORIA LIAHOV; LIOR MIZRAHI; IGOR BIRNBAUM; MALI SHIMON; OSNAT SHIMONI; SHOSH BARAK; ASAF SAVILIYA; INBAL SHIRONI; KFIR MIZRAHI; SHELLY COHEN; MOSHE POR DAVID; RENANA BEN NAIM; PNINA COHEN; SHAI ROTH; DANIEL BETTOUN; LIRAZ OKABI; ARYEH ABUTBUL; MICHAEL SHULMAN; ELIOR HAIM; GOLAN BASSON; YAKIR ELKASLASSI; GIL TOLEDANO; KARMIT NEEHMYA; MOTTI RAZON; AVIAD TEVEL; ASSI KONOVLIV; OR LIOND;

ASSAF ARYEH; OLGA KLEIN; DANA LASANI; RAVIT ZOARI; SHLOMO KAROL; TAL GERTSTEIN;
AYELET DAVID; ARLAN WAREHAM; RHONDA JOSEPH; RONEN ISRAEL; ROI HOD; OLGA
OSTROVSKY; ELIAM LAVI; RUTHI HADAD; GALIT HADAD; REUT MOYAL; OLGA GOSECHENKO;
NOA COHEN; MEIR COHEN; ORPAZ YOSEF; YARDEN COHEN; DANIEL LACHMAN; EREZ
MORDECHAI; GIL NISSAN; YEHONATAN HALBERSTAT; ZOHAR ABITBOL; IGOR STERNBERG;
TOITO KUSCHNIR; GALIT MIR; SIGAL BARAZANI; DANIEL MASTERSI; ITAY SHARONI; YAAKOV
SHITRIT; MEIR BABAI; ARKADY MILMAN; ON ARVIV; AMIR KATORZA; MANSUR MANSUR; RAN
SIANOS; MAYA SHFERBER; NOFAR NISSIMOV; DORON GIAT; ISRAEL PERDO; YAAKOV FRIEDMAN;
SARA GABBAI; ITAY NOIMAN; PERETZ YEHIEL; ITAMAR MEIR; RONEN EZRA; EDEN GARPHI;
YAFFA MESIKA; NIR YITZCHAKI; MAYA GRUMAN; SHARON KEISAR; MAOR LEVAVI; NINEL
MARIASSIS; SHAI PEER; HELI KAMRI; RAFI MESHULAM; MARA BUTMAN; YAKIR SISSU; AMIR
COHEN; SIMON NAGAR; SHIMRIT HADDAD; AMIR MORHAIM; BARAK KOMELLI; LIAT NIDAM;
EDEN COHEN; EHUD ATARI; YIFAT AMSILLI; YEHONATAN ARNOLD; MEITAL GERGI; RONIT
KARMI; OFER BEN AMOTS; TAMIR NISSMAN; DOVI V; GUY YOSSEF; ARIK PERELMUT; LIOR
ELISBERG; NOA GULLER COHEN; TEREZE MERIZEN; AVI BATSA; RON HAKIM; LINOI PELED; AMIR
RON; KOBI YITZCHAKI; RUTH LIANI; ORI MENDEL; SHIRAN ELKAYAM; MORDECHAI SHAKOI;
AVIEL ITAH; YAKATARINA MENDEL; ISOBEL PHILLIPS; DOLF VISAGIE; DAVID COHEN OR; LIRAN
AHARON; SHLOMO YEHUDA; NOFAR ELHARRAR; YAAKOV NATTAN; ALEX WOODNITSKI; ADI
TSHERI; ANN NEWTON; AHARON MEIR; GOLAN LEVI; YORAM WEIL; GUY ROUCH; KATYA
KANESH; EDGAR MORRINS; IRIS VIZENFIELD; SAGI COHEN; ZEHAVA ISRAEL; ELISSA SHOLGIN;
ORI KONKI; AVI ELUL; VICTOR MALKA; ELIEZER FERDILOV; ELAD MARON; MAZAL MARON; SHIR
ELVIN; IRIT IFAH; YARON COHEN; MEITAL MOLINA; IGOR RIFFIN; ZIANNA OSIFFOV; ETTI
ABECASSIS; NARKIS ALFI; SHLOMI BUTBUL; MATAN SALEM; ELINA ABISTESSIAN; STANISLAV
SHAPIRA; ELI HAGER; KINNERET COHEN; ODELYA KARNI; DAFNA RASULI; AMIHAI NUDELMAN;
RAN WEINSTOCK; NATHAN RIVER; IRENA VAINBLAT; BENNY PREIS; ORI BINYAMIN; YARON
HOVAV; GALIT MAROVITZ; SHULA YAAKOVIAN; YANA VITOVTSKI; YARON BAR NOR; ASSI
PERETZ; ILAN ROGOV; DANIEL HEN; GIL HERSHEFT; YOSSI BEN MOSHE; YARON HAROUSH;
ZAFRIR EGOZZI; DOR LEVI; ISRAEL MIMON; ZAHAVA ASSAFOV; AVIRAM MAMMAN; MOSHE
HAVER; NILI RON; SAMION BENNEDITOVITZ; LIDOR SEGAL; GADI SHLASKI; RUTH PICK; MICHAEL
SHNEIDMAN; RICKI GERBI; DOR KAPLAN; AVIV ROZENBERG; RAPHAEL ZICHRI; ERAN GARMA;
NADYA KARPOVA; SHMUEL VESKER; ORYAN POLIN; ILAY POLIN; NIR NOAM KUPER; RAMI
BELISHA; YANIV AZULAY; GAVRIEL HONIG; DAVID LEIBMAN; INNA MARKISH; EMANUEL AMAR;
SHALOM KADOSH; VITALI NAGDIMOV; INBAL ADONI; DANIEL RUBIN; MAAYAN ZALACH; OHAD
GAVRI; ELIEZER MENDEL; MEIDAD MEIRI; AYA ILAN; YAEL OHAYON; SAMSON BARAK; RIKI
WOHLSTEIN; OFER ADIV; MORDECAI MAKOR; HADAR BEN YAAKOV; OREL ELMAKAYES; LAURA
MIRON; STAS SOROKIN; HAYA COHEN; EVAN ENGEL; NAVA SHLOMOV; EDNA POMERANTZ; TZIPPI
COHEN; NEHAMI OVADIA; MICHAL ANKRI; ZIV LALUNK; YAIR YOSEF; NISSAN YONAH KARNIAL;
TALYA LEVI; DORIN HAKAK ; MIA ARUSSI; NIR NIERENBERG; IDAN COHEN; ELIYAHU LAVI;
AVRAHAM PIHA; OSNAT BLUM; YEHUDA SHAULIAN; RACHEL EISENBACH; DAVID VOIHANSKI;
JACKY ATLAN; BAT HEN EDRI; SHIMON BAR EL; DORI GOLD; MICHAEL POPOV; RIMA GOLOV;
MINA SEGAL; ILIANA RAPPORT; HAIM OSHAKI; ASHI ASI DUKOVICH; MARC GITTLELMAN; URIEL
BEREBI; HAIM REUVEN; ANAT BLUTNER; AMIR COHEN; SHARON MELECH; ROMAN CHIKUNOV;
SARA POLLACK; RONIT FORRER; GABY BETECH; TAMAR SHENRAV; TAMMY MOR AVSHALOM;
YANIV BEN SHITRIT; YORAN BEN SHITRIT; NERYA SHITRIT; EFRAT TAL; ESTER MIZRAHI; MERAV
SONNINO; RACHEL ROSNER; ZEEV BRONNER; RUTH SHPIZER; AVNER BRUNROTH; HAIM
AVRAHAM; LEE ROMEM; SIMA ZION; RON ROSTOVSKI; LEVI SHEFTOVITZKI; SHAY
ZALMANOVITCH; DORIT ZECHARYA; YOSSI ZEEVI; YOSSI FRENKEL; NOA BARDUGO; HANNAH
MEIR; YAAKOV PERETZ; SHLOMI BEN HAYUN; MICHAEL KAZULA; SIVAN JUBY; HAYA
SCHNEIDMAN; DANIEL HORGIN; AYALA ELIAV; DANIEL ELAHAYANI; SHMUEL ASHKENAZI;
SHIRO ABUTBUL; LEE SILVERSTEIN; BOAZ GLICK; LAVI LERNER; JOSEPH SALAMON; NATALYA
TAVERSKI; NOAM BARZILAY; HILLEL ELSHALEM; HAIM HEILPRIN; BAT CHEN HEILPLRIN; HAIM
DANZINGER; SHIR HEILPLRIN; NOAM HAGAI; DINA BEN SHAHAR; ELAD REPHAELI; EDEN H;
DAVID HAZANI; ZVI OVADIA; HILA TARZI; YAHEL SHARVIT; SENNI MAIMON; HADAY YEHUDAI;
YIFAT BARUCHI; HANNA BEKHOR LESSER; ZEEV MARESKY; HINDA RICH; TIKVA BEN YOSEF;
DALE RABINOWITZ; ELIYAHU DREINOFF; ISRAEL COHEN ARZI; MATAN SKIRA; TALYA HERRING;
BAT-EL GERSCHT; EFRAT COHEN ARZI; ADI RIDER; RACHEL VARDI; ZIV HAI ZION; SHIFRA

FRIEDMAN; NIR KOURIS; DALIA ROGALIN; ARIANNA PARTUSH; NAOMI GEFFEN; BENNY
BOLOTINSKI; KEREN PARNASSA; EITAN LIV; ARYEH TAUB; YISHAI COHEN; DANIEL MILLER;
YUVAL HADAR; DAVID DENZER; SHARON TOIZER; ELHANAN HAZAN; AVIRAM ISRAEL; SIDNEY
WOLITZKY; MICHAEL POPOV; DANIEL MORAN; DVIR DAVDA; JEFFERY DANOVITZ; ZURIT
TAMARI; HILA SCHAYEK; TALIA SHMUEL; TOMER TAMARI; DAVID OVADIA; DINA MA TOV;
ELITZABETH MIZRAHI; LIELL KARNI; URIEL KOZNITZ; NAAMA DAVID; RIVKA ALON; PINI
SHACHAR; REUT VERDIGER; ITZCHAK YAAKOBOV; EVYATAR FINISH; NATAN BAR; YUVAL ARZI;
ANAT AFSAL; ADI SHUKER; ELADI VIZEL; TOMER TZARUM; SHILAT COHEN; ILAN LUZON; AVI
SPIR; NOAM HAZA; SHLOMO JARMON; MARINA SELVOTZKI; JOSEPH MILLIS; ELCHAY MALICHI;
EMIL FELDMAN; DANNY SHAY; YONAH MALIENKER; EFFI SHEMESH; YEHUDIT ROSNER; RIVKA
SAPIR; SHAY SAADON; DALIA CORB; RUTHI COHEN; GILA JASPER; NAOMI WEIZMAN; PINCHAS
BECHER; MAZAL MEDINNI; DANIELLA BRUCHIM; NAAMA MONSONEGO; YOSEF; TINY BAR; PARLY
NOYHOFF; RAM KATZ; ANTON MILOSERDOV; YORAM DROR; SHAUL SHWIMER; DANNY
ROSENFELD; AYANA AYALA YOSEF; ARIEL YAAKOBI; HODAYA TAHARANI; ADIEL AMIR; SHIMON
YAFFE; SIVAN TURJMAN; TEHILLA NETNAYAHU; REVITAL and YORAM YAZDI; ZAHAVA WEISS;
REVITAL TAL; NATI NAKASH; NER NERIA MALIHI; ANAT KEINAN; MICHAL DELOYA; SHLOMO
NAGAR; TAMAR LAVI; ARI YAOZ; AMOS COHEN; AVIAD WOLF; GEULA HARTMAN; FELIX
SHKOLNIK; MIRI NAGAR; NOA FERDMAN; AMIR SCHOR; MOR KUPFERSHTIK; TOMER EITANI; HANI
DEUTSCH; KEREN SHLEIFER; JENNY GOLDENBERG; YAN BOJOR; AKIVA BEN DAVID; TOMER
TZABAR; HAIM GOLDBLATT; YUVAL COHEN; ANAT GLAZNER; AVIAD LASRI; ACHER SARIG;
ELICHAI AMAR; YAAKOV IDO; YOCHPAZ MERIZEN; YUVAL ARGUATY; TALIA GREENBAUM; ZOE
AVRAHAM; AVIHU ZINI; YINON TAIRI; SHANIT MICHAELLI; MOR BORNSTEIN; SAMMIE MOALEM;
HEN SERI SHAULIAN; ADIR BLANSH; HIRSCH GUREVITCH; BINYAMIN COHEN; IRIS ATIAS; GIL
RAFAELI; GERI GITMAN; IRIT MIRON; ADIR SHIFMAN; SHLOMIT VALENSI; ATARA HOD; YOSEF
LUSTGERTAN; ORNA RAV HON; GUY YERSKI; RINA HAGAI; AVITAL LUZ; EYAL GERSHONI; HADAR
BIRAN; EITAM LUZ; ELAD ELGRABLI; ELLA SHERKIN; AVIAD SHRIKI; VICTOR VARDUGIN;
SHARON AMSALEM; KLARA HOLTZER; MEITAL ITZCHAK; EITAH CHESTERMAN; RON SHAKED;
SHMUEL BLUM; BENNY BAR; BEN HANYA; AVIYA SCHWARTZ; ELIASSI YOCHI; REUT MALKA;
RAFAEL YOSSEFOV; SHOVAL ASSRAF; SHALOM ABUTBUL; OMER ARBIV; ORA REUVEN; OR
SHAIBI; ARIELLA AFGIN; BATYA WEINSTOCK; HAGIT PORTNOY; ALONA GELMAN; NIR GARPH;
SHIRI DARSHANI; BEN SHARON; NISSIM ZERBIB; MOREL HURI; AVRAHAM BEN ABU; NAVIT
SHARABI; ORI MELLET; MANDY GREENBAUM; AVIRAN MASRI; TEHILLA SHERBETOV; AKIVA
HORGAN; GIDEON NAOR; YIFAT PIERNEN; MORAM SHAKED; RUTH HANINA; AVISHAI GABAI; TALI
AMIR; TAMAR ZUR GIHON; ADAM COHEN ; AMIR NEEMAN; NATALI NAHUM; RIVKA MAATUK;
RON BALULU; NACHMAN GETTER; TEHILLA POLSKI; ROI PERRI; SHIR RAJUAN; VICTOR NAFBANI;
SUSAN TOVLI; ITZIK LEVI; SHIREL AJAJ; BINYAMIN GABAI; NOAM KOCHAVI; AVI COHEN; TOMER
HILEL; DARIA YEMINI; NADAV BENSHUSHAN; SHAI WOZNER; AVRAHAM LEVI; MATAN TAL;
ISAAC CATALAN; EVA KLEIN; MENAHEM MENI COHEN; MAOR MENASHE COHEN ; OSNAT RAZ;
IDAN AZULAY; ANASTASIA VLASENKO; SHLOMI ASHKENAZI; EREZ BASSON; AVI TABIB; YAIR
RATZON; NETANEL MAIMONI; AVITAL HINDI; ELI SHACHAR; LENA ASHKENAZI; MAYA RATZON;
ROTEM LAPID; MIRI ASSAYAG; DAVID HADAD; ANER DOODAI; ZEHAVA SHAHAR; CHEN
LENTNER; EREZ TESSLER; YONATAN COHEN; SNIR BEN LULU; AVICHAI SAMEACH; EYNAN SAGI;
MOSHE DAUODI; SARAH RAZ; ELISHMA GOLOMB; LAHAV TOCKER; YAHIN BOKHNIK; NADAV
DAHAN; LIRAN RAM-FELD; CHAIM BENARI; SAGIT WEISS; RONIT BENARI; AVIGAIL SHEININ; NATI
HINBERGER; NIRA SADEH; ORIEL BELAMS; REUVEN BODENHEIMER; JOELLE BEN OVADIA; REUT
ASHKENAZI; ERON YAVLOTZNIK; MICHAEL AGOZI; YAEL BAR-ZOHAR; AVRAHAM MALACH;
NAAMA SHRIKI; ALEXANDRA COHEN; MEITAL KAPPACH; GUY GIRHASH; AVRAHAM LEVI;
ALMOG LEVI; ALEX IANKELEVICH; ILANIT DANIEL; DANI MEIR; YARDEN DUIDOV; DOV BARAK;
AVIEL YEROCHIMOVICH; IRIS COHENIAN; FYODOR SAPIR; IRIT MEGAZOMOF; DANIEL LEVI;
DVORA TOLEDANO; LILACH BEN MAOR; SARAH WEITZMAN; CHANI FRIEDMAN; MORAN DROISH;
OSNAT MALKA; SHIMRIT BARAK; ALISAF MOAS; AMAR ARAIZA; SHLOMO KOL YAACOV; YAEL
ADAMTI; YOMMI YAMIN; RAFI NAZROV; EFRAT DAHAN BARDGAN; IDIT ELBAZ; ARTHUR
RUBINOV; ANAD ALATRESH ABU KAF; VICTOR REITMAN; ZEHAVA MELCHIEL MENASHEOF; AVI
EISENBERG; DANI LIBERMAN; EFRAT KORMAN HEFETZ; CHAIM GUETTA; ANAT BEN ARTZI; MAOR
SHANI; YEHUDIT BARBI; MORAN SKORI; MIRIAM AMAR; SHAY BASHAN; YOHANAN FORTZNEL;
TOVA FINKEL; OMER MOR; ADI SINGER; ITAMAR ABARGEL; SIVAN MEKDOSHECH; NIR ZVULUN;

SARIT EIGER; MOSHE TZACH; OREL EFRAIT; NATHANIEL ILUZ; ASHRIEL BEN SIMON; ADI COHEN;
NIR SHMERTZ; MAOR BEN SIMON; RUBIN GRUNWALL; OR BEN EZRA; NIR KADOSH; NIV YAAKOVI;
RANANA MEIR; LIZ AMIR; RONI LANIS; NINA BABAYV; YEHUDIT LEVI; BARAK KOZAK; HANAN
REEM; HADASSAH INSELBERG; TAMI TZACH; TAL ZALMEH; YAVGENI MEDVADEV; YEHUDIT
KOZAK; TAMAR FRIEDLANDER; YARIN HAVANI; LIAT LUTATI; EITAN HOVAV; LEONID KHALIF;
DAVID HASKY; AMIT BROCKOVICH; ALIZA SHOR; LENA KUNIN; MOSHE MI; HADAR PERETZ;
CHAIM BITON; CHAYA WINIARSH; ALON TZUR; ADI BENISTI; NAVIT SHIMONI; NISANA LIPSHITZ;
OVADIA OVADIA; RACHEL SAMAMA; OZ ZADKANI; PINCHAS DVARSHWALI; ELI KATSOVICH;
MICHAEL RASOVSKY; NATALIE OHYON LEVI; AVISHAG MACK; SHLONI LEVI; NECHAMA TRENTO;
ELIRAZ DRORI; NOGA HULLMAN; ELI ELUSH; SHLOMI MIZRACHI; YANIV KORIT; AVRAHAM SAIG;
SHANI AVGANI; ALEX KENIFEL; YAEL TISCHLER; KINERET CHEN; MICHAEL SIMNEON; PNINA
GACHTMAN; BORIS SMETANIN; KALMAN LABINSKY; SHERI KENIMACH; DALIA LEVI; LIEL AZI;
ODIA OKSHI; NECHAMA DINA BEN HOR; RONI ZEIG; DAVID ABARGEL; SHMUEL GRIGER;
GERSHON YACONT; OREN OKSHI; EYAL GLILA; AVITAR MALIHI; MAAYAN GROSS; MICHAL
DANNENBERG; ELIRAN NEVIZDA; DEVORAH LEAH FROSH; ZACH SHARON; SIMA DANINO; YARON
SIANI; ORIT ADIR; MEIR YAACOV; SARA SHORETZ; YAKIR TURGEMAN; ITZIK GABBAI; DANIEL
UNGER; OVADIA DROISH; SHIRA YAMIN; SIVAN COHEN; TAMAR AVGAI; YORAM BEN SHABBAT;
RONIT BETZALEL; ALEXANDER GELLER; ISAAC GINZBERG; MICHAL ALLENKOA; YAAKOV
FEIGLIN; CHAIM BRICKMAN; MORIA HANIA; YAFIT SHILBOVSKI; LITAL NOAH; LIHI SHAKED;
MICHAL WAOMAN; ORLY PERETZ; DAVID AMAR; MIRI BOXBOIM; SHANI RUBIN SEGEV; RACHEL
ASIDO; MOSHE KAZAN; YEHUDA ARBEL; ALEXANDER HAYTOVICH; YUVAL LEVI; ITAI LESHEM;
KEREN AMAR; DALIA DAHAN; NECHAMI AKIVA; ROIE ZAIDA; MATAN TREBLISI; BAR ALON; SARA
CARMELI; AMIR SHIRI; LIELLE ASBAN; URIA BEN HAIM; ORIT ATARI; NECHAMA RUBAK; LIRON
SHIRI; SHLOMI MOLIOF; KUSTA ADMANKO; YOEL GALOR; AMITAI HOROVICH; AVIGAIL PAZ; RIKA
ZEMACH; YAIR HERSHKOVITCH; ADY FELDMAN; RACHELI TAL; NETANEL BASSO; LIOR MADMON;
SHAKED KOMAMI; AVICHAY SHIMON; TALIA NASH; BELLA BOTRASHVILI; LIOR SHEM TOV;
YONATAN RUBAK; HAGGAI SIMAN TOV; ALON SHOSHANI; SARIT COHEN; ADI DIAMANT; EITAN
SPITZER; OFIRA BEN YOSEF; ISRAEL WARTZRINSKI; LIAT DAY; NAOMI KIRASH; HILLEL KALMAN;
MIKI VADRASH; ROM HATUKA; NATAN KREIMER; NOAM BEDEIN; ISRAEL SCHECHTER; JOMANA
KASHKUSH; LIRAZ LADEL; ADAM ZINTI; ADIT CHEN SHAPIR; KEREN COLLINS; YOSI KOGMO; MOR
ZUDIK; ARIEL DEIL; GIL HARARI; ISRAEL DAHAN; ELI SOLOMON; AMIT VAKNIN; NOFAR
DIGODAKAR; RACHEL PALGI; MICHEL ALOSH; YOSEF GROSS; MARCEL ALOSH; ITAI ZAGURI;
SARA PERI; LELI ASA; YAHAV HADAR; ITZHAK JACOBSON; SHAHAR BORON; NETANEL SIMAN
TOV; BENOUAICH DAN; SARA COHEN; REGINA DOCTOROVICH; ELI ZAFRANI; ODEYA NAIMAN;
AVITAR NAIMAN; AVIVA ZAFRANI; GEULA LEVINE; RUTH KIRYATI; DANIEL PELED; HALELI
SOLOMON PELECH; ZAFRIR DOTAN; SHANI GANLAN; DEVORAH ENGLANOFF; NITAI AVITAN;
PINCHAS ALLAL; AVI APPLESTEIN; ELISHEVA WALLER; RONIT PELED; DAVID ELIMELECH;
YAKTRINA GONCHAROV; ROBI DUDKOV; RAPHAEL BARUD; SARA POLLACK; MEIR ASULIN;
BOSMAT ZABARI; LEO ZYLBER; COADY GOODMAN; ORIT SEGEL; ORI ACKERMAN; SEGEV
GANNON; ELYEER COHEN; DAN BASHARY; MEIRAV TIOTO; ORIEL CHEN; GIZEL ASKAR; RYAN
LAZARUS; YAAKOV MECHLOVITZ; JOSHUA VISPISH; ELISHA DAGAN; CHAIM SHEMESH; KEREN
KATABI; SHAUL BASAL; ELAD MIZRACHI; ELAD ASAEL; DVIR MALKA; DANI BASON; MOTI
ROTNER; RINAT PRESSER; LEAH TRACHTMAN; OSNAT TURJEMAN; BENZIPN RUDEL; YOSEF LEVI;
BARAK ELKAYAM; CHAGGAI COHEN; ZIVIA FINKLESTEIN; AVITAR BEN-DAVID; IDAN COHEN
YASHAR; AVI SHANI; MORIA NACHUM; GABRIELLA BLATMAN; MAOR NACHMIAS; GILAD LEVI;
NEHEMIAH BAR-SHLOMO; SHULA BEN SOLOMON; LIAT ARONOVIZ; AHARON HANANEL; DANIEL
SOLOMON; RENE WALLAGE; DALIA SCHWARTZ; TZLIL BUZGLO; SERGEY MARCHANKO; DOR
GETZ; NETANEL BEN ISSACAR; DAVID BAR HAIM; BARCUH SHALOM ASHKENAZI; RONEN LEVI;
MAAYAN ISSACAR; AVI GUETTA; NIR CARMI; ISRAEL YITZCHAK ECKSTEIN; CHEN SAGIV; YUVAL
OHAYON; DORON SINGER; ISHAI BEN ABU; ZVI THALER; TAL COHEN; OHAD BEN DAVID; AVITAR
ZAN BAR; JOSHUA LEVY; ITAMAR NAGAR; REUT AFARGEN; SHANI TUVAL; ANAT DAHAN; TAIR
DAHAN; DAVID AHARON; RACHELI DANCHAY; TAHAL GAL; YANA GRANT; YEHONATAN FORT;
MICHAEL MIZRACHI; YARIV SOLOMON; YARDEN MIZRACHI; DORIAN MOR; MICHAEL FESIN;
DAVID LAVI; DANIEL BAR CHEN; EMIL YAAKOV; YAEL KEINAN; GUY TRIP; EREZ YAKOTI; ARIEL
GURI; ALBERT RAZ; ALON BURAK; SHLOMI ISHAI HANGARI; ELLA ROGOV MIROCHNIK; NITZAN
SNIOR; OFIR YAHAV; LAHAV HARRARI; SIVAN MOSHE COHEN; TZIPPY MUSKOVICH; SIVAN

SHLOMO; RAVID MAZON; KLARA BRIKER; NETANEL ZAK; KOBI IFARGAN; LIAT BARDA; LIOR
WEINTRAUB; MORDECHAI COHEN; AVRAHAM AVRAMOV; ADRIAN PENCOVICI; DVIR SHINAR;
AVRAHAM GREEN; MENACHEM DACH; OR TAVOL; KFIR BAR ARI; AVITAL BEN HORIN; NAAMA
AMIT; YEHOSHUA HOLTZMAN; EFRAT GANAN; SHIR BEN DAVID; ELIOR AVIAD; DOLEV AMARNI;
TADHAR KARO; HALI MALIK; ASAF RUCKAH; NOA HADAD; AMICHAI GODINGER; ROTEM HADAD;
SHLOMO HEFETZ; RINA GERMAN; ZVI NAHALONI; DANIEL ZFAR; CHAGGAI EZRAN; BAT-EL SHEM-
TOV; YEHUDA ELMALIACH; ELIOR YOSEF; ORTAL ELMALIACH; NOAM TENNENBAUM; SHLOMI
REMEZ; VLADIMIR TEM; OZ ITZKOVICH; ISHAI KATZENBAUM; NACHMAN LAVI; NIMROD ZEMEL;
MORDECHAI POPACK; SHALOM COHEN; GILAD ADARI; YONATAN LEVI; YORAN ATTIAS; NETANEL
BETZALEL; RACHELA AVITAL; SHLOMO SIMLA; RE'EM HALAMISH; ZE'EV TOFFEF; LIRAN ZOHAR;
YARIN ARAD; OMRI TRABELSI; NADAV LANDAU; ADINA GOLDSTEIN; AVIK ROZENBAUM; SHIRA
RAPHAEL; MAY GOLDFISHER; ZION SHAI HADAD; IRIS MICHAEL; GALI COHEN; LIRON MAGENZI;
TEHILA YONASI; AMICHI GABBAI; PNINA SORSKY; SHNEYER ZEIGEN; AMIT ZAKAY; ORTAL
COHEN; SAGI LAKTIVI; ASAF BRIGA; HANNAH YERUSHALMI; OFIR SIBONI; DEAN GUETA;
YEDIDAH AMRANI; RODIAN LIANSKI; RUTI KAPLAN; CHEN AVODRAHAM; MOR MAMOIA; RINAT
SIRI; BARAK ARZOAN; NADIN SELTZMAN; HAIM BAKSHAIV; CHRISTINA ZIUV; SHMUEL HAGAR;
GILAD ZWICK; YOSEF ALIMA; ORI PERETZ; SHAHAR SHARABI; YEHONATAN ELIZUR; MOSHE
SAPIR; SHIRA SELAH; ADIYA FISHER; AHARON DAHARI; MOSHE COHEN; NETANEL LAVI; SHLOMO
MANN; ROTEM RAYBEE; MENACHEM MILLER; NIMROD FELDMAN; YOSEF BUBLIL; BAREL
MISHAL; DUDI ZAGGA; HAIM SHITRIT; SHARON INDIZKY; YIFAT COHEN; HILA BADASH; ZUR
BADASH; ORLY ALHARRAR; BATIA ELBAZ; ORON BEN SIMON; TEHILA MAKOV; ELIA OSHRI;
DANIEL FRIEDMAN; DAVID BEN NATAN; YOHANAN BOKSHAFAN; ATARA FLOSS; ELIHU LEVI;
SHIMON BENGIV; AHARON GETTER; ILAN MAMAN; EHUD BAR LEVAV; MONI CAHU; DAVID
MOLCO; ARIEH COLIN; OREN HANUNI; EDEN SADEH; RIMA WAINER; SAHAR ASHAD; NATHAN
SHIVER; ORI TAIRY; NAAMA GONNEN; SHARON MIZRACHI; ELI REUVEN; AVRON OLWYN;
DINAMOR SHABU; DAVID AVRAHAM; ILYA KLEIN; ASAF COHEN; ILANA SIMANTOV; YAKIR
ABUGAZIR; RAM FRIEDMAN; OFIR AVISHAR; DIMA SHER; SARA KOSTINER; ROEE OPHIR; NADAV
PANUEL ROKACH; EFRAT PERETZ; RAN SHMUELI; EMILIA ITZHAK; LIOR ASFOV; ITAMAR ELISHIV;
ASHER BEN NUN; SHAI LOCHI; TEHILA MARGALIT; NITZAN DORI; MENACHEM CHAI VAKNIN;
DANIELLA NAVARO MATA; SERGEY SMOLOVICH; ELI PERETZ; ILANA SIBILKOV; ORLY ITACH;
AZARYA FERRELL; OR HERVER; TOMER KARO; KARYN ARAD; JOSHUA TURGEMAN; MOSHE
WALLERSTEIN; AZRIEL SINAI; TAMI ALKON-LORBERBAUM; CHEN LEVI; NERIK ELIAV; MAAYAN
BRAKEMEIER; AVRAHAM YEUDAI; BATIA TAL; LIRAN BLUM; ELAD FRANKEL; SHIRIN KFIR;
KALKIDAN TASSAMA; SHIRI MALCKIN; CHEMDA HAGBI; ADI LEVI; ORIT NACHMANI; AVISHAG
SAIDA; YAACOV MAI-BAR; YEHUDA ADIVI; ANA PUSHINSKY; MATAN PADAEL; HAY TURJEMAN;
SHAULI CHAGAG; ZAKI HAZAN; TAL KADOSH; GREGORY KELVIEV; GILI LAHAT; NADAV PARTUK;
YOAV HOROVITZ; NOFAR SHINEFELD; AMRAM FRIZAND; ISRAEL OVADIA; MICHAL HAYT;
YEHUDA MARON; SHIMRIT RISIS; YAACOV MARCIANO; DAVIDI BEN ZION; YAEL SHOSHANI; NERI
DADASHAV; ELIMELECH HABUBA; ESTER SALOMON; DOV ETZION; JOEL COPELAND; RIMMA
SHUKROV; MOSHE KIN; OR ZOHAR; ALMOG PAHIMA; SHIMON LEVINE; NAAMA BASH; ILANA
LEVI; HADAR GOLAN; ALYSE ARBIV; ORNA GOLDHAMMER; ADAM LONDON; MICHAL OVED;
VERA TAGANASKI; RAMI TAGANASKI; TOMER HADAD; EVGENIA YERUSHALMY; JONATHAN
CUTLER; SIVAN SANDLER; OMER COHEN; OSNAT MIZRACHI; DOREEN BENIEL; ITZIK MENA;
NURIT AYDSES; URIEL FLEISS; YALENA KONOVLOV; SHIRA ATZAR; REVITAL DERI BEN SHALOM;
EVIDA FENSTER; LIOR LENTZITZKI; GABRIEL ABU KASHAF; LIAT COHEN ZAKEN; BEN NAAMAN;
SERGEY LEGKODIMOV; CHAIM GERASI; CHEN COHEN RAPHAEL; ORIAN BATESH; ARIEL FRYFELD;
TZILI PLEBAN; INBAR LEVI ; GUY EVEN TZUR; TEHILA STEINER; BARAK SNIR; ROTEM BOSANI;
AMIT BORNBLUM; ALEXANDRA CHANANSVI; TALI COHEN; ROEE ELKRON; BERENIKA GUTTMAN;
NETA FERRELL; REUVEN SHARON RAPHAELI; ISHAI TITLEBAUM; NETA COHEN; IYAR LIN; YOEL
SHNITZLER; RAPHAEL HADAD; AVITAR IPARGEN; OMRI MIZRACHI; JULIA INAS KLEINROCK;
SHIRAN HADAD; YAEL HOLLAND; ITAI ZAGURI; ORTAL GUETTA; LIAT NEVE; NOY BEN ASULIN;
ROTEM LIFSHITS; OMRI BITON; ITZIK BACHUR; STEVE DARON; REBECCA BEN SHALOM; YARON
BOTRASHULI; MEITAL WILKOVICH; YIGAL GALMAN; ELIHU FELDMAN; YAKIR HADAR; SHLOMI
HAZUT; YANAI MALIK; DORIN EFRAIM; SHANI SASON; YULIA TENNENBAUM; ITAMAR KEINAN;
YECHIEL WEISS; RACHELI ORBACH; MAAYAN DAGAN; AVINOAM DANINO; EITAN PADIDA;
MOSHE TATRO; SHIRAN HASON; DUDU COHEN; YONATAN MARKMAN; ORI MEIR; YAAKOV

BOZGALO; SHAI ZAGURI; NIR BRAV; YURI BEN; ASAF ASHKENAZI; JOSHUA SOMER; YAFIT
JEREMIAH; GOLAN SANKAR; NIRA SHMUELI; TOMER GUTIAN; SHOSHI HORI; FANNY KALFON; ITAI
EZRA; ELI MATLUV; SHMUEL EFRAIM; ELLA SHERMAN; YARON BERLINER KEREN; INGA MOREH;
KEREN SHARABI; YULIA KORENBLAT; YOSEF GOLTZ; REGEV COHEN; LIOR ELIHU; ROTEM AVANI;
ARAN HALEVI; EYAL DAVID; SARA ALHADAS; RACHEL SAKLI; YOSSI ALHADAS; LEAH GHEBER;
MICHAEL REITBERG; MORIA KARMON; NILI AHARON TAIYAR; ALICE ORBINO; DAVID BEN
BENJAMIN; ETTI COHEN; AHUVA AVANI; MOSHE PRITZKY; HELEN TOKMAN; SARAH SINAI;
RAHAMIM SHMAI CHAIM; LEE LIVNI; ORNIT SAGI; YAFIT YONA; YAMIT SHABTAI; ISRAEL
BRIKMAN; DANA YEHUD; RUTH KACHALOV; NORI AVIDAN; MICHAL POMERANTZ; VERONICA
DORON; MICHAEL OHAYON; KARNI ZIONI; KATY PINHASOV; RINAT NASSI; EFRAT COHEN;
SHLOMI OHANA; DANNY CHESTERMAN; YAACOV SHOAT; ARIK POMERANTZ; SHAI COHEN;
AVIGAIL ROSH; CARYN LIPSON; ALHANAN YEHUDA PROCTOR; SAHAR ZUR; JUDITH SALAMON;
NEORA SWEDE; YANIR EZRAN; ORNA LEVI; DORINA NOVIK; INNA VAKNIN; KOBI AMSALLEM;
OSHRAT KEREN; DAHLIA GONIKMAN; TOMER MAMAN; MORAN HOFFMAN; MORDECHAI
HOROWITZ; DAVID MICHAELI; AVIV COHEN; ELROM LULAI; EZRA GANUT; SARA KAPLAN;
SHLOMI BAR-DAVID; GAL BEN YEHUDA; MIRI HAREL; GLIAT MIMONA; BORIS VOLANY; AYELET
ESCOZIDO; YAEL HALLMAN; TSLIL TSABARI; ORNA BEN HAMOU; DANIEL WAYSMAN; MAY
VALNASI; ELI MIZRACHI; AVNER KALFON; GIDON SALAMEH; NISSIM HOFI; DROR ITZKOVITZ;
ITAMAR MIZRACHI; KEREN STOLERO; RAVID TANAMI; KOBI PESACH; GILI PRESKY POPOV; ITZIK
KADOSH; OFER LIRON; RIKI ASHKENAZI; LEONID LEMESHKO; AVIRAN BOKOBZA; YONATAN
BEZALEL; YOSEF IGEL; MOSHE KAFSHIAN; EYAL MAIMON; IDIT COHEN-ELYASAF; OREN DAHAN;
GUY GADOT; MAYA SHILON; ARBEL ROTTMAN; MOSHE RAVIV; DAVID GAVRA; ZE'EV KOVALSKY;
YANIV POTTERMAN; MIKE KOLIVE; YAGEL KOCHAVI; EREZ DOACK; OSHRIA AMAR; ORIN
BEZALEL; NOYA DAHAN; OFRA KALFON; AVIEL GABBAI; NAAMA YAARI; SIMMIE KEHATI; LIOR
DAVID; GALIA GORDON; REUT MAOR WEINTRAUB; GAL AMAR; OREN AMAROSI; DIMITRI IZNYUK;
MOR GUETTA; OSHRIT DAHAN; DOVEV HEFETZ; SNIR SHADADI; BARAK ZACH; MEIR COHEN;
AMIR FOX; YONATAN HEZEKIAH; REVITAL SHIPMAN; HANNAH LUTZSKY; SHLOMI EZRAN;
AHARON MILLER; BARAK SALOMON; AVIGAIL TAITZO; ANNA DENISOV; SHARON GAVRIELOV;
NETANEL MALUL; GOLAN ALON; ROEI GLICKSTEIN; YOSEF GETAHON; YUVAL YAACOV; INGA
COSTER; CHEN NATAN SHABAT; ADI HYON; TANIA SABIRNOVSKY; ELAD SMILOV; GAD KELLER;
MATAN SIDI; TUVAL SHALOM; SHAI ALMALAM; NOA BEN DAVID; MICHAEL KIRKOVSKI;
MAAYAN BENTAL; EFRAIM NIAKAN; SARA NAGEL; RAPHAEL FARJOUN; KEREN ROSENTHAL
NIGRI; BENJAMIN EIDEL; AVITAL AVRAHAM; VLADISLAV KOTBOSKY; GAD DANIEL; AVI BARNO;
YISHAI GREENBAUM; YAAKOV KAPUSTA; ELI BATTAT; DAVID FITUSSI; AYELET COHEN; ERICA
PENN; SHAI ASHUSH; SMADAR LEVI; GIL MARCO; SHIRAZ TAMAR; YAIR ITAEL; MILKA LAHAV;
ARIEL ELKSALASI; ORIEL KALIFA; OMER BEN HAIM; MORDECHAI PETCHO; HAGIR AIZEN; NAAME
MUALEM; RONI ISRAELOV; RAZIEL AIZEN; IDAN DAYAN; AVI SAGI; VALERIA BRISKIN; YONATAN
NURIEL; ITAY LIVNEH; RONEN ZAR; TOMER GINO; SHACHAR LAUFER; IDO ILUZ; ALEX NURIEL;
ANA LEVIN; OHAD SHAKED; NIR TAL; ARIANA DANN; SAMUEL BOROCHOV; HANI SINER;
MERCHAVIA AVICHAI; NISSIM ADI; GOLAN BEN DAVID; RAFI SHALOM; MEYTAL SHAVIT; NETA
NAVON; YAEL JOSEPH; DAVID JOSEPH; SIVAN DAN; TAMAR NOA HAR-EL; AVITAL OHAYUN; OR
MANTSUR; FELICS NES-ADAM; SAHAR YAACOBI; ROOBEN HIRSCH; MOTI BEN BASAT; CHAGAY
LEVI; ELHAY ELBAZ; SHLOMIT COHEN; OZ MENACHEM; IRINA AKERMAN; DR. EMANUELE DALLA
TORRE; TALOR AVITAN; IDA BIDERMAN; YACOB GORDON; RAMI AHARON; ALON AMSALEM;
ASHER HALFON ; OHAD MEIR ; VALENTINA ROZENBLAT; HAGAR LEVENBERG; HOFIT YAMIN; ORI
KRAUSHER; OMRI DEUTSCH; EFRAT ORBACH; RACHEL MADAR; SIGALIT AVIV; NETANEL YOSEF
ILANI; NAVA GRESTENFELD; AFEK ELNEKAVE; PATRICIA HOROVITZ; SHLOMO OHANA; GALIT
GORALIK; YORAM NERI; VIACHSLAV TOSOV; ALON NAHARI; AMOS HOROVITZ; MIRIAM GIL;
YANIV MOAS; LAURA SHARABANI; SHULI KAMPINSKI; SHON ZANTI; LIAT LEIZER; SIVAN DAVID;
YOULI HOROVITZ; YOEL COHEN; ILAN TAL; LEA SHAPIRA; YOSI HAI ZION; BAR ZOHAR SABAN;
NIR KRIEL; SHILO TABIB; LEAH SHABTAI; ILYA TRAIER; AHARON EYAL; TOMER TEPER; DANA
FINKELSTEIN; NATALI AMAR; ELINA IOFFE; JANET TSEZANA; CIE MINTZ; MOSHE BLOY; OREN
TAL; AMIT MAOZ; VIKI AMRANI; ITAI DADON; EFRAT TSALIH; DOV BACHUR; ELIYAHU
GITELMAN; AMICHAI WERTER; ANASTASIA GORDEYEV; HAIM ROSNER; RON NEUMANN; SAGI
SHOHAM; GILAD IANGER; TSIPORA RIVKIN; HILA YAACOV; HAIM TRACHTENBERG; YAIR
KAUFMAN; ELLI BEN ZVI; IMRI WEISS; ELISHEVA MOSHE; SHAI MOSHE; BORIS MORIC; ANDREY

KESTKIN; MARIJA MORIC; DAVID KITAY; SIVAN SIKSIK; ALEX BOGOSLAVSKY; ORALI BERNBAUM; MILI SHLAGER; AVIV KRAMER; BNAIA ZUCKERMAN; IGAL VOLKOV; SHIRAN COHEN CHAGAG; SAPIR TWITO; HANI LANDVER; ARIEL SMIT; LJERKA MORIC; REUT GARZON; RONA COHEN; YAEL SOFER; MOR ATIAS; SHOSHANA ATAR; OMER LEVY; YAEL ASHKENAZI; ALEX VENDROV; DOR GAON; GADI UMANSKI; GIDI DVIR; TAMAR ZMORA; EITAN EGRI; ORIT BEN NAIM; LIOR SHULMAN; NETA BINYAMIN; YOSEFI KALFA; KEREN ABUTBUL; MICHAEL DAHAN; DAVID DAHAN; RICKI COHEN; ELDAR MUALEM; GILAD VOZNIAK; RAVIV MUALEM; EDEN AVISAR; ERAN LALUM; ELDAD KASPI; HADAS HULI; NATY RIMOH; REUT MADAR; ODED ASHOEL; TALI POLAK; RACHEL YOHANNAN; SHELLY KLEINMAN; AVITAL RON HASAN; SERGI BALOV; SHY ATTOUN; ILIA SOKIRANSKIY; MEITAL SINVANI ; MENACHEM FUX; MIRIAM COHEN; ANAT ZALMENSON KOZNITZKOV; FISHEL BERKOVICH; GOLAN AZANI; LUBA LEYBZON; SHILO BEN ABU; YONI MOR; ARTHUR LAYKIN; LIRAZ TAL; TAL FRIDMAN; DANA BIRAN; YISRAEL ROSNER; HILA MAMAN; MEITAL BITON; MORDECHAI KOCHAV; EINAV MARGI; NATAN NAFI; YIGAL KRON; ELI RAZABI; MICHAL LOUZON; GOLAN AHARONOF; ERAN SHALISH; YAEL FAINBLUM; LIPAZ FREIDMAN; NAFTALI HOREV; MAAYAN RATZAM; NATALYA SHEM TOV; JESSICA COHEN; KOBY HOCHMAN; LIRON SHMUEL; BENAYAHU HAVIVIAN; KEREM LANDMAN; SHANI BAGOLA; KEREN SHERRINGTON; BARAK BEN AMI; SHANI BEN DAVID; ITZHAK SHIKURAL; MAXIM NASIMOV; RONI HATU; YACOV MAZUZ; TAMIR PERI; DAVID ZELKIN; ZIV RASKIN; SHMUEL RANELS; DANA ROTHCHILD; ELA LARDO; YAKOV HAHAM; RANEL COHEN; MEITAL FLEISHMAN; YAKOV SKAZI; KG; ORTAL OHANA; ELI ELLOUK; HEZKIEA BAR NATAN; OFRAT BERKOVICH; ILIA KATCNELSON; AMI OZ; RICKI KOREN; SHIMON COHEN; DAVID YERUSHALMI; DINA ASRAS; BEN KIAT; ARIEL EYLON; RACHEL AVITAL; ROMAN MORTOV ; OSHRAT LUTZKI; ISRAEL ABRAMOVICH ; ERAN KRIAF; MAOZ SMADJA; DANIEL TEDGI; LEA BENZINO; ISHAI LEVI ; BEN SHTAYER ; IZHAK BONI; VERED WAISMAN; SHARON MAYO; ALMOG SHMUEL; RACHELA BARBI; AVIV SIDLIK; BARUCH SASSON; GIL KENNY; JULIE LEVI; IGOR KURDADZE; BARAK DAVID; SARA BRIL; KARIN LEVU; AVIAD FIRUZ; YARDEN GABSO; NIR DAVIDOV; NOAM ORBACH; DANY OR; ALEXANDER FABRICANT; KIRIL UNGORIAN; VLASDISLOV YANOVITZKY; MIRI EISENBERG; MATAN LEVY; RONEN DAVID ELMELECH; SIVAN MALOL; ISRAEL WINICKI; TIMNAT SAHAR; ELON YOSEF; SHARON AVISROR; SIGI GOLAN-NECHAMNI; ANA RAHAMIM; BARUCH ZERBILOV; ALON YOSEF; YAIR RUBINOV; RACHEL B; OREN SEGEL; RIMON WEISS; MARVA BAR; KEREN SACHROV; AVI SALMA; VIDAL BRANDS; SHIMON COHEN; TOMER HAREL; YORAM TABOURI; ORTEL SINAI; ALON HAZAN; SHIR ANISIMOV; MICHAEL DORON; GALIT NAIM; VICTOR KALIMI; ERAN RABINOWITZ; ADAM TOT; EVA CHAVI EISENBERG; MORAN BINYAMIN; GUY DANIELI; MAAYAN SHARAVI; GALINE SKOLNIKIV; AVRAHAM ROST; MATISYAHU GREENSPAN; NIR PINHUS; AYALAH GANTZ; RONIT GAL ELGAN; YEHUDA AVITZUR; SHAHAR SHITRIT; DANIEL PHINIAN; JENYA KOGEN; LIAT TZEBRI; ZOHER ABU AGAV; SHALOM COHEN; DANIELLA LERMAN; MEITAL BERENHOLZ; ERAN YEHUDA; ROI BARAK; URIAH BRAYER; IDAN SHOOV; SIVAN ZORACH TZIPNI; EILAN BEN SHOSHAN; NAOMI ROSH; ELLA MAMOL; CARMIT SHARABI-LANDAU; GAL BEN LULU; JULIA MAMCHECH; ROI SEGAL; ERAN RABINOWITZ; SHLOMI HALY; HEINAN ZOHAR; ELIAN HOWITT; CALUDIO BAITER; AVIVA ASULIN; MATAN KRIS; DORIT AMSTER ; AVIV ZIV; HILA COHEN; YANIV JEIBRI; ASSAF CARMI; NUFAR YOREN; SHOSHANA YECHEZKEL; NECHAMI ERENBERG; GUY GOODMAN RENTER; GIL FERDINARO; NIR DIAMONT; MICHELE GRAFSTEIN; HILLEL GOLDBERG; YAEL ALONI; ORTAL HONRSTEIN; MAAYAN SUSAN; CHANIE GOODFRIED; CHAVA AMIT; AMI HAYUN; RAPHAEL GANISH; OKZANA ZRINSKI; LIOR TZURI; IRIS HENGEL; ANAEL SHMIR; ALON SVIYA; MORAN AMAR; SAVID STARMAN; MATAN DOR; HANAN DANIEL; ISRAEL BARDA; YAACOV SHREET; SHIRAN RAJFORD; MIRI KOGMAN; GALI SEGEV; YAACOV TZVI; AMOS FIDLON; YARDEN BEN GIGI; HANNA TEOMA; ELAD TREBALSI; OLGA CRAYMAN; YURI SAFBEK; LILACH MIZRACHI; OSNAT MISHERKI; YISHAYAHU GROSS; BEN ZION PORMAN; DINA TAHAL; NATAN DRORY; NITHIN BAVY THOMAS; REUVEN MAKDOSI; ALONA MADAR; MICHAL GOLOV; VITALY ESTRIN; BETTY OVED; MICHAL LISAK; ELINORE MAGIDISH RAZ; MAZAL BEN LULU; ODELIA BELSI; RAAYA BAR DAVID; GLENN EISENBERG; MEIRA SESONKER; SHMUEL LEVY; HEDVA BERMAN; ADI COHEN; SHAI COHEN; REUT SHEREM; LITAL ZACHARIA; MEIRAV SHAKED; YANA NAGAI KOSOV; VICTORIA ALEXANDROV; DORIT BITON; EHUD HAZAN; RACHELI MAOR; MOTI HADAD; OR SHAMAI; RAZIEL HAJAG; MATAN ATTIAS; YOSSI GIBILI; HAREL SADIA; YOATAN LEVY; MORDECHAI COHEN; AMIR MARTZIANO; SHAON ZAMIR; EDEN ZINO; TZACHI BOKEL; DIMA LOHMOTOV; TAMIR HAMO; OFRAH DAVID; YOSI ARIEL; ADEL WEISS; ELAD BEN YEFET; ISRAEL

PAZ; NINE SUPER; DAVID MENSBACH; SHAHAR AVITAN; JULIA OSTROVSKY; YONDEV STERN; RAMI DAGAN; MATAN TOLDENI; IGOT KONIKOV; YOSEF ROSTON; AVIRAN SADOK; RACHEL ABICUS; EYAL YAFE; MAOR YAACOV COHEN; YEHUDIT TZVI; TAL BEN YOSEF; YANIV MADAR; ARI PARKASH; YAKOV HAYNA; LUZA OLGA; LINOR MOSHE; CHAYA RIVKIN; SHLOMI NAKI; OLEG RABAEV; ARAN ERLICH; LIZ MADHANI; TAMAR ASAYAG; LIEL NAKI; SHAKED EYAL; NEHORAI NAKI; RINAT AFLALO; AVIV TURNER; ALMOG SHAHEDI; EFEN ELIYAHU; YURI MICHITRIAN; BEN GROSS; ROTEM GERSHONI; AVITAL YOMTOVIAN; SHACHAR NAVE; NAAMA HAREL; MEITA ROSTON; SOFIA HAYAT; HEN SASON; REVITAL SOLOMON; INSA BERKGAN; HILA GIZ; EHUD ITZHAK ADANI; MAURICIO COHEN; ADIR COHEN; YAIR ZUR; TZILA VANGUBER; OLGA KARLOV; MATAN COHEN; SHIMRIT HALIMI; TAUFIK ABU SALAH; GEULA KLEIN; EYAL LEVI; LIORA KALINSKI; IRIS LAVI; NOY MALKA SASON; SHIRA EIZLER; NATAN MORDECHAI; OSHRA SROR; ASAF TAL; DORON IZAKOV; KOBI AMRAM; SARA FRIEDMAN; ARIK LEVY; YEHUDA SABINER; KEREN MANN; RUTH LIRAM; OFIR SLIK; SIVAN SLIK; ; MAAYAN GRUNIS; SHIRA ADMONI; SHIMON FHIMA; TALIS SHACHEVITZ; ELIYAHU TEPLOW; MOSHE BAR; CHAYA RAVEH; TZAHI IZHAK; SHULI KARNI; ITZIK MALKIN; ORI GANEM; YURI GENKIN; NETANEL AZRAD; ITAMAR LEVY; SHLOMIT RABI; URI HANIMOV; CHEN BAR DAVID; NISSIM BINO; SVETA DAYAN; ALIZA NUTA; MOTI COHEN; SHIMSHON AMAR; FELIX UMANSKI; NOA KATZ; MERAV AMERILIO; MAZAL SASON; LILY BEN YOSEPH; LINDA MARSHEL; DANIEL AGADI; IDAN LEVI; AVRAHAM BEN SHITRIT; RACHEL HAITZIN; ORI SHTINMITZ; LEA TIMKOVSKI; SHACHAR KADOSH; ETI UZAN; ODED RAITZES; ORIT COHEN; MICHAEL NEMASTIKOV; TAMAR CHESTERMAN; RAPHAEL NORMIE; TAL JARDAN; BORIS YAROVOY; ANAT SHIRA BUHBUT; ANAT SHIRA BUHBUT; EFRAIM ROTTER; MARIA BROITMAN; DORIT SINYOV; DAVID THAEK; IFAT YOSSEF; ORIA KESAR; ITZHAK MECHANI; LIORA MECHANI; ELDAD GINO; ZEEV GREENBERG; MONY COHEN; OMRI LEIBOVICH; YEHONATAN SLIK; ROMAN MAISTER; NIR SHATZ; OFER NIDAM; NOA EDEN HALEVI; YAEL KELMARO; TZVI KANTOR; YAEL KELMARO; NAAMA TEPER; MATANEL SHOMRON; KARMIT REFAEL; ILYA FAYNSHTEIN; YISHAY GREENBERG; ALEX SAIDOV; DROR AMITSUR; ORLY MALKA; RAZIEL NAHARI; MICHAEL DAVIDOV; STELLA MESICKA; YOSEF COHEN; SHIBOLET ROKNIAN; AVI DUEK; GIL KABALA; BENTZI SHECHTER; ROY IDDAN; AVIV ELIYAHU; ADAM PERETZ; TZVI KLAUZNER; YOAV LEVY; ROTAM HANOCH; DANIEL SHAPIRO; AVRAHAM DAHAN; SHAI BEN NU; DANIEL VASSERMAN; MAAYAN GLIK; NETA SOBELMAN; RACHELI MARKOVICH; BAR SHIRI; DANIEL ROFEIM; KFIR BEN MOSHE; SARA AZULAY; ALEX ERGASHOV; YAEL JEZ; TOMER SHTAINER; VLADIMIR VATASHCHUK; LEAH MOTZERI; ; SHLOMO AHARONI; HAIM MEY-RAZ; VERED KLEIN; LIOR BEN YOSEF; TSLIL SABBAH; JEN LEVITT; SAPIR NAGAR; SHIRA DAYAN; TOM BEN SHABAT; REFAEL RUBIN; TZILA BLOY; NAAMA AZULAY; NADAV SHTEIN; BOAZ ZION; AMIT ZIV; SERGEY LOGACHEV; DAN MONSELISE; MAXIM VIGADOFF; SARAH GAIDI; ANAT YAOBOVICH; VARDA MOSHE; OLGA TAKTZENKO; SIPI FARBER; ELI RAHAMIM; AVIVIT COHEN; BARAK MESSINGER; ORI OR; AVICHAI DAMARI; ORI YOSKOVICH; ALMOG ZIMELMAN; OZ ITZHAKI; ALEX YUROV; NILI OHAYUN; BINIMIN GLUSKIN; ETI ALON; EINAV VOCHSBROT; DAVID ORENSHTEIN; MEITAL SARA OHAYOUN; NITZA ZIV; OSHRAT OHAYOUN; LEBAN MOSIASHVILI; OSHER TUPEHI; NITZA ZIV; TAMAR MAMET; RAN COHEN TZEMACH; MICHAEL COHEN; ASAF COHEN; YOSSI GOLDBERG; ALIZA NAAIM; AHLOMIT BLAU; NOA KU; ADI SHUA; EYAL SHLOMI; HERTZEL DAFNA; HAVA LEMPE; YORAM OR; HADAS AMIT; SHMUEL PEREZ; ESTER REICHMAN; CARMIT KAHLON; ITZHAK ROAS; AVRAHAM PERI; YOSSI TOBELI; SHARON ARONINO; KINNERET MARTZAVIAK; DUDU IFRAGAN; YIFAT GREENWALD; MICHAL PICHENUK; YAIR FARKASH; EVA HAYA IFRAH; SHAY MUTZAFI; YASMIN SCHINDLER; AVIRAN ROTEM; ADI DUANIS; DAVID RUASH; DORON OHAYOUN; TAMI KATASH; ALMOG MESHULAM; DENIS PODOVNEI; RAMI BEN SASOM; YEHUDA LEVI; MOSHE SHALOM; MICHAL KUFILOV; DYLAN NOYEK; YIGAL GLAS; LION LEVI; SARIT ROKACH; ARIEL SHOSTEK; EYAL SILBIGER; KINNERET CHERKI; SVETLANA MOSHKOVITZ; ADI NACHUM; MOSHE AVIAR; BATEL SOLOMON; LIVNAT HADIDA; SIVAN HERPAZ; MEITAL GOLDFELD; MICHAEL GREENSTEIN; TZAHI ITZHAK; DINA YONIN; EDDIE GOZIKER; IRENA AGAYEV; ALLA GOZIKER; RONI EVANE; EMIL YAACOV; BEN REGEV; DVDI EZRA ; VICTORIA BENTZIYOV; OREN HADRIAN; YULIA ZELTZER; STAS KATZIR; OREN HADRIAN; AVISHAY BELKER; NOAM COHEN; LIRON HAYUN; JONY SHLMAYEV; MAOR SITBORN; AVRAHAM WAX; NOA PALMOTER; DROR DAHAN; AVRAHAM WAX; SHIRAN OHANA; SHOSHANA ZIV; SHIMRON OHAYON; MORDECHAI ZIV; TREVOR BANNISTER; YOSI GOLAN; URI PIKOVSKI; HAGIT LEVI; ASHER MAIMON; OFEK PERE; ODED PARIZRBAND; YULI MILNER; MEIR BOKOBUZA; MICHAEL

ROZENBERG; DROR BINYAMIN; RACHEL ZUKREL; ADA BAR KOCHVA; NOY SABAN; BENI KALDARON; OHAD SHAHRUR; EESTI AFLALO; EITAN FEDER; AVNER LEV; SOL DEBI; MOSHE ISRAEL; DROR KAPACH; DAFNA AM; ILANA BAR-HAI; AMOS NACHUM; MATI KARMI; STELLA GOLANI; CLODINE MAMAN; AVI METAYEV; ADI WHITE OPOSO; AMIR FARIZ; RAVIT HAUZNER; NATALI IFRAH; HELENA BEN YAACOV; DINA KLEIMAN; VERED LAEL; DEVORA HEISER ; MOSHE SHOHAT; BONNIE SCHMIDT; BONNIE SCHMIDT; YAEL STOLER; OLGA CHEN; AVIEL HAJBI; MISHEL BAR; BEN LEV ARI; TZIONA ATZMON; DANIS KRICHEVSKI; IREN-MARI SHIMER; EYNI GANTZ; LITAL MATITYAHU; OHAD VELNER; DALIT SHARVIT; LIAV SHALOM; DAN KOZAK; DANIEL HERMAN SHMULYAN; ALEX KACH; NAAMA ZELINGER; YEHORMA MARGOLIN; YAFIT SHOVALI; DAVID COHEN; ASI COHEN; OFER LEVI; ALEXANDER BAR; OMRI SARIG; MICHAEL IGAL MAIMON; NIMROD NISSIM; GADIT ZAKEN; MATAN ITZHAK TURGEMAN; IDAN BENUDIS; ORIT BLOCH; LENA LALAYEV; ELAD PASHAREL; ELNATAN HOROVITZ; YAEL RINSKY; ELI ELBAZ; VALERIA PONOMAREVA; HILLIE MOYAL; ADAM SILVIANO; AVICHAY GALON; EINAV ROZANBERG; DUDU SETI; YANA RONEN; HANUTAL NAOR; ASAF ROLNICKI; NAVA TAMIR; NAVA TAMIR; SHIMON SHIMON; NIR MENI; DANIEL DAGAN; STAVIT SHAGAN; NETANEL SERIKOV; DALIA ESSEL; MAURICIO COHEN; MEIR COHEN; RACHEL NADAVI; GENA SHALMIEV; OFIR NAIM; BAR SARAFIAN; CHEN BARKAI; YOOHAI SHITRIT; TALMOR ROZENGRATEN; BATEL COHEN; MAAYAN ZALMANSON; YAEL ELHANUN; BATYA BROYAR; MIRI AVRAHAM; RAFI SWISA; LIAT NACHUM; TOVE AHARONSON; ORIAN PAZ; MATAN TZADOK; SHAY MADMONI; BARAK FARAN; YONI BRISKIN; YOSI ROZEN; VSEVOLOD RABINOVITCH; ODED GRRINFELD; DANIEL GEMBOM; JOYCE MORIBER; DANIEL BROSNAN LEE; STELLA BENSAID ; INGRID LETMAN; AMIT RAHAMIM; ARIEL HALEVI; KEREN POLEG; ITAY BELSBLEG; SHIR ELIMELECH; NOAM WEISMAN; SHIMON ASHTAMKER; YONATAN ELROI; TAMAR RIEMER; SIVAN ASHER; PETER PIETKOVSKI; HAIM BABAJONOV; LEONI AMADI; TOM NOIFELD; YARDEN PINHAS; HADAS SOLOMON; AMIR ZHALKA; ESTER LEVI; GONEN FUX; AMIT WEISBERG; KEREN HOROVITZ; TZIPI FROILECH; LUIS ROZEN; MICHAEL MULLER ; MITCH SOHMER; GALIT KALDERON; AMIT WEISBERG; KEREN HOROWITZ; ZIPI FROELICH; LOUIS ROSEN; MICHAEL MULLER; MITCH SOMMER; GALIT CALDERON; MORAN SHMUELOF; ESTER TZIPKIS; OR COHEN; UZIEL DAVIDI; HEN BEN MOSHE; ODELLE WINNICK; LIAT TAVASHI; LIDA DANDOFF; RIKKI FARHI; RONEN JARUFI; SHIRI TWINA; ANTON YAFENOV; AVITAL EZRA; DEBRA SILVER; RUTH WEISER; AVIGAIL COHEN; YONIT LANKARI; VALDMIR TZIPSTEIN; INBAR PARASH; KOBI BARAK; EFI HARNOY; AYELET AZULAI; AVISHAI VASELZAM; OSNAT NEUBERT; SHAHAR VITUNSKY; MARIA FRANK KAMINETSKY; AMICHAI MOSHE; NAFTALI SADEH; MICHAL TZUKERMAN; ZIVAN FREIDIN; HAIM KUPERSHMIDT; AVIVIT SAGI; ADAM OSKAR; RUTI KEPLER; RIKI ASHKENAZI; LIOR ASHKENAZI; SHAI HOFFMAN; GIDON AYEACH; SARAH FARKASH; TALIAH FUSS; HAREL MENACHEM; DAVID OVADIA; AVIEL MAMAN; ODED YESOD; MENACHEM SHMULEVITZ; SHOSH ROTHBERT; MORAN COHEN; ORIT MICHAELI; AMY SHARON; GOLAN GARBI; SHELI YISRAEL; SABIN HABAZ; ANA VATASHTZUK; NINA AHITUV; ANA VATASHTZUK; LILY HABAZ; ESTER DAVIDI; DAN AHITUV; YAAKOV HABAZ; SHIRA FRIEDENTHAL; NOAM KERCHONSKY; LIMOR RAHAMIM; ROMAN KOSHEVATSKY; MOSHE ATTIAS; MIREL ATTIAS; DIANA KERCHONSKY; REUT DAMARI; LUBA LIBI NIKOLEIB; ADI DALIT MAOZ; SHAI MAGLED; IDAN HAJIAGI; YAAKOV COHEN; YONI LEV ARI; SHIRAN HAI YOSEF; DOVRAT HERSHKOVITS MESAMI; BEN SHARIR; FELIX HODUSH; DROR GANZ; ELIAHU MEDNIK; TAMAR MURKUS; YELENA BAR; ALEXANDER LUMANTZ; SHARON SHUNAN; MEITAL YARDENI; ORLY ZARBAILOV; ANA ROZENTZWEIG; MOSHE RONTSKY; JULIE HASAN; LIAM SALMON; EITAN BERSTEIN; DUDI BEN DAVID; TAHEL VAKNIN; SHAHAR HONIG; JOAN GHITIS; LIRON MAZEL ALKOBI; SHIFRA FEIKIN; GUY CAMRASS; SHLOMI HASSAN; ERAN ORON; VLADMIR GORKER; SHOSH HORDI;; MORAD SA'IDA; VADIM DONYAFSKY; LIA LANDS; ADI MOR; OLGA KAGANOVICH; MALI BUTA; HADAS ELIA; RENANA MANTZOUR; NETANEL EZRAN; MIRI TERBALSI; ROTEM HALE; CARMELA COHEN; OLEG SVERDLOV; ALIRAN RAVIV; YITZHAK ERETZ KDOSHA; NOGA SHAHAR; MOSHE SHATZ; SHMULIK HALBRUN; DVORAH RUT WIEDNER; ORLY ELIMOV; ELA BE'ER; RUBI COHEN; DANA SAROUR; YARDEN LAVI; GILAT MATUF; OR OZ; ARIEL NAIM; NATI MISHALI; MARINA PIKULINA; INNA TAGIVEIV; SHANIR HAYOUN; ADAM GOODMAN; MEIR MICHAEL COHEN; NIKOLAI SHABCHOUK; DORON SHALOM; MIKI YITZHAKNI; KINERET DVASH; ; REUT NAKAR; EYAL GLAZER; OSHRIT NAMANI; ALEXANDER DEVOCHABANI; PNINA NAKAR; TAL LAMPERT; MOTI ZAFRANI; YITZHAK LEVI; TZVIKA CASPI; YOSSI PITZACHDAZA; BOSMAT SHAARI; HADAR SUBELMAN; ADI MOIEL; MARGOT PAZ; YEHONATAN DAVID ALAFIA; INBAL SHEMESH; BEN

PERETZ; OFEK RABAN; SIMON RON; SHLOMI BITZIA; LIMOR MISHA; OR ROMANO; GAVRIEL PUR;
SHIRAN MICHAELI; OR HAFUTA; ILAN PARNAS; ALEX HASYUK; BARAK BENISTI; LEONARDO
FISHMAN; EDEN OHAYON; ROMAN YAZRIV; LIRAN PERETZ; MIMI EDRI; EYAL HADAR; SHIRA
SHARON; OLEG KARZ; YOAV SHNEIDERMAN; AKIVA GOLDSTEIN; KATHY NAPPER; YALON LURIA;
VLADMIR KOSENKOV; HADAS SAPIR; OFER BORSHTEIN; SHOSHI OZERI; LEVY PINCHASI; KARIN
LEMBERG; SHIMON LEVY; AVIAD DAVID; LIAT SHIRA NAGAUKER; DANNA SIAG; YOSSI AHIGEL;;
TAMIR YECHEZKEL; BARAK MEIR; LIAT BITTON; YANNA NOVOMDESKY; EINAT KEIDAR; ODED
HAROUSH; REUT PELED; TALIA ZEEVI BALUKA; DEVORA NACHUM SARIG; MIRIAM KOCHERSKY;
PNINA BEERY; NAOR HAZAN; TZVI TAL; YUVAL GAVRIEL; SIVAN HALELI; IZZY SHIRSKY; RIVKA
ADMON; REUVEN HADAR; SHOSH TURGEMAN; SHLOMO DEKEL; DROR COHEN; TALIA GERBER;
LAVI BEN SHIMOL; KFIR ELMALIACH; HAIM YOSEF ANKVA; IDAN YAAKOVOVITCH; OR
MIZRACHI; MARINA LOMKO; YELENA BOGDANOV; LIAT MENASHE; MAGGIE GABBAI; JOHN M.
ROCHA; TAL MIONI; IGOR POSTANIKOV; AVI SHAHINO; MOSHE COHEN; MICKY HIRSCH; AVI
BRUDNO; NIR HOZE; ELIAHU RON; NAAMA GLAUBER; SHMUEL AMINOV; IGOR PEKER; DANY
MELASA; SHAKED COHEN; HADAS PLODA; GILA ELHANANI; REVITAL SHRENKEL; LEVI JACKSON;
SHAI KARSIKOV; ASSAF MENASHE; REUVEN BEN DAVID; YITZHAK BABILA; MATAN HOROVITZ;
JANICE SNAVELY; DEVORA FEUER; JUDY BERSENIKOV; SHAULI AHARONI; OSNAT HAMAMI; BAR
VINKUR; MARSHALL SCHWARTZ; YISHAI HEZI; NACHUM LICHTIK; ELI NOY; DALE KLEIN; MASHA
DODAZINA; MICHAEL CHABABO; ELLA BERNETT; LIRON TAPIRU; MEIR DAHAN; GALIT KRAIEM;
ZIV MORDECHAI; LIRI CARCAMO; RONNI FRIEDMAN; ROTEM LEV; OMRI ZIK; YELENA LISOVSKY;
LITAL SHNAIDER; SHALOM KALFA; AVI HALIVA; GAL SHAPIR; EVA YALOUZ; ZEEV BEN NAHUM;
TZACH MALOUL; RACHEL SHLOMO; YIFTACH RICHTER; YIGAL NOACH; MAYA STEIN; ANAT
GRANOT-LUZON; YOAV MALICHI; ROMAN RASHKOVAN; NATAN BLECHMAN; ELI LEIZGOLD;
ASAF IDAN; DANIEL PERETZ; YAROUSLEV HULAIBEKO; SHMUEL DOUEK; YAGUR YAGUDAEV;
YAKIR DAVID CHAI; TZIPI GREENSTEIN; MERAV HATUKA; RAM OFEK; OMRI GREENBERG;
SHMUEL DADON; DANIEL LITVIN; YISRAEL KAUFMAN; GEORGY BUKKI; RAMI ZALMANOV; DINA
WESPISER; ZOHAR SOUISA; ORLY HASSID; HAVI BETZALELI; YISRAEL KEHAT; SHANI KORMAN;
CHAIM PANETH; CHANA ADIKA; JAMES KEITH; RAVIYA SANANAS; YIGAL YERUSLAVSKY;
ESTHER SHPITELNICK; ALEX BARRON; ARIEL BARASHI; OMER OTHMI; ASIA RABAN; AVIRAM
TZABARI; MORIAH MASSOURI; TALMOR KEIDAR; RIVKA ALFASSI; SHACHAR-SHOKO SASUSHVILI;
TIRZA GERBI; OFER BETZALELI; YARDEN ZAHAV; DEVORA SHIMRON; RAN ZADA; HILLEL SHATZ;
CARMI WEISSMAN; YAEL BERKOVITZ; ANNA MICHAELI; DAVID HIRSHMAN; MIKI ZECHARIA; LISA
GOTLIEB; REUT HALELI; AMOS TCHAIKOVSKY; GAVRIEL ARIEL; SHNEUR DOCH; CHEN COHEN;
AVIRAM SALMON; RACHEL REUVENI; ASSAF AMZALEG; BRACHA DAUM REITER; OSNAT SHITRIT;
MEIRAV ANGEL; FONBANK PIROSKA; BORIS SEREBRO; ARNOLD VARGA; MARGALIT VASLAZEM;
SHLOMIT AVNAIM; BORIS RACKMAN; LIRON HAJAJ; TANA OTTILIA; ELINOR BAR-ON; BAR
AVRAHAM; NERIA ELIAHU; OFIR MERI; NADA TVITO; ORIT MOLAN; ESTER WHITE; MEIRAV BOSHI;
MICHAEL SHUHAREV; GILI DOMANI; ORI MAZA; DOR YADIN; SHAI OSHRI; RACHELI ZINNI;
LILACH ADAM; VADIM MENUHIN; AVICHAI AA; BEN ZION SKLAR; AVIV GABBAI; TOPAZ
SHACHAR ORBACH; NOAM HASSAN; ITAMAR ELISHA; KOBI JERSEY; ARTHUR ILAYEV; ARIEL
GROSS; OREN SHITRIT; DAVID SHLOMO PAS; BOAZ BENITA; RACHEL ARGY; ITAI AHARON; NIRIT
YAAKOV COHEN; YAAKOV DUBOVICK; MALKA KALIFA; ADIA VIDEL; YAEL LOCKERMAN; MOSHE
GOLAN; REFAEL KATAN; DANIEL ZAVADIA; AVIHU GOLDBERG; TZIONA JERSEY; CHEN AVNY;
KORIN SELA GIL; ELAD GIL; REVITAL HAIMOVA; ADINA BEN SHIMON; LIAT LEVY; BARAK ELAD;
MICHAEL EITAN; FRANCOIS KAPLAN; KOBI MURKIN; ROY MORGAS; ALON TZIN; MOR HAYUT;
SHAULI AHARONI; MAGGIE DAVIDI; TALI SALEM; HANNA ANTMAN; NAVA SHLOMI; HAVA RIVEL;
MICHAEL L.; SHOSHI SPITZER; YONATAN RESHEF; MIRTA ESNITZKYR; AKOS ROMHANYI; YAKIR
AMAROSI; AMIEL POTHORTZER; DMITRY TARAN; EREZ SHIMON; JACOB MUND; SONIA POSS;
MORDECHAI POSS; ISRAEL MOSESON; MENASHE EDRI; BAT-SHEVA MOR SEGRON; ENI ZEHAVI;
DAVID ZIZOV; RACHEL GORDON; HILA MARSIANO; MORDECHAI MATUDI; MAZAL LILACH GAUI;
YAFFA HALEVI; SARA DAVIS; YUCAL GOLAN; MARKO BUCHBUT; AVIV MANA; AVICHAI LEVI;
SARA ALTER; SHNIR BANAI; GAVRIEL COHEN; YAEL ITACH; SHANI RE'EM; ILIA BUNIN; OMER
OVADIA; OFER OVADIA; ELIAHU NISSIM; SHLOMI MENACHEM; MARI LIN; ORI OVADIA; NISSIM
SHIMONI; TAMIR DAFFAN; GALIA RACHEL WOLF; SHLOMI COHEN; HOD BUZORGI; SIRLI SARID;
NOFER NISSIM; URI HIRSCH; EFRAT ZARBIV; LEE PALMERI; AMIT LEVI; LILACH EDELBERG;
YAAKOV SAPIR; HAVA ANGEL; REUVEN WEISSBLACH; MORAN BITTON; YITZHAK BEN SHITRIT;

LIOR HIKERI; SAM MENDES; AVIV COHEN; YAAKOV LEVI; OREL TWITTO; NOAM SHAMAI; SHACHAR FINKELSTEIN; SHAI SHEM TOV; ELROI SHUKRUN; SUSAN FISCHER; SIMI BEN SHITRIT; SARA COHEN; KONSTANTIN CHERNITSKY; AVI YISHAI; AMIR SHANI; DAVID SEGAL; SHOVAL BEN ARI; ROMAN BAKMAN; EINAT COHEN; AMIT ILLOUZ; GUY ZANDANI; SARA HECHT; ELINOR ABU; BATEL KARKO; RICA EMERGUI; MOR MANOR; ROTEM HADAD; YAAKOV ZIRI; ILANIT AROUSSI; MAOR BETZALEL; YANIV LAHAV; BOAZ ZANDANI; YOSSI SHACHAR EDOT; CHAIM YEHUDA; CHANNA PERETZ; REVITAL MIZRACHI; ROI EYAL; RACHELI MANZALI; MICHAEL KOSHILVITZ; SIGAL ABECASIS; RUT MIRBIS; MIRIAM SHOEV; DANIEL FRIEDMAN; AHRON ABRAMOV; BARUCH DERI; DANA KOSHILVITZ; AMIR YOGEL; MARK GIGUZIN; NIMROD TIDHAR; SHANI BAGDADI AHARON; YULI GROSSBAUM; CHEN CHAZAN; AVICHAI MEIRI; ELIEZER KAPUL; DANIEL LEIBOVITZ; MONIK ELIAS; HADAYA SHILO PEREL; LILACH LEVI; AVRAHAM YAAKOV; SHACHAF BISSBERG; NIR DUEK; LIAT LAVIAN; BINYAMIN ADLER BERKE; SUSAN JANTOFT; EDITH NAAMAN; SCOTT ALTER; OMER OHANA; NAOR DERI; LIOR BETZALELI; ANITA PLETT; YOCHANAN ESHTAI; AVI TZABARI; CHEN SPECTOR; ITAI YONATAN; MIKE UK.; DAVID YANON; KALMAN BERGER; CHAYA BAS; ASSAF BUCHNIK; ELDAD HAZIZA; NETANEL JABELI; TIRZA GAVRA; SHALOM AMAR; IRIT SHEAL; IDAN YITZHAK; VIVIANE TORDJMAN; GILI EHUD FRANKEL; BAR SHNEIBERG; MAI KRITORO; ASTRIA HENER; CHANNA MEIR; ROMAN BENGAIEV; ZIVA YOSEFOVITZ; HILA SABBAG; CLAUDINE TUIL; MOSHE HAKAKIAN; YONI EZER; SHARONA AZATI; SHMUEL DACHLIKA; ZALMAN ABRAMOV; ANAT LEVI; SHIMON BEN-ARUSH; ROI RATZAVI; MALKA NOACH; TAMAR KALDERON; ORIT GRBER; ITZIK MALACHI; GUY KOGEN; AVIRAM TZAFARI; VERED NOREL; SHLOMI COHEN; VIKTOR KAVASHNIKOV; SHAKED TENENBOIM; SHAI MITERANI; DAN ASWID; SAGI ALOUSH; ELAD MIZRACHI; NADIA FEILER; YOSEF GOLDSCHMIDT; MOTTI VAKNIN; MEIRAV BEN NUN; VLADMIR FRUCHTMAN; YEHONATAN ROI HASSAN; MORAN OCHAYON; LORNA LUGASSI; JULIE SADAN; ELI SARID; SARA ROSLER; EITAN ZUSSMAN; LIVNAT RATSABI; TEHILA YUNESI; DINORAH BRANDWAIN; ELISHEVA SHABO; OR GAMLIEL; LEONID GROSSMAN; MICHAL COHEN; MICHAEL RUBINOV; NACHUM ILANA BAT SHEVA; RONI BAR; YINUN ELIA PERETZ; AYELET DAVID; INBAR GARGI; BINYAMIN STERN; LINDA TAL; ERNEST KOSOLOV; SARIT NISSIM; YOSSEF HIRSH; YEHUDIT ICHLER; RACHEL LEWIN; NOYA TZURI SHADAI; RAFAEL ELBAZ; RAMI TZION; ANETTE TAL; AMIR TZUKER; TEHILA OHAYON; OMRI HANON; NADAV HASSAN; KLILA ATRAKTCHI; ELIAV ARIELI; KOBI NISSAN; ASSAF BEN GAD; URI COHEN; LITAL HAKAK; ITZIK ALTARATZ; SHLOMI MALOUL; YARIN MALICHI; YAEL L.; SANDY MARCHAND; OSHRIT ZINO; ZIV VASILISKY; YOSSI SAADON; TAMAR KARIN DAUS; SAAR SHARABI; YEHUDIT TAL; RAZ FADIDA; NITSAN HARRIS; OFIR COHEN; ASSAF NAAMAN; MOSHE DERI; HANNAH EISNER; SHIRA DODAZON; SHMUEL LISTER; ROMAN PORTER; MALI JAN; VIKTORIA GUINNES; GILI DAYAN; NIR MUALLEM; ERAN BANES; DUDU AVRAHAM; INBAL ALUSH LUTZATO; PAVEL FISHMAN; PRIYA DOWA; SHIRAN RODENBURG; RICKA ACKER; NIV MEDAN; SHIRAZ BAR YOCHAI; DAN SHAPIRA; EITAN YARKONI; EFRAT POLER; SAGIT ROSHENRUZ; ANNA PERSKY; SHAUL SUTON; EMIL CASTIEL; ITAMAR BITTON; MEIRAV SHAMIR; DROR MOR; SHAUL COHEN; SHACHAR REUVEN; GAL GREENBERG; SHLOMI MALKA; VIOLET SAROSI; MAOR YISRAELI; MICHAEL BEN ZEV; RAZ BELISOVSKY; KEREN OVADIA; AVSHALOM LEVY; HISKO ALIGOLSHOLI; YONI ARIEH; REUVEN NAIM; LIAT KATZAV; NATHANEL SULIMANOV; SHAULI SHARER; HADI ABU TRIF; MORIS TZUR; SHULA YOM TOV; EINAT BERKMAN; OZER ZIVA; MARINA YOSEFOV; YANIV NOKED; ORNA AMRANI; GILIT NURIEL; DMITRY KISEIB; HAI SAADA; EVA KOPLOWITZ; ORLY FREINTA; INBAR GOLDBACH; YIFAT HAZIZA; MICHAL ZOHAR; ITAI MESHORER; SAPIR OZERI; NISSIM BAR GIL; TALI COHEN; ILAN TZEMACH; DINA STERLING; NOA LEVY; CHANA ROZENFELDER; MEIRA TZVI; DEKEL SHITRIT; CHANA ROZENFELDER; ILANA SHULMAN; EFRAT KLEIN; NIR SFARAD; AHINOAM GROSSMAN; DAVID FEDER; MEIRAV MENASHEROV; EREZ MENASHEROV; RACHEL LESHEM; SHAI ZEDA; OR HAZAN; ALINA ROITMAN; ORI AVRAHAMOV; INA YISHAI; ELI VANUNU; ORAT BASH; GREGORY BIALIK; LIAT MOIEL; YIGAL GEUZMAN; MEITAL ROZENTAL; YOAV B.; SHAHAR FRIEDMAN; MOR PINCHAS; NATAN SHTIBELMAN; MICKY AMIR; HELI LEVY; P. MICHELE ARONSON; ALONA ROMANO; LEVY KOBI; DAVID YOSEF; IDIT ROZENTAL; ERAN GAL; ARIEL BENGEIV; EREZ SHABO; HANA DUEK; MATAN SHEMER; CFIR EREL HATMER; GILAD SENDLER; EFRAT SHUKRUN; SALI BEN HAMO; DIKLA MESIKA; ASSA TIROSH; DANIEL DAY; DANIEL SIGLOV; YANIV SHAVTOV; BATSHEVA GELBTOCH; AVI TSHUVA; NOAM GABBAI; NATAN EZRAN; MEIRA MARCUS; DAVID SILTON; JANA SAMRIN; DUDI BETSH; PAVEL YUFA; BAR REUVEN; HILA RAHAMIM; ADI HARPAZ; LIVNAT LIZNI; SHLOMIT GINZBURG FILA; MAOR YEMINECH; ODED ZEHAVI; ASSAF FILA; TEHILA

KASTORIANO; MICHAEL BIALI; HAIM COHEN; AMIT ASULIN; BEN SHERLO; OFER ZENATI; ARIEL LEVIN; AMIR SHWARTZ; OREN ASHER; ESTER GIDON; ILAN SHOCHET; SIMCHA VARDI; TOMER NUNI; MAZAL DAHAN; DANIEL KALFON; RON BESSLER; SHLOMO BEN KESOUS; ALEXEI SIMONIN; MALKA ASOULIN; ISRAEL AMIR; MARIA MIKAILIAN; MATAN AMROUSI; NOAM HALAMISH; ARIEL BERGER; HELENA WOLF; REUVEN MORIEL; HADAS ZAFRANI; ADI AVRAHAM; SHMUEL SHLIMO; HAREL ASFAO; LIORA SHURKI-TAMIR; LEAH MAROKO; ELAH GREENBAND; SAGI GIVOL; MAAYAN SHAKED; YISSOR SHAHAR; ANAT FINKELSTEIN; AMOS COHEN; REGINA BENATAR; SHIKMA LEGVAS; ORNAT HASHALOM; ALAN BECHAR; ELI ELGAIV; RABBI CLAIRE GINSBURG GOLDSTEIN; AVRAHAM SANDEK; HADAS NEUMAN; ESTER BINYAMINI; DENIS NIKANDROV; TOMER ZER KAVOD; DAVID MESHULEMI; SHARON DOROT; YISRAEL KAHANOV; AVI AMINOV; ANGELA NACHUM; MICHAEL RAM; KEREN TZVEIG; MAOR AMZALEG; RAMI RAHAMIM LEVY; NATI TUVIAN; ARIEL SALOMON; JESUS ESPANA; YAMIT ATSMON; SHAILESH PATEL; SIGAL NEHAMKIN; DORIN DVASH; NIV SCHWARTZ; ALEXANDER FELDHUHN; DAN BLIQUE; NETANEL CHATAV; MAAYAN RASIN; IDO JOSEF; HILA CHALIVA; BARUCH CHAIMOV; OFEK KAPUA; MICHAL CHASIDI; NIV ABUTBUL; SIGAL BEN HAMO; OSHRAT BACHAR; NISSIM HILLEL; EINAT PARSHAN; RACHEL FRENKEL; ERAN KOPEL; AVRAHAM ELIA; ELIDOR NINI; YITZCHAK GERSHON; SHARON ASHER; AYELET KAMM; AMIT ADANI; DANIEL SAAR; KIA MOLDACH; NIR BRAUN; RIMONA GAL; KESEM HEMO; ALON VASKAR; TSIYONA VASKAR; MARINA POVOLOTZKI; NOAM DORON; KAREN SYLVAN; EYAL NAMER; MIRIT EDREY; ALMOG LEVI; OSHER CHAVIV; MEYRAV ADLER; EFRAT CHABANI; LITAL HILLEL; KARIN MIZRACHI; MATAN ELIAHU SHULTZ; KLAIR AZULAI; DANA EVRON; ZEHORIT HOVAV; SHALOM NAIM; HEN OHANA; LIMOR REUVEN ATIAS; DOLFI PERL; DAVID MALKA; MICHAEL DABUSH; RAANAN HAREL; AVITAL SHIFMAN; AMI ISRAEL PENKER; TOMER MONFRED; AVRAHAM ORBACH; NAJI RUBENI; MAYA COHEN; IDAN CHEFETZ; DANA MARY; SAMION BIK; DANIEL SOKOLOV; YAKOV SPIRA; YOSSI AZULAY; SAAR SADE; MIRA KAPLAN; CAMILLO DOBRONYI; DIN HAZAN; ERAN SHARABI; ANAN SHAHIN ; PATRICIA RICKY PEARL; IRIT AVITAL; ESTER SPITKOVSKI; YORAM ALBILIA; SHACHAR OR; DROR ROMEM; NAAMA KIMHI; ZEHAVIT COHEN; ELIOR LEVI; GAL HALEVI; OSHER DUKERKER; SHLOMO MOLLER; LITAL SHARON; HADAR CHARLAP; KOSTA MONASTIRSKIY; MAYA BARUCH; DANIEL AMIT; AVIRAM MEKAITEN; ALEN SHULMAN; ADI NIMNI; URI MILLER; LIRAZ WOLF; HELENY BAGAN; DOTAN COHEN; EFRAIM IVGI; YANA STEINER; SHIR MELODY; GAL AMIRA; MENACHEM MENDEL LINDMAN; YOSSI MOTIEY; TOM NIKITIN; TSILA DUDISKO; GUY CHEN; AMIT MOKOTOV; AGAM COHEN; YOSSI WEITZMAN; NETANEL MEIDANI; CHEN AMOS ASHKENAZI ; MORAN SHVARTSBERG; BATEL HAJBI; KEN JACK; ANAT AZULAY; BIJAN SIMHAI; MATTHEW BLACKMAN; YAEL YOSSEF; SHARON POLAT; NAOR ASHKENAZI; DANIEL VAAKNIN; REUT RUBINSHTEIN; IDAN COHEN; DANIEL IKAN; RAMI HAJAJ; ZOHAR HAIM; IDO YUNGER; MOR SHLEZINGER; DOTAN TESHUVA; BAT SHEVA TAL; DAFNA RON; MATI MADHAT GANEM; SHOHAM ELNATAN ELI; RONI CHEN; SOFIA KUSHNIROVICH; CHEN CALFON; YAKOV TARAFA; NAOR ATSITS; DINA FRISH; DIKLA VAZANA; EREZ SHAK; ILONA VORS RODMAN; IDO TAL; MICHAEL SOD; YUVAL IDAN; ADI INON; MARGARITA WALTON; DORON GUR; YOSSI TEVET; AYA CHALABI; BARUCH CHAZON; YOSSEF ZAKIN; CHANOCH MOSHE; ELAD SHLOMO VARDI; AVI MIZRACHI; EFRAT VALENSI; NATALY BUCHBUT; SHOSHY LEVY; INNA AYOLLO; MICHAL AHARONOVICH; RONI NADLER; ANNA SHUSTER; SHAI LEVI; OSHRI MINYAN; YAAKOV RIMOK; ELIAV LEVI; DANA BIRAN; SIMA BANITA; MATI BASHAN; AMIK VISHNIWITZKI; MALI BEN HUR; RONIT ARBEL; SHACHAR DAVID ISRAEL; MALACHI SHOR; RACHEL SASONOV; YAEL TAMIR; YAARA FUCS; ELIANA BUZAGLO; JEK BINI; IFTAH ANTLER; MORAN BARANES; CHRIS POLI; ZIV EREZ; RACHELI NATSOVICH; RACHEL YOMTOV; VERED MIZRACHI; ORNIT LEVI; SHEFI SIMHON; RAM CHEN; DOLEV VACSBRUT; OSKAR LUBLIN; IRIS KAPLAN; ITAMAR COHEN; MENACHEM SHOCHAT; YANIV ATIAS; LENA KRUPNIK; SHLOMI DAABUL; REUVEN YOSSEF HACOHEN; GILEAD LOMBROSO; AVITAL COHEN; BINYAMIN VIZEL; SHIRA GERGI; LEV EVELIN; YOSEF SMADJA; ILAN POLLAK; YEHUDA AMOYAL; ADIR MIZRACHI; INNA VALDMAN; RAPHAEL LIVNEH; LEO SINGER; AVICHAI OREN; SARA MOLDOVAN; GILAD NAORI; AHARON HOFFNER; LIRON EDELSTEIN; TOM EDELSTEIN; CHANI YECHIEL; LIRAZ SHMUELI; ELI LALUSH; MIRIAM BERTLER; NOA COHEN; NAAMA MADMON; HAIM SHEMESH; NURIT DAVID; SHIRLEY SHAAR; REVITAL LAVI; DAVID ABZIZ; SHLOMI SIMAN TOV; SHIRA SABRI; HAGIT DAVIDIAN; TAMAR GAL; MENACHEM LEV; KEREN ELMALIACH; SARI BARON; ISRAEL SHIRI; OSHRAT ABIKASIS; DANIT MALKA; YITSCHAK SHABATOV; STEFANY MULAI; ZEHAVA PINTO; MAOZ HIBA; LIBI ABADI; YOSI LEVI; ROTEM LEVI; DALIA HAZAN; GAL NAIM; AVI

TURJEMAN; MALKA BINHAKER; MOSHE LEVI; EFRAT EITAN; NITAI ZAGURI; DANIEL HEN; HILLA
ASAYAG; SHIRA RAZ; HODAYA GERSHON; ELAD PERETS; HAIM BABAJNOV; TAIR PERETS; LINOI
LUGASI; YOSEF AHARON; AVI ABAKSIS; ROTEM SEGAL; SVETLANA LIVSHITZ; GALIA BEN ARI;
NETA SARIZADA; REUT GABAI; DEKEL BARZILAI; AVISHAG BITON; RONEN SUGVAKER; ADRIEL
DAVID ERLICH; BORIS MORDOCHOVICH; YOSSI SARUSI; ORI EZRA; TAL YAISH; YOSEF YITSCHAK
ILUZ; DAVID COHEN; YAEL ZARBIV; ANTON BOLTOV; YAIR BELAISH; CHEN AZUBEL; EVYATAR
MADARI; LEAH SAND; EMMA GUTMAN; BEN ELKAYAM; EFRAT MICHAEL; SAPIR COHEN; YOSSI
LEIBOWICH; YARON NAHARI; NETANEL ANTEBI; LIDOR GIBLY; DAVID BITAN; ROM YONANI;
MICHAEL VEINTRAUB; ARIEL ALON; TAMIR YARDEN; CHAYA BATYA COHEN; YIFTACH NATIV;
DORIT ISRAELSKI; YONA LEVIN; AVRAHAM LIBERMAN; BRONISLAV FALFA; HAGAI SWED;
BETSALEL COHEN; OHAD KIMCHI; MENACHEM COHEN; DAVID IVGI; MALKA PARTUSH; TZACHI
SAAD; YOSSEF NAFUSSI; RIVKA COHEN; RIKI REUVEN; ETI BEN HAMO; MEIR ARAD; CHAI
SHIMON; ALON ANTOSHVINSKI; FELIX KOROV; HADASS MIZRACHI; AVIRAM TESLPAPH; ISRAEL
DONAT; IDO TIRAM; RONEN TSROR; ALEGRIA SABAG; AVIAD MALICHI; SIMOR DINER; CHANANI
LADEL; TAMIR KALANGEL; AVIEL COHEN; DANIEL GUR; YUVAL HANINA; AVITAL ABERGEL BEN
DAVID; ORA YEHUSHUA; SADEAK AWEEDA; REFAEL ATIA; BAT CHEN BUDNIATSKI; PAZ REICH;
KOBI REVIVI; ROI TWIK; RITA HALMAR; MICHAL CHASON; MOSHE LEIBOWITZ; ALMOG SAADA;
SHARON PAPKIN; YANIV PTIA; AVI SHUA; MICHAEL SHMELIKSHVILI; BARAK MICHAELI; MICHAEL
ASSRAF; HANA SHAHAF; ELA MOSKOVICH; AVIV SOLOMON; MAXIM HONIN; SHAUL FINKEL;
ANNE GOREN; ANTON ADIR NISSAN RATNER; SAPIR NISSAN; OMRI NAVON; GIL KOL EL; ARIE
DINER; AMIT MESSIKA; DAVID ZECHARIA; ANAT TOLEDO; INNA PUCHLIK; AMIR LEV; BINYANMIN
COHEN; MENASHE KATSAV; ITAI GELLER; TEHILA IVGI; NISSIM LEVI; REUT TUBY; DANIEL
KANDEL; REUT SADAN; RAMI AVRAHAMI; ANYA KAVANOVSKI; DAVID LAINI; OSHER GAZ; INNA
BERGMAN; AYELET OHANA; SHIRAN TOREN; AVNER SKORZA; ROY ASUDI; TOMER BAKSHI; ANNA
GAADI; YOHAD BUBLIL; ELIRAN KELLY; YEHUDA ELHIANI; NIR BEN YISHAI; MICHAL GROSS;
OREL BEN TOV; KEREN ELHIANI; LEON KASHPABA; CHAGAI CHADAD; YEHOSHUA BINYAMIN;
ELYASAF CHASAN; ESTER DADON; ILANA HARACH; ITAMAR PENDLER; GIDON RACHAMIM;
DMITRY GROISMAN; SHLOMO LACHYANI; GUY NAHARI; MORAN AVRAHAM; MORAN AVRAHAM;
ZION ZACAI; GUY PORTAL; LIRON ZILBERMAN; HANNA PERETZ; OFER RAMATI; ORTAL MEIDANI;
DAN DOR; SHLOMO AMAR; KORAL SHOVAT; TOM BODNIATZKI; MICHAL GOLDBLAT; IDO
KLINGBERGER; IDAN GEZ; YEHUDA ELMUZLINOS; CHINANIT YOSEFI; AHARON PELEG; DINA
ITACH; AYALA TSADIK; DINA ITACH; AVITAL AGIV; NETANEL LUGASI; RIVKA KOMASH; NETA
COHEN; OMRI LENDLER; YUVAL KRONMAN; RIVKA KOMASH; NOFAR ZOHAR; ESTY VILENSKI;
OMRI BANAI; MEIR ABUTBUL; GEORGI WEINBLAT; SHIMON TSEMACH; RAN MIRON; ANDY HENIK;
CHAVA MENASHE; SHAHAR ORIAN; DANIEL TWIG; MORAN PAZ COHEN; IRIS GOLDBERG; NATALI
ZIV; OMER LANDOY; SHLOMO DOR; MEIR TWIZER; EMMY SARUSY; YAEL SANDER; SHANI
MARTSIANO; GIL YANNAI; MOTI KALMAR; LITAL BITON; ISRAEL ROKSANA; GALI DORAN; ORI
TAL SONDHEIMER; INBAL JAKOBOWITZ; TAM COHEN; ELI ATAR; YAEL CALEF; AVRAHAM ARIE
JOVANI; DVORA ABIR; OMER LIVNI; ABBIE APPLESTEIN; CHANAN MEIR; CHAIM LACHMI; ARIE
LICHI; IRINA YUZFOVICH; GALIT COCHAVI; YOTAM ATIA; ALON BAR; TALI BAR; ZVI LAMPERT;
LIOR GOLDSTEIN; OR GOZLAN; ALINA F.; ROI MORDECHAI; NEOMI ESHET; TSIONIT SAHARAI; BEN
COHEN; KEREN OR ITKIN; ARIE GOURI; YAIR SHKOLNIK; PNINA EISENMAN; SHLOMO
ASHTAMKER; CARMI COHEN; SIMCHA BEN MAAS; TZION BUZNACH; URI WILHELM; CHAIM
CUZCHUK; LIEL NEVO SHUSHAN; ODED MOR; OREN COHEN; YEHONATAN LEVI; YOAV NEVO;
DAVID DAGAN; TZIONA KASTAGON ; OVADIA LEVI; MEIR EDRI; GAL GAWI; EITAN RAHAT;
ELINOR BAR ON; LIA RACHEL CHAYUN; IDO CHADA; TAL COHEN; MORIA MICHAELY; MOSHE
TANJI; JENI BERDICHEVSKI; SARA SHEMESH; MOTI ZAKEN; TZIRA WASERMAN; SHAHAF SIMON;
AVI MORE YOSSEF; AHARON KROITVIRT; ELCHANAN PERLMUTER; SAGI VILOZNI; GOEL ISRAELI;
EYAL SHMUELEVICH; ELIRAN LAGZIEL; CHAVA FADLON; ITZIK VEISMAN; YOSSI TAHARANI;
BOAZ CHALWANI; MOSHE BANITA; OSNAT RABI; BINYANMIN BACHAR; URIEL BITON; DAVID
MEIR SHPREI; SARA PEREL; YUVAL WILK; SASON BEN YEHUDA; MOSHE MATZA; MATAN ROZEN;
LAHAV EICHLER; KALIA NATAN; SEFI BARUCH; DALIA SHOVAL-SHAKED; YONATAN ALMOG;
GALIT MARCALIT; ESTI BITON; YAAKOV FERMAN; ISSER GRODBERG; TAL MIZRACHI; GUY
WOLFIN; DAVID POLAK; MAYA LACHMAN; TOMER BROK; AMITAI SHOCHAT; TSVI WIDAWSKI;
SHMUEL INDESHAU; AVIEL LEVI; AVI YUSTMAN; GALON ORZACH; MAAYAN HILLEL; HANA
RICHLAND; AVRAHAM BIDGLIN; ADI MISHLI; ADI MISHLI; LUBA ILFELD; YOSEF BASAD; RACHELA

OVADIA; TEHILA NAOR; DVIR NAOR; REFAEL ELIRAN BEN HAMO; ADAM SHAPELL; ORTAL
EIZENSTEIN; ASIF SHEMESH; DAVID ZHUORI; HADASS MARCUS; MEIR GLICSBERG; ESTER GURI;
GABRIELA TSCHERNIAK; OSHRI MANSHIROV; EHUD PELED; IZABELLA SHULMAN; YEHUDIT BEN
AMI; YEHUDIT BEN AMI; SHACHAR LIRAN-CHANAN; GADI HATAV; YEELA BRINER; DORON
BROWN; BAT EL MITRANI; SHARON YOSSEF; RINA RO; RONEN KROYTNER; MICHAEL ABRAMOV;
YITSCHAK RAIVIT; ELIAHU RAVID; JONATAN HARATI; ROI KATSIR; ASSAF MEIRON; AVRAHAM
EDRI; ANTON MEIDANOV; YOSI SHOLET; AYALA WEISER; DVIR MAATUF; YONATAN BEN ATAR;
ITAI SHAMIR; CHEN SHAMIR; SHMUEL KRESTANI; XXXXXXXX; JAMAL ABU ALKEAN; AVI
SIONOV; HANAN ALFASI; ELIA DAVID; ADAM FRANTZ; DANI ZIV ; AMOS CHADAD; DANIEL
MASLOV; YONATAN LANIADO; HADAR COHEN; OMER SAAT; SIVAN ROBAS; DAVID TANJI;
MICHAL DABAS; SHANI ALGRABLI; AMIR MADJAR; TAL HASHUV; DOR OHAYON; MAY YAIR;
NAAMA DAHAN; ISRAEL ABRAMOVICH; RONEN PAPO; ALLAN GRANT; NISSIM NECHUSHTAI;
SARA KARNI; LILACH AVRAMOVICH; OMRI ZUARETS; ANNAEL TOLEDANO; SAMUEL ELHAIK;
AVICHAIL BENJAMIN; HADAS VARONA; MICHAL SHPUND CASPI; OMER COHEN; YAIR PICHASI;
AMIEL DAHAN; ORI SAAR; MIEL GUTMAN; AVI SHNEIDER; BAT CHEN ALUK; DANIEL AVRAM;
MIEL GUTMAN; HAGAR OR RINGEL MAMAN; MATAN DARVISH; SARA BARTOV; YITSCHAK
KABESA; ERAN KRAS; DINA PRESS; DAR LEVI; DAFNA OFER; RONIT YEHUDA; ALEX
AVRAMOVICH; GAL BAR ZACAI; REFAEL HEN; MEIRAV EMERY SHARVIT; ZVI EIZIK; CHEN
BINENBIM; HAIM KLATSKIN; CHEN BINENBIM; ADI SOFER; CHEN DANIEL; SAGI DAHAN; ANTAL
DOLA; HAIM KLATSKIN; NADIA SHMARTOV; OMRI RICHMOND; HAIM KLATSKIN; MORAN
SHMUELI; IDO ZEEVI; HANA REUVENI; CHANA STEMBLER; SHAY BRANTZ; SANDRA BEN NEVAT;
SHENHAV ATIA; ALEXANDER ZAKHAROV; LIAT TAL; LIOR LILACH; MORAN KUBA; OFIR GEULA;
IGOR RUCHYEVSKI; BETI ATIA; GAL HADAR; OFIR GEULA; AHARON ROTENBERG; REFAEL
OSIFOV; ALISA KAPLAN; LINN YEFFET; EITAN KERZNER; LIOR OUZANA; TSACH BEN HAMO;
YANIV TURJEMAN; LITAL SHEMESH; LIHEN HARATZ; ELDAN MAHRAZ; NITZAN MOYAL;
SHACHAR COHEN; INON DAHAN; MOR ISRAEL; ELAD WIDLANSKI; MOSHE HAIM; AMIT EDRI; MOR
ISRAEL; SHIMON ELKIN; YAKIV GOORY; HADAS ELMASI; XXXXXXX; KAMI GACHTAN; ESTER
SEGAL; MORAN KAMM; ELRON ZABATNI; MATAN ELKAYAM; ELAD YANKOVICH; SAHAR AMAR;
SHLOMI OVAD; AYALA KARNI; SHLOMO LEVI; SHLOMIT SEGAL; AVIHAI OHAION; AMIT
SOLOMON; AYALA EZRA; AMGAD ALI; IGOR RAFLISANSKI; DOLEV DADON; DANIEL COHEN;
RONIT ELI; ELISHEVA BERMAN; DAVID BITON; ADENA HAMMER; CHEN ABU; HAGIT SASI;
YITSCHAK CHAZIZA; EDDY MEIRI; ORR VARDI; ERIKA BOGDAN; MORAN SHIRA BITON; MOR
MAISEL; YITSCHAK LEVI; ERAZ NOIMAN; MOR MAISEL; DAVID LEVI; OHAD BADNANI; AVIAD
COHEN; JAKOV KAGAN; NOAM LAVI; URIYA PELED; SHOSHANA RAPAPORT; AVRAHAM HONIG;
YEHOSHUA GERSTEIN; RAMI DANUS; TALYA BAR NATAN; BRACHIA MINES; MOSHE DAVIES;
ELIYAHU TSARFATI; OREN TSUBERI; ILANA PERRY; GILAD SHAHAR; YITSHAK GREIDINGER;
RAZIEL GABAY; DANIEL FAIS; MALKA MALKA; SHAY GOVER; ILANA GRANOT; XXXXX; BAR
COHEN; AVIHAI DAHAN; POL MAKROV; AVIEL ZINO; TAL BABA; BATEL ALMASI; ALBINA
MICHAELOVSKI; ZACH YOSSEF; CHEN BRUCHIAN; MENDI PERETS; MORAN PACHIMA; AHARON
MIRALSHVILI; ILYA TOMBAK; PAVEL KURSHEVSKI; ILIYA BINAEV; ROZ ASAYAG; SONNIA
NISANOV; AMIR SHARON; ILIYA BINAEV; KIRIL ALEXANDROV; CHAGIT COHEN; CHEN MACHLUF;
YAMIT YAAKOBOV; ELIOR COHEN; SHAMI SEINFELD; NATI BERGER; DANIEL GANOT; AVISHAG
ETEDGI; EYAL SASSSON; AYALA ZAM; AHARON STRIZOVER; GUY GRINFELD; AVIGAIL TSARFATI;
BENNY NARKIS; DAVID SKORODUMOV; GUY GRINFELD; EVYATAR PERETS; ASHER STERN; RAN
OR SULIMANI; YARUSLAV STEFANOV; ESTY HERSHKOP; TAL FISCHELES; IDAN DUCACH; ILAN
PLUS; SERJO YAM; ILYA LEVITIN; MAYAN MOVSHOVITS; PAVEL KRONINFELD; TEHILA
ISRAELOVICH; LIAV SIVAN; NISSIM AMAR; SERGEY GOLKO; ROY HUKIN; CHEN YIFRACH; ROI
ABELES; YOSSI VALENTI; ALEXANDER BITMAN; NOAM DUCHAN; CORINNE SHARON; ORLY
BITON; SHANI KSANTINI; MOSHE AHARON; SHAI KIVITI; OMRI ARTZI; SHLOMO BEN HAIM; STAS
SADIGOV; AVIEL AVRAHAM; MICHAL OHAYON; FELIX PALOMO; FELIX PALOMO; GIL
AHARONOVICH; AMOS TRABELSI; REUVEN KAMINIETSKY; VERED KARNI; YIVGENI PORTNOY;
IDAN MIZRACHI; DAFNA BOIM; MATITYAHU GAFNI; DOR DAHAN; ADAM ANKRI; YOAV SHUSHAN;
SHIRA FEINSTEIN; LINOY EZRA; ACHIA YERUSHALMI; ISRAEL SHUSHAN; ALINA KRICHEVSKI;
ZOHAR YISRAEL; SARIT SLONOMSKY; PRIEL COHEN; RACHELI HOCHMAN; ZOHAR GAL; MOSHIKO
LEVI; EFRAT ADIV; ASAF SHOCHAT; DROR RETTIG; SHELI LEVI; SHULAMIT GAL; LIRAN SOFER; OR
GILOR; TZLIL WEITZMAN; SHARON SABAG; SHMUEL ALON; HAVA ISRAELI; DANIEL EDRI;

SHARON ABRGEL; SAGI GULINSKI; AMIR ROSENBERG; POLA HADAD; ROEE DOVEV; CHANY
ZANG; DANIEL OZ; SHMUEL MAUDA; AVICHAI KAIKOV; YEELA ZEEVI; RIVKA ASHKENAZI;
AVRAHAM VASHDI; MEIRAV COHEN; TANIA LERMAN; OFEK AZARIA; DAFNA YECHIEL; TZVIA
CHABUT; SAHAR CHAJBI; TONI NOY; AVI KOREN; MICHAEL COHEN; ETI LEVI; NIR MOSKOVICH;
ASAF SAIDOF; ASAF SAIDOF; ZEMACH HIRSHFELD; MEITAR GANOR; AMALIA CARMI; LEEOR
MATALON; LIOR ILUZ; ROI BOOKSHPAN; ELIRAN COHEN; RAVID ROM; YANIV HARARI; AMOS
SAYAG; ROI GOLAN; BAR ELCHADAD; ESTER SHITRIT; ARIE HERSHKOVITS; ITAI BEN DOV; TZOFIT
OCHAYON; SAGI STUPP; ADMON MAMAN; LIANA GURSHUMOV; NAUM FAINLEIB; DANIEL
ABRAMOVICH; AVIGAIL MENDELSON; AVIEL NATAN; YESHAYAHU KALMAN; DAVID STERN;
OREN HACMON; DAVID ROSENZWEIG; HADASS STERN; YOGEV AVRAHAM; GAL BENLULU;
SHACHAR VANUNU; REUT SIMAN TOV; AMALIA CARMI; MAZAL EDRI; ROTEM EDRI; SHLOMO
SASTIEL; ESTER SASON VILZIG; REUVEN MOZESON; NECHAMA MOZESON; ITAY MEDAYUNI; ITAY
MEDAYUNI; SHABTAI YOEL ETZ HAIM; OMRI MENASHE; DANIEL SOLOMON; HADAR TSABARI;
LIORA KIM; DAN BEN DROR; YAEL RADI; XXXXX; RUTH BEN ISAI; ILAN DAMARI; DANA
ALPOLSKI; SMADAR TURJEMAN; XXXXX; ELIA YOSEF; BEN COHEN; NITZAN KASHI; REUT SHERM;
FISCHEL FAJBUSZAK; GUY MALIAH; CHAYA FRIED; YAKIR GODELVSKI; RAM COHEN; IRINA
TCHORAYEV; ODAYA NINI; ODAYA NINI; YONATAN LENMAN; NOAM COHEN; ITAY SIDI; ALON
BEN SHALOM; ORLI TAL; VERED DAYAN; ZURIEL DOTAN; ORLI TAL; TAMIR OROKABI; SHALOM
KAHLON; AVIRAM SHARABI; ZLIL AQUA; MOR PAPIR; MAAYAN RIVKA LEVI; ACRI TROPER; AVI
DAMTI; NOA RAHAMIM; BATSHEVA SWISSA; RIMONA TRAUB; EDEN HADDAD; LENNY GUY;
GILAD SHNEIOR; OZ HURI; KESSEM AGIV; DOR MEIR; ROSALIE HOREN; KORAL ZOHAR; BEN BAR
OR; SABRINA NINIO; SABRINA NINIO; GIDEON YAAKOV; HADAS ILUZ; INBAL LIMOR; MICHELLE
COHEN; LIOR ROTH; AVI AMSALLEM; SHIMRIT LIOR; DAFNA CHEN; YEHONATAN TZROR; DROR
DAHAN; ASSAF ANGREST; SHARON HAREL; DANIEL LEVIV; NADAV BAREKET; DIANNA
KRESSNER; JOEL LABIN; JOEL LABIN; ALEX FARKASH; ANDREY ABRAMOV; RONI LEVI; SHANI
DAVID; ODELYA KEDEM; EITAN AVITAL; YAEL LEVI; INBAL SHRIKI DAHAN; AMIT LEVI; SAAHER
KVISHI; OSHRI SABAN; ELIYAHU DEKEL; YASMIN MERED; TZAFRIR TIFFERET; FEDORA RESNIK;
PAZ KLAORA; OFIR MACHLEV; DEAN KROPNICK; ITAMAR OVADIA; MIA ANGEL; SHIRLEY
KESENTINI; NOAM GAASH; ASSAF GINSBER; TAMAR V; AVI KATZ; DANA YOSKOVITZ; OR
ZERGROFF; LIRAN ZINGER; NATAN WEINSTEIN; EYAL HABANI; TOVA FELIX; DIONNE SABEL; IRA
BLOV; NADAV EFRATI; NOAH ALFASSI; NIR ELKAYAM; MICHAEL VEROSHKIN; ELINATAN EDEN;
YAKIR HEN; SHAHAR OZIEL; TATIANNA MAISTELMAN; TATIANNA MAISTELMAN; DOR ROSH;
TATIANNA MAISTELMAN; SHARON RABINOVITZ; YAARIT KLEIN; ORTAL TWITO; ARIELLA
SHTRUM; RAFAEL VERED; ORTAL IVGI; YORAM DVIR; TALYA GALAM; REUVEN LEVINE; DANIEL
MALKA; STAV ZOHAR; DAVID BRAUN; SAGI SOLOMON; NETANEL HADDAD; HAGIT STERN;
YEHUDAY LAG-ALAM; YODFAT DAGAN; ILANIT AFLALO; NATAN SCHECHTER; SARI DAHAN;
HEMI ENGEL; YAKIR AZARIA; YEHOSHUA COHEN; HODAYA AVIKSIS; YORAM ARAD; BRACHA
COHEN; HEN ADGEH; NEHAMA ZACH; ZEEV EISNER; AMIR KAYA; YOFAT ARIELLI; GAL
WERZBERGER; SHAI COHEN; OMRI RAHIMPUR; SHLOMIT SHTRUM; MENAHEM MENDEL SEGAL;
IDO TEREM; EREZ AVITZUR; TATIANNA REJKOV; ASSAF SHPITZER; SHAY ORKABI; BARAK
PINHAS; NETANEL PIKARD; DIMA SHER; KALMAN SHAMIR; MORAN MAVRI; SHLOMO TZAHOR;
LIAT AFRIAT; SHIRAN BARTOV; DUDU MISHTE; YAEL TICOTZNER; SEGEV SHORESH; AMIT DIMRI;
YASMIN KADOSH; ZOHAR HELLER; JEFF HOLDEN; IDAN PINKAS; YANIV SERTZI; ROTEM
GORDANA; YARDENA TAYLOR; SHALOM YERENBERG; ELINOR ROGERS; NISSIM IFERGAN; TAL
MILLER; LINDA LEIBOVITZ; SAGI SABTI; BETTY COHEN; MAOR HURI; PNINA RAYDON; LIAT
SWIDGELL; CARMELLA RAYDON; NIV NAHMANI; HAGIT HALEVY; NIR KAKO; ITAY RAHAMIM;
MORIAH MIZRAHI; SHIREL GAHARI; DANIEL VAN HUTTEN; DIANA DEMPSEY; SHAY SHAUL; IRINA
SVINKIN; RAN YEHEZKEL; YIGAL SHAUL; MIKI ZOHAR; TALY GELLER; KFIR LEVI; RITH ZINI;
ARKADI FRANKEL; TAMAR ZINI; MICHAL KONNESMAN; YOTAM KLEIN; NATALYA LEIBOWITZ;
GATACHO BLAU; NAOR KUPERMAN; YEHIEL STEIN; OMER KAHLON; SHMUEL LEVI; MICHAL
MORDECHAYEV; ELHANNAN AVRAHAM; KOBI GOZLAN; NAOR COHEN; HODAYA MINESS; ITAY
ZECHARYA; ELIZE OHANA; AMI ROZEN; SHIMON HADDAD; RUHAMA IFERGAN; ALON
RAPAPPORT; MICHAEL MANN GOLDMAN; AMIT LEVI; TIMER SAVIR; BRACHA BAR TOREN; HEN
OVADIA; SOLOMON ILAYEV; HAIM BARUCHI; ELISHA AKUKA; DUDU AVRAHAM; OHAD SRAGA;
RACHELI PERRY; GILI DANAN; SHMULIK FINE; SHOSHANA LEVI; GILI DANAN; SHANI HAIM; OFIR
KRAUZ; OMER KALFON; YOSSI GELLER; AMOS GUETA; MOR NAHSHON; RAVIT HAIM; YOSSI

ASULIN; ZOHAR BEN TOVIM; LIRON MAUDI; EREZ MASHALA; ITZIK ABERGEL; NISSAN SIMCHAYEV; DANIEL SULIMANI; TZACHI BAR KOCHVA; TAL SHARIR; AHARON LUGASSI; YANIV HASKEL; SHIMON GENISH; SHLOMO AVITAL; SHLOMI SHILOACH; YAHAV NUNI; DAVID LEVI; MARTA BOGOLAVSKY; PNINA RAHMIMOV BARKAI; YOAV SHTRUM; IRINA TULINUV; ASSAF TABIB; AVIV ALONI; HADAR OSHRAT PODBERI; DORIT SHADMA LEVI; MICHAL BLASHKAUER; NILI LUGASSI; SUHEYL PATPOT; LEE SHACHAK; SLAVA SLANIKOV; SHABTI HUGA; YOSSI ISRAELOV; RAVIT STERN; MAYA IVENSKY; LIRON LEVI; YUVAL ZINER; ALON VORNICK; HILA SASSON; HANI GOLDINER; DAVID PALTZMAN; YOSSI GROSBERG; DAVID PALTZMAN; TAMAR WEIZMAN; NERIN AMIEL; DAN FRIEDMAN; TAMAR KABRA ; DEAN GIVATI; URI NAFTALI; NERIYA DASA; YARIV ZUBIRI; ANA HUDETOV; EHUD TENNE; MENASHE KATZAV; PERAH VRUNER; MORDECHAI HAYAK; ETTI ELIMELECH; NAAMA FRANKEL; ZURIEL GIAR; RUEUVEN YEDIDIM; ITZIK LANIADO; YUVAL COHEN; SHACHAM GUR; ESTER ELIMELECH; AARON BENNETT; AVIVA LEVAYEV; AVIVA LEVAYEV; RUBIN DARAI; ASSAF INO; MORAN BEN DAVID; YITZCHAK BEN ZIKRI; BEN ITAH; YOAV YARON; ADIR IVRI; HANA LEVI; NACHMAN LEVI; NADAV BEN MEIR; HAI DAHAN; YEHUDA HOROVITZ; DIEGO KOSKOV; LIHI DROR; SARIT HELMAN; ORLI YAAKOBI; SHILLA ADLER; GILAD CHERMONI; DMITRY CHERNOBILSKY; MICHAEL MICHAELI; TZIPORAH ELKOLEMBRAH; LAOL TASHLE; GAL AHARONI; FREDDY YANKOVITZ; ALOYNA YOSSIFOV; AVIAD SAADA; BATEL ZIVIAN; YAAKOV SAHAR; ALIOR SHUSHAN; ISABELLA BEN SHITRIT; ELIRAN MACHLUF; MICHAL WEIZMAN; DANIEL VIBORSKI; TAL REGEV; EL DID BEN ZEEV; SHIMON BEN SHITRIT; LIVNAT BELL; SHANI HERSHKOVITZ; ANAT ALUSH; REFAEL SHEM TOV; DAVID HASHASH; SHIMONA BEN MORDECHAI; RUTH AKOA; NATALIE OSHRENKO; ALON TELVIANSKI; NERIYA ISRAELLI; SAGI TIVON; GADI ZIV; AVIEL YAAKOV; IGOR SHPITZ; ASAF ASAF; ITAI MAOR; ROY KLEIN; HEN MAMAN; SHAY ALON; MATAN GOLDMAN; MICHAL ARAMA; KONSTANTIN LIVSHIN; RON NAHSHON; ARIEL BARAS; BIANKA ELBAZ; DOR LEVI; ALBINA NAGAR; INBAR NATAN; MEIR BAUM; SIVAN PAZ; TALI LEVINGER; MIRON GONEN DVIR; ORI KATVAN; NADAV COHEN; GILAT SAATI; ANDREA TOBIAS; MAOR BIBI; IDAN ATIA; MARK FLEISHMAN; FANI ALIOA; NOA MEIR; MOZI BOTTON; YAIR GAMLIEL; MICHAL BERDUGO; GAVRIEL SIGAUKER; RACHEL LEVI; SAGIV SHIFMAN; HANNA BRICK LEVINE; MORAN ABUHATZIRA; ALON BANI; ZIV HAKMON; OMER RAVID; KORIN HILLEL; AVI AMSALLEM; SARIT ERLICHMAN; DOTAN TAHAR LEV; SHAI EINHORN; GAL GAL; MICHAEL PENZIN; DEVORA KAMINER; YAIR COHEN; FREIDA SHUMER; REFAEL YIFRACH; GALIA HANANYA; AYALA BEN DAVID; BAR DOBINSKI; REFAEL MOSHE MAATUF; EREZ SAIDON; SHAI FAHIMA; YIGAL BELHOVSKI; YANIV LAGZIEL ; MIRI GREENBERG; MIRI GREENBERG; SHOVAL BUZGALO; GILAD LANDAU; ASAF DARDAI; HUSSAM DARDARI AL MUKTZA; YITZCHAK MEISHAR; RUTHIE BASHAN; SARHIO GOLDFELD; DVIR DISHI; RINA BURG; SIGALIT HADAD; GUY AZULAY; ARIK TWINA; DANIEL BERN ROTH; NAOMI ATUEL; MERAV TANAMI; AYA DAVID; AMIHAI KAPKA; SIMCHA LAGOMSKI; HELI OVADIA; YEHOSHUA NATAN ZOHAR; YEHIEL GERSHI; ADIR SAGIV; IDAN MIZRAHI; HEN HERBER LIDOR; YANIV BENOR; DANIEL MERSIGO; TAL NAOR; MOSHE AVIKEZER; IRIT SHALOM; ADI HAIM; ADAM TZUR; SHIRA TAMAM; NAHUM KAASTO; SHIRA TAMAM; SIGALIT ELISHAKOV; ELISHEVA COHEN; NOA BURAK WEISS; YASMIN BEN DAVID; ROY ADANI; TEHILLA WEISS; SIVAN NASSI; SIVAN NASSI; LEV KAPLAN; ANAT MIZRAHI; GERRY TAMIR; AVIEL JAN; OREN REINZILBER; AMIT LEVI; MENAHEM SCHWARTZ; MENAHEM SERCHUK; ADI VIDER; HAIM ROTHSHTEIN; LIDOR ZEITUNI; BNAYAHU DABUSH; RUTH HUBARA; PERRY DAYAN; DANA NEUMAN; VOVA KOSTATKI; KOREN HANIS; MORIAH FENIGSTEIN; NICOLE KIN; EFRAT SULIMAN; DAVID WOTZLER; MARINA BERGER; DAVID WOTZLER; ZOHAR ALTMAN; SHARON SASSON; GAL ALMASHALI; DOR AZIZI; ELIYAHU KAIKOV; REGINA SHABTAYEV; DANIEL WISTREICH; REGINA SHABTAYEV; DUDU AHARONI; REFAEL KABASA; KFIR ALMAGOR; SHMAYA BACHAR; METZADA BEN EZRA; OR OR; ZAHAVA TUCHBEND; SHANI LALKIN; BELLA MOSKOVITZ; NATALYA CHAN; AVRAHAM PERETZ; DIKLA HANUKER; TEHILLA LEVI; RON ZAMIR; TAL EFRATI; MORIAH NAHON; HADAR PANTHON; OR ISSACHAR; MAITAL SHOSHANI; OREN PARTUCK; SHLOMIT ZAUSH; YOSSI AVRINA; ANNA FILIN; EFRAT YERUSHALMI; ROMAN ROZANOV; KOBI ZAKIN ; EZRA YOSEF; OFRA CASPI; NURIT BRIFFMAN; ELI ORBACH; JENIFFER BAZAK; ORA TEHILLA AZULAY; YONI SCHWARTZ; ORA TEHILLA AZULAY; VAGDI HATAR; YEHONATAN SALHOV; SHMUEL TIRAM; YOSSI SA NESS; ELI REIMER; OSHER OSSI; SVETLANA PINK; EREZ KONFORTI; YAIR BRAUN; ELINORE HUGI; AVRAHAM YAGER; TALI ARBITI; TAL AMOYAL; ZEHAVA HART; NETANEL TWITO; SHAY TWITO; SHARON BAR; MENASHE SHARBEFF; LIEL UZIYAHU; OFER SAADA; ALEXANDER NANKO; MORIAH DORONI; HAIM FORMAN;

YARON AMAR; ASSAF SHAY DAHAN ; SHAY OHAYON; MOSHE RINGER; SHLOMI SABAN; NATTI YUDKIN; TINA LEHRER; ITAMAR ZUR; YOEL KUSKAS; YONI COHEN; SIMI AKSHUTI; SHANI LAVI; TAL ESHEL; MAITAL UZAN; ORLY GREGO; DIMA KOLNIKOV; LIA ROSENBERG; ALEX YAGUDAYEV; ELIRAN FRANKEL; ROTEM KROPFELD; ALMOG PERETZ; YISHAY SHEMER HAFUTA; GILAD YIFRAH; SHALEV TSHUVA; YONATAN NUNI; AMIR DAHARI; YOSEF BEBRAZ; TAMIR FARKASH; SHIRLY GAVAZZI; ITAY VAKNIN; FAINA ADDAF; DIKLA NAHUM; SHIRLY GAVAZZI; NETANEL MALKA; AYALA AGRANYUNI; DAFI OFRI; SHOVAL ORING; GUY BARAK; AMIT HORENFELD; RAFAEL ZIKO; ZACHI VERSANO; PHILLIP IGUSHIN; YOSSI YADOVNIK; ZACHI AMRUSSI; OLGA REZNIKOV; YAEL VAKNIN; MICHAEL KOZ; ORIT ELIYAHU; ORIT ELIYAHU; SHIMON GORODETHKY; VARDIT VAKNIN; RONI TOLEDANO; SHIR SHUKRUN; SNIR BAR ZVI; YOSSI KABASA; BARAK BAUM; ADI HAZUT; SAGI BEN ASHER; DOREEN TZEMACH; LIRAN BEN MOYAL; OFER ZIGENBOIM; MEIR AHARON ZEITUNI; NITSAN BEMENILKER; AVRAHAM COHEN; SOPHIE YOSEF HAI; ELIZABETH PATRICK; ADI PEARL; YARON MELMAN; AMIHAI MAHON; ZVI SHAPIRA; ESTHER ROSMAN; YAAKOV BARIS; MOSHE PLUS; SARAH BARIS; DAN REVAH; ESTHER MENAHEM; MAAYAN YITZCHAK; MEITAL MISHAN; AMIR DAKLO; SHOSHANNA SHIRA; TAL KADOSH; DAVID COHEN; HAIM LEBOR; KIRIL KAMELDINOV; SHMUEL SHMAILOV; DARYA AMOSSOV; GAL OHEV ZION; ADVA HALEVY; RITA AMOSOV; YUVAL KLIL HACHORESH; ALEXANDER AMOSOV; HAIM BEN ATIA; SHACHAR TAIRI; BORIS KAMELDINOV; ELIEZER KOH; BATSHEVA ISRAEL; SHAY YITZCHAK NACHSHONOV; LIZ COHEN; ELIYA MOYAL; ASSAF COHEN; MATAN SAADA; MICHAL KORNMAN; NAOR MALKA; EITAN NAKAR; MERAV YERUSHALMI; SAPIR PARTOSH; OZ GINSBURI; GAL PEARL; YEHONATAN ZOMER; DANIELLA BERZIN; AVIEL SHEM TOV; ARIEL ELMALIAH; SVETTA GERBER; KOBI FRAIFELD; MASHIACH NANIKASHVILLI; YEHEZKEL MEREZENT; RON HADAD; ALIZA SHLESINGER; TAL BARAK; TAL ROIMI; SAHAR ARIEL; ROY LEVI; MESSODI NAHON; AVITAL BEN MEIR; EFRAT KELLERMAN; SHALOM RON; HEN ELISSIAN; AMIT KOCHAV; MAAYAN ZADOK; PRIEL DAVIDOV; SNE COHEN; GILI AZAM; YISHAY HEFETZ; AMIT OZERI; RONEN YITZCHAK; MICHAEL OZERI; AVIV TURJEMAN; ODED BARKI; NOA SKILER; GALIT BILT; NIRA BARKI; YAFIT MELS; YISKA KRISPIL; MILKA BERTISCH; ROY BILT; YAIR HOROVITZ; RAANAN ZAPRI; RAANAN ZAPRI; MENAHEM PERJ; YANIV PERETZ; ELIAV YIFRACH; HAIM LANKRI; SHALOM NAIM; DIMITRY KRAMSKOY; TAL HIBSHER; SHARON GOLAN; SHLOMI PEER; LIEL LIZ DIMRI; ARIEL ANGLER; DIMITRY LANGER; MENAJEM SRUGO; HANOCH KAHN; IDAN COHEN YASHAR; SUZY RAHAMIM; OREL SHEININ; SIMON AVSHALOM; ELIAV MEIR; BUSTAN ZURAN; ZAMIR GAL; GUY FRISCHBERG; MICHEL STEMPLER; ORI LEVRAN; VERED KABLAN; HANNA MADMONI; SHIMRIT COHEN; HELI BATASH; HELI BATASH; OFER BEN; SHIRAN WISER; OZ BEN YOSEF; GABRIEL STEINBERG; YAAKOV ZURISHADI; NETANEL WOLF; YAIR GOLDBERGER; OMER BUZGALO; NETA LI DAVID; LILACH MENAHEM; YONATAN BEN BARUCH; SHLOMO FISHMAN; NAOMI YITZCHAKI; OFIR YOSEF; MART KLEINERMAN; ETTI ASHKENAZI; KORAL YITZCHAKI; ALMOG BEN DAVID; DANA GROSSOYERT; ROY SHEM TOV; AVI SHIMONI; ALEX GOODINGER; ASHER ZABARI; DIKLA DORI; KARINA ABRANI; OR ROSENBAUM; BAREL MAAYAN; EVE BAZER; PNINA DINSTEG; HILA SHALMAYEV; LINA COHEN; RITA ZIGNOV; OR YITZCHAKI; DANIEL KEISAR; LIAT LEV; MIRI NASSIMIAN; LIRON NAHARI; RIKI VILENCHIK; LEVI LEICHTER; SAPIR IGEL; SHIMSHOM ADAMA; NAHUM ELLA; GALIT YISREILSON; SHANI SHACHAR; MIKI YARKONI; AVIA DORANI; RAHMIN KAMHAZI; RAHMIN KAMHAZI; AVIA YANKOVOI; ROY HARRARI; NIR TOPAZ; RAN BAR MAOZ; MICHAEL PORER; AVIYA TSABARI; SHLOMO BOENOS; LIAT SINMAN; JACKY NEHAISI; YAMIT PASHREL; EFRAT BEN HORIN; ITAY TAMIR; IRINA GOIZMAN KUZNETSOV; SARA ALPERON; ADI STERN; GIDEON KRAMER; ELISHEVA AZIZA; IDAN MAGEN DAVID; DAVID GULLER; YURI TOSH; HANNA AND MEIR RABI DAVIDOVICH; AMIR KASHRI; SVETLANA GORODIN; MAZAL SAADON; ARIEL SLUK; DANIEL MAYER; YAEL SHALOM; BEN AMRAN; OREN GREIBER; AVIGAIL NISSIM; MOSHE SIMCHON; LIHI KIMHI; EDNA MACHLEV; LIAN NOY; RUTH LIRAM; MORAN HUL; YANIV MOVSHOVITZ; KOBI LIPKS; ESTHER HAZAN; YIGAL AMIR; DANIEL BEN ZION SHERMAN; DOTAN KORESH; DOR BUHBUT; LION AZAR; ORI BORNSTEIN; MICHAEL LAVI; JUANDRE VAN DER WESTHUI; ARKADI GUMIROV; NIR ALAL; YITZCHAK ELISHA; MAGGY BONFIL; YOCHAI TAHARANI; TOMER EPHRAIM; YINON SCHLUSMAN; SHACHAR RAVIV; SHAY FLEISHER; AVIAD LANCHNER; NIR GURI; ALEXANDER TELGIN; MOTI VAKNIN; MERAN SHAIBI; EYAL KIMHI; DINA LIFSHITZ; LITAL CHACHASHULI; ORI MAIMON; HAIM ALUSH; DUDU YEHEZKEL; IDO YOSEF; ORLY NESSIMY NAORI; ARIEL OFRI; AVIV BAR OZ; SHIMON ASULIN; AVI FOX; ITAI HALAF; ALUMA KAPASH; OFIRA ISH SHALOM SHACHAR; SARIT WEINBERGER; LIDOR YITZCHAK; SAGI COHEN;

ALON LOWENSTEIN; OFEK TLUMECK; AMIHAI DAHAN; DANIEL GELVENDORF; RAMON DARSHAN;
GAL SHAFON; SHACHAR DRORI; LIRAN KRISPIN; ELAD MALKA; KATI GONTCHER; ADAM ROSS;
RUTI BAKAL; HAIM MAMAN; OREN AHARON COHEN; DOV BINYAMIN VIDEVSKI; YAMIT LEVI;
SYLVIA KELKSTEIN; LIMOR YAAKOV; ASSAF RIBAK; LIRON MILLIS; NAFTALI LEIBOVITZ; YOSSI
MORISS; SIGI RAND; ASSAF SELA; YINON GERSHI; YISHAY IFATI; IRIS BRACHA; ITAY
ABRAMOWITZ; MARIA GERBER; YOSEF SHITRIT; SMITHA SALAMA; MOSHE ALKOBI; TEHILLA
COHEN SABAN; GIUSEPPE MISALE; ILAN GRESSERMAN; SAGIT NAHUM; ALEX PIANIN; YOSEF
ELBAZ; NAAMA HARROW; KINNERET HEN; ODED NURIEL; LIRON OHANA; SARA YOELSON; SHAY
BENITA; EITAN GILAD; ARIE BAR ; NISSIM ZIB; SHAUL TETRI; MICHAEL VAKNIN; TOMER KEREN;
GALINA ZVILIANSKI; AHARON ABRAMSON; NATIV OHANA; KELMAN BERKOWITZ; TOMER
ITZCHAK; TEHILLA HACOHEN SITRIN; MERAV COHEN; ALBERTO RACAH; ALBERTO RACAH; ELLA
SHERKIN; TALIA BEN TZUR; HEN KATZ; ADO SABATANI; MEITAL RAHMIN; SHIR HAIM; TALI
LAOR; SAMI SHAIN; IDIT ELBAZ; NIR MALKA; RACHELI MISS; YITZCHAK MISS; SAHAR GLICKMAN;
DAN KARKOV; TALI TALMOR; YAFIT SVINIK; MORIAH ZOHAR AVITAL; DAVID EDRI; YONATAN
HORVITZ; ITAY AVNI; LIOR LAVI; STOY PENSTERHEIM; OZ KDOSHIM; DAN MANZON; SARA
HATUEL; DAVID STERN; NOAM AVIZAMIL; RONEN SALOMON; ALEX KISS; MIRA FRISCHBERG;
VADIM GILLMAN; SMADAR MAMO; VALENTIN BOKOVZA; YISHAY CARLEBACH; ELI GOLAN;
ALINA ZACHROV; LIRAZ HELFEND; AMIHAI SCHWARTZ; NETANEL SHAUL; SHACHAR SHITRIT;
RACHEL COHEN; VECTOR LOKSHIN; NATAN ILAN; SHIMON BEN EZRA; YAFIT EFRAIM; DAFNA
COHEN; SHIFRA HADAS; AVIAD YAHUD; DVIR KAMGAR; SAGI ELIYAHU; FRIDA ROSENBERG; NOY
BUSHARI; ELIRAN MAZRAFI; REVITAL OMANSKI; ROY LEVI; ADI MALIHI; HAGIT VERNER; GOLAD
SHLOMO SABO ; AVI MANSHEROV; EMUNA BEN YAAKOV; LIAT NAGAR; YAEL TZADIK; DANIEL
YEHEZKEL; MORDECHAI ABRAMOV; NOYA DAHAN; IRINA RUSSO; SHANI AMIT; FELIX KIM; YAEL
TAHAR; ROBI SALMAN; YAAKOV BERHAMO; RACHEL PURITZ; MICHAL LIBSON; HADAR BEN AMI;
ILAN MALACHI; GILAD COHEN; RINA NOIFELD; YAEL ALFASSI; ELIOR VAKNIN; DAVID ZIGRON;
YAFIR YITZCHAK; MIKI YAKUTI; BATEL MESHULAM; ORTAL LEVINGER; NIR BEN ARUSH; HAGIT
BITTON; MATANYAHU MOSHE; AVIEL DEKEL; EREZ ATUN; BARAK FARHI; RAAYA NAKI; SRAYA
ASHER; EREZ YITZCHAKI; SHAHAF COHEN; ADIEL VAKNIN; REUT BARBIBAI; JUDAH MISCHEL;
YANIV KUDARTY; OREN SAADON; MAXIM BARDIN; ODEL AVICHAI; OFIR HADAD; TOMER
AZULAY; YAIR NISIMIAN; YAACOV MORDAN; ZIV LAITMAN; RACHEL GOLDBERG; MAOR SHIMON
ORGAD; NETANEL BOROCOV; ITAY ZOBRI; AMNON SHOSHTARI; NATI AZRUEL; HANANIA HANAN
KADOSH; YAM NAOR; AVI RUBIN; YARON COHEN; MAAYAN PERI; ANAT COHEN; EREZ SINOANI;
YUVAL BANANO; LITAL HILLMAN; HAGAR RACHMAN; IDAN DAGAN; SHELLY COHEN; YAKIR
ROKACH; AMIT GILBOA; ELDAD AVITAL; RIVKA YEFFET; MICHAL KATZ; ESTHER ZARBIV; LILIT
AVIRAM; SHIRA DAVIDOVITCH; ALEXANDRA GOLDBERG; MORDECHAY MORGENSTERN; MAOR
HAGAY; OMER SIMANTOV; ATERET BIRENBOIM; MORAN ZALAH; HADASSA DANIELLS; ADIEL
SHUNEM HALEVI; YA'ACOV KENIG; ELDAR RAZ; RACHEL SARIG; STAV OVADYA; ISRAEL ANDREY
ADIR SIBONI; EDGAR REFAILLOV; NAVE DROMI; ANNA AVNI; ASAF SABO; DANIEL SHWORTZ;
YANOR ATADGI; ELI ASRAF; LIRON AJUALOS; SHLOMIT CHOHEN; DEVORA BEHAR; HADAR
HORVITZ; TIKAME AMIRI; ATHEL HODORSKI; OFIRA FURMAN MOR; SARIN HADAD; YOAV
JACOBIY; ORLY LAVI; HANA NAVA; ZOHAR CHOHEN; ILAN SAVRENSKI; ROI BENSHLLUSH; GAL
UZIYAHU; ADI AMAR; NIMROD BICHLER; ZANA LAZAREV; DANIEL MISHAELOV; ANNA-ROZA
YUHANANOV; SHOSHANA SHVIT; LIAV HASID; OREN ROSENFELD; NIV BEN SHABAT; SHOSHI
TZUDIKER-SHATIT; RACHEL KLECKI; MATAN KATZENSHTAIN; SHELLY HERMAN; LEAH AKAITE
UDO; SHAY AVRAHAM; TAMAR BERNSTEIN; SHIMON PERETZ; SHILAT AZOULAY; ELAD HADDAD;
TESTING; NAAMA LEVY; SAGI BRAFMAN; LEON ZINGER; LIRAN CHEN; VADIM ROGOBOI; ADIR
VAKNIN; DANIEL ARNOVITZ; LIEL MAKHLOUF; NECHAMA FIROZMN; AVITAL ADLER; VADIM
DAVIDOV; MOSHE MAGAL; TZVIA FEINSTEIN; NATAN KIRSCHNER; EITAN LEFKOWITZ; TOUVIA
STERN; DANIEL KENTOZI; AIDAN MAOR LEVI; HAREL MESHULEM; ODELIA JACOBY; ERAN
ZELLNER; DANIEL BOTBINKIN; OSHRI LUGASY; RACHEL AMITAI; AVIV DINO; ALINA BREEN; TAL
PINCHAS; SHLOMI VALERO; ETI WEINER; OPHIR SARFATI; SLAVIK MELTZER; CHEN BIDERMANN;
ACHIKAM JUDAH; ACHIKAM JUDAH; ADAM GAMA; OMAR VARDI; ILYA MAKSYMENKO; CHAIM
LEVIN; GIDEON DVASH; ALISA MESHERINOV; URI LITOBTCHIK; CHEN KINAN; NETA COHEN; NETA
COHEN; MATANYA TAL; HADAR SHALIT; ORTAL HAJBI; AMIR SCHVARZER; RUTH LAVIE; YAKIR
EVEN ZOUR; ASSAF HASSECK; HILA SHIR; ROEY EVEN ZOUR; DIA AZOULAY; OZ LOTEM; NITAI
LASARI ; SAPIR AVRAHAM; AVRAHAM YAMIN; OFRA BITAN; ALMOG EVEN ZOUR; TUVYA

BRUHIM; URI REGEV; EITAN ROINIK; HHIILA TZOMI; SIVAN BEN MOSHE; MICHEL JOSEPH;
NATALIE ROINIK; VASILY RATSKI; ITZIK ANKAVA; LUIS MANUEL BORRALHO BAPTISTA;
MAAYAN SIRKIN; HADAS HESEK; GALI SEMAMA; YULI KOGEN; SHIMI GOLAN; YONATAN
KAYMAN; AVIHAY HATAV; MAOR LEVI; NAOR AZUALOS; ELLA KALDERON; ARTYOM
SEMYONOV; SIMA ONEAL; SHALOM DEUTSCH; MALI MALCA SEYMOUR; WANDEM ZANBAY; ELLA
BILASKI; MORIAH ACKERMAN; OREN VITONSKI; UZI STEIN; REVITAL NEGER; SHAI SHEKEF; UZI
STEIN; MOSHE KAHLON; LIRAN YITZHAKI; FREDRIK FRIDSTEN; NOA ORDAN; OR YAIR; YEHUDA
TEHRANI; YIGAL DVASH; SHAI ELKAYAM; AMOS MAIMON; SHMUEL LAHMY; SARAH MAIMON;
GAL SHUSHAN; BEN GUETTA; AMIR BEN SHIMON; YISHAI YONAH; PELAH LEVY; OMAR SHAVIT;
NADIR COHEN; INNA KOVALEV; DVORA GILBOA; ANAT DADON; RACHEL MICHAEL; SARAH
ASKIN HEZONI; BEN FRIEDMAN; ANAT NAOR; YOSSI COHEN; OR KAUFMAN; ANNA YULIN; ADI
KAFE; GEULA DOMIROSKI; MICHAL ENGEL; INBAR GOLDSTOF; TAL LEVINGER; ITZIK ERNSTEIN;
CHIKO MAOR; AVI ELAHRAR; INBAL SARID BAR SHAKED; EVIATAR SHALIT; GILAD PENKINSKI;
GILAD PENKINSKI; NAHUM BOLIOVSKI; SRAYA MILETZKI; DIKLA LEFKOWITZ; VLAD STOIAN;
OSNAT MAZUZ; SHABTAI GAZIT; ORIT AVIV; MADLEN BEN SAMUEL; DOR SEIDOFF; AVIAD
KORESH; MARK RIBTZ; SHLOMIT BARZANI; SHLOMIT BARZANI; RELOAD PLANT; KIRIL AVIV; DAN
OZ; URI FORORKER; HALO SEGEV; SAHAR DAGAN; SHIMRIT SHABTAI; ELEANOR ZEDAKEH;
TOMER STONE; YARON SAGI; SHIRA BEN AVRAHAM; ELENA MOLINA MIGDAL; DANIEL
SHTUTMAN; EDI GAL; GIL SAGI; LITAL LEVI; SHILAT GANON; ORIAH MALKAN; ALIA WEIZMAN;
ELIRAN AZEROUAL; MORAN NASIR; DIANA BETLOV; GILA NISIM; SABINA CHOSZNER; ZEHAVIT
SOREN; MOR AVIV; VEREDPODLIANO; YINON TAVIT; BEN SNIDER; IDIT TEMERLIES; ITAMAR
SARUSSI; SHISHI SHAULZON; MOSHE KAHLON; AMOS NOKED; PELEG SABAG; RACHELI DAVID;
SHIMRIT ORCHARD; EDUARD MICKEL; YUVAL PEDRO; ILANA PASTERNAK; NISSIM BEN LULU; URI
RAINER; AMRAM SEGEL; ADAM REN; MOR COHEN; MALI FOUR; DAN DRURY; NEVE SHITRIT;
INBAR GIL; ROTEM MAY; DAN DRUCKMAN; TOVAH SHANKAR; LIBBY FRIEDMAN; SAMUEL
MOHEH; LEAH RABILZAROV; YUVAL COOGAN; EPHRAIM SAMUELOFF; RAN SHABTAI; YOSSI
SHACHAR; RAFAEL ASHUR; MICHAL ELBAZ; GABRIEL NARINSKY; AMIR MIKAY; OMAR MALKA;
OREL SWISSA; UDI SHIF; EMIR KHALIFA; TEL REGEV; HALA SABAG; SARIEL SEGEL; ORTAL MINI;
OSHRI LEVI; SERGEI BOTZROB; JONATHAN WREN; TAMAR OHAYON; TAMAR DRURY; RON
MIZLER; HILA LEVY; LIRAN MOORE; ADI DROR; ASSAF ALENHORN; BEAUTIFUL BALATA; MAYAN
YITZHAKI; ARIEL DOMANSKI; ERNEST AIBNITZKI; SARA COHEN; TEHIYA NAANE; MORDECAI
SHUSHAN; MICHAEL ABRAMOV; TERRY BEN MOSHE; ORANIT DISHEK; YOSSI ELBAZ; MATANIA
KEREN; NOREEN FIRESTONE; DAVID RAHAMIM; NISSAN SOSONOB; ISRAEL FRUCHTER; ASHER
ISRAEL; POLINA DRAY; RON WASSER; NISSAN SASONOB; ERAN DANDEKER; CHAYA AVI; MIMOKA
YAKOBISHOILI; HILA YONA; GUY AMSALEM; SHANI ROTHENBERG; YAVIN VLADO; SHMULIK
PEHAR; NAFTALY HERTZEL; SHAKED HOFFMAN; MAOR LASRY; KATHY SHABTAI; AVIRAM
MAMO; ORNA SHINHAV; FRIENDS PRINER; ADVA ENGEL BANO; ABRAHAM HAIMOV; EDEN
SHUKRI; SHELLY BORBIK; LIRAN NAHUM; YAARI SHIRAZ; ADIR NES AZOULAY; PHILIP INTIS;
LEAH MELAMED; LEAH MELAMED; NATI ARIELI; HADAS LEVY; IDAN GUR; ITZIK YEHENI; GILAD
KEMER; NIRIT ROSH; DORAL STEMKER; ADI ZARETSKY PERETZ; EMUNA LANDSBERG; TOHAR
SHANI ZEYTUN; JUDAH LANDSBERG; SHULA TAWIL; SHULA TAWIL; RONI ELUL; DANIEL
VILCHINSKI; MICHAL PARIENTE; ROI MIZRACHI; SHIRA GUETTA; EFI TIMOR EINAV; BENNY ANIA;
OR KAZAZ; OREL LEVI; CHAIM NISSIM; EDEN VICTOR; JULIA DOLGIN; RAVIT DADON; BORIS
BAZANOV; TAMMY DOLGIN; DUDU NIDAM; ELINOR GUEDJ; LIAT BODENHEIMER; OFIR PERETZ;
JULY HERTZ; MORDECHAI TZOBARAH-TZUR; YOSSI BITON; GAL SASTIEL; EYTAN ASHTAMKER;
HREHL ATON; TOMER ALGABSI; ANAT COHEN; ANNA BEN-NUN; RACHELI ZADOK; IZIK
RACHAMIM; LIBI MIZRACHI; ROTEM REGEV; GOLAN BEN SHABAT; SHIRAN HANUKA; OFEK
MATITIYAHU; OMRI SEVEG; YUVAL HODUS; ELIRAN MESIKA; RONI SIMANI; OR SHAUL; RONI
SIMANI; MAXIM ALFER; ARIEL MORDECHAI; TAIR LEVI; ITAI OAKIL; MIRIAM AMCASE; HANA
SOLOMON; VERED TRIGOBOF; SHLOMI CHAKY; YUVAL BAR MAOZ; EMILIA DROR; ARZA BLUM;
ADI SHAI; SHLOMIT BAR KOCHVA; SNIR AZULAY; OMER EIDEL; YOSI PARGO; YANIV
MARMLESTEIN; GERSHON BAR KOCHVA; YOSI PARGO; KATY SPIRT; ADAM ZACHMY; DIKLA
LAZAR; KEREN ZACHMY; DANY LEVENKOFF; NETA HADAR ITZIK; EFRAT LOINGER; AVIGAIL
HARUSH; DIN EZRA; SHLOMI PARTUSH; ITZHAK NISNIAN; AVICHAI WEISS; RON HALIVA; YAACOV
AVITAL; MORAN IVGAI; AVI COHEN; LAURA KELLY; OREN KABELLY; RICKI HALIVA; HOD
SHAIDER; DOR ZVOROV; TALI YAHAV; SHIR CASPI; BEKI ASHER; SARIT BUTBOL; MICHAEL

KOMAROVSKI; ADI AMAR; SHIRLY PRIMSLEY; OREN HOLTZER; HEN MIZRACHI; ADAM SAIG; SA'AR MAIZ; OMER ZAKS; YAIR GRABOVSKY; DAVID ROSHI; OR HAGIGI; ORYAN SHALOSH; AVSAM SAMI; MICHAEL GROSS; ORIT DOLINGER; ROMAN SOLOVIOV; DAVID FRIEDMAN; YUVAL YOSEFI; MIRIAM BEN BARUCH; SHARON AVRABANAL; AVICHAI OZ; MOSHE MICHAELI; SAMUEL CARDILLO; OR GERZIK; YAACOV BOCHBOT; DAVID BOCHBOT; ADVY PODOL; KATIA ABAYEV; EFRAT COHEN; MORDECHAI DAHAN; VIKA ZATSOV; DANIEL YANIV; NADAV KADISHI; GUY LEVAVI; AVI ZARACHI; RAPHAEL COHEN; ILANA MATBAYV; AHARON CAMBLISS; MIKE TOUZARD; GAL BEN DAVID; ELI LEVI; STANISLAV LEVSTEIN; NAOR SANILEVICH; NETANEL ZIV; GADI ISAEV; ARIEL KEYNAN; NITZAN COHEN; DIKLA ASSERAF; CHAYA LEAH WARMAN; AVI PERRY; LUBA YAACOV; YULIA REIZER; EILON BALAISH; HANITA GOLOMB; SHNEYER TAL; BATEL MAHARI; MIRI SHAHAR; YAACOV GROSSMAN; DAVID JACOBI; NISSIM LEVI; NADAV GOLAN; VERED GABAY; GILAD GLILI; ZE'EV SHRAGA; MICHAEL ALCHIANI; BENAYA APPERSMON; AVIEL BARDUGO; TAL BORSTEIN; ITZHAK LEVI; YAACOV HASUI; DEVORAH LUIN; RACHELI WARENIR; GAL DAVIDOVICH; ELLA WEISEL; SIVAN SHRIKI; DUDI LEVI; ITAI DAHAN; TOMER CHEN; BENJAMIN POWERS; GILAD YONIOV; SARA LORKAT; MAAYAN BEN HOR; MARTIN SOBOL; HADAR POLOP; TEHILA HERSHKOVICH; SHULAMIT ADLER; LITAL LEVI; MICHAELA TREBLISI; ATARA PERETZ; GALIT KADISHI; EDEN COHEN; ROTEM RAHAV; VLADIMIR GEORGIEVSKY; ASAF RAHAV; YARDEN KLIDER; ORAN COHEN; ALIZA BEN HAMO; OR KOTA; AVSHALOM BARAZNI; OFIR BEN NUN; GALIT GELSBERG; RONIT GELSBERG; NIR JARUFI; DAVID NAGDI; TAL ALHADAD; ADI SAADI; DELVIN MARTINEZ; TOMER DAVID; YOEL EITAN; AMIR SOFER; FRIEDA COHEN; KARIN BAHARI; EFRAT SHOKRON; EVER KAWI; SHOSHANA AZULAY; SAGI BRAND; YAACOV ZOLOTNITZKI; MARGALIT HENDI; OR SOKER; MAAYAN RIVAL; NICOLE ADIHANOV; MERAV BEN ZAKEN; ITZHAK LAX; NITZAN HAR-LAVAN; AVRAHAM HEILA; ADI PINIEVSKY; ERAN MAUDA; GILAD COHEN;NAAMA YOCHANAN; IDAN MEIRI; BOAZ COHEN; SIGAL TSUR; EITAN BEN ITZHAK CLOTESH; NAVI BEN SHIMUL; YAIR DAVIDI; ELIRAN LANIADO; MATAN WEITZ; AVIVIT SHEMESH; OSHIR NEVE; ELI BEN DAVID; ADI EYAL; ZION EZRAD; ASHER YONASI; GUY ELISHA; AVIV AVRAHAM DAGAN; ALEXEI PIKOVSKY; SA'AR NARKIS; SHIMON KALKOTZKY; BORIS FLEYTIKH; OREN KESUS; ELIAHU NATAF; YA'ARA KAYAM; OMER SHALTIEL; EVIATAR HAZUT; TAL KAYAM; TAMIR P; TOMER GUETTA; DOLEV KOSTA; KEREN SHARABI; EYAL MICHAELI; CHEN KRAMER; TOPAZ ABOO; KOREN ARICHA; RONI COHEN; GENI MAHARSHAK; GUY HAY; MORAN ISCA AVRUCH; YIFAT TZUKERMAN; AYVI MEIR; YIFAT TZUKERMAN; NOFAR YONA; NOAM BEN ARI; GAL SANDER; HEL REFAEL; SARA ZAHAVI; SHELI BRISAK; YARIN COHEN; EYAL MAZAL; ZAHAVIT WEITZMAN; ZAHAVIT WEITZMAN; MIRIAM LEIFER; NISSIM TZOKDOYAN; JUDI FRANKEL; ESHEL KARP; ARIELA PISAREVSKY; MOSHE MADI; SHAHAR MORENO; ADI COHEN; MICOL VALSKY; NOFAR HAGAG; ADI COHEN; REUVEN FELLOUS; ELIYAHU SANDRO; AVIGAIL FRIEDMAN; ROEI PELEG; SHAI GORDON; MAROM ADARI; YIGAL OHANA; IVAN GAVRIELOV; BENYAMIN UZIEL; SHIRAN PERETZ; GUY ATTIAS; MOR HAYAV; ITAY GUETA; SAMDAR TALBI; DORON GUTMAN; YITCHAK; MOTI BITON; EVIATAR DUANY; EREZ GAL; MOTI DAGAN; RUTI ZALMANSON; YANON COHEN; IDAN COHEN; GILI MALKA; AMICHAI ABERMAZON; JEFFREY LARIFF; YAKIR ALON; MATAN VAKNIN; LEON HARUSH; MAOR DUANI; ROY SHABO; KEREN NATAN; INBAL SINOANI; ADI LEVI; ORLY YEHUDA; ARTHUR BARNOVSKY; LIOR GAVRIEL; REBECCA COHEN; DAVID RAPHAEL ; FAUSTINE GILLET; PNINA FRIEDMAN; JACOB BASSIRI; NACHUM PIZAM; NISSIM AGIV; EFIE EZRA; ELISAF BALMAS; MICHAL R; HAGIT CHAIM; SHAI MOR ; ELINOR BARANETS; LIOR BARASHASHAT; LIOR BARASHASHAT; LINOY GUTTMAN; LION URIEL; HANITA ZAYDI; AVI MENGASHE; DAVID LEVI BITON; ADAM BEN MEIR; SHMAAYA ASOLIN; LIELLE LEVI; AVRAHAM RABINOVICH; ASSAF LUZON; OR SADOVNIK; OR YITZHAK; GAL SADEH; MICHAEL LEIBENGROV; YASIN ABU AGAG; NOA DRAGOCHKI; MORAN BAR-NATAN; NITZAN HIRSCH; ZIV BEN DAVID; SHIRIT VALRO; GLEB ZEITOMIRSKI; YOSSI LAVIE; LEONID FEYGHIN; ROZI MARDACAVE; LUDMILLA COHEN; HODAYA MACHLOF; MATAN SUISSA; SHIRAN BEZALEL; ELISAF YA'ACOV; URI HORAN; OFEK ROTEM; SARA LIBERTOVSKI; HAIM HATUKA; REGITA HANANIAV; BENNY NACHIYASI; SHULY Y; NATAN ZAGAYA; SHIMON FARBER; BEN OVED; CHAYA SMAYAV; REUVEN SHUSTER; LAURA PAVLOV; RUTH TUBI; AVI SAROUSSI; YARDEN SUKI; STEVE OZEN; BARAK LANKRI; AMNON AVIAV; AVIV ZARFATY; ROYI SIROTA; EYALI DRORI; TAGENYA KASEI; RONI GOLDENBERG; SHIMON FISHMAN; ALON ALEXANDROV; ISRAEL ALBA; MAYA NAHARI; AVIAD HADAD; ORI PETERBURG; TAMIR ASSILA; RONA COHEN; TAL ITZKOWITZ; STEPHAN PEPPER; URIEL ROTH; DANIEL DAVIDOV; GABI ZOHAR; SIVAN MADETOV; NISSIM KAPACH; IGAL DVIR; ADI KADURI; RON ZABARI; NATI RONEN;

MEIR YOSEF SULIMAN; MORINE BAMELNUKER; BRYNA ANTON; SHIRAN GOLDSTEIN; OR YAGODA; MUCHAL BUDENHEIMER; ARIEL NAHUM; YAIR FRIEDMAN; LEAH KREINGOLD; AVIYA MEIDAD; DANIEL FELD; RAFI ALMOG; SHIREL WEINBERG; KARLI GOLODOIATZ; LIMOR DAHAN; YAEL SHIMSHON; NITSAN LEVI; MICHAL YEKERSON; EYLON PORAT; AMIR COHEN; MOSHE BLANGA; ALEXANDRA VEZDEKIS; YOHANAN MUTHADA; DAVID GERMAN; MENI ABUSH; ADIEL LUSTMAN; NISS VATURI; HILI BETZALEL; YORAM GABAI; ORLY BEN NISSIM; ITAI SMOLLINSKY; ELAZAR IDAN; SHEVI SHAPIRA; LIOR ELKAYAM; TOMER AMSALLEM; VALERIA BEYNISH; SHIR MARZIANNO; MAOR ZERDEZ; MICHAEL TAL; MICHAEL KONDOR; ELISHEVA LAPID; HAI ZALESKO; MORAN GLICK; EYAL SADE; YONI SHERMET; GUY ADUI; OPHIR LEIBOWITZ; OPHIR LEIBOWITZ; AVI BEN DAVID; MOTTI DARMON; JAMES ROTH; EYAL NISSAN; SARA ARBEL; BAR ATIYA; ORIT ITZKOWITZ; ANAT SHIRA GAVRIEL; BAR ATIYA; MIRI HOLLMAN; NEHORAI DERIN; MENI BINYAMINI; ADI DAHAN; ELAD SAGIV; ROI LAKAR; SIMON INGEL; GALI MADHALA; LIOR FELDMAN; DANIEL ARIELLI; ESTHER LOECHER; MALACHIT GURSHOMOV; NOA SOKOLOW; ISSA GURSHOMOV; IDAN LEVI; HAYA BASHARI; ROTEM AVISAR; OMRI DAHAN; OLGA EXELROD; ITZIK GOLDBERG; GILI NAAMATI; OSHRIT AMAR; ROI ARIEL DAHAN; NAOR AMAR; ITZIK GALAM; LILACH DAHAN; ALMOG JAMIL; ITAY LEVI; MICHAEL YOHAI STAV; MAAYAN GREEN; TOMER M; BEN ZION SANKER; RONI NIMRON; AMIT AVRAHAM; AMOS HERUTI; MOR GAON; ELI SUEID; NISSIM ZEMAH; HOVAV JZI; HOVAV HAZAN; ODEL NUNI; URIEL GOLDBERG; EYLON EFRATY; ADI TAMARI; DAVID KATZ; YASMIN ELGALI; MALKIN VITALI; MALKIN VITALI; INBAL ZAMOR; AVRAHAM DAHAN; AMOS HERUTI; MALKA NAIM; IUIS DIAZ; MARIANNA BAR YOSEF; MARK LOITERMAN; DEAN DAVID NEHEMYA; EDEN HASSID; TOM BEN NUN; ELI EFRAIMOV; RACHEL PEINE; TOM BEN NUN; TALI NEVO; TANYA TAVRIS; IRIT GAL; ALEXANDRA SAVLIN; HEN PORAT; SHLOMI SALOMON; TOM PE'ER; TOM PE'ER; LIOR GOLDSTEIN; MYRIAM ESTHER; MEITAL BAYDA; DUDI SINAI; RON KIMHI; NAVA KESLER; AVRAHAM BEN HAROSH; SOPHIE KESSOUS - ZIMBRIS; IDAN ZAMIR; ITZIK PERDO; MAYA AMRAN; MIKI BEJRANO; MAOR KALLIF; SHARON POLLAT; NADAV SHULMAN; OREN ATIYA; BRENDA CLAVELOUX; ISRAEL AVITAN; RAMI OVED; ZVI HILLEL; MAAYAN KOREN; MICHAEL MAXIM; ELAD DEKEL; ELAD DEKEL; NATALIE GAMLIEL; NATAN FRIEDMAN; SHUVA DVIR; SHIRAN SLAMA; LEON GUTTERMAN; SNIR DAHAN; SISAY ALEMU; FADI TRABASHA; TAL MEIDAN; TOMER HALEVY; KARINE ALFASSI; MARIANNA DANINO; MAOR ABUROS; ZAHAVA GANNON; TALI HEFETZ; ZAHAVA GANON; LIPAZ MAMO; SHIRI REICH; ADAM STIMAN; ZAHAVA GANON; DAN BEN YEHUDA; ALEX MEDZHIBOVSKY; DAN BEN YEHUDA; AVITAL COHEN; NETANEL MASHRAKI; NOGA SOLNICK; ORTAL AMSALLEM; ITAY NISANOV; YANIV EITAN; SHIRLEY NEDRI; ADIR YAAKOBI; TAHAR COHEN; YOSSI ALMOG; ELIRAZ MEIR; DANIELLA WEISS; NAVEH HAIM; BOAZ KATZIR; NATALIE KASTIEL; DANIEL ZEIDMAN; GITIT LAVI; FANI ROBSKI; YAAKOV REUVEN; ESTI NAVEH; ROI ALFASSI; HAANAH ARIANNI; ELIZABETH MELTVICK; RAN KALMER; MARTIN SARUSSI; KORAL ROTH; OMER COHEN; EDEN MAUDA; ROBERT ORENSTEIN; DVIR ZARKA; ADRIANNA TALYA KATZNEL; EDI NOV; TAL FELDMAN; SAGI YAAKOBOVITZ; MEITAL SPECTOR ; RONI MADMON; BENNY MISHPACHA; DAVID KOSEVSKI; YECHIEL DAN; ISRAEL KLEIN; SHARON DOMEN; SAGI YAAKOBOVITZ; MATAN BECHAR; EDEN LEVI; AVIA WEISS; GALIT EDELMAN; TALYA NOZBERK ; OSHRAT ANDAM; NOREEN FIRESTONE; SHARON DOMEN; ENRIKA COHEN; ELHANAN Z.; PHILIP LACKMAKER; AMOS DANIEL ARBIV; NOA SABAG; SHMUEL EFRAIM KROCHMELNIK; CHAYA SHAPIRO; ELA TAIB; ELA TAIB; HAIM RAVENSERI; ILAN ELYACE; ILAN ELYACE; EFRAIM ELASHVILI; ISHAY BUSKILA; GAD SASPORTAS; MOTI SHEINBERGER; REUVEN NETANEL; NOY POUR; RONIT SAGRON; YOSSEF CAAN; EDWARD VALENTOV; SARIEL KAPLAN; ORI LASLO; EINAT ASTRIK; ASHER LEVY; ADIR ELIA; ASHER LEVY; BENNY MOSHAILOV; OR MASHAAL; ELIAZ AHARONI; TETE MAGID; ZILA MANSHAROV; OMAR SAYAG; NATHANIEL FINISH; EINAV GUETTA; NURIT EFRAT AFRAH; KAREN KARADI; LUCIEN AIACH; YONATHAN GRAIV; MEIRAV YAKIR; LIDOR HACHMON; ZION RUSO; NETA SHMUEL; YAKIR DEI; MAOR SASSON; RACHEL GONEN; YONI FREEDMAN; KETTI SOYBLEMAN; SHAI SAYAHU; YOGEV MIZRACHI; GUY AGIV; AYALA ATTIA; REUT TABIBI; NOA SHUSHAN; MICHAL CHEMO; NETANEL ABAYO; JULE BEN HARUSH; NOAM AMAR; MEIRAV SHOHAM; OREN POLACK; GUY COHEN; OMER DENIS; NOFAR KASLASI; HILARY SYLVESTER; ROY FRECHTEL; GILAD SHARABY; YULIA ANDREIV; MERAV SERI; SHLOMIT ZAGURI; MERAV SERI; RAVIT RAJUAN; NITZAN TZARFATI; YANIV COHEN; MIRIAM ISACHAROV; YIGAL RASKIN; IDO HARNIK BAR; INBAR GAVRIELI; OSHRI REUVEN; BARAK HALIMI; IRIS BADASH; ETI YAKOBOV; NOGA MARK; HAIM SHAUL; YANIV BENISHTY; AVIOR SHEMESH; ADVA BITON; SHAI SIGLER; LIRON LEVY; VALERIE

FINKEL; MOSHE COHEN; YELENA ZERBITZKI; CHAYA CH.; AVIGAL GROSS; ADAM CHEFTSADI;
STAV ATTIAS; ROMAN KLEMPNER; ESTER ASULIN; YEHONATAN KELLERMAN; GAL ANNEKE;
YOSSEF DADON; LIOR BIBI; MARIA POPOV; NAAMA AVIVI; EDEN BUBER; IDO ARLAKI; SHIRAN
HARUSH; DAVID LUGASI; SIVAN LETTEM; UZI YAAKOB; RUTH ROSS; ANDREI KUSHTZEV; RONIT
LEVY TOPAZ; MORAN WEXLER; DOV FISHMAN; AVRAHAM COHEN; MEIRTAL NORANI; RENATA
ISABEL; GALI BUBER; SHANI ELIA; GAD LEVY -NEUMANN; SHAHAR COHEN; ERAN MOR; DAVID
SHAKED; BAT-CHEN SHUA; AVIVA BURST; HEART DWORKIN; BIRCH SAMO; JUDAH DRUGS;
DANIELA BLOOM; LIAT TOLEDANO; ILYA GOTKOBITZ ' GOTKOBITZ '; YANIV TOLEDANO; SIMONE
HADDAD; KOBE REBEL; ; ADI EIZENSTAT; SHALEV ASHUSH; HODAYA RAPPAPORT; OR
SHLOMAYEV; NETANEL COHEN; YVGENY GAISINSKY; ALONA HADAD; MARIANA FELDMAN; OR
SHTEIBELMAN; NOAM BAR SHAI; BNAYA KLIN; EINAV SHAPIRA NAIM; GIDON SHMILO;
MENACHEM ZIMMERMAN; YAEL MICHAELI; EZRA COHEN; TAL BEN DAVID; ARIELA OVADIAH;
LIZA ALONI; PNINA MAZOV; RIVKAH ROZENBLATT; YAFIM POSTELNIK; ZOHAR SHNEIDER; KIRA
EVGRIAN; LIOR YITZHAK; OR BENO; YITZHAK ELIAHU; VERED BARZILAI; VLADIMIR Y.; ELAD
ELISHA; OLDEIAH HALIMI; MICHAEL SHOVEL; ODELIAH HALIMI; YEHUDA SHEMESH; AYALA
SALOMON; ZEEV DROR; YVONNE PAZ; SHMUEL WOLFSON; HILA ELHANANOV; MORAN VAKNIN;
AVISHAI SHUKRUN; YARDEN MALINKOVITZ; HADAR M.; RIVKA GREMAI; TAMIR BARAM; DOR
RAHMANI; GILA KEREN; EYTAN GOODMAN; ORLY SHIOVITZ; ITZIK ELIMELECH; AVISHAI
SHUKRUN; MORIAH GUR; ROI SHUKER; TAL YEHOSHUA; BARAK HADAD; EILON TZUR; EILON
BASHAN; YISHAI DVIR; DANA HOVAV; ELAD REVIVO; OVADIA SHAUL; DVIR KOTER; EDEN
EFRAIM; ADI AMAR; JANA SMIROV; DAVID LEVI; DAVID GINAT; MOSHE SHEFFER; ROI BUZO;
GALIL ZABARI; LIRON MEGIDISH; ZION YEHUDA; ELIYAHU ATIYA; AHARON BLATMAN; SHARON
NIV; MORIAH YESSELZON; LIAV PERETZ; BARUCH BOROCHOV; YANIV ELIAV; RUCHAMA MOR;
LIMOR RUBIN; AVI GANNON; ROY LEVI; ELAZAR; MOR SHARIN; PAULETTE MANDELBAUM;
SHALEV GAL; BAR COHEN; DANIELE ANGEL; NAAMA SHALEM; NAAMA SHALEM; RINA
ZALBIANSKI; NETANEL SHALEM; SINTIO SAMMY; YUVAL LEVI; SHREI ESTHER VAALANI; SHIKMA
NOY ARBIV; MICHAEL NIAZOV; ISRAEL COHEN; DVORAH BERMI; YANNAI COLETTE ELAZAR;
HAREL COHEN; SHIR LAVI; BOAZ EFRATI; MAOZ MUSSA; NOAM YISHAAYAHU; OFER HAROSH;
NATALIE AMRAM; BENTZI SHARZEVSKI; ELIYAHU ZURERMAN; MIRIT MAR; ELIKO AMSALLEM;
LIAD RIZMAN; TAL AMINI; MUHAMMAD ABED ALHADI; SELLY DAVID; NATALIE SANDLER; MAYA
GELLER; NIRIT ZINGER; KEREN MIZRAHI; URIEL NAHMIAS; NIEMAN TAUBER; MARCIA KLEIN;
GILAI GOTLIV; ROTH BAZAK; BARAK BOARON; LIAD NEBTI; ASSAF BENBENISHTI; HAI BRACHA;
ILANIT TAL; ARIEL ZEEVI; ZIV YARON; LIMOR SULIMANI; KEREN YOHANNAN; NIR MARZIANNO;
HEDVA KEINAN; SIGAL ZILBER; MOSHE COHEN; RACHELI SHIMSHON; MOTTI KAKUN; IDAN
BINDER; LANCRY ELIZABETH; MORIAH AMNONY; HANNA BOAZ; ARIE KAHN; RINA SHIR;
NATALIE WULLER; BATYA HUGA ; NOA BARDUGO; SHUKI MATZLIACH; SHAVIT OR HALEVY;
SHALOM ISRAEL SHIR; BATYA HUGA ; NISSIM YAAKOV LEVI; MOR ZABA; SHLOMI
SCHWARTZMAN; YEDIDIA COHEN; IRENA GROSS; OHAD COHEN; HAGIT SHACHOR; NITZA GROSS;
EDEN AVIHU; NITZA GROSS; GAL BARAK; YEHEZKEL SINAI; ELINOAM KOZOV; ODED AVIKSIS;
MAI VIZEL; IDO MALUL; SIMA HATZAV; JANA HAIMON; ALON KOCHMAN; ELHANAN ATIYA;
MORAN SBERRO; MICHAL OVADIA; ADVA RAZ; OR LOTZINSKI; ELIYAHU SAKROKA; OPHIRA
KADOSH; ORLI LINT; ILAN YAAKOBOV; SHALOM LAVI; KARINE ASULIN; YUVAL SHTRUM; ANAT
MESIKA; LIRAZ ASHAROV; NEGBA WICHERS ; MAI RAZ; HILA ANGEL; LIORA COHEN; MATAN
BARBI; DANA SHAKROV; DANA KATZNELSON; NOFAR STAMKER; YOCHI SHARON; MEITAL
FARKASH; YONATAN NAHUM; RUTHI DAN; REUT HAI; YARDEN ATTAR; DAVID PINSON; RAZ
ROZENBERG; AMIR NAVON; ESTHER AVNI; GERMAN BAVIJAIYEV; RAN MIZRAHI; DOROTHY
PINRO; MOSHE KALIL; YANIR HOOTA; MAAYAN NISSIM; GAL REFAEL EYAL; ELAD SHARON; TOM
HAI BENBENISHTI; RICKY TEITELBAUM; HEDVA GOLDBERG; SARA FRIEDMAN; TALI MORDECHAI;
RON MINTZ; SHAY MELECH; ALON SHIMONI; RONIT GOZLAN; DAVID COHEN; YONI MOR; EILONA
AN; MAOR NAAMAT; MATAN OHAYON; MATAN OHAYON; SHALOM EFRATI; SHACHAR ZOHAR;
SOPHIA SHENHAV ZEITLIN; ELKA SAADON; ORIT PELED LEVI; EYAL BARSKY; LIAD ZEIGER;
AVIVIT ZIV; BOAZ LEVI; TOM RAVIV; NISSAN ZARIHAN; AMIRAM PERETZ; GINI ZAKAI; ORELIT
MORIAH BEN NESS; BORIS BADREK; MOCKET SOLOMON; NATALIE GAZITH; ORI SAADON; EYAL
GOLDMAN; OR POLITZER; GAVRIEL SLAITER; KOBI PASHKEZ; ELDAD HANNAN; MICHAEL POPKIN;
TAMI ILUZ; GIORA MOZES; AMIT SHARABI; NOAM LESHEM; ITAI DE ROS; ITZCHAK AMRAGI;
KSANDRA SHARON; NETA LI ARTZI; YARIN COHEN; SAMMY PERETZ; AMIT MITZINNER; RIVKA

OFEK; EINADIS ALAMO; TEHILA LEST; MELANIE STEINER; MOSHE BEN EZRA; ORIAH ELGALLI; NATALIE ZEDEK; FRANÇOIS ROBILLARD ; ELAD BEN DAVID; HAGIT HAHAM; ITAY RESHEF; RINA DANAO; RINA DANAO; ALAN MILGRIM; LIOR NAMDAR; ELITSUR GOLAN; TALYA ENGEL; KFIR FAHIMA; TALYA ENGEL; YEDIDYA KODESH; LI VENTURA; LIOR ABROS; ALEXANDER GULKAROV; GADI VARDIN; ELMAZ ABAI; ELMAZ ABAI; GAL ELTAHAN; SHIRAN TZAFIR; ARTHUR SIMCHAYEV; MICHAL K; DIMITRY PIKOVSKI; ORLI MANOVICH; EVYATAR HANNEMAN; BAR BITTON; UDI SHVIKI; IDO STRAUSS; ISRAEL YOSEF KARMEL; OR HOCHMAN; REGINA ABRAMOV; YOSEF HAIM BARDUGO; ORLI POPOV; DAVID ZAKLAD; SEGEV MEYER; LIAT MALICHI; INBAR NAALI; ROEY EZEKIEL; GUY ASTON; DIMA GROZOVSKY; MIKA PALOVSKI; NACHMAN YISROEL ZOAAR; RON BUHNIK; MAYA MEDINA; SUZANNA EIBUSZYC; TOMER MISHOL; SHNEIOR HALPERIN; ELIANA SANDERS; SHAKED KARBYI; AVIV HAZRONI; DANIELA SEGES; MOSHE ASARAF; ROY KRIEF; DAVID BEN ELISHA; DAVID BEN ELISHA; ITZIK BEN DAVID; HAIM MOSHE; NETANEL ATLAN; LIOR RODA; KEREN MISHPATAN; DAVID YISROEL MALKA; ORIT OMISI; YAKIR TURGEMAN; YISROEL NORIAOF; DORON NAKI; OR BEN DANAN; GIL NITZAN; GITTA ZARUM; SADASHIVANI RAO; DANIEL NEHEMIAH; NACHMAN KANTER; ADAM AMORAI; DANIEL SILBERSTEIN; MICHAEL LEVY; ARIA YITZKU; YONATAN ADMA; ELYASHIV HARATZ; LIAM MESPAN; ANAT FINKELSTEIN; OR SHAPAR; OHAD FRESHER; HAIM MILLS; HAYA MAAYAN; YOVAV KALIFON; HODAYA MASHITA; YAFFA EICHLER; ISI GOLAN; NATALIE HERSHAK; AVRI HATOEL; DANIEL RUBISHKIN; SHMUEL OSHRI; DORON ALTSHULER; NETANEL AHARON; ADI COHEN; MATANIA HADAR; GAVRIEL CHAI; YAKOV BITON; JAMES SIMMONS; IGAL NESHTO; CHEN ZIGDON; HAIM GAVRIELOV; CHEN ZIGDON; PATRICIA; NOA ARZI DOLEV; YEHONATAN ADIRI; AVA COHN ; ELIYAHU LEVI; KARNIT MATOK; YECHIEL IGILOV; MENACHEMI MIFAI; SHERYL GIFFIS; ROY ZION; LINDA EPSTEIN; DAVID GORLOV; CHEN COHEN; BINYAMIN BOCOBZA; ROBIN FLAM; DANIELLE GREY; ELIYA FARJOUN; TOMER YEHUDA; LIRAN BITON; MEIDAN HARILAKAR; SHIRA ROSEN; VICTOR LEVINE; TAL SAKORI; NANCY BAKER; CHANA NOTIK; LIDOR LAVIE; BOAZ GARUSHKA; GILA BARON; DILRUKSHAN FIGURADO; UDI YEHUDA; UDI YEHUDA; VERED PRIMOR; HANITA ROSEN; ARLO HAIRE; MICHAEL BOROOKHIM; SHARON DERI; YOSI TADZAR; YANIV BEN DAVID; DENIS HODOS; SHILAV EDRI; MAOR ZINO; LEAH YADEGAR; IVON AVIVIT; RACHEL SHAHAR; ITAMAR HAREL; SHOSH RAPHAEL; IDAN ZITZAR; DVIR BUANO; YOAD MELKER; LIAT ASULIN; NORA AZRAN; ZAYAD ABAD ALGENY; CHEN DANGOR; FLORA ISSAC; NURIT KRAUS FRIEDBERG; NATALIE PITOSI; LIRON PONIS; MAGI AHARONI; CHEN SHEVY; MAOR BRACHA; JENNY WESSELS; SHIMON ASSOR; ETI HIDRIAN; CHEN AVEKSIS; JOAN RUTBERG; MOR BEN EZRA; CHRISTINE VRECKO; TOMER POLLAK; EINAV MEINAV; RAVIT AMARGI; IDAN LEVI; LITAL YOCHANAN; YONATAN AMIT-SHAPIRO; YOSSI MALKA; ELIAZAR BOHM; SERGEY SHULMAN; GOLI TURGEMAN; OR DVIR; NISSAN ZATLAVI; ALIZA GINO; NATALI AMSHIKSHUILI; DANA ASSERAF; NATALI AMSHIKSHUILI; CHEN ADARI; YARDENA DAFNI; ELINOR NORCHIAN; SHARON NODELMAN; DINA MISK; SHANI OKEVI-PARTUSH; GITTEL LEITNER; MICHELE HOROVITS; CHRISTINA TOLEDANO; ROSS ROBERTS; DIEGO ENGLEBERT; DIEGO ENGLEBERT; AMIT BEN DAVID; YAIR PINCHAS; TAL ZIGDON; LEVI OR DANINO; SHARON MALKA; IDAN BEN SIMON; LIOR MIZRAHI; HILA ROSNER; EYAL BENAI; MOTI KUPAPAR; ELIYAHU ELHARAR; YAAKOV DADON; ELIYAHU ALHARAR; LIMOR OHAYON; ORIEL IVGI; AVIEL PARSI; KOBI LEVI; EFRAT YACHAM; YITZHAK BEJA; MIRA RACHAMIM; LIAT ALVAHARI; KARMIT OFEK; MAROM BASHBAKIN; NADAV OFRI; TURAL MIRZALIEV; OREN EZEKIEL; YOSI KOREN; MIRIT BAR; ILI DORI; CARMIT CHEN BRONTMAN; ALISA TRANTEIG; DENIS LEVI; EFI GAL-AD; AVITAL FRANKEL; CHAIM FRANKEL; HANI BELI; YULIA LAPIDUS; ELDAD ACKERMAN; GILAD COHEN; AVI MAROELI; AVIVA JAMBARI; LEA GRAUSZ; ITAMAR LEVI; YAACOV SCHUTZ; YAKIR ORKAVI; NINA TOKAYER; HAVIV OHAYON; NICOLE SCHMITT; SHLOMO MARK; AHARON ROZIN; ALON HAMBURGER; SHAI LEVI; AVRAHAM ASHTA; BENAYA CANTMAN; LEAH BEN HOVAL; EFRAIM SAPIR; ORLY COHEN; EMILE KLEIN; YANIV FORMA; YULIA PAZIUK; GILI MACHLOF; YANIV COHEN; MOR ASSERAF; SHIMON YIZKHAK BALUI; ORI WEIL; ELDAD DOCKS; MISHEL BEN YOSEF; OREN PEER; PENINA BEER; HILARIA BIKSANSHFNER; YOTAM PESSEN; BAR ARONOVICH; GUY ADARI; MAGY MOR; MORDECHAI AOKSOSMN; NOA POSLOBNI; TAL TIMSIT; YOHAI EZRA; ROBERT BATTISTA; OR POLLACK; RACHELI AVIV; LIRAN COHEN; MICHAL RUBINOFF; BENNY AVITAL; MEITAL FOGELMAN; RACHEL BEN CHIMOL; SHALEV DAHAN; TZIPI LOTZSI; OREL ROSENBAUM; YARIN ELMALIEH; BENJAMIN FOSTLOB; RIVKA GALATA; ELIJAH TZUR; ISAAC MA'ATUK; ISAAC MA'ATUK; ALON EINI; MIRIAM BERMAN; YAACOV SEMYONOV; DIMA MITNITZKI; SHIRLEY MARZOUK; NAHUM SHMILOV; ELYASAF COHEN-SOLEL;

BATYA MIRSKY; DOR BRAUNER; ASSAF FECHTER; SHAI LEVI; OMRI HADDAD; ALYSSA
GERBENCHICOV; HODAYA SAMIMI; YARDEN MESHI; JULIE TUITO; LAURA LABSKIR; MORANA
CRAWFORD; SAPIR SABAH; YIGAL DEITCHER; ENOSH HORTIG; NIR AVISROR; TALIA BEN-DAVID;
YANA GELFAT; RACHELI SHIMILA; RUTH SALEM; AMICHAI INBAR; NETA ZAHAVI; MICHAL
VALANI; MICHAEL LOPATNIK; NOA COHEN; OR PAZ; ASHER VALNI; ASSAF KERET; GAL VAKNIN;
GAL VAKNIN; YOSEF GRINBERG; NAAMA NATIV; NAAMA NATIV; SHANI SHITRIT; OFEK AUDI; JOY
RICH; SHIMON MORZIHNOB; OFER MUSPI; YOEL GIL; ALEX PLAX; ORLY HAREL; ORLY HAREL;
EMILY ZROG; SHINI AVIZMIL; ELAD SASI; NADAV MISHALI; ALIYAH ELIYAHU; MAAYAN
BORNSTEIN; NETA FELDMAN; KEENAN GAFFNEY; SAPPHIRE LEVY; ELIRAN MIZRACHI; AVITAL
EFRATI; AVIA DERI; REUT ZINNY; YIVGENI SHERRY; AHARON AZROAL; INBAR BERAN; MEITAL
BALHASSEN; MICKEY HAHAM; SHAHAR SHELI; SILVIO ROIMICHER; ITAI SCHUSTER; MICHAEL
ROZANSKI; SAPIR BAR-LEV; VALENTINA GLUZ; ROTEM MENASHE; LIOR VAKNIN; ILYA
LITOVCHIK; ELIZABETH BROMBERG; ANAT MAOR; AVITAL HIMMELSTEIN; NATHANIEL BAR;
HAYUTA SHAPIRA; ASAF ALON; LIAV SUPER; TZOFNAT MATOV; REBECCA SWISSA; SHAY SHAULI;
OFER HERSHKOVITZ; OMAR ASSIS; ORIT GARTZI; ASHER ILLOUZ; OFER HERSHKOVITZ; OFFER
HADAD; ANRIETA LEVY; GABRIELA BENIMINOB; GABRIEL MARHESIN; EITANA BUNIMOVICH;
DUDU MIZRAHI; DIMA NEZERNEKO; LIZ BERNSTEIN; NATALI YEBEDIV; YEVGENY SOSKYEV;
RACHEL IRTZOBER; KATIA BERNSTEIN; YAEL SOSKIN; JEAN BARUCH; OR BOKRA; BINYAMIN
PHILIP; VITALY PRIPANSKO; YEHOSHHUA SHERMAN; SHAI MAKHLOUF; RINA BEN SHABAT;
ESTHER HAFUTA; ITAY CATVAN ; MOSHE TUITO; LINOI SHUSHAN; ASHER HAFUTTA; ESTHER
HAFUTTA; YAEL GIVATY; RAPHAEL BETTAN; ELAD TABIB; MAAYAN GUZMAN; MEIR DAVID;
TAMIR ASOID; NAVA TWITO; ANNA COGAN; ETI ALMOG; AVICHAI ISSACHAR; ANNA KUSHNIR;
ADAM KRATT; SARA KLENDRIOFF; RONIT ZADOK; BINYAMIN KHALIFA; DAVID GONT; AVIRAM
HAZAN; EDEN YUNUSOV; NOA HOTEM; KFIR MIZRAHIH; OR SHAULI; ROTEM KODADA; ZVIA
EFRATI; DANIEL HELDROB; OR SHAUI; RONI KARP; ZVIA EFRATI; DANIEL SHAULI; MAXIM
STORTZBOI; ADI MISHLI; MINA; DORON SEGEV; DORI KOREN; SHAY NACHUM; EDI LAPID; ALINA
MARHASIN; BEN FARHIB; YOGEV MICHAEL VAKNIN; AVIV ITZHAKY; OREN NISANOV; ELI ALIMI;
TAL TAMAR MAMAN; TEHILA BEN HARUSH; ITAMAR ATZMONI; YOSSEF MAZUZ; AMIT SUSHEIM;
AMNON MAMAN; RAVIT YISHAI; DORIS WILHEIM; YIVGENI GREENSTEIN; BARBARA KOVETZ; RAN
HORWITZ; HAIM AZULAY; SAHAR SHIMONI; DOR PERACH; ITAI BERGER; EHUD KEDMI; HAREL
SHILO; ILYA BOGOMOLNY; YAIR SCHORR; ITSIK COHEN; RINA ASHKENAZI; BENZEYON GUTMAN;
DANIEL METAYEV; SAMI EINI; SHAI KOVI; MEITAL BARAM; OKZANA PISHOV; YAIR SCHORR;
YAAKOV TUVIA TWEIZER; DAN PITOSI; MEIR BARUCH; JONATHAN FADAH; ALEX DZIA; DAVID
HALEL; TZION SOFER; MARCO EDRY; NIR TZACHAR; YEHUDA COHEN; ZEHAVIT REVHAIEV; RON
OZEN; ALMOG SOFER; HANNAH NUHI; ARIELA OHANNA; ILANA SOFER; ELIA MOYEL; LIOR
VAKNIN; RONIT SHOVEL; YONATAN REIM; AVIA BAR MOSHE; NURIEL HATTAB; NURIEL HATTAB;
SHIMON EDRI; DAN GOLDBERGER; ZOHAR COHEN; BAR VAKNIN; NETANEL BAR ON; SIGALIT
ASHTAR; SINAI OREN; SHIREL HENNICK; AMI BKREIS; ILANA BUSHERI; ETTI MILMAN; YITZHAK
MEIR SHNEIDER; RIVKA GADEZ; CHANA R.; MORDECHAI SHREKI; DAVID HANIYA; ORTAL
PARNESA; LIRON YAMIN; RAMI DAYAN; ETTI GUR ALASHRI; INBAR YAMIN; ROY BESHARI; SOFIA
ABRAMOV; NIR HALEVY; NATHANIEL DADON; AVI YAMIN; INBAR KARP; YUVAL RAZ; NADAV
JULIUS; SHANI COLLINS; BAR GUTMAN; ARIEL NOVICK; SHIRLEY SELAH; SHAHAR ZADOK; ELAD
SHAUL ELBAZ ADV.; SARAH KAMENETZKY; AVIVA EZRA; ROBERT BERNSTEIN; RUTA COHEN; URI
SOLOMON; RON OHAVI; NATHANIEL GOLAN; ANAT MICHELE KARPEL; ELIRAN ATON; BAR DERI;
JAN GORODKOB; YEHUDA EDELSTEIN; RONA RAUCH; NIR AMZALEG; GUY EIALON; NATAN
ZIPPER; ILANA COHEN; NOA ANYA; HADAS REICH; SHLOMIT LEVY; SARIT YAZDI; YONATAN
AMIRA; AMERTZ SIMANI; BENNY MEIRI; YISRAELA LEVI; ORI HAAKER; SIVAN TARVER; RONIT
HAMATIN COHEN; DARIA POLAK; EFRAT QUEEN; MICHAEL PALACE; SARAH KENNELLY; YIGAL
SPERBER; MALI MATITYAHU; YOSSI YILISVITZKI; KARIN BLAIR; TAL NAHMIAS; SARAH HATUKA;
BEN COHEN; GABRIEL SAADA; SARA BAR; LIDAR YICHAYA; SCHNEIER FRIEDENI; EVYATAR BEN-
YAACOV; ISLE SABA; SHABTAI VERDI; YOSSI COHEN; PINCHAS RUTENBERG; OZ MITRANI;
MENACHEM JEZREEL; NAVE SHABU; DAVID CHO; HANNAH ELKOUBY; KOBE GRUMBERG; ALEX
LAKTUSH; MATOR SHAVU; OFEK YARIMI; RAN MOYAL; YAFIT MUGHRABI; SHARON MENDES;
NIKOLAI SLOZKIN; ALEX RAZ; ARIEL HARIRI; MATITYAHU YEHEZKEL; SAM BENES; ZEHAVA BEN
HEMO; PAZ GILAD; YAIR COHEN; YACOV SBIAZOB; YAIR GANOT; LIOR MUALEM; KIRILL
KARTNIK; REVITAL SUISSA; RAQUELA SHEERAN; VICKI COLE; VICTORIA DE LIMA; ALEXEI

GAIGOROBITZ; IGOR IAROBINDKI; NATHANIEL PETRUSHKA; LIOR SAMEACH; TOM DOVER; CAROLINA MOLCHO; MEIR SHANI; YUVAL BEN-SIMHON; JOSEPH AMINOV; KRYSTAL BLAUM; KAREN COHEN; RENA MASSEY; MIKE STONE