UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
STUART FORCE, et al.,

                Plaintiff,

      -against-                                  16-cv-5490 (LAK)

FACEBOOK, INC., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CONSENT ORDER TRANSFERRING CASE**

LEWIS A. KAPLAN, *District Judge*.

        On consent of the parties and pursuant to 28 U.S.C. § 1404(a), this action is transferred to the United States District Court for the Eastern District of New York, where it might have been brought, in the interest of justice and for the convenience of the parties and witnesses.

        SO ORDERED.

Dated:     September 15, 2016

                                                                      Lewis A. Kaplan
                                                  United States District Judge

CONSENTED TO:

_____
Attorneys for Plaintiffs

_____
Attorneys for Defendant